UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOANNE HART and SANDRA BUENO, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>    v.<br><br>BHH, LLC d/b/a Bell + Howell and VAN HAUSER LLC<br><br>                    Defendants. | Civil Action No. 1:15-CV-04804-WHP<br><br>**PLAINTIFFS' NOTICE OF MOTION FOR CLASS CERTIFICATION, APPOINTMENT OF CLASS REPRESENTATIVES, AND APPOINTMENT OF CLASS COUNSEL** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

      **PLEASE TAKE NOTICE** that, upon the Declaration of Yitzchak Kopel, the Declaration of Colin Weir, the Declaration of Joanne Hart, the Declaration of Sandra Bueno, the exhibits attached thereto, and the accompanying Memorandum of Law, Plaintiffs Joanne Hart and Sandra Bueno hereby move before the Honorable William H. Pauley III for an Order, pursuant to Fed. R. Civ. P. 23(b)(3) and (b)(2) to: (i) certify the following classes:

> **Nationwide Fraud Class**: "All persons who purchased one or more Bell + Howell Ultrasonic Pest Repellers in the United States from April 20, 2011 to June 15, 2016 (the "Class Period"), excluding persons who purchased for purpose of resale;"
>
> **Multistate Breach of Express Warranty Class**: "[A]ll persons who purchased one or more Bell + Howell Ultrasonic Pest Repellers in the states of Alaska, California, Colorado, Delaware, Iowa, Kansas, Maine, Minnesota, Missouri, Nebraska, New Hampshire, New Jersey, New York, North Carolina, Ohio, Oklahoma, Oregon, Pennsylvania, Texas, Utah, Vermont, Virginia, Washington, West Virginia, and Wyoming during the Class Period, excluding persons who purchased for purpose of resale;" and

**California Class**: "[A]ll persons who purchased one or more Bell + Howell Ultrasonic Pest Repellers in the state of California during the Class Period, excluding persons who purchased for purpose of resale;" and

(ii) appoint Joanne Hart as representative of the California Class and Sandra Bueno as representative of the Nationwide Fraud Class, Multistate Breach of Express Warranty Class, and California Class; and (iii) appoint Plaintiffs' counsel, Bursor & Fisher, P.A., as Class Counsel.

Dated:  March 16, 2017                          Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:     */s/ Yitzchak Kopel*
            Yitzchak Kopel

Scott A. Bursor
Joseph I. Marchese
Neal J. Deckant
Yitzchak Kopel
Frederick J. Klorczyk III
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
E-Mail: scott@bursor.com
            jmarchese@bursor.com
            ndeckant@bursor.com
            ykopel@bursor.com
            fklorczyk@bursor.com

*Attorneys for Plaintiffs*