IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOANNE HART and SANDRA BUENO, on behalf of themselves and all others similarly situated, | ) ) ) ) CASE NO. 1:15-cv-04804-WHP |
| Plaintiffs, | ) JUDGE WILLIAM H. PAULEY ) ) **DEFENDANTS' MOTION TO DISMISS** |
| v. | ) **PLAINTIFFS' FIRST AMENDED** ) **CLASS-ACTION COMPLAINT** |
| BHH, LLC d/b/a BELL + HOWELL, and VAN HAUSER, LLC, | ) **PURSUANT TO FEDERAL RULE OF** ) **CIVIL PROCDURE 12(b)(6)** ) |
| Defendants. | ) |

NOW COME Defendants, BHH, LLC d/b/a BELL + HOWELL and VAN HAUSER, LLC, by and through their counsel, LEAHY, EISENBERG, AND FRAENKEL, LTD., and hereby move to dismiss Plaintiffs' First Amended Class-Action Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). The accompanying Memorandum of Law is submitted in support thereof.

WHEREFORE, Defendants, BHH, LLC d/b/a BELL + HOWELL, and VAN HAUSER, LLC respectfully request that the Court enter an order dismissing Plaintiffs' First-Amended Class-Action Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

Respectfully submitted,

**E. MISHAN & SONS, INC.**

By:    /s/ Scott Wing
       One of Its Attorneys

Scott Wing
LEAHY, EISENBERG & FRAENKEL, LTD.
33 West Monroe Street, Suite 1100
Chicago, Illinois 60603
Tel. (312) 368-4554

*Counsel for BHH, LLC, VAN HAUSER, LLC, and VAN HAUSER, LLC*
\\lefpl\Prolaw Files\Documents\E. MISHAN AND SONS, INC\16823\PLEADINGS\258347.docx