**TABLE OF CONTENTS**
**FOR DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO
DISMISS PLAINTIFF'S FIRST AMENDED CLASS-ACTION COMPLAINT**

Factual Background……………………………………………………………………………1

Legal Standard………………………………………………………………………………3

Argument……………………………………………………………………………………4

I.      Plaintiffs' Fraud Claim is Barred by the Economic Loss Rule …………………………4

II.     Plaintiffs Fraud Claim Fails to Satisfy the Applicable Pleading Standards……………6

        A.      Plaintiffs Fail to Allege with Particularity the Element
                of "Falsity"—i.e., How Defendants' Representations are Fraudulent…………6

        B.      Plaintiffs Fail to Sufficiently Allege the Element
                of "Intent to Deceive"—i.e., A Strong Inference of Scienter ………………8

        C.      Plaintiffs Failed to Allege with Particularity the Element
                of "Reliance"—i.e., Actual Reliance on Defendants' Representations …………10

III.    Defendants' Representations Do Not Constitute an Actionable Warranty That Supports
        Plaintiffs' Breach of Express Warranty Claim…………………………………………11

IV.     Plaintiffs Fail to Allege a Basis for their Entitlement to Restitution and Injunctive
        Relief, the Only Two Remedies Available Under the UCL and the FAL ……………13

Conclusion………………………………………………………………………………17