# LEAHY, EISENBERG & FRAENKEL, LTD.

ATTORNEYS AT LAW
33 WEST MONROE STREET, SUITE 1100
CHICAGO, ILLINOIS 60603-5317
(312) 368-4554
FAX: (312) 368-4562
www.lefltd.com

JOLIET OFFICE
20 W. CASS ST., 2ND FLOOR
JOLIET, IL 60432-4116
(815) 723-6514
FAX: (815)723-7466

INDIANA OFFICE
1112 ROUTE 41, SUITE 101
SCHERERVILLE, IN 46375
(219) 865-2647
FAX: (312) 368-4562

September 11, 2017

SCOTT WING
sw@lefltd.com

<u>**VIA ECF**</u>

Honorable William H. Pauley
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 1007

                Re:   *Joanne Hart and Amanda Parke v. BHH, LLC d/b/a Bell + Howell and Van Hauser LLC*
                        Case No.:    1:15-cv-04804
                        Our File No. 142404-16713

Dear Judge Pauley:

      Enclosed please find Defendants' Proposed Notice of Pendency of Class Action and Proposed Schedule for Dissemination of Notice. Please note that the dates for dissemination of notice have been omitted pending resolution of Defendants' recently filed letter motion.

                                        Very truly yours,

                                        LEAHY, EISENBERG & FRAENKEL, LTD.

                                        /s/ *Scott Wing*

                                        By: Scott Wing

SW/wn
Enclosures
Cc:     Yitz Kopel (ykopel@bursor.com)
           Joseph Marchese (jmarchese@bursor.com)

\\lefpl\Prolaw Files\Documents\E. MISHAN AND SONS, INC\16823\CORRESPONDENCE\417735.doc