H8b1harc

```
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x

 3   JOANNE HART, on behalf of
     herself and all others
 4   similarly situated, et al.,

 5                  Plaintiffs,

 6            v.                          15 Civ. 4804 (WHP)

 7   BHH LLC, et al.,

 8                  Defendants.           Telephone Conference

 9   ------------------------------x
                                         New York, N.Y.
10                                       August 11, 2017
                                         10:48 a.m.
11
     Before:
12
                     HON. WILLIAM H. PAULEY III,
13
                                            District Judge
14
                          APPEARANCES
15                     (Via Speakerphone)

16   BURSOR & FISHER, P.A.
          Attorneys for Plaintiffs
17   BY:  YITZCHAK KOPEL, ESQ.

18   LEAHY, EISENBERG & FRAENKEL, LTD.
          Attorneys for Defendants
19   BY:  HOWARD B. RANDELL, ESQ.

20

21

22

23

24

25
```

H8b1harc

 1            (In the robing room)

 2            THE COURT:  Good morning.  This is District Judge

 3    Pauley.  You're on a speakerphone in my robing room, and a

 4    court reporter is present recording what's being said.

 5            Would counsel for plaintiffs give his appearance.

 6            MR. KOPEL:  Good morning, your Honor.  This is

 7    Yitzchak Kopel on behalf of plaintiffs.

 8            THE COURT:  Good morning, Mr. Kopel.

 9            And counsel for the defendant.

10            MR. RANDELL:  Good morning, your Honor.  Howard

11    Randell on behalf of the defendants.

12            THE COURT:  All right.  Good morning, Mr. Randell.

13            I asked my law clerk to set up a conference regarding

14    your joint proposal for a schedule in this case, and certainly

15    while, you know, I don't have a problem with submitting the

16    proposed class notice plan by September 8, I really like to get

17    some understanding about why expert discovery in this case

18    should go on for six months.  So who wants to be heard on that?

19            MR. KOPEL:  Your Honor, this is Yitzchak Kopel.

20            So we had originally, in our original proposal to

21    defendant, had that deadline a bit earlier.  It got moved just

22    because of, I guess, you know, preexisting schedules.  But the

23    reason that we needed several months before sending out initial

24    expert reports was simply that we had been waiting until

25    certification of the class to run some very expensive testing

H8b1harc

1   of the devices, and as soon as the class was certified, we got

2   on that.  But it will take a little bit of time before that

3   testing is complete and we can prepare expert reports, and

4   that's why we had proposed a deadline that was some months out.

5       THE COURT:  All right.  Look, how many experts do you

6   expect to have?

7       MR. KOPEL:  Two.

8       THE COURT:  All right.  I mean, I certified the class

9   more than a month ago.  And quite frankly, why does it take

10  months to test these devices?

11      MR. KOPEL:  The only reason is because we're working

12  with some labs that have, you know -- they had other clients

13  and other schedules, and also, you know, there are five

14  different types of pests these devices purport to repel.  For

15  three of them, they're insects, and they're relatively easy to

16  test, but the other two, for mice and rats, those are rodents,

17  and sometimes that can be a little more complicated to set up

18  and complete.

19      I do think that we can meet a deadline that is earlier

20  than December 14, but I would request that the Court still

21  allow us to submit reports sometime in late November.

22      THE COURT:  All right.  I thought that the class here

23  involved pests, not rats.

24      MR. KOPEL:  The devices purport to repel ants,

25  spiders, roaches, mice, and rats.  So we wanted to -- although

H8b1harc

1    we have literature discussing the efficacy of these devices and

2    we conducted reviews of their tests and we had designed some

3    tests that we wanted to run, we wanted to make sure that we

4    were very thorough and would test the devices, the exact

5    devices at issue with regards to all five pests that the

6    devices are supposed to repel.

7            THE COURT:  Look, I think that there's no reason that

8    initial expert reports can't be exchanged by October 31, with

9    rebuttal reports by November 30th and the completion of

10   expert discovery by December 31.

11           MR. KOPEL:  Judge, could you repeat the dates for me,

12   please.  Thank you.

13           THE COURT:  October 31 for initial reports,

14   November 30 for rebuttal reports, and the completion of expert

15   discovery by December 29.

16           And then I'm not fixing a date for dispositive

17   motions.  If someone believes they have a dispositive motion,

18   they should request a premotion conference and I'll consider

19   it, and we'll deal with it.  But otherwise, I think that the

20   parties should submit a joint pretrial order to me by

21   February 2.  And we can have a final pretrial conference in

22   this case on February 9 at 11:00.  So I think a class having

23   been certified, it's time to get serious about teeing this case

24   up for a resolution.

25           MR. RANDELL:  Judge, Howard Randell on behalf of the

H8b1harc

| | |
|---|---|
| 1 | defendant.  I have one question, which I don't think would |
| 2 | result in any modification of the joint pretrial order or the |
| 3 | pretrial conference.  Your Honor, you've ordered that rebuttals |
| 4 | be completed by November 30 and expert closure on December 29. |
| 5 | My experience, given November and what December often entails |
| 6 | in terms of scheduling, etc., I'm wondering if it would be |
| 7 | possible just to anticipatorily -- at this point I don't really |
| 8 | know what the various expert's or counsel's schedules will be. |
| 9 | If we can maybe push that date into the middle of January. |
| 10 | Just historically, I've sort of found that December is a |
| 11 | challenging month just, you know, for people's personal |
| 12 | schedules, etc. |
| 13 | THE COURT:  Mr. Randell, here's what we can do. |
| 14 | Rebuttal reports by November 21, okay?  And complete expert |
| 15 | discovery by December 22.  Because I agree with you -- nobody's |
| 16 | going to do anything the last week anyway.  But that gives you |
| 17 | the first three weeks and the last week of November to conduct |
| 18 | what essentially are three or four expert depositions.  And |
| 19 | you're probably going to do them in tandem. |
| 20 | MR. RANDELL:  Very well, Judge. |
| 21 | THE COURT:  All right.  Anything further at this |
| 22 | point? |
| 23 | MR. KOPEL:  No, your Honor. |
| 24 | THE COURT:  All right.  So I'm going to enter this |
| 25 | scheduling order on the docket today, gentlemen.  Have a good |

H8b1harc

1    afternoon and a good weekend.  And get to work on these expert

2    issues.  Thanks.

3              MR. RANDELL:  Thank you, your Honor, and likewise.

4              MR. KOPEL:  Thank you.

5              MR. RANDELL:  Bye-bye.

6              (Adjourned)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25