**Bell + Howell Ultrasonic Pest Repeller Litigation, c/o
_____
P.O. Box _____,
[City], [State]  [Zip Code]


       Control#:  [Account ID]-[NoticeID]
       [FirstName] [LastName]
       [Attention]
       [Address 1]
       [Address 2]
       [City], [State]  [Zip Code]
       [Country Code]

**LEGAL NOTICE**

# If You Purchased A Bell + Howell Ultrasonic Pest Repeller, A Class Action Lawsuit May Affect Your Rights

You may be affected by a class action lawsuit alleging fraud-based, warranty, and consumer protection claims against BHH, LLC and Van Hauser LLC (collectively "Defendants") alleging that Bell + Howell Ultrasonic Pest Repellers ("B+H Repellers") do not repel pests as claimed. Defendants deny Plaintiffs' claim, deny any wrongdoing and assert that the products are effective. The lawsuit is called *Hart v. BHH, LLC*, Case No. 15-cv-4804, and is in the United States District Court for the Southern District of New York.

**WHO'S INCLUDED?** The Court has allowed the lawsuit to be a class action on behalf of "All persons who purchased one or more Bell + Howell ultrasonic pest repellers in the United States from April 20, 2011 to June 15, 2016, excluding persons who purchased for purpose of resale." If you purchased B+H Repellers during this period, you are a Class Member, and your rights may be affected.

**WHAT IS THE CASE ABOUT?** Between April 20, 2011 and June 15, 2016, Defendants represented that their Ultrasonic Pest Repellers would repel mice, rats, roaches, spiders, and ants. Plaintiffs claim that the B+H Repellers do not repel pests as represented. The lawsuit seeks to recover a full refund of the purchase price Class members paid for B+H Repellers. Plaintiffs' complaint also seeks to obtain all such other relief to which they may be entitled, including, without limitation, actual and punitive damages. Defendants deny Plaintiffs' claims, deny any wrongdoing and assert that the products are effective. The Court has not decided whether the plaintiffs' claims have any merit. Over the course of the suit, and possibly at a trial, the lawyers for the plaintiffs will have to prove their case.

**WHAT ARE YOUR OPTIONS?** You have a choice of whether to stay in the Class or not, and you must decide this now. If you stay in the Class, you will be legally bound by all orders and judgments of the Court, and you won't be able to sue, or continue to sue, Defendants as part of any other lawsuit involving the same claims that are in this lawsuit. If money or benefits are obtained, you will be notified about how to get a share. To stay in the Class, you do not have to do anything now. If you ask to be excluded from the Class, you cannot get any money or benefits from this lawsuit if any are awarded, but you will keep any rights to sue Defendants for these claims, now or in the future, and will not be bound by any orders or judgments of the Court. You will be responsible for paying your own lawyers if you pursue such a suit. To ask to be excluded, send a letter to the address below that indicates you want to be excluded from this lawsuit. This letter must actually be received by the addressee on or before _____. Include your name, address, and telephone number.

For more information, visit www.ultrasonicpestrepellerlawsuit.com