

**MEMO ENDORSED**

# LEAHY, EISENBERG & FRAENKEL, LTD.

ATTORNEYS AT LAW

|  | 33 WEST MONROE STREET, SUITE 1100 |  |
|---|---|---|
| JOLIET OFFICE | CHICAGO, ILLINOIS 60603-5317 | INDIANA OFFICE |
| 20 W. CASS ST., 2ND FLOOR | (312) 368-4554 | 1112 ROUTE 41, SUITE 101 |
| JOLIET, IL 60432-4116 | FAX: (312) 368-4562 | SCHERERVILLE, IN 46375 |
| (815) 723-6514 | www.lefltd.com | (219) 865-2647 |
| FAX: (815)723-7466 |  | FAX: (312) 368-4562 |

October 18, 2017

SCOTT WING
sw@lefltd.com

*The parties' joint proposed notice of pendency of class action is approved. The parties are directed to provide notice to the Class in accordance with the notice plan.*

**VIA ECF**

SO ORDERED:

Honorable William H. Pauley
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 1007

/s/ William H. Pauley III
WILLIAM H. PAULEY III
U.S.D.J.           10-24-17

Re:   ***Joanne Hart and Amanda Parke v. BHH, LLC d/b/a Bell + Howell and Van Hauser LLC***
Case No.:   1:15-cv-04804
Our File No. 142404-16713

Dear Judge Pauley:

The parties have conferred and agreed to the Proposed Notice of Pendency of Class Action and Proposed Schedule for Dissemination of Notice. The proposed Notice and related documents have been filed today.

Very truly yours,

LEAHY, EISENBERG & FRAENKEL, LTD.

/s/ *Scott Wing*

By: Scott Wing

SW/wn
Enclosures
Cc:    Yitz Kopel (ykopel@bursor.com)
\\lefpl\Prolaw Files\Documents\E. MISHAN AND SONS, INC\16823\CORRESPONDENCE\446664.doc