# LEAHY, EISENBERG & FRAENKEL, LTD.

ATTORNEYS AT LAW
33 WEST MONROE STREET, SUITE 1100
CHICAGO, ILLINOIS 60603-5317
(312) 368-4554
FAX: (312) 368-4562
www.lefltd.com

JOLIET OFFICE
20 W. CASS ST., 2ND FLOOR
JOLIET, IL 60432-4116
(815) 723-6514
FAX: (815)723-7466

INDIANA OFFICE
1112 ROUTE 41, SUITE 101
SCHERERVILLE, IN 46375
(219) 865-2647
FAX: (312) 368-4562

February 8, 2018

SCOTT WING
sw@lefltd.com

Honorable William H. Pauley
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 1007

Re: *Joanne Hart and Amanda Parke v. BHH, LLC d/b/a Bell + Howell and Van Hauser LLC*
Case No.:   1:15-cv-04804

Dear Judge Pauley:

We represent BHH, LLC, d/b/a Bell + Howell and Van Hauser, LLC (collectively, "Defendants") in the captioned case. Per the Court's February 2, 2018 order, the matter has been scheduled for a pre-motion conference with respect to the parties' anticipated cross-motions on February 9, 2018 at 11:00 am. Due to inclement weather, travel from Chicago is expected to be significantly impacted for the next two days, including the preemptive cancellation of scheduled flights into Chicago tomorrow. As such, we hereby repectfully request that the undersigned counsel be allowed to appear for the upcoming hearing by telephone.

Very truly yours,

LEAHY, EISENBERG & FRAENKEL, LTD.

/s/ *Scott Wing*

By: Scott Wing

Cc: Yitz Kopel (ykopel@bursor.com)
Joseph Marchese (jmarchese@bursor.com)