# LEAHY, EISENBERG & FRAENKEL, LTD.

ATTORNEYS AT LAW

| JOLIET OFFICE | 33 WEST MONROE STREET, SUITE 1100 | INDIANA OFFICE |
|---|---|---|
| 20 W. CASS ST., 2ND FLOOR | CHICAGO, ILLINOIS 60603-5317 | 1112 ROUTE 41, SUITE 101 |
| JOLIET, IL 60432-4116 | (312) 368-4554 | SCHERERVILLE, IN 46375 |
| (815) 723-6514 | FAX: (312) 368-4562 | (219) 865-2647 |
| FAX: (815)723-7466 | www.lefltd.com | FAX: (312) 368-4562 |

February 8, 2018

SCOTT WING
sw@lefltd.com

Honorable William H. Pauley
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 1007

        Re: *Joanne Hart and Amanda Parke v. BHH, LLC d/b/a Bell + Howell and Van Hauser LLC*
        Case No.: 1:15-cv-04804

Dear Judge Pauley:

    We represent BHH, LLC, d/b/a Bell + Howell and Van Hauser, LLC (collectively, "Defendants") in the captioned case. Per the Court's February 2, 2018 order, the matter has been scheduled for a pre-motion conference with respect to the parties' anticipated cross-motions on February 9, 2018 at 11:00 am. Due to inclement weather, travel from Chicago is expected to be significantly impacted for the next two days, including the preemptive cancellation of scheduled flights into Chicago tomorrow. As such, we hereby repectfully request that the undersigned counsel be allowed to appear for the upcoming hearing by telephone.

        Very truly yours,

SO ORDERED:
        LEAHY, EISENBERG & FRAENKEL, LTD.

*/s/ Scott Wing*

        By: Scott Wing

_____
WILLIAM H. PAULEY III
U.S.D.J.

2-8-18

Cc: Yitz Kopel (ykopel@bursor.com)
     Joseph Marchese (jmarchese@bursor.com)

```
Application granted.  The parties may appear by telephone, and are
directed to access the conference line by dialing 888 363 4749,
code: 3070580.
```