UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

JOANNE HART and SANDRA BUENO,
*on behalf of themselves and all others similarly situated*,

        Plaintiffs,

-against-

BHH, LLC d/b/a BELL + HOWELL, *et al.*

        Defendants.

------------------------------------------------

15cv4804

SCHEDULING ORDER

WILLIAM H. PAULEY III, United States District Judge:

The parties having appeared for a conference on February 9, 2018, the following is schedule is entered on consent:

1. All parties' Daubert motions, and Defendants' motion for summary judgment, shall be filed by March 9, 2018.

2. Oppositions to the above-referenced motions shall be filed by April 2, 2018.

3. Replies to the above-referenced motions shall be filed by April 9, 2018.

Absent this Court's determination that oral argument is needed, the motions shall be taken on submission.

Dated:  February 9, 2018
        New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.