IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOANNE HART and SANDRA BUENO, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br>　　v.<br><br>BHH, LLC d/b/a Bell + Howell and VAN HAUSER LLC<br><br>　　　　　　　　　Defendants. | Civil Action No. 1:15-CV-04804-WHP<br><br>**PLAINTIFFS' NOTICE OF MOTION TO PRECLUDE THE EXPERT TESTIMONIES OF PAUL BORTH AND PHILIP WHITFORD** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, upon the Declaration of Yitzchak Kopel, the exhibits attached thereto, and the accompanying Memorandum of Law, plaintiffs Joanne Hart and Sandra Bueno hereby move before the Honorable William H. Pauley III for an Order, pursuant to the Federal Rules of Evidence to preclude the expert testimonies of Dr. Paul Borth and Dr. Philip Whitford.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's February 9, 2018 Scheduling Order, Defendant's opposition to this motion, if any, must be served on or before April 2, 2018, and Plaintiffs' reply in further support of this motion must be served on or before April 9, 2018.

Dated:  March 9, 2018　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　**BURSOR & FISHER, P.A.**

　　　　　　　　　　　　　　　　　　　　　　By:　__/s/ Yitzchak Kopel__
　　　　　　　　　　　　　　　　　　　　　　　　　　Yitzchak Kopel

Scott A. Bursor
Joseph I. Marchese
Neal J. Deckant
Yitzchak Kopel
Frederick J. Klorczyk III
888 Seventh Avenue
New York, NY 10019
Telephone: (212) 989-9113
Facsimile: (212) 989-9163
Email: scott@bursor.com
      jmarchese@bursor.com
      ndeckant@bursor.com
      ykopel@bursor.com
      fklorczyk@bursor.com

*Class Counsel*