## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOANNE HART and SANDRA BUENO, on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br>v.<br><br>BHH, LLC d/b/a Bell + Howell and VAN HAUSER LLC<br><br>       Defendants. | Civil Action No. 1:15-CV-04804-WHP<br><br>**PLAINTIFFS' NOTICE OF MOTION TO PRECLUDE THE REBUTTAL EXPERT TESTIMONY OF STEFAN BOEDEKER** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

  **PLEASE TAKE NOTICE** that, upon the Declaration of Yitzchak Kopel, the Declaration of Colin B. Weir, the exhibits attached thereto, and the accompanying Memorandum of Law, plaintiffs Joanne Hart and Sandra Bueno hereby move before the Honorable William H. Pauley III for an Order, pursuant to the Federal Rules of Evidence to preclude the rebuttal expert testimony of Stefan Boedeker.

  **PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's February 9, 2018 Scheduling Order, Defendant's opposition to this motion, if any, must be served on or before April 2, 2018, and Plaintiffs' reply in further support of this motion must be served on or before April 9, 2018.

| | |
|---|---|
| Dated:  March 9, 2018 | Respectfully submitted,<br><br>**BURSOR & FISHER, P.A.**<br><br>By:  */s/ Yitzchak Kopel*<br>    Yitzchak Kopel |

                Scott A. Bursor
                Joseph I. Marchese
                Neal J. Deckant
                Yitzchak Kopel
                Frederick J. Klorczyk III
                888 Seventh Avenue
                New York, NY 10019
                Telephone: (212) 989-9113
                Facsimile: (212) 989-9163
                Email: scott@bursor.com
                          jmarchese@bursor.com
                          ndeckant@bursor.com
                          ykopel@bursor.com
                          fklorczyk@bursor.com

*Class Counsel*