**EXHIBIT 2**

1          IN THE UNITED STATES DISTRICT COURT

2            SOUTHERN DISTRICT OF NEW YORK

3

4    JOANNE HART and AMANDA         )

5    PARKE, on behalf of           )

6    themselves and all others     )

7    similarly situated,           )

8                  Plaintiffs,      )

9        -vs-                       ) No. 1:15-cv-04804

10   BHH, LLC d/b/a BELL &          ) (WHP)

11   HOWELL and VAN HAUSER,         )

12   LLC,                           )

13                  Defendants.     )

14

15        The deposition of PHILIP C. WHITFORD, Ph.D.,

16   called for examination, taken before GAIL LIVIGNI,

17   CSR No. 84-1965, a Notary Public within and for the

18   County of Will, State of Illinois, and a Certified

19   Shorthand Reporter of said state, at Suite 1100, 33

20   West Monroe Street, Chicago, Illinois, on the 12th

21   day of January, A.D. 2018, commencing at 9:30 a.m.

22

23

24   Pages 1 - 280

Page 82

1   count all the creatures which is an important part      11:45:12

2   of getting an answer.  And in the case of most          11:45:14

3   studies like that, psychiatry, you're taking the        11:45:20

4   rats which have been used to being in metal cages        11:45:24

5   in the back room and in Plexiglas for their whole        11:45:26

6   lives.  The validity of those tests doesn't take        11:45:30

7   into account strange surroundings as bringing in         11:45:36

8   wild animals does.                                       11:45:40

9        Q.   Okay.  So if you were to take wild             11:45:46

10  animals and confine them in Plexiglas enclosures,        11:45:48

11  that might affect their behavior due to the fact         11:45:56

12  that they are not used to such an environment, is        11:45:58

13  that correct?                                            11:46:04

14       A.   It might, but if you put them in in a          11:46:04

15  pretest situation and find them to not being            11:46:06

16  behaving in abnormal ways, then it's valid to begin     11:46:10

17  the test.                                                11:46:16

18       Q.   Okay.  And as it pertains to the manner        11:46:16

19  in which people would typically use ultrasonic pest      11:46:20

20  repellers, you wouldn't typically expect them to be      11:46:24

21  using them inside Plexiglas enclosures, would you?       11:46:26

22       A.   You'd expect them to be using them             11:46:30

23  within the design specifications and test               11:46:32

24  specifications recommended.                              11:46:36

```
                                                   Page 83
1        MR. KOPEL:  Can you please repeat the      11:46:40

2   question?                                        11:46:40

3             (WHEREUPON, the record was read        11:46:40

4              as requested.)                         11:46:40

5   BY THE WITNESS:                                  11:46:40

6        A.    I would not.                          11:46:58

7   BY MR. KOPEL:                                    11:47:02

8        Q.    It would be reasonable to assume that 11:47:02

9   they would use them in their homes, correct?     11:47:04

10       A.    The purchasers?                        11:47:08

11       Q.    Yes.                                   11:47:10

12       A.    Yes.                                   11:47:10

13       Q.    And people don't live in Plexiglas    11:47:10

14  containers, do they?                             11:47:14

15       A.    Not most of the ones I know.          11:47:16

16       Q.    And people's homes are far larger than 11:47:16

17  Plexiglas containers, correct?                   11:47:24

18       MR. OSTOJIC:  Object to form.               11:47:24

19  BY THE WITNESS:                                  11:47:26

20       A.    Of course.                            11:47:26

21  BY MR. KOPEL:                                    11:47:28

22       Q.    And people's homes have corners in them 11:47:28

23  as opposed to Plexiglas containers, is that      11:47:32

24  correct?                                          11:47:34
```

Page 84

| | | |
|---|---|---|
| 1 | A.   Plexiglas containers have corners. | 11:47:34 |
| 2 | Q.   I actually misspoke.  There is a | 11:47:38 |
| 3 | possibility for sound shadows in people's homes | 11:47:40 |
| 4 | whereas there would not be that possibility in a | 11:47:44 |
| 5 | Plexiglas container, is that correct? | 11:47:48 |
| 6 | A.   No, there is still possibilities for | 11:47:48 |
| 7 | sound shadows.  It depends on how exactly you | 11:47:50 |
| 8 | position the unit, but it's very linear, very | 11:47:54 |
| 9 | narrow focus.  So even if Plexiglas is only this | 11:47:58 |
| 10 | big by that big -- | 11:48:00 |
| 11 | Q.   Right. | 11:48:02 |
| 12 | A.   -- you got a unit here, it's going to be | 11:48:02 |
| 13 | affecting a path across that Plexiglas container | 11:48:06 |
| 14 | which is at most this wide on the other side. | 11:48:10 |
| 15 | These are sound shadows over here and here. | 11:48:14 |
| 16 | Q.   Right.  How narrow is it? | 11:48:16 |
| 17 | A.   It depends on exactly the size of the | 11:48:18 |
| 18 | speaker and the orientation of it, but it will | 11:48:20 |
| 19 | broaden as it crosses the room just like a pattern | 11:48:24 |
| 20 | of shot from a shotgun gets bigger as it gets | 11:48:30 |
| 21 | farther away. | 11:48:32 |
| 22 | Q.   Could an ultrasonic device -- would a | 11:48:32 |
| 23 | single speaker ultrasonic device broadcast -- let | 11:48:44 |
| 24 | me rephrase. | 11:48:50 |

Page 85

| | | |
|---|---|---|
| 1 | Would an ultrasonic device affect an | 11:48:52 |
| 2 | area behind it? | 11:48:54 |
| 3 | A.    No. | 11:48:56 |
| 4 | Q.    Would it affect the area immediately | 11:48:56 |
| 5 | next to it? | 11:49:00 |
| 6 | A.    Not at close range. | 11:49:02 |
| 7 | Q.    How about underneath it? | 11:49:04 |
| 8 | A.    No. | 11:49:06 |
| 9 | Q.    And Plexiglas containers don't have | 11:49:10 |
| 10 | furniture, correct? | 11:49:12 |
| 11 | A.    Correct. | 11:49:14 |
| 12 | Q.    And they don't have carpeting, correct? | 11:49:14 |
| 13 | A.    Yes, they do not have any furniture. | 11:49:18 |
| 14 | Q.    And furniture is something that could | 11:49:26 |
| 15 | affect the efficacy of ultrasonic devices, correct? | 11:49:28 |
| 16 | A.    True. | 11:49:32 |
| 17 | Q.    And Plexiglas containers do not | 11:49:34 |
| 18 | have -- I don't know if this was captured on the | 11:49:36 |
| 19 | record earlier -- carpeting, correct? | 11:49:40 |
| 20 | A.    One assumes not. | 11:49:40 |
| 21 | Q.    And carpeting could affect the efficacy | 11:49:42 |
| 22 | of ultrasonic devices, is that correct? | 11:49:46 |
| 23 | A.    Yes. | 11:49:48 |
| 24 | Q.    Plexiglas containers do not contain | 11:49:50 |

Page 92

| | | |
|---|---|---|
| 1 | since then have kept the same pattern. | 11:58:38 |
| 2 | Q. You know, without the data from 2010 or | 11:58:42 |
| 3 | other years, let's say -- | 11:58:48 |
| 4 | A. It would be meaningless. | 11:58:50 |
| 5 | Q. Okay, so let me just finish my question. | 11:58:52 |
| 6 | You're anticipating correctly. If you had only | 11:58:54 |
| 7 | looked at 2009 with the unit on and seen zero, it | 11:58:56 |
| 8 | would be a meaningless result, is that correct? | 11:59:00 |
| 9 | A. From a scientific standpoint, | 11:59:02 |
| 10 | absolutely. | 11:59:04 |
| 11 | Q. Why? | 11:59:06 |
| 12 | A. Because you have to have a control. | 11:59:06 |
| 13 | Q. And without a control, as a matter of | 11:59:06 |
| 14 | science, the data from a study is meaningless, is | 11:59:14 |
| 15 | that correct? | 11:59:18 |
| 16 | A. Pretty much so, yes. | 11:59:18 |
| 17 | Q. Can you please look at a portion of | 11:59:32 |
| 18 | this -- of the Transonic report titled, "Study | 11:59:40 |
| 19 | Design?" | 11:59:44 |
| 20 | A. Yes. | 11:59:48 |
| 21 | Q. I'm looking at the third sentence here. | 11:59:54 |
| 22 | It reads, "This unit was set to the medium volume | 11:59:58 |
| 23 | and spider setting on the options for sound output | 12:00:04 |
| 24 | for the test. I did not use the mice sound setting | 12:00:06 |

Page 116

| | | |
|---|---|---|
| 1 | the European house mouse that was brought to this | 12:27:00 |
| 2 | country, still is present in Europe, still used | 12:27:02 |
| 3 | extensively for all kinds of behavioral tests, | 12:27:06 |
| 4 | psychological tests and so forth; but they have | 12:27:10 |
| 5 | over the years they're no longer subjected to the | 12:27:14 |
| 6 | same natural selective courses that wild mice are. | 12:27:22 |
| 7 | They've been living in protected environments with | 12:27:26 |
| 8 | provided food and all the care and so forth for | 12:27:30 |
| 9 | probably 300 or 400 years of research, at least | 12:27:36 |
| 10 | 200 years, and the result is that genetically they | 12:27:40 |
| 11 | have drifted.  Their gene patterns have become | 12:27:44 |
| 12 | highly inbred, they have less variation than the | 12:27:48 |
| 13 | wild mice would do because they haven't been | 12:27:52 |
| 14 | subjected to the same forces. | 12:27:54 |
| 15 | Q.   So would it be reasonable to surmise | 12:27:56 |
| 16 | that they might react to ultrasound differently | 12:27:58 |
| 17 | than other types of mice? | 12:28:02 |
| 18 | A.   White lab mice, probably so. | 12:28:02 |
| 19 | Q.   Okay.  Last question about this | 12:28:06 |
| 20 | publication, can deer hear ultrasound? | 12:28:10 |
| 21 | A.   There is a good question about that.  I | 12:28:16 |
| 22 | know that people have tried to test it, but they | 12:28:20 |
| 23 | test it in a situation where it doesn't reach them | 12:28:22 |
| 24 | because of its lack of force, and they've also put | 12:28:26 |

Page 168

1      A.    They are not providing adequate basis to          14:58:18

2    make that claim.  To be well established means that      14:58:24

3    it's repeated again and again.  If you want an           14:58:26

4    example of science going bad, it's the fact that        14:58:30

5    it's impossible to get rid of misinformation            14:58:32

6    because people keep citing it long after its time       14:58:36

7    is done.                                                 14:58:40

8           The Journal of -- New England Journal of          14:58:42

9    Medicine analyzed publications from 1990 to '99 in      14:58:46

10   the Lancet and New England Journal of Medicine.  It     14:58:50

11   showed that 90 to 95 percent of those publications      14:58:54

12   were rescinded or proved to be false within five        14:58:58

13   years of their publication date, but the                14:59:04

14   retractions were one page notes in the back part,       14:59:06

15   so people keep citing them as being correct and         14:59:12

16   factual because the retractions don't get the air       14:59:14

17   play that other things do.                              14:59:18

18          You remember the big thing about the             14:59:22

19   Farmingham studies and cholesterol and you should       14:59:28

20   not eat butter but you should eat margarine, and        14:59:32

21   the fact that ten years later they turned around        14:59:36

22   and say, whoop, sorry, the margarine, no, it            14:59:38

23   doesn't make any difference, in fact it's worse for     14:59:42

24   you because of the trans fats, you go -- but if you     14:59:44

Page 188

| | | |
|---|---|---|
| 1 | A.    Potter's. | 15:53:52 |
| 2 | Q.    Okay. | 15:53:52 |
| 3 | A.    The Modesto apartments. | 15:53:54 |
| 4 | Q.    Okay.  Any others? | 15:53:54 |
| 5 | A.    I don't know of my others that were done | 15:53:56 |
| 6 | specifically with the Bell & Howell repellers. | 15:53:58 |
| 7 | Wait, there was Qmann which was a six-room test | 15:54:02 |
| 8 | which is a catastrophic mistake in design. | 15:54:06 |
| 9 | Q.    Okay.  Did you see one Qmann test, or | 15:54:10 |
| 10 | did you see two? | 15:54:14 |
| 11 | A.    Two, insects and mice.  The mixing of | 15:54:14 |
| 12 | things in a six-room chambers, the very small | 15:54:18 |
| 13 | number of animals used, it just -- it didn't have | 15:54:26 |
| 14 | adequate evidence to determine anything. | 15:54:28 |
| 15 | Q.    So would you say, based on the factors | 15:54:34 |
| 16 | you identified, that the results of those tests are | 15:54:38 |
| 17 | unreliable? | 15:54:42 |
| 18 | MR. OSTOJIC:  Object to form, foundation.  Are | 15:54:44 |
| 19 | we referring to Qmann? | 15:54:46 |
| 20 | BY MR. KOPEL: | 15:54:50 |
| 21 | Q.    Yes, thank you, the two Qmann reports. | 15:54:50 |
| 22 | A.    The two Qmann reports and I would throw | 15:54:52 |
| 23 | in the 2016 Chinese test which threw double numbers | 15:54:56 |
| 24 | of rats in the same housing and left us testing the | 15:55:00 |

Page 189

```
 1    effects of overcrowding of rats rather than the        15:55:02
 2    effects of the repellers.                              15:55:06
 3             You have to go back to Calhoun, H.            15:55:08
 4    Calhoun's 1965 classic paper on overcrowding of        15:55:12
 5    rats.  You find that and you find that any time you     15:55:14
 6    exceed one rat per three square feet, you'll have      15:55:18
 7    them killing each other, you'll have mayhem.  The      15:55:20
 8    repellers would not be what you're measuring when      15:55:26
 9    you put 20 rats into 32 square feet.                   15:55:28
10        Q.    And by the way, thank you for citing         15:55:32
11    Calhoun because I learned a lot from reading that      15:55:34
12    article.  So with regards to the two Qmann reports     15:55:36
13    and the 2016 report -- and that was done by            15:55:42
14    Intertek, I believe?                                   15:55:50
15        A.    Yeah, those were badly designed.             15:55:52
16        Q.    And as a result, would you say that the      15:55:54
17    data produced by them is unreliable?                   15:55:56
18        A.    Absolutely.                                  15:55:58
19        Q.    Now, I think you said one rat per three      15:56:10
20    square feet, is that what you said?                    15:56:16
21        A.    Max.                                         15:56:18
22        Q.    That's the maximum?                          15:56:18
23        A.    The maximum density before you have          15:56:18
24    problems.                                              15:56:22
```

Page 201

```
 1   standard one.                                      16:11:54
 2        Q.    Okay.  So did you see if this one has    16:11:56
 3   sweeping frequencies?                              16:11:58
 4        A.    I don't know whether it has sweeping or  16:12:02
 5   broad spectrum.                                    16:12:06
 6        Q.    Does it matter?                          16:12:08
 7        A.    As we discussed before, apparently it    16:12:12
 8   didn't matter for spiders or mice in my farm house, 16:12:14
 9   so it probably doesn't matter in this case if the   16:12:16
10   frequency is right.                                16:12:20
11        Q.    So regardless of whether there was       16:12:20
12   sweeping or pulsating or static, you feel          16:12:22
13   comfortable drawing conclusions based on this model 16:12:26
14   to all the other Bell & Howell models, is that     16:12:30
15   correct?                                           16:12:32
16        A.    Yes.  As long as the frequencies are the 16:12:32
17   same and the decibel levels are the same, I see no  16:12:34
18   difference, and that was pretty much Dr. Mankin's   16:12:40
19   conclusion when he tested the various ones.        16:12:44
20        Q.    What species of mice was used in this    16:12:46
21   test?                                              16:12:50
22        A.    They weren't stated.  The rats were      16:12:50
23   black rats.  The pictures show a mouse that could   16:12:54
24   be light gray, or it could have been a white lab    16:13:00
```

Page 226

```
 1    because I didn't ask anything about Mike Potter.      16:41:44
 2              Does the data from this test show that       16:41:46
 3    the Bell & Howell repellers are capable of driving    16:41:50
 4    mice or rats out of the house?                        16:41:52
 5        MR. OSTOJIC:  Same objections.                    16:41:54
 6    BY THE WITNESS:                                        16:42:02
 7        A.    Only if you have enough repellers to         16:42:02
 8    cover the entire area of the house and keep them      16:42:04
 9    exposed to the sound.                                 16:42:06
10    BY MR. KOPEL:                                          16:42:08
11        Q.    That's supported by the data from this       16:42:08
12    test?                                                  16:42:12
13        A.    It's supported by common sense.  The        16:42:14
14    test shows that they will repel them.  That is the    16:42:18
15    thing that Bell & Howell claims is it will repel      16:42:24
16    them.  Out of the house is Potter's definition of     16:42:28
17    success.                                               16:42:32
18        Q.    I understand that you might disagree         16:42:32
19    with me about what is being claimed, and that's      16:42:34
20    not -- you've been on the record stating that, but   16:42:38
21    I'm asking you a specific question, okay?             16:42:40
22              Have you seen anything from this test to    16:42:44
23    imply that the repellers are capable of driving      16:42:46
24    these pests out of the house?                         16:42:48
```

Page 227

| | | |
|---|---|---|
| 1 | MR. OSTOJIC:  Same objection and asked and | 16:42:50 |
| 2 | answered. | 16:42:50 |
| 3 | BY MR. KOPEL: | 16:42:50 |
| 4 | Q.    I'll keep asking.  I just need a yes or | 16:42:52 |
| 5 | no. | 16:42:54 |
| 6 | A.    The test only covers four square -- or a | 16:42:54 |
| 7 | 32 square foot area.  How can you answer that | 16:43:02 |
| 8 | larger question on the basis of that small a | 16:43:06 |
| 9 | sample? | 16:43:10 |
| 10 | Q.    Does that mean that the data does not | 16:43:10 |
| 11 | support that statement, or does it, yes, support | 16:43:12 |
| 12 | that statement?  That's my entire question.  If the | 16:43:14 |
| 13 | data is insufficient to support it, your answer | 16:43:18 |
| 14 | might be no, but I'm looking for a yes or no, and | 16:43:20 |
| 15 | I'm happy to let you elaborate, but I've asked you | 16:43:22 |
| 16 | a yes or no question several times now. | 16:43:26 |
| 17 | MR. OSTOJIC:  Same objections, incomplete | 16:43:28 |
| 18 | hypothetical, but go ahead. | 16:43:30 |
| 19 | BY THE WITNESS: | 16:43:36 |
| 20 | A.    It only shows that it works over the | 16:43:36 |
| 21 | distances specified here. | 16:43:40 |
| 22 | BY MR. KOPEL: | 16:43:46 |
| 23 | Q.    So, in fact, this data cannot support | 16:43:46 |
| 24 | any sort of finding that these repellers would work | 16:43:54 |

Page 234

| | | |
|---|---|---|
| 1 | A.    Different test group.  The tunnel itself | 16:52:34 |
| 2 | should be considered the tunnel. | 16:52:40 |
| 3 | Q.    Should it be considered Chamber B? | 16:52:42 |
| 4 | A.    It shouldn't be considered Chamber B any | 16:52:46 |
| 5 | more than the hallways in the Potter studies should | 16:52:48 |
| 6 | be considered the front room. | 16:52:52 |
| 7 | Q.    Is that a no, it should not be | 16:52:54 |
| 8 | considered Chamber B? | 16:52:56 |
| 9 | A.    Yes. | 16:52:58 |
| 10 | Q.    Okay.  And it shouldn't be | 16:53:00 |
| 11 | considered -- okay.  And this test was done by | 16:53:02 |
| 12 | Intertek, you see that, right? | 16:53:06 |
| 13 | A.    Uh-huh. | 16:53:08 |
| 14 | Q.    And that's the same company that did | 16:53:08 |
| 15 | this other test we're looking at, correct? | 16:53:10 |
| 16 | A.    But since it doesn't specify what they | 16:53:14 |
| 17 | did, we don't know. | 16:53:14 |
| 18 | Q.    You don't know -- | 16:53:16 |
| 19 | A.    The rules got changed in 2016 when they | 16:53:18 |
| 20 | stuffed more in, and it was different people | 16:53:20 |
| 21 | running the tests, was it not?  Well, I guess it's | 16:53:26 |
| 22 | still Leo Lin and Sam Lin. | 16:53:30 |
| 23 | Q.    No, it's the same people. | 16:53:32 |
| 24 | A.    Okay. | 16:53:32 |

Page 235

| | | |
|---|---|---|
| 1 | Q.    But you don't know, they might have | 16:53:34 |
| 2 | counted it as Chamber B; you just don't know, | 16:53:36 |
| 3 | correct? | 16:53:40 |
| 4 | A.    Yes.  I'm sorry. | 16:53:42 |
| 5 | Q.    That's fine.  How many mice or rats died | 16:53:44 |
| 6 | during the course of this 2014 testing? | 16:53:52 |
| 7 | A.    During the 2014 testing? | 16:53:56 |
| 8 | Q.    It's not a memory test.  You can look at | 16:54:02 |
| 9 | it. | 16:54:06 |
| 10 | A.    2014, that's this one.  Can you give | 16:54:06 |
| 11 | me a -- 2014 test is 13? | 16:54:18 |
| 12 | Q.    Yes, this was 13, and I'm -- it began -- | 16:54:28 |
| 13 | MR. OSTOJIC:  I think it was from 55. | 16:54:36 |
| 14 | BY MR. KOPEL: | 16:54:36 |
| 15 | Q.    55 and onward. | 16:54:40 |
| 16 | A.    Okay.  Since we start with ten rats and | 16:54:42 |
| 17 | on post testing we still have seven and three and | 16:55:14 |
| 18 | eight and four, it would appear that none of them | 16:55:18 |
| 19 | could have died, but there must be -- oh, wait, | 16:55:24 |
| 20 | excuse me, that's six and four for the final post | 16:55:28 |
| 21 | testing day, so you still have ten rats on the | 16:55:32 |
| 22 | final day which means no rats died in that test. | 16:55:34 |
| 23 | Q.    If a rat had died in the middle of the | 16:55:36 |
| 24 | testing period and was replaced by a new rat, would | 16:55:42 |

Page 236

| | | |
|---|---|---|
| 1 | that be proper? | 16:55:44 |
| 2 | A.   They did that in the 2016.  There is no | 16:55:50 |
| 3 | indication they ever did that in 2011 or 2014.  It | 16:55:54 |
| 4 | would not be proper. | 16:55:58 |
| 5 | Q.   Do you know that they didn't do that in | 16:56:06 |
| 6 | 2011, 2014? | 16:56:08 |
| 7 | A.   They would have had to mention it if | 16:56:10 |
| 8 | they replaced an animal.  They mentioned the deaths | 16:56:12 |
| 9 | of them in 2016.  Potter was all over it. | 16:56:16 |
| 10 | Q.   Okay.  Please take a look at the 2016 | 16:56:24 |
| 11 | test and tell me where they mention the death? | 16:56:28 |
| 12 | A.   Actually, it's Potter who mentioned it, | 16:56:32 |
| 13 | complained that there was death and replacement of | 16:56:34 |
| 14 | rats in the 2016 test. | 16:56:36 |
| 15 | Q.   Okay.  My question was can you please | 16:56:38 |
| 16 | identify -- you just said that they mentioned death | 16:56:40 |
| 17 | in the 2016 test, so I'm asking can you please | 16:56:44 |
| 18 | identify where it says that? | 16:56:48 |
| 19 | A.   I'm not sure Intertek mentioned it. | 16:56:48 |
| 20 | MR. OSTOJIC:  If you want to go through it, | 16:56:50 |
| 21 | the question is -- he wants you to find it.  I | 16:56:52 |
| 22 | think it's Exhibit 14. | 16:56:58 |
| 23 | BY THE WITNESS: | 16:57:30 |
| 24 | A.   It doesn't look as though any died. | 16:57:30 |

Page 237

| | | |
|---|---|---|
| 1 | MR. OSTOJIC:  It does. | 16:57:34 |
| 2 | THE WITNESS:  Pardon? | 16:57:34 |
| 3 | BY MR. KOPEL: | 16:57:34 |
| 4 | Q.    In 2016. | 16:57:36 |
| 5 | MR. KOPEL:  Please don't communicate with the | 16:57:40 |
| 6 | witness right now. | 16:57:42 |
| 7 | MR. OSTOJIC:  Go through the entire Exhibit. | 16:57:46 |
| 8 | I know it's late and we've been here hours. | 16:57:48 |
| 9 | BY THE WITNESS: | 16:57:54 |
| 10 | A.    Okay.  They start with 20 rats | 16:57:54 |
| 11 | and -- okay.  During preliminary testing they're | 16:57:56 |
| 12 | down to 18 rats, so, yes, they did, and then 16. | 16:58:00 |
| 13 | Somehow they must have added rats in there because | 16:58:06 |
| 14 | now you're up to 19 and 20, 20, 19.  So, yes, if I | 16:58:08 |
| 15 | recall correctly, five to seven rats died in it. | 16:58:14 |
| 16 | MR. OSTOJIC:  Look at the entire Exhibit. | 16:58:18 |
| 17 | Review the entire Exhibit.  He wants you to go | 16:58:22 |
| 18 | through the Exhibit. | 16:58:24 |
| 19 | BY THE WITNESS: | 16:58:52 |
| 20 | A.    I'm not sure where you're looking or | 16:58:52 |
| 21 | what you're driving at. | 16:58:58 |
| 22 | BY MR. KOPEL: | 16:58:58 |
| 23 | Q.    Let's slow down, okay.  I think you | 16:58:58 |
| 24 | mentioned earlier that the 2016 test notes when the | 16:59:02 |

Page 238

```
 1    mice and the rats died.  Do you recall saying that?    16:59:06

 2        A.    Well, it certainly shows the decrease in    16:59:12

 3    total numbers, and since we're dealing with           16:59:14

 4    Plexiglas, it's a little hard to figure out where     16:59:18

 5    they disappeared.                                      16:59:20

 6        Q.    Right.  So it's apparent from the            16:59:22

 7    numbers.  Do you see any notes discussing how many    16:59:24

 8    died?                                                  16:59:26

 9        MR. OSTOJIC:  Objection.  The document speaks      16:59:26

10    for itself, but GO through the entirety of the         16:59:28

11    document, especially --                                16:59:32

12        MR. KOPEL:  Don't -- please don't do that.         16:59:34

13        MR. OSTOJIC:  It's without purpose.  It's          16:59:40

14    there.                                                 17:00:10

15    BY MR. KOPEL:                                          17:01:38

16        Q.    The question pending, just as a              17:01:38

17    reminder, is can you please show me where in the       17:01:40

18    2016 report there is a notation that dead rats were    17:01:42

19    found or mice?                                         17:01:48

20        A.    I'm not finding that notation anywhere.      17:01:52

21    The variation in numbers confounds me.                 17:01:56

22        Q.    The variation in numbers seems to imply      17:01:58

23    that mice and rats had died in the middle of the       17:02:02

24    experiment and then were subsequently replaced.        17:02:04
```

Page 239

| | | |
|---|---|---|
| 1 | Would you agree with that? | 17:02:08 |
| 2 | A.    It would imply that. | 17:02:10 |
| 3 | Q.    Okay.  Do you have any -- | 17:02:12 |
| 4 | A.    And Dr. Potter stipulated the same thing | 17:02:16 |
| 5 | about this, that there were rats replaced during | 17:02:18 |
| 6 | the study. | 17:02:22 |
| 7 | Q.    Do you have any indication whether the | 17:02:24 |
| 8 | same thing occurred -- do you have any indication | 17:02:30 |
| 9 | that the same thing did not occur in the 2014 test? | 17:02:32 |
| 10 | MR. OSTOJIC:  Objection, already asked and | 17:02:34 |
| 11 | answered. | 17:02:36 |
| 12 | BY THE WITNESS: | 17:02:38 |
| 13 | A.    There is no indication of fluctuation in | 17:02:38 |
| 14 | the numbers.  Everyday's rat total adds to ten. | 17:02:40 |
| 15 | BY MR. KOPEL: | 17:02:46 |
| 16 | Q.    Would there need to be, or could they | 17:02:46 |
| 17 | have replaced them at another point in which they | 17:02:48 |
| 18 | were not counted? | 17:02:52 |
| 19 | MR. OSTOJIC:  Object to form, foundation. | 17:02:52 |
| 20 | BY THE WITNESS: | 17:02:56 |
| 21 | A.    That would be pure speculation since | 17:02:56 |
| 22 | it's not recorded in their tables. | 17:02:58 |
| 23 | BY MR. KOPEL: | 17:03:00 |
| 24 | Q.    So we don't know either way, correct? | 17:03:00 |

Page 240

```
 1        MR. OSTOJIC:  Object to form, foundation.      17:03:02

 2   BY THE WITNESS:                                     17:03:10

 3        A.   I guess that's true.                      17:03:10

 4   BY MR. KOPEL:                                       17:03:12

 5        Q.   Does that make you question the           17:03:12

 6   qualifications of Leo and Sam Lin?                  17:03:12

 7        A.   On the basis of supposition that they're 17:03:20

 8   not putting in information?                         17:03:24

 9        Q.   No.  So maybe I'll clarify.  Does the     17:03:26

10   fact that Leo and Sam Lin replaced dead rats in the 17:03:28

11   2016 study make you question their qualifications   17:03:32

12   to performing these kinds of tests?                 17:03:36

13        A.   They did it out of desperation trying to  17:03:38

14   keep the test valid which of course we've already   17:03:42

15   said it wasn't.                                     17:03:46

16        Q.   Okay.  Do you believe that a qualified    17:03:48

17   scientist would do such a thing?                    17:03:50

18        A.   I wouldn't, but we don't know whether     17:03:56

19   Intertek decided they needed -- whether Diane       17:04:02

20   Feuerstein said we need to have more rats in here   17:04:08

21   or more mice in here.  We don't know the source of  17:04:10

22   it.                                                 17:04:14

23        Q.   If Ms. Feuerstein said that to you,       17:04:14

24   would you do it?                                    17:04:16
```

Page 241

```
 1        A.    Would I, no.                      17:04:16

 2        Q.    Would any qualified scientist do that?   17:04:18

 3        MR. OSTOJIC:   Object to form, foundation, but  17:04:20

 4    go ahead and answer.                        17:04:22

 5    BY THE WITNESS:                             17:04:22

 6        A.    A scrupulous scientist would not, but  17:04:22

 7    we're looking at a test that was flawed to begin  17:04:28

 8    with.                                       17:04:32

 9    BY MR. KOPEL:                               17:04:32

10        Q.    So would you agree that this tends to  17:04:32

11    show that Leo and Sam Lin were not scrupulous  17:04:34

12    scientists?                                 17:04:38

13        MR. OSTOJIC:   Object, form, foundation,  17:04:38

14    mischaracterizes his testimony.             17:04:40

15    BY THE WITNESS:                             17:04:44

16        A.    Yeah, I don't have enough data to  17:04:44

17    support that.  It's not my nature to accuse anybody  17:04:46

18    of misdeed or judge on their -- on supposition of  17:04:54

19    misdeeds whether they are conscientious enough  17:04:58

20    about their work to carry out a simple count.  17:05:04

21    BY MR. KOPEL:                               17:05:08

22        Q.    And I wasn't trying to cast aspersions  17:05:08

23    but --                                      17:05:16

24        MR. OSTOJIC:   Yeah, that's what you did.  17:05:16
```