**EXHIBIT 4**



SGS-CSTC Shenzhen Branch
7/F, SGS Building No 4, Jianghao Industry Park, No. 430, Jihua Road,
Bantian Town, Longgang District, Shenzhen, China. P C 518129 Tel 86 755 25328888 / 83114358   Fax:86 755 83139706 / 83139732

# WITNESS TEST REPORT

**Report No.:  SZXWT00603439**

| To    : | INTELLITEC INTERNATIONAL INC. | Date:    | 23-MAR-2012 |
|---------|-------------------------------|----------|-------------|
| Att    : | DEBBIE FEUERSTEIN | | |
| From  : | Mei Lv | E-mail : | Mei.Lv@sgs.com |

| SGS File No.: | CNDGG50041547 | Testing Device  Overlook |
|---------------|---------------|--------------------------|
| Buyer : | VAN HAUSER 230, FIFTH AVENUE, NEW YORK, NY 10001, USA | |
| Supplier : | INTELLITEC INTERNATIONAL INC. | |
| Manufacturer : | INTELLITEC INTERNATIONAL INC. | |
| Style Number: | Nil | |
| Product description: | BELL + HOWELL ULTRASONIC PEST REPELLER | |
| Service Style   : | TESTING WITNESS | |
| Service Date : | From 10-MAR-2012 to 21-MAR-2012 | |
| Testing Location : | DONGGUAN, CHINA | |

**Testing Criteria**

| Testing sample provided by | By Supplier(see protocol) |
|----------------------------|---------------------------|
| Client instruction/specification | Yes(see protocol) |
| SGS WI number | N/A |
| Other | |

## Comments / Remarks: (Reason)

- Canceled bread and white granulated sugar (as food) for spiders on 12-Mar-2012, as spiders were not eating & drinking.
- Each spider chambers provided 10 recently dead roaches as food for spiders on a daily basis. Used soaked sponges to feed spiders water.
- Four edges of all chambers were sealed by SGS inspectors with un-removable seal labels and chopped with SGS stamp.  Each day after counting spiders/ants/roaches quantities and weighting water, SGS inspector replaced new seals.

Page 1  of  19

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon is solely limited to visual examination of the safely and readily accessible portions of the consignment and reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any.  The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents  Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

BHH,LLC 002531



## STUDY TITLE

EFFICACY EVALUATION OF BELL + HOWELL ULTRASONIC PEST REPELLER
AGAINST
ANTS / SPIDERS / ROACHES

## OBJECT

TESTING ULTRASONIC PEST REPELLER AGAINST ANTS / SPIDERS / ROACHES IN LABORATORY
ENVIRONMENT. CONDUCTING OBSERVATIONS IN TOTAL 11 DAYS PERIOD, INCLUIDNG 2 DAYS
PRLIMINARY TEST, 7 DAYS DUIRNG TEST AND 2 DAYS POST TEST. THIS IS TO MEASURE THE EFFICACY OF
HIGH-FREQUENCY SOUND AS A PEST MANAGEMENT TOOL.
BOTH FREQUENCY AND SOUND PRESSURE (dB) ARE IMPORTANT PARAMETERS.

## MATERIALS

| FORMULATIONS | BELL + HOWELL ULTRASONIC PEST REPELLER |
| TEST ARTHROPODS | HEALTHY ANTS,SPIDERS & ROACHES |
| APPLICATION DEVICES | BELL + HOWELL ULTRASONIC PEST REPELLER |
| TESTING CHAMBER | SEE BELOW DIAGRAM |

## METHODS

### Summary

8.5 feet long plastic tunnel is made to connect two chambers on each side. Each chamber is 4 feet (L) x 4
feet (W) x 1.5 feet (H). Ultrasonic Pest Repeller is placed at Chamber A, Chamber B has no ultrasonic pest
repeller. Both sides have equal amount of food and water. Ants, Spiders and Roaches will be recorded at
24 hour intervals for total 11 days (or 264 hours). The number of ants / spiders / roaches will be recorded
in each chamber. Any ants / spiders / roaches are found in Chamber B (no ultrasonic pest repeller) will be
counted as repelled. Any ants / spiders / roaches remain in Chamber A (with ultrasonic pest repeller) will
be counted as not repelled.

To determine the efficacy of the Bell + Howell Ultrasonic Pest Repeller for repelling ants, spiders and
roaches. This device is tested over a 24 hours interval and total 11 days (or 264 hours) period in a
laboratory environment. The test was preceded by a two-day preliminary test to ensure that the test
apparatus and the selected food functioned properly.

### Test sample

The test sample will be stored in a locked cabinet at ambient temperature and humidity until use in the
study.

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm   Attention is drawn to the
limitation of liability, indemnification and jurisdiction issues defined therein
Any holder of this document is advised that information contained hereon is solely limited to visual examination of the safely and readily accessible portions of the
consignment and reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any  The Company's sole responsibility is
to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents  Any unauthorized
alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law

BHH,LLC 002532



### Preparation and Handling of Ants / Spiders / Roaches

20 ants, 20 spiders and 20 roaches will be used for both the control test and active test. As spiders are larger and far more aggressive than ants and roaches, they can, and often do, kill smaller pests like ants and roaches. Therefore the testing of spiders and ants/roaches must be conducted separately in different times.

Most of the spiders that have been studied so far seem to have similar dietary and digestive patterns The first thing that should be stressed is that spiders will only eat living prey (or perhaps very recently killed ones), and the majority of spiders feed on insects, therefore recently dead roaches were used as food for spiders. In order to prevent spiders eat ants and roaches, the testing will be conducted separately, spiders in one testing chamber, ants and roaches together at the other chamber.



### Construction of Test Chambers

The test will be conducted in two plastic chambers; each chamber is 4 feet (L) x 4 feet (W) x 1.5 feet (H). In between, there is a 8.5 feet long plastic tunnel to connect two chambers on each side, ants, spiders and roaches will each be given 11 days (264 hours) to move freely around Chamber A and Chamber B and inside the tunnel.

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm  Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein
Any holder of this document is advised that information contained hereon is solely limited to visual examination of the safely and readily accessible portions of the consignment and reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any  The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents  Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law

BHH,LLC 002533





### Food and Water Consumption

Data related to food and water consumption will be recorded in each chamber on a 24-hour interval throughout a 11-day (264 hours) period. The data will be used to identify changes in the eating behavior of ants, spiders and roaches due to the impact of the Ultrasonic Pest Repeller.

### Fecal pellet counts

Record and trace fecal pellets of roaches on a 24 hours interval and 11 days (264 hours) period in each chamber. Neither fecal pellet nor urine spots for ants & spiders. This data will aid in understanding additional behavioral changes resulting from the Ultrasonic Pest Repeller.

### Preliminary Testing

Ants / Spiders / Roaches activity will be documented before and after device installation. To observe general activity, a Preliminary Test will be conducted before the actual test to ensure the test apparatus and the selected food functioned properly. The Ultrasonic Pest Repeller will be turned "off" during preliminary testing. The release of Ants, Spiders and Roaches in Chamber A and Chamber B will be proportionate, with 50% of Ants, Spiders and Roaches distributed evenly in each chamber.

SGS-F-OPS-05-01-CTS V06

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm   Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein
Any holder of this document is advised that information contained hereon is solely limited to visual examination of the safely and readily accessible portions of the consignment and reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any  The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents  Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

BHH,LLC 002534



The Preliminary Test will consist of 20 ants, 20 spiders and 20 roaches. The pests will be each allotted 2 days (48 hours) to move freely around chamber A, Chamber B and inside the 8.5 feet long tunnel prior to the introduction of the Ultrasonic Pest Repeller.

### *Observation of Repellency (During Testing)*

Release 50% of ants, spiders and roaches in Chamber A, and another 50% of ants, spiders and roaches in Chamber B. Turn On Ultrasonic Pest Repeller. Ants, Spiders and Roaches will be recorded at 24 hour intervals for 7 days (or 168 hours). Any ants, spiders and roaches that stay in the Chamber B (without ultrasonic pest repeller) will be counted as repelled. Any ants, spiders and roaches stay inside Chamber A (with ultrasonic pest repeller) will be counted as not repelled.

The During Testing will consist of 20 ants, 20 spiders and 20 roaches. The ants, spiders and roaches will each be given 7 days (168 hours) to move freely around Chamber A and Chamber B and inside the 8.5 feet long tunnel when the Ultrasonic Pest Repeller is ON.

**Post Testing**

To observe general activity, a post test will be conducted to ensure the test apparatus and the selected food functioned properly. Ultrasonic Pest Repeller will be turned OFF during post test. Release 50% of ants, spiders and roaches in Chamber A, release another 50% of ants, spiders and roaches in Chamber B.

The Post Test will consist of 20 ants, 20 spiders and 20 roaches. The ants, spiders and roaches are each given 2 days (48 hours) to move freely around chamber A, Chamber B and inside the 8.5 feet long tunnel when the Ultrasonic Pest Repeller is OFF.

No change is made in the ants, spiders and roaches population; the quantity should remain the same.

### DATA ANALYSIS

The number of ants, spiders and roaches repelled and not repelled will be analyzed to determine the percent repellency.

All data should be recorded for 2 days (48 hours) Preliminary Test, 7 days (168 hours) of During Test, and 2 days (48 hours) of Post Test.

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm   Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein
Any holder of this document is advised that information contained hereon is solely limited to visual examination of the safely and readily accessible portions of the consignment and reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any  The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents  Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law

BHH,LLC 002535



**Testing device dimension (refer to below following figures)**

Testing device for **spider**



Testing device for **roaches and ants**



**Note:** Distance between the two devices was about 20 meters

SGS-F-OPS-05-01-CTS V06

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm  Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein
Any holder of this document is advised that information contained hereon is solely limited to visual examination of the safely and readily accessible portions of the consignment and reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any  The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents  Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law

BHH,LLC 002536



SPIDER TESTING DEVICE OVERLOOK          SGS UN-REMOVABLE SEAL LABEL

ROACHES AND ANTS DEVICE OVERLOOK        SGS UN-REMOVABLE SEAL LABEL

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm   Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein
Any holder of this document is advised that information contained hereon is solely limited to visual examination of the safely and readily accessible portions of the consignment and reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any  The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents  Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law

BHH,LLC 002537



**Test Result Data Measurement –Spider**

| SPIDER | | PRELIMINARY TESTING SWITCH OFF | | DURING TESTING SWITCH ON | | | | | | | POST TESTING SWITCH OFF | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | -48hrs | -24hrs | 24hrs | 48hrs | 72hrs | 96hrs | 120hrs | 144hrs | 168hrs | +24hrs | +48hrs |
| | | (-2 Day) | (-1 Day) | (1 Day) | (2 Day) | (3 Day) | (4 Day) | (5 Day) | (6 Day) | (7 Day) | (+1 Day) | (+2 Day) |
| Observe Date | | 11-Mar-12 | 12-Mar-12 | 13-Mar-12 | 14 Mar 12 | 15-Mar-12 | 16-Mar-12 | 17-Mar-12 | 18-Mar-12 | 19-Mar-12 | 20-Mar-12 | 21-Mar-12 |
| Observe Time | | 10:30 AM | 10:30 AM | 10:30 AM | 10:30 AM | 10:30 AM | 10:30 AM | 10:30 AM | 10:30 AM | 10:30 AM | 10:30 AM | 10:30 AM |
| Chamber A (W/Pest Repeller) | quantity | 10 | 10 | 1 | 2 | 1 | 0 | 0 | 0 | 0 | 8 | 11 |
| | consumed food(unit) | 1 | 2 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 3 | 4 |
| | consumed water(ml) | 39 | 18 | 18 | 10 | 13 | 8 | 9 | 3 | 8 | 43 | 53 |
| Chamber B | quantity | 10 | 10 | 19 | 18 | 19 | 20 | 20 | 20 | 20 | 12 | 9 |
| | consumed food(unit) | 3 | 2 | 4 | 4 | 5 | 6 | 6 | 7 | 7 | 1 | 4 |
| | consumed water(ml) | 28 | 13 | 24 | 59 | 36 | 56 | 39 | 47 | 51 | 51 | 46 |

**Note:**
-Canceled bread and white granulated sugar (as food) for spiders on 12-Mar-2012
-Each spider chambers provided 10 recently dead roaches as food for spiders on a daily basis
-Socked sponges in the water, this helps spiders drinking water easier

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm  Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein  Any holder of this document is advised that information contained hereon is solely limited to visual examination of the safety and reproved and readily accessible portions of the consignment and reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any  The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents  Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law

BHH,LLC 002538

BHH,LLC 002539



SPIDER TESTING STATUS



SPIDER TESTING STATUS

Page 9 of 19

SGS-F-QFS-05-01-CTS V06

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

BHH,LLC 002540



## Test Result Data Measurement –Roaches and Ants

| ROACHES & ANTS | | PRELIMINARY TESTING SWITCH OFF | | DURING TESTING SWITCH ON | | | | | | | POST TESTING SWITCH OFF | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 48Hrs (-2 Day) | 24Hrs (-1 Day) | 24Hrs (1 Day) | 48Hrs (2 Day) | 72Hrs (3 Day) | 96Hrs (4 Day) | 120Hrs (5 Day) | 144Hrs (6 Day) | 168Hrs (7 Day) | +24Hrs (+1 Day) | +48Hrs (+2 Day) |
| Observe Date | | 11-Mar-12 | 12-Mar-12 | 13-Mar-12 | 14-Mar-12 | 15-Mar-12 | 16-Mar-12 | 17-Mar-12 | 18-Mar-12 | 19-Mar-12 | 20-Mar-12 | 21-Mar-12 |
| Observe Time | | 10:30 AM | 10:30 AM | 10:30 AM | 10:30 AM | 10:30 AM | 10:30 AM | 10:30 AM | 10:30 AM | 10:30 AM | 10:30 AM | 10:30 AM |
| Chamber A (W/Pest Repeller) | quantity ANTS | 10 | 10 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 8 | 9 |
| | quantity ROACHES | 7 | 10 | 0 | 2 | 1 | 0 | 0 | 0 | 0 | 11 | 8 |
| | consumed food(g) | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 3 | 5 |
| | consumed water(ml) | 7 | 3 | 1 | 4 | 3 | 2 | 1 | 2 | 0 | 8 | 12 |
| Chamber B | quantity ANTS | 10 | 10 | 19 | 19 | 19 | 20 | 20 | 20 | 20 | 12 | 11 |
| | quantity ROACHES | 13 | 10 | 20 | 18 | 19 | 20 | 20 | 20 | 20 | 9 | 12 |
| | consumed food(g) | 1 | 2 | 2 | 4 | 5 | 2 | 3 | 4 | 4 | 2 | 5 |
| | consumed water(ml) | 5 | 6 | 5 | 8 | 14 | 5 | 9 | 13 | 10 | 7 | 10 |

- Feed bread & granulated sugar (as food) for ants and roaches.
- Equal amount of food & water were prepared at each chamber daily.

SGS-F-OPS-05-01-CTS V06

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

BHH,LLC 002541



roaches and ants testing status



roaches and ants testing status

SGS-F-OPS-05-01-CTS V06

Page 11   of   19

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.



## ROACHES FECAL PELLET RECORD REPORT

| STAGE/ SWITCH ON/OFF | | DATE | SUBJECT | CHAMBER : A ( W/ PEST PELLER ) | CHAMBER : B |
|---|---|---|---|---|---|
| PRELIMINARY TESTING | SWITCH OFF | 11-Mar-12 | roaches | Equal | Equal |
| | | 12-Mar-12 | roaches | Equal | Equal |
| DURING TESTING | SWITCH ON | 13-Mar-12 | roaches | Very little | More |
| | | 14-Mar-12 | roaches | Very little | More |
| | | 15-Mar-12 | roaches | Very little | More |
| | | 16-Mar-12 | roaches | No | More |
| | | 17-Mar-12 | roaches | No | More |
| | | 18-Mar-12 | roaches | No | More |
| | | 19-Mar-12 | roaches | No | More |
| POST TESTING | SWITCH OFF | 20-Mar-12 | roaches | Equal | Equal |
| | | 21-Mar-12 | roaches | Equal | Equal |

**Note:**
- Only fecal pellet of roaches can be observed and witnessed, due to tiny and irregular sizes, fecal pellet were not easy to count, therefore quantity difference is described by three levels – little, very little and more
- There were no fecal pellet found for spiders & ants.

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm   Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein
Any holder of this document is advised that information contained hereon is solely limited to visual examination of the safely and readily accessible portions of the consignment and reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any  The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents  Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law

BHH,LLC 002542





DEVICE OVERLOOK

ONLY ONE PEST REPELLER IN DEVICE

CHAMBER A

CHAMBER B

SGS SEAL LABEL

SGS SEAL LABEL

SGS-F-OPS-05-01-CTS V06

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm   Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein
Any holder of this document is advised that information contained hereon is solely limited to visual examination of the safely and readily accessible portions of the consignment and reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any   The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents  Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law

BHH,LLC 002543

# SGS



PEST REPELLER

PEST REPELLER

PEST REPELLER

PEST REPELLER

SGS SEAL ON PEST REPELLER

SGS SEAL ON PEST REPELLER

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm   Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein
Any holder of this document is advised that information contained hereon is solely limited to visual examination of the safely and readily accessible portions of the consignment and reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any  The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents  Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law

BHH,LLC 002544

SGS



SPIDER DEVICE OVERLOOK



SPIDER DEVICE OVERLOOK



STATUS UNDER REPELLER SWITCHED OFF
(CHAMBER A)



STATUS UNDER REPELLER SWITCHED OFF
(CHAMBER B)



STATUS UNDER REPELLER SWITCHED
ON(CHAMBER A)



STATUS UNDER REPELLER SWITCHED
ON(CHAMBER B)

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm   Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein
Any holder of this document is advised that information contained hereon is solely limited to visual examination of the safely and readily accessible portions of the consignment and reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any  The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents  Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

BHH,LLC 002545

SGS



ROACHES AND ANTS DEVICE OVERLOOK



ROACHES AND ANTS DEVICE OVERLOOK



STATUS UNDER REPELLER SWITCHED OFF(CHAMBER A)



STATUS UNDER REPELLER SWITCHED OFF(CHAMBER B)



STATUS UNDER REPELLER SWITCHED ON(CHAMBER A)



STATUS UNDER REPELLER SWITCHED ON(CHAMBER B)

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm   Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein
Any holder of this document is advised that information contained hereon is solely limited to visual examination of the safely and readily accessible portions of the consignment and reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any   The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents  Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law

BHH,LLC 002546

SGS



SOAKED SPONGE TO MEASURE WATER
CONSUMPTION FOR SPIDERS



SOAKED SPONGE TO MEASURE WATER
CONSUMPTION FOR SPIDERS



ROACHES AND ANTS WATER GROSS WEIGHT
CHECK



ROACHES AND ANTS RENOVATE WATER
WEIGHT



ROACHES AND ANTS FOOD GROSS WEIGHT
CHECK



ROACHES AND ANTS RENOVATE FOOD WEIGHT

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm  Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein
Any holder of this document is advised that information contained hereon is solely limited to visual examination of the safely and readily accessible portions of the consignment and reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any  The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents  Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

BHH,LLC 002547





SPIDER STATUS

SPIDER STATUS

ROACHES AND ANTS STATUS

ROACHES AND ANTS STATUS

ROACHES AND ANTS STATUS

ROACHES AND ANTS STATUS

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm  Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein
Any holder of this document is advised that information contained hereon is solely limited to visual examination of the safely and readily accessible portions of the consignment and reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any  The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents  Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

BHH,LLC 002548



Note
In accordance with Client's instructions, the Company's involvement has been limited to witnessing/observing a third party's intervention(s) at the facilities where the intervention(s) took place. The Company's sole responsibility was to be present at the time of the third party's intervention(s) and to confirm and report the occurrence of the intervention(s)  The Company is not responsible for methods applied, the qualifications, actions or omissions of the third party's personnel or the results or effectiveness of the intervention(s).

SGS Inspector.   ZHIYONG LIU                   Factory Representative:   _____

**\*\*End of Report\*\***

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm   Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein
Any holder of this document is advised that information contained hereon is solely limited to visual examination of the safely and readily accessible portions of the consignment and reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any  The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents  Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law

BHH,LLC 002549

# 2012 SPIDERS / ANTS / ROACHES TEST REPORT
# RESULT ANALYSIS

March 27, 2012

**Construction of Test Chamber:**
- The test was conducted in two plastic chambers.  Each chamber was 4' (L) x 4' (W) x 1.5' (H).
- Pest Repeller was placed in chamber A.  There was no pest repeller in Chamber B.
- In between, there was a 8.5 feet long plastic tunnel.  The tunnel was "curved" and two chambers were designed in Hi-Lo level.  The curved and Hi-Lo tunnel design was to further ensure ultrasonic sound wave would not enter from chamber A into chamber B since sound wave was directional.
- All edges were sealed securely with SGS unbreakable labels.  Only SGS inspector could open the chambers to count ants / spiders / roaches quantities, weighted food and water and replaced new seals on a daily basis.
- Total 20 ants, 20 spiders and 20 roaches were used, and tested separately in different chambers.
- Released 50% of ants / spiders / roaches in chamber A, and another 50% of ants / spiders / roaches in Chamber B at the beginning of the test.
- There were 3 testing stages;
  - Preliminary Testing: 2 days = 48 hours, pest repeller was OFF
  - During Testing: 7 days = 168 hours,  pest repeller was ON
  - Post Testing: 2 days = 48 hours, pest repeller was OFF

**Test Result Analysis (see page 8)**

**Spiders**
- Preliminary Testing: 50% spiders stayed in Chamber A, 50% spiders stayed in Chamber B.
- During Testing: Day 1 ~ Day 3, 90%~95% spiders stayed away from Chamber A, Day 4 ~ Day 7, 100% spiders stayed away from Chamber A.  Pest repeller was switched ON in Chamber A during testing.
- Post Testing: 40% ~ 55% spiders returned to Chamber A after pest repeller was switched off.
- Water and food consumption was much LESS in Chamber A During Testing when pest repeller was switched on.  The consumption quantities were closer in two chambers during Preliminary and Post Testing when pest repeller was switched off.  To record water and food consumption result on a daily basis helped to understand spiders' eating behavior under the influence of ultrasonic sound.

**Ants – Test Result Analysis (see page 10)**
- Preliminary Testing: 50% ants stayed in Chamber A, 50% ants stayed in Chamber B.
- During Testing: Day 1 ~ Day 3, 95% ants stayed away from Chamber A, Day 4 ~ Day 7, 100% ants stayed away from Chamber A.  Pest repeller was switched on in Chamber A during testing.
- Post Testing: 40% ~ 45% ants returned to Chamber A after pest repeller was switched off.
- Water and food consumption was much LESS in Chamber A During Testing when pest repeller was switched on.  The consumption quantities were closer in two chambers during Preliminary and Post Testing when pest repeller was switched off.  To record water and food consumption result on a daily basis helped to understand ant's eating behavior under the influence of ultrasonic sound.

BHH,LLC 002550

Roaches – Test Result Analysis (see page 10)
- Preliminary Testing: 35% ~ 50% roaches stayed in Chamber A, 50% ~ 65% roaches stayed in Chamber B.
- During Testing: Day 1 ~ Day 3, 90 % ~ 95% roaches stayed away from Chamber A, Day 4 ~ Day 7, 100% roaches stayed away from Chamber A.  Pest repeller was switched on in Chamber A during testing.
- Post Testing: 40% ~ 55% roaches returned to Chamber A after pest repeller was switched off.
- Water and food consumption was much LESS in Chamber A During Testing when pest repeller was switched on.  The consumption quantities were closer in two chambers during Preliminary and Post Testing when pest repeller was switched off.  To record water and food consumption result on a daily basis helped to understand roaches' eating behavior under the influence of ultrasonic sound.


Fecal Pellets Count (see page 12)
- Lab technician traced and recorded pest fecal pellets on a daily basis, this helped to further understand pest's activities and behaviors under the influence of ultrasonic sound.
- Lab technician could only trace fecal pellets from roaches, but no urine spot was observed:
  - When pest repeller was switched on During Testing; fecal pellets appeared to be much LESS quantities in Chamber A.
  - When pest repeller was switched off during Preliminary and Post Testing, fecal pellet quantities appeared to be more EVEN in two chambers.
- There was neither fecal pellet nor urine spot was found from spiders and ants during the entire testing period.

BHH,LLC 002551