**EXHIBIT 6**



# TEST REPORT

### Report Number: 140515021GZU-001
### Issued Date: July 7, 2014

| | | |
|---|---|---|
| **Applicant** | : | INTELLITEC INTERNATIONAL INC. |
| **Address** | : | Unit 201 Yuekai Commercial Building, NO28, Dongyuan Road, Changping Town, Dongguan |
| **Manufacturer** | : | INTELLITEC INTERNATIONAL INC. |
| **Address** | : | Unit 201 Yuekai Commercial Building, NO28, Dongyuan Road, Changping Town, Dongguan |

**Specimen Description**

| | | |
|---|---|---|
| Product | : | BELL + HOWELL Ultrasonic Pest Repeller |
| Style Number | : | 50167 |
| Sample Received Date | : | Provided by applicant on May 16, 2014 |
| Quantity of Sample | : | 2 pieces. |

**Test Content**

| | | |
|---|---|---|
| Date Test Conducted | : | From May 16, 2014 to May 27, 2014 |
| Test Requested | : | Witness for performance testing – Rats and Mice |
| Test Standard/Method | : | According to client's requirements. |
| Test Location | : | Dongguan, Guangdong, China |

**Test Results**   :   See the following pages for details.

*Remark: When determining the test conclusion, the Measurement Uncertainty of test has been considered.*

Prepared by:                                                             Reviewed by:

*Leo Lin*                                                                       *Sam Lin*

Leo Lin                                                                          Sam Lin
Engineer                                                                       Supervisor

Page 1 of 14

This report is for the exclusive use of Intertek's Client and is provided pursuant to the agreement between Intertek and its Client. Intertek's responsibility and liability are limited to the terms and conditions of the agreement. Intertek assumes no liability to any party, other than to the Client in accordance with the agreement, for any loss, expense for damage occasioned by the use of this report. Only the Client is authorized to permit copying or distribution of this report and then only in its entirety. Any use of the Intertek name or one of its marks for the sale or advertisement of the tested material, product or service must first be approved in writing by Intertek. The observations and test results in this report are relevant only to the sample tested. This report by itself does not imply that the material, product, or service is or has ever been under an Intertek certification program. And in this report * means the test item is subcontracted.



INTELLITEC INTERNATIONAL INC.

140515021GZU-001

## SAMPLE INFORMATION

Two BELL + HOWELL Ultrasonic Pest Repeller were received in good condition and could work normally.



Sample outlook

BLANK

*********************************************** End of Page ***********************************************

BHH,LLC 002566



INTELLITEC INTERNATIONAL INC.

140515021GZU-001

## TEST OBJECT

Test Ultrasonic Pest Repeller against rats and mice in laboratory environment, conducting observations in total 11 days period, including 2 days Preliminary test, 7 days During test and 2 days Post test. This is to measure the efficacy of high-frequency sound as a pest management tool.
Both frequency and sound pressure (db) are important parameters.

## TEST CONDITION

The test samples were stored in a locked cabinet at ambient temperature and humidity until use in testing. And during testing test chambers were stored at ambient temperature and humidity.

## TEST PROCEDURE

### 1. Prepare test Chamber, rats/mice and food/water

Test chambers of rat consisted of two plastic chambers, chamber A (with ultrasonic pest repeller) and Chamber B (no ultrasonic pest repeller), each chamber is 4 feet (L) x 4 feet (W) x 2 feet (H). There is an 8.5 feet long plastic tunnel to connect these two chambers. Test chambers of mice are same except for the height of chamber is 1.5 feet. See appendix III for reference.
Test chambers were sealed by Intertek sealed label. After daily check, replace with new sealed label.

Prepared 10 rats and 10 mice. All of them were adult and healthy. As rats are larger and far more aggressive than mice, they can, and often do, kill mice. Therefore the testing of rats and mice was conducted separately.

Placed an equal amount of food and water in chamber A and chamber B. Used the mixture of rice, corn flour and soybean particle as food for rats and mice and used tap water. During the test, 500g food and 400g water for rats, 100g food and 100g water for mice were prepared in each chamber daily.

### 2. Preliminary Testing

Rats and mice's activity was documented before and after device installation. To observe general activity, conducted a Preliminary Testing before the actual test to ensure the test apparatus and the selected food functioned properly. The Ultrasonic Pest Repeller was turned OFF during preliminary testing. The release of rats and mice in Chamber A and Chamber B was proportionate, with 50% of rats and mice distributed evenly in each chamber. Rats and mice were given 2 days (48 hours) to move freely around chamber A, Chamber B and the tunnel prior to the introduction of the Ultrasonic Pest Repeller.

The fecal pellet counts & Urine spots were cleaned daily (24 hours).
*********************************************** **End of Page** ***********************************************

BHH,LLC 002567



INTELLITEC INTERNATIONAL INC.

140515021GZU-001

## TEST PROCEDURE (continued)

### 3. Observation of Repellency (During Testing)

Turn On Ultrasonic Pest Repeller. Rats and mice were recorded at 24 hour intervals for 7 days (or 168 hours). Any rats and mice that stay in the Chamber B (without ultrasonic pest repeller) were counted as repelled. Any rats and mice stay in Chamber A (with ultrasonic pest repeller) were counted as not repelled. Rats and mice were given 7 days (168 hours) to move freely around Chamber A and Chamber B and the tunnel when the Ultrasonic Pest Repeller is ON.

The fecal pellet counts & Urine spots were cleaned daily (24 hours).

### 4. Post Testing

To observe general activity, a post testing was conducted to ensure the test apparatus and the selected food functioned properly. Ultrasonic Pest Repeller was turned OFF during post testing. Rats and mice were given 2 days (48 hours) to move freely around chamber A, Chamber B and the tunnel.

The fecal pellet counts & Urine spots were cleaned daily (24 hours).

### 5. Testing record

During total of 11 days (264 hours) testing period, record below items at a 24hours interval.
1. The quantity of rats/mice in each chamber. No change was made in the rats/mice population.
2. The consumption of food and water in each chamber.
3. The fecal pellet counts & Urine spots in each chamber.

************************************************* End of Page *************************************************

BHH,LLC 002568

Intertek

INTELLITEC
INTERNATIONAL INC.

140515021GZU-001

## TEST RESULT

| RATS | | PRELIMINARY TESTING | | DURING TESTING | | | | | | | POST TESTING | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | SWITCH OFF | | SWITCH ON | | | | | | | SWITCH OFF | |
| | | -48Hrs | -24Hrs | 24Hrs | 48Hrs | 72Hrs | 96Hrs | 120Hrs | 144Hrs | 168Hrs | +24Hrs | +48Hrs |
| | | (-2 Day) | (-1 Day) | (1 Day) | (2 Day) | (3 Day) | (4 Day) | (5 Day) | (6 Day) | (7 Day) | (+1 Day) | (+2 Day) |
| Observe Date | | 17-May-14 | 18-May-14 | 19-May-14 | 20-May-14 | 21-May-14 | 22-May-14 | 23-May-14 | 24-May-14 | 25-May-14 | 26-May-14 | 27-May-14 |
| Observe Time | | 10:30AM | 10:30AM | 10:30AM | 10:30AM | 10:30AM | 10:30AM | 10:30AM | 10:30AM | 10:30AM | 10:30AM | 10:30AM |
| Chamber A (W/Pest Repeller) | Quantity | 4 | 6 | 4 | 2 | 1 | 0 | 0 | 0 | 0 | 3 | 6 |
| | Consumed food(g) | 59.0 | 54.2 | 42.2 | 26.2 | 39.0 | 24.4 | 31.8 | 43.8 | 41.6 | 41.0 | 44.0 |
| | Consumed water(ml) | 217.8 | 161.2 | 124.0 | 34.0 | 46.8 | 41.0 | 56.0 | 71.8 | 54.6 | 58.2 | 54.0 |
| Chamber B | Quantity | 6 | 4 | 6 | 8 | 9 | 10 | 10 | 10 | 10 | 7 | 4 |
| | Consumed food(g) | 56.4 | 61.8 | 55.2 | 82.8 | 88.4 | 80.2 | 76.4 | 83.4 | 70.0 | 28.0 | 24.0 |
| | Consumed water(ml) | 225.8 | 173.8 | 153.8 | 181.6 | 149.6 | 141.2 | 127.6 | 150.6 | 128.4 | 17.6 | 23.6 |

************************************************ End of Page ************************************************

Intertek Testing Services Shenzhen Ltd. Guangzhou Branch
Room 02, 1-8/F & Room 01, E101/E501/E601/E701/E801 No.7-2, Guang Dong Software Science Park, Caipin Road, Guangzhou Science City, GETDD Guangzhou Tel: (86-20) 8213 9688  Fax: (86-20) 3205 7538
Website: www.intertek-etlsemko.com     GZPERF-BRAND V0 (August 16, 2012)

BHH,LLC 002569

Intertek

INTELLITEC
INTERNATIONAL INC.

140515021GZU-001

## TEST RESULT (Continued)

| MICE | | | PRELIMINARY TESTING SWITCH OFF | | DURING TESTING SWITCH ON | | | | | | | POST TESTING SWITCH OFF | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | -48Hrs | -24Hrs | 24Hrs | 48Hrs | 72Hrs | 96Hrs | 120Hrs | 144Hrs | 168Hrs | +24Hrs | +48Hrs |
| | | | (-2 Day) | (-1 Day) | (1 Day) | (2 Day) | (3 Day) | (4 Day) | (5 Day) | (6 Day) | (7 Day) | (+1 Day) | (+2 Day) |
| | Observe Date | | 17-May-14 | 18-May-14 | 19-May-14 | 20-May-14 | 21-May-14 | 22-May-14 | 23-May-14 | 24-May-14 | 25-May-14 | 26-May-14 | 27-May-14 |
| | Observe Time | | 10:30AM | 10:30AM | 10:30AM | 10:30AM | 10:30AM | 10:30AM | 10:30AM | 10:30AM | 10:30AM | 10:30AM | 10:30AM |
| Chamber A (W/Pest Repeller) | Quantity | | 4 | 5 | 2 | 0 | 1 | 1 | 0 | 0 | 0 | 6 | 4 |
| | Consumed food(g) | | 32.8 | 35.8 | 22.8 | 15 | 15.6 | 14.2 | 12.2 | 11.8 | 10.6 | 18.2 | 14.6 |
| | Consumed water(ml) | | 18.2 | 26.2 | 11.8 | 8.4 | 9.0 | 5.6 | 10.8 | 6.4 | 15.8 | 19.4 | 18.2 |
| Chamber B | Quantity | | 6 | 5 | 8 | 10 | 9 | 9 | 10 | 10 | 10 | 4 | 6 |
| | Consumed food(g) | | 15.8 | 40.0 | 23.6 | 22.8 | 29.6 | 26.0 | 22.4 | 19.8 | 24.2 | 19.4 | 15.2 |
| | Consumed water(ml) | | 20.4 | 32.6 | 17.4 | 15.8 | 12.8 | 17.2 | 28.4 | 29.8 | 32.6 | 11.4 | 13.2 |

************************************ End of Page ************************************

BHH,LLC 002570



INTELLITEC INTERNATIONAL INC.

140515021GZU-001

## TEST RESULT (Continued)

For Rats/Mice fecal pellet & urine spots

| STAGE/ | SWITCH ON/OFF | DATE | SUBJECT | CHAMBER A (W/ PEST PELLER) | CHAMBER B |
|---|---|---|---|---|---|
| PRELIMINARY TESTING | SWITCH OFF | 17-May-14 | RATS | Equal | Equal |
| | | | MICE | Equal | Equal |
| | | 18-May-14 | RATS | Equal | Equal |
| | | | MICE | Equal | Equal |
| DURING TESTING | SWITCH ON | 19-May-14 | RATS | Equal | Equal |
| | | | MICE | Equal | Equal |
| | | 20-May-14 | RATS | Little | More |
| | | | MICE | Little | More |
| | | 21-May-14 | RATS | Little | More |
| | | | MICE | Little | More |
| | | 22-May-14 | RATS | Little | More |
| | | | MICE | Little | More |
| | | 23-May-14 | RATS | Little | More |
| | | | MICE | Little | More |
| | | 24-May-14 | RATS | Little | More |
| | | | MICE | Little | More |
| | | 25-May-14 | RATS | Little | More |
| | | | MICE | Little | More |
| POST TESTING | SWITCH OFF | 26-May-14 | RATS | Equal | Equal |
| | | | MICE | More | Little |
| | | 27-May-14 | RATS | Equal | Equal |
| | | | MICE | Equal | Equal |

Note:
Fecal pellet and urine are observed and witnessed by naked eye. Due to tiny and irregular sizes, rats and mice's fecal pellet & urine spots are not easy to count, therefore quantity difference is described by three levels-little, very little and more.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **End of Page** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

BHH,LLC 002571

 INTELLITEC INTERNATIONAL INC.    140515021GZU-001

## Appendix I



| Rats testing device overlook | Intertek seal label |
| Rats status under repeller switch off (chamber B) | Rats status under repeller switch off (chamber A) |
| Rats status under repeller switch on (chamber B) | Rats status under repeller switch on (chamber A) |

*********************************************** End of Page ***********************************************

BHH,LLC 002572



INTELLITEC INTERNATIONAL INC.

140515021GZU-001

## Appendix I (Continued)



Mice testing device overlook | Intertek seal label
Mice status under repeller switch off(chamber B) | Mice status under repeller switch off(chamber A)
Mice status under repeller switch on(chamber B) | Mice status under repeller switch on(chamber A)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **End of Page** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

BHH,LLC 002573



INTELLITEC INTERNATIONAL INC.

140515021GZU-001

## Appendix II



Food weigh (Rats) | Consumption of food check (Rats)
Water weigh (Rats) | Consumption of Water check (Rats)

*********************************************** **End of Page** ***********************************************

BHH,LLC 002574



INTELLITEC INTERNATIONAL INC.

140515021GZU-001

## Appendix II (Continued)



| Food weigh (Mice) | Consumption of Food check (Mice) |
| Water weigh (Mice) | Consumption of Water check (Mice) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **End of Page** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

BHH,LLC 002575




INTELLITEC INTERNATIONAL INC.     140515021GZU-001

## Appendix III



Testing device dimension of Rats

Testing device dimension of Mice

*********************************************** End of Page ***********************************************

BHH,LLC 002576



INTELLITEC INTERNATIONAL INC.

140515021GZU-001

**Appendix III (Continued)**



Rats and Mice

*********************************************** **End of Page** ***********************************************

BHH,LLC 002577



INTELLITEC INTERNATIONAL INC.

140515021GZU-001

## REVISION SUMMARY

| Date | Project Handler Reviewer | Page | Description of Change |
|---|---|---|---|
| 2014-7-7 | | | Initial release |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **End of Report** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

BHH,LLC 002578

# 2014 SPIDERS / ANTS / ROACHES
# TEST REPORT RESULT ANALYSIS

July 7, 2014

**Construction of Test Chamber:**
- The test was conducted in two plastic chambers. Each chamber was 4' (L) x 4' (W) x 1.5' (H).
- Pest Repeller was placed in chamber A.  There was no pest repeller in Chamber B.
- In between, there was a 8.5 feet long plastic tunnel.  The tunnel was "curved" and two chambers were designed in Hi-Lo level. The curved and Hi-Lo tunnel design was to further ensure ultrasonic sound wave would not enter from chamber A into chamber B since sound wave was directional.
- All edges were sealed securely with Intertek unbreakable labels. Only Intertek inspector could open the chambers to count ants / spiders / roaches quantities, weighted food and water and replaced new seals on a daily basis.
- Total 10 ants, 10 spiders and 10 roaches were used, and tested separately in different chambers.
- Released 50% of ants / spiders / roaches in chamber A, and another 50% of ants / spiders / roaches in Chamber B at the beginning of the test.
- There were 3 testing stages;
    - Preliminary Testing: 2 days = 48 hours, pest repeller was OFF
    - During Testing: 7 days = 168 hours,   pest repeller was ON
    - Post Testing: 2 days = 48 hours, pest repeller was OFF

**Test Result Analysis**

**Spiders (see page 5)**
- Preliminary Testing: 30% spiders stayed in Chamber A, 70% spiders stayed in Chamber B.
- During Testing: Day 1 ~ Day 3, 70%~80% spiders stayed away from Chamber A, Day 4 ~ Day 7, 90%~100% spiders stayed away from Chamber A.   Pest repeller was switched ON in Chamber A during testing.
- Post Testing: 30% ~ 40% spiders returned to Chamber A after pest repeller was switched off.
- Water and food consumption was much LESS in Chamber A During Testing when pest repeller was switched on. The consumption quantities were closer in two chambers during Preliminary and Post Testing when pest repeller was switched off.   To record water and food consumption result on a daily basis helped to understand spiders' eating behavior under the influence of ultrasonic sound.

**Roaches – Test Result Analysis (see page 5)**
- Preliminary Testing: 60%~70% ants stayed in Chamber A, 40%~30% ants stayed in Chamber B.
- During Testing: Day 1 ~ Day 3, 50 %~100% roaches stayed away from Chamber A, Day 4 ~ Day 7, 100% roaches stayed away from Chamber A.   Pest repeller was switched on in Chamber A during testing.
- Post Testing: 30%~40% roaches returned to Chamber A after pest repeller was switched off.
- Water and food consumption was much LESS in Chamber A During Testing when pest repeller was switched on. The consumption quantities were closer in two chambers during Preliminary and Post Testing when pest repeller was switched off.   To record water and food consumption result on a daily basis helped to understand roaches' eating behavior under the influence of ultrasonic sound.

Ants -- Test Result Analysis (see page 5)
- Preliminary Testing: 40%~60% ants stayed in Chamber A, 60%~40% ants stayed in Chamber B.
- During Testing: Day 1 ~ Day 3, 60%~100% ants stayed away from Chamber A, Day 4 ~ Day 7, 100% ants stayed away from Chamber A. Pest repeller was switched on in Chamber A during testing.
- Post Testing:  60% ~ 70% ants returned to Chamber A after pest repeller was switched off.
- Water and food consumption was much LESS in Chamber A During Testing when pest repeller was switched on. The consumption quantities were closer in two chambers during Preliminary and Post Testing when pest repeller was switched off.  To record water and food consumption result on a daily basis helped to understand ant's eating behavior under the influence of ultrasonic sound.


Fecal Pellets Count (see page 12)
- Lab technician traced and recorded pest fecal pellets on a daily basis, this helped to further understand pest's activities and behaviors under the influence of ultrasonic sound.
- Lab technician could only trace fecal pellets from roaches, but no urine spot was observed:
  - When pest repeller was switched on During Testing; fecal pellets appeared to be much LESS quantities in Chamber A.
  - When pest repeller was switched off during Preliminary and Post Testing, fecal pellet quantities appeared to be more EVEN in two chambers.
- There was neither fecal pellet nor urine spot was found from spiders and ants during the entire testing period.