**EXHIBIT 10**

Page 1

```
 1            IN THE UNITED STATES DISTRICT COURT
 2          FOR THE NORTHERN DISTRICT OF OHIO
 3    DEBORAH GALOSKI,              )
 4          Plaintiff,              )
 5       vs.                        ) No. 1:14-cv-00553
 6    APPLICA CONSUMER PRODUCTS,    )
 7    INC.,                         )
 8          Defendant.              )
 9       The deposition of PAUL W. BORTH, Ph.D., BCE,
10    called for examination pursuant to Notice and the
11    Rules of Civil Procedure for the United States
12    District Courts pertaining to the taking of
13    depositions, taken before Elizabeth L. Vela, an
14    Illinois Certified Shorthand Reporter, at One North
15    Wacker Drive, Chicago, Illinois on the 26th day of
16    January, 2017, at the time of 9:16 a.m.
17    (Proceedings concluded at 3:55 p.m.)
18
19
20
21
22
23    Reported by:  Elizabeth L. Vela, CSR
24    License No.:  084-003650
```

Page 106

1  thing, let's just say .25, there might have been
2  significance.
3    Q.  So I want to understand this.  Is this a
4  level of specificity about the results that he
5  reached or is that too simplistic?
6    A.  No.  It's -- .05 is common in pest
7  management and efficacy studies to -- as kind of a
8  threshold of whether you have a treatment effect,
9  basically accepting the null hypothesis or not.
10 That's the threshold.  Now, it's an arbitrary
11 setting, but it's commonly used.
12   Q.  Okay.  So it's a commonly accepted
13 standard --
14   A.  It is.
15   Q.  -- in the academic community?
16   A.  Yes.  I would also -- the answer is yes.
17 Since it's arbitrary, every researcher can set it
18 a priori to what they think is the right thing to
19 do.  You might set it lower than that.  You might
20 set it higher than that.
21       Just by way of explanation, if you're in a
22 very controlled laboratory situation, you could get
23 significance at a lower level.  When you're
24 outdoors, where there's more factors that can

Page 107

1  affect things, the researcher might readily set a
2  .10, because there's more things -- more
3  experimental error that can come into play.
4    Q.  Okay.  But this .05 level is --
5    A.  Yeah, it's --
6    Q.  -- generally accepted?
7    A.  Yes, it is.
8    Q.  And if we were to -- if we were to say --
9  just so I'm understanding, hypothetically, had this
10 sentence read paired t-tests indicated that
11 differences in cockroach numbers were statistically
12 significant at P greater than .05, would that tell
13 you as a scientist that there was -- the treatment
14 that was being tested had some efficacy results
15 that were successful?
16   A.  It would tell me that the specific
17 experiments that he did -- if his hypothesis was
18 that there was no difference between treated and
19 untreated, if there was a significant difference,
20 then that would tell me that there's a greater
21 likelihood that the treatment effect was true, that
22 there was a difference, it wasn't just due to
23 chance.
24   Q.  So he's saying here that there was --

Page 108

1  there was no statistically significant treatment
2  effect?
3    A.  Correct.
4    Q.  Okay.  He goes on to say the level of
5  repellency observed may not be of commercial
6  significance.  That's the fourth bullet point.
7    A.  It is.
8    Q.  In your experience working for a long
9  time, what I think was 27 years for a company that
10 produced chemical applications to achieve -- or to
11 try to achieve repellency, if you got a report,
12 hypothetically, that a treatment you were
13 investigating was not statistically significant,
14 the researcher is telling you there's likely not a
15 level of repellency that may be of commercial
16 significance, what would you have done?
17   A.  Personally, I would never have made a
18 binding decision based on one study.
19       Given the words in his fourth bullet
20 point, they were carefully chosen.  And the word
21 may not be -- the words may not be of commercial
22 significance is his opinion.
23       And every company has their own culture,
24 let's say, or their own risk-taking.  I don't know.

Page 109

1  I'm beyond -- their own risk-taking profile.  And
2  so some might take it and some might not.  And he
3  doesn't know.
4    Q.  A moment ago, you said you would never
5  rely on a single test.
6       That's because it's important to replicate
7  results, right, when you're trying to figure out if
8  something works?
9    A.  Uh-huh.  Yes.
10   Q.  And it's important from a scientific
11 standpoint, correct?
12   A.  Yes.
13   Q.  Something that's generally accepted in the
14 scientific field --
15   A.  Yes.
16   Q.  -- is that fair?
17   A.  But what he did, he -- if you read --
18   MR. FALKOF:  There's no question pending.
19   THE WITNESS:  Okay.
20 BY MR. BARTELA:
21   Q.  For Device -- so you reviewed this.  You
22 saw these results.
23       Did you go back and try to see if
24 Devices A through E had, for instance, frequency