**EXHIBIT 16**



# Transonic PRO
## Heavy Duty Pest Repeller

## OPERATION AND USE

This electronic pest repeller is constructed of solid-state electronics that requires no maintenance or refills.

1. Insert barrel plug end of the AC adapter cord into the **POWER** jack, (located on the back of the unit). Plug the other end into a standard electrical outlet. *(For outdoor connection, adapter is to be connected to a receptacle or convenience outlet of the gasket-cover type for use in wet locations).* Move the switch to the ON position. The L.E.D. light will remain illuminated as long as the unit is operating.

2. Refer to the diagram on the back of the unit **(FIG. 1)** to select the **SOUND VOLUME** switch position and the **SOUND PATTERN** switch position to customize the desired pest specific settings.

3. Slide the **SOUND VOLUME** switch to select which sound level to broadcast.

4. Slide the **SOUND PATTERN** switch to select which pests to repel. The **SOUND PATTERN** switch adjusts the length, interval an pattern of the sound. (See examples below).



Fig. 1 (Sound Settings Diagram)



| Quiet | Sounds that are primarily ultrasonic *(Maximum effective range of 2,000 square feet)* |
|---|---|
| Med | All sounds in the Quiet Mode, plus a variety of sonic sounds. *(Maximum effective range of 3,000 square feet)* |
| Loud | All sounds in the Quiet & Med Modes, plus a loud sonic frequency. *(Maximum effective range of 3,500 square feet)* |

Place the unit on a flat surface. Operate the pest repelle continuously, occasionally moving the unit to a different location a necessary. **Allow up to 2 weeks to see results.** Continue use t permanently keep pests away.

## HOW IT WORKS

Pests are repelled because they cannot adapt to the constantly changing array of ultrasonic and sonic signals emitted by the unit The unit disrupts the pests' nervous systems, effecting their feeding and communication habits, forcing them to leave the area. **The uni is safe for use around humans, unborn children and non-roden pets such as dogs, cats, birds and reptiles.** However the uni should be kept away from pet tarantulas, mice, hamsters, ferrets and gerbils. Independent laboratory and university testing ha proven ultrasonic and sonic sound technology to be an effective form of pest control.

## ABOUT ULTRASONIC AND SONIC SOUNDS

Ultrasonic sounds, (sounds above 20,000Hz), are nearly silent t humans and most animals. Ultrasound cannot travel through walls o closed doors. The signals bounce off these hard surfaces causing ricochet effect. Ultrasonic sounds are absorbed by soft materials such as curtains, furniture and carpet, which in turn diminish th effectiveness of the unit. Shadow areas may occur around corners o behind home furnishings. Sonic sounds are lower frequency, audible sounds that carry further and are effective in repelling larger pest such as rats and squirrels. These lower frequency sounds ar effective in protecting larger areas. *Prolonged exposure to the uni in the loud and medium (sonic) settings is not recommended fo pets in a confined area and can be irritating to humans.*

### WARRANTY AND RETURNS

This Transonic® unit is guaranteed against defects in material and workmanship for six months for the date of purchase. Bird-X will replace or repair provided defect occurs under normal use. Units also carry a 30-day performance guarantee. If user is not satisfied with results, unit may be returned within 30 days for credit less a 15% handling and restocking charge. *Returns Accepted Only With Authorization From Our Chicago Office.*



**Bird-X, Inc.**
300 N. Oakley Blvd.
Chicago, IL 60612
312.226.2473 • solutions@bird-x.com



Whitford   EXHIBIT 4
FOR I.D.   1/12/18