**EXHIBIT 18**



# TEST REPORT

Report Number: 160419051GZU-002
Issued Date: May 26, 2016

| | | |
|---|---|---|
| Applicant | : | INTELLITEC INTERNATIONAL INC. |
| Address | : | Unit201 Yuekai Commercial Building, NO28, Dongyuan Road, Changping Town, Dongguan |
| Manufacturer | : | INTELLITEC INTERNATIONAL INC. |
| Address | : | Unit201 Yuekai Commercial Building, NO28, Dongyuan Road, Changping Town, Dongguan |

**Specimen Description**
Product : BELL + HOWELL Ultrasonic Pest Repeller
Sample Received Date : Provided by applicant on April 7, 2016
Quantity of Sample : 1 piece

**Test Content**
Date Test Conducted : From April 7, 2016 to April 18, 2016
Test Requested : Witness for performance testing
  - Ants, Spiders and Roaches
Test Standard/Method : According to client's requirement.
Test Location : Dongguan, Guangdong, China

Test Results : Please see the following pages for details

Remark: When determining the test conclusion, the Measurement Uncertainty of test has been considered.

Prepared by:

_Leo Lin_
Leo Lin
Engineer

Reviewed by:

_Sam Lin_
Sam Lin
Supervisor

EXHIBIT 2
WIT: Borth
DATE: 1-16-18
LYNN McCAULEY, CSR, RPR

Page 1 of 12
This report is for the exclusive use of Intertek's Client and is provided pursuant to the agreement between Intertek and its Client. Intertek's responsibility and liability are limited to the terms and conditions of the agreement. Intertek assumes no liability to any party, other than to the Client in accordance with the agreement, for any loss, expense for damage occasioned by the use of this report. Only the Client is authorized to permit copying or distribution of this report and then only in its entirety. Any use of the Intertek name or one of its marks for the sale or advertisement of the tested material, product or service must first be approved in writing by Intertek. The observations and test results in this report are relevant only to the sample tested. This report by itself does not imply that the material, product, or service is or has ever been under an Intertek certification program. And in this report * means the test item is subcontracted.

FEUERSTEIN 000074



INTELLITEC INTERNATIONAL INC.

160419051GZU-002

## SAMPLE INFORMATION

One BELL + HOWELL Ultrasonic Pest Repeller were received in good condition and could work normally.



Sample Outlook

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* End of Page \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

FEUERSTEIN 000075



INTELLITEC
INTERNATIONAL
INC.

160419051GZU-002

## TEST OBJECT
Testing Ultrasonic Pest Repeller against Ants, Spiders and Roaches in laboratory environment, conducting observations in total 11 days period, including 2 days Preliminary test, 7 days During test and 2 days Post test. This is to measure the efficacy of high-frequency sound as a pest management tool. Both frequency and sound pressure (db) are important parameters.

## TEST CONDITION
The test samples were stored in a locked cabinet at ambient temperature and humidity until use in testing. And during testing test chambers were stored at ambient temperature and humidity.

## TEST PROCEDURE
2016- Prepare test chambers, test pests and food/water
Test chambers consisted of two plastic chambers, chamber A (with ultrasonic pest repeller) and Chamber B (no ultrasonic pest repeller), each chamber is 4 feet (L) x 4 feet (W) x 1.5 feet (H). There is an 10 feet long plastic tunnel to connect the two chambers. See appendix III for reference.
Test chambers were sealed by Intertek sealed label. After daily check, replace with new sealed label.

Test pests consisted of 20 ants, 20 spiders and 20 roaches. All of them were adult and healthy.

Placed an equal amount of water in chamber A and chamber B. Socked sponges in the water, this helps test pests drinking water easier. 100 g water was prepared in each chamber daily during the test.

2. Preliminary Testing
Test pests' activity was documented before and after device installation. To observe general activity, a Preliminary Testing was conducted before the actual test to ensure the test apparatus and the selected food functioned properly. The Ultrasonic Pest Repeller was turned OFF during preliminary testing. The release of test pests in Chamber A and Chamber B will be proportionate, with 50% of Ants, Spiders and Roaches distributed evenly in each chamber. The test pests were given 2 days (48 hours) to move freely around chamber A, Chamber B and the tunnel prior to the introduction of the Ultrasonic Pest Repeller.

The fecal pellet counts & Urine spots were cleaned daily (24 hours).
*********************************** End of Page ***********************************



INTELLITEC INTERNATIONAL INC.

160419051GZU-002

## TEST PROCEDURE (continued)

### 3. Observation of Repellency (During Testing)

Turn On Ultrasonic Pest Repeller. Test pests were recorded at a 24 hours intervals for 7 days (or 168 hours). Any test pests that stay in the Chamber B (without ultrasonic pest repeller) and tunnel were counted as repelled. Any test pests stay in Chamber A (with ultrasonic pest repeller) were counted as not repelled. The test pests were given 7 days (168 hours) to move freely around Chamber A and Chamber B and the tunnel when the Ultrasonic Pest Repeller is ON.

The fecal pellet counts & Urine spots were cleaned daily (24 hours).

### 4. Post Testing

To observe general activity, a post testing was conducted to ensure the test apparatus and the selected food functioned properly. Ultrasonic Pest Repeller was turned OFF during post testing. The test pests were given 2 days (48 hours) to move freely around chamber A, Chamber B and the tunnel.

The fecal pellet counts & Urine spots were cleaned daily (24 hours).

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* End of Page \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

160419051GZU-002

**Intertek**

INTELLITEC INTERNATIONAL INC.

5. Daily testing record

| Observe Date | 8-April-16 | 9-April-16 | 10-April-16 | 11-April-16 | 12-April-16 | 13-April-16 | 14-April-16 | 15-April-16 | 16-April-16 | 17-April-16 | 18-April-16 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Arrived Time(approximate) | 10:30AM | 10:20AM | 10:20AM | 10:20AM | 10:20AM | 10:20AM | 10:30AM | 10:30AM | 10:20AM | 10:20AM | 10:30AM |
| Check Intertek seal label (Yes/No) | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Record the quantity of spider, ants and roaches in each chamber (Yes/No) | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Record the fecal pellet counts & Urine spots in each chamber (Yes/No) | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Record the consumption of food and water in each chamber (Yes/No) | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Clean the fecal pellet counts & Urine spots by applicant (Yes/No) | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Record the weight of new food and water (Yes/No) | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Use new Intertek seal label to seal chambers (Yes/No) | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| During the period of Intertek technician observation the applicant use multiple cameras to record the status of chambers (Yes/No) | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Spiders, ants and roaches were suffering physical injury (Yes/No) | No | No | No | No | No | No | No | No | No | No | No |
| Finished time (approximate) | 12:00AM | 12:10AM | 12:10AM | 12:00AM | 12:10AM | 12:10AM | 12:10AM | 12:00AM | 12:10AM | 12:10AM | 12:10AM |

Remark: On April 7, Intertek technician arrived test location to witness the preparation of testing by Applicant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **End of Page** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Page 5 of 12

Intertek Testing Services Shenzhen Ltd. Guangzhou Branch
Room 02, 1-2/F & Room 01, E101/E501/E601/E701/E801 No.7-2, Guang Dong Software Science Park, Caipin Road, Guangzhou Science City, GETDD Guangzhou Tel: (86-20) 8213 9688  Fax: (86-20) 3205 7538
Website: www.intertek-etlsemko.com

GZPERF-BRAND V0 (August 16, 2012)

**FEUERSTEIN 000078**

INTELLITEC INTERNATIONAL INC.

160419051GZU-002

## TEST RESULT

| Spider/Roaches/Ants | | | PRELIMINARY TESTING | | DURING TESTING | | | | | | | POST TESTING | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | SWITCH OFF | | | | SWITCH ON | | | | | SWITCH OFF | |
| | | | -48Hrs | -24Hrs | 24Hrs | 48Hrs | 72Hrs | 96Hrs | 120Hrs | 144Hrs | 168Hrs | +24Hrs | +48Hrs |
| | | | (-2 Day) | (-1 Day) | (1 Day) | (2 Day) | (3 Day) | (4 Day) | (5 Day) | (6 Day) | (7 Day) | (+1 Day) | (+2 Day) |
| | Observe Date | | 8-April-16 | 9-April-16 | 10-April-16 | 11-April-16 | 12-April-16 | 13-April-16 | 14-April-16 | 15-April-16 | 16-April-16 | 17-April-16 | 18-April-16 |
| | Observe Time | | 11:00AM | 11:00AM | 11:00AM | 11:00AM | 11:00AM | 11:00AM | 11:00AM | 11:00AM | 11:00AM | 11:00AM | 11:00AM |
| Chamber A (W/Pest Repeller) | Quantity | Spider | 9 | 8 | 8 | 6 | 6 | 2 | 3 | 2 | 2 | 7 | 8 |
| | | Ants | 8 | 9 | 7 | 6 | 6 | 5 | 5 | 6 | 6 | 6 | 9 |
| | | Roaches | 8 | 9 | 9 | 5 | 3 | 4 | 3 | 5 | 4 | 7 | 8 |
| | Consumed water(ml) | | 4.5 | 5.5 | 8 | 6.5 | 3.5 | 3 | 3 | 2.5 | 2.5 | 3.5 | 5.5 |
| Chamber B | Quantity | Spider | 10 | 12 | 12 | 14 | 14 | 16 | 15 | 15 | 18 | 13 | 12 |
| | | Ants | 10 | 11 | 13 | 14 | 14 | 14 | 11 | 14 | 14 | 14 | 11 |
| | | Roaches | 9 | 9 | 11 | 15 | 14 | 12 | 12 | 15 | 16 | 13 | 12 |
| | Consumed water(ml) | | 4.5 | 7 | 8.5 | 5.5 | 6 | 7.5 | 7.5 | 6 | 7.5 | 3.5 | 6.5 |
| Quantity of lost | | Spider | 1 | NA | NA | NA | NA | 2 | 2 | 2 | NA | NA | NA |
| | | Ants | 2 | NA | NA | NA | NA | 1 | 4 | NA | NA | NA | NA |
| | | Roaches | 3 | 2 | NA | NA | 3 | 4 | 5 | NA | NA | NA | NA |

Remark: The quantity of tunnel was counted as chamber B. Added new spider, ants and roaches according to the quantity of lost the next day.

*********************************************** End of Page ***********************************************

Intertek Testing Services Shenzhen Ltd. Guangzhou Branch
Room 02, 1-8/F & Room 01, E101/E501/E601/E701/E801 No.7-2, Guang Dong Software Science Park, Caipin Road, Guangzhou Science City, GETDD Guangzhou Tel: (86-20) 8213 9688  Fax (86-20) 3205 7538       GZPERF-BRAND V0 (August 16, 2012)
Website: www.intertek-etlsemko.com

FEUERSTEIN 000079



INTELLITEC INTERNATIONAL INC.

160419051GZU-002

## TEST RESULT (Continued)
For Roaches fecal pellet & urine spots

| STAGE/ SWITCH ON/OFF | | DATE | SUBJECT | CHAMBER A (W/ PEST PELLER) | CHAMBER B |
|---|---|---|---|---|---|
| PRELIMINARY TESTING | SWITCH OFF | 8-April-16 | ROACHES | Equal | Equal |
| | | 9-April-16 | ROACHES | Equal | Equal |
| DURING TESTING | SWITCH ON | 10-April-16 | ROACHES | Equal | Equal |
| | | 11-April-16 | ROACHES | Little | More |
| | | 12-April-16 | ROACHES | Little | More |
| | | 13-April-16 | ROACHES | Little | More |
| | | 14-April-16 | ROACHES | Little | More |
| | | 15-April-16 | ROACHES | Little | More |
| | | 16-April-16 | ROACHES | Little | More |
| POST TESTING | SWITCH OFF | 17-April-16 | ROACHES | Equal | Equal |
| | | 18-April-16 | ROACHES | Equal | Equal |

Note:
Fecal pellet and urine are observed and witnessed by naked eye. Due to tiny and irregular sizes, Ants, Spiders and Roaches' fecal pellet & urine spots are not easy to count, therefore quantity difference is described by three levels-little, very little and more.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* End of Page \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

FEUERSTEIN 000080



INTELLITEC INTERNATIONAL INC.

160419051GZU-002

### Appendix I



Testing device overlook



Intertek sealed label



Status under repeller switch off (chamber B)



Status under repeller switch off (chamber A)



Status under repeller switch on (chamber B)



Status under repeller switch on (chamber A)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **End of Page** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



INTELLITEC INTERNATIONAL INC.

160419051GZU-002

## Appendix II



Water weigh



Consumption of Water check

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **End of Page** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



INTELLITEC INTERNATIONAL INC.

160419051GZU-002

### Appendix III



Testing device dimension

Ants /roaches/spiders

*********************************************** End of Page ***********************************************

**Intertek**

INTELLITEC INTERNATIONAL INC.

160419051GZU-002

**Appendix IV**



camera

Remark: Pictures showing multiple video cameras set up at the venue by the applicant. The cameras were used for record the pest activities of all chambers. Each camera targeted at specific chamber.

*********************************************** End of Page ***********************************************



INTELLITEC INTERNATIONAL INC.

160419051GZU-002

## REVISION SUMMARY

| Date | Project Handler Reviewer | Page | Description of Change |
|---|---|---|---|
| 2016-4-20 | | | Initial release |
| 2016-5-26 | Cao Li [signature] | 1 | Deleted Style number. |

*********************************** End of Report ***********************************

FEUERSTEIN 000085