**EXHIBIT 19**

Page 1

1                  UNITED STATES DISTRICT COURT

2                  SOUTHERN DISTRICT OF NEW YORK

3

4     - - - - - - - - - - - - - - - - - - - -x

5     JOANNE HART and AMANDA PARKE, on behalf

6     of themselves and all others similarly

7     situated,

8                           Plaintiffs,

9              v.

10    BHH, LLC d/b/a Bell + Howell and VAN

11    HAUSER LLC,

12                          Defendants.

13    - - - - - - - - - - - - - - - - - - - -x

14

15

16        Videotaped Deposition of DEBBIE FEUERSTEIN,

17        taken at 888 Seventh Avenue, New York, New

18        York, commencing at 10:38 a.m., Tuesday,

19        November 29, 2016, before Jamie Ann Stanton,

20        a Shorthand Reporter and Notary Public of

21        the State of New York.

22

23

24    JOB No. 2490905

25    PAGES 1 - 223

1          MR. KOPEL:  Strike that.  Let
2     me rephrase the question.
3          Q.    Have all the packaging designs
4     for the Bell + Howell pest repellers
5     stated that they are ultrasonic pest
6     repellers?
7          A.    Yes.
8          Q.    And do you see below, it says --
9     there's pictures and words.  It says:
10    Ants, mice/rats, spiders, roaches?
11         A.    Yes.
12         Q.    And the same question:  Have all
13    the artwork for the packaging that you
14    recall, have they all included that
15    illustration?
16         A.    I think so, yes.
17         Q.    And do you understand that
18    illustration to mean that these products
19    will repel those pests that are depicted
20    on the image?
21         A.    Yes.
22         Q.    Below it, it says:  Plug it in,
23    and there is an ellipses, drive pests out.
24              Do you see that?
25         A.    Yes.

Page 57

1        Q.     Who originally wrote that?

2        A.     I think my designer took it from

3    the artwork we have in the past.

4        Q.     Sorry, he took it from the what?

5        A.     From the artwork we work before.

6        Q.     Are you referring to previous

7    artwork from Bell + Howell or previous

8    artwork for --

9        A.     Previous artwork for others.

10       Q.     I see.  So this phrase, you

11   think, appeared on either First Alert or

12   Sunbeam or both?

13       A.     Yes.

14       Q.     What do you interpret this

15   phrase to mean?

16       A.     Plug it in, drive pest out?

17       Q.     Correct.

18       A.     Yeah.  This is the plug-in unit.

19   So you plug into AC outlet.  Meaning don't

20   do any work.  And then ultrasonic work use

21   to drive pest out.

22       Q.     Drive pests out of a home or

23   office?

24       A.     Of the area.

25       Q.     Of the area.

Page 58

1      A.    Of area of room where pest

2   repeller is.

3      Q.    So this phrase was not intended

4   to mean that the repellers could drive

5   pests out of a home or office?

6            MR. WING:  Object to form.

7      A.    It is.  The repeller drive the

8   pests out from the home.

9      Q.    Oh, so it means it drives pests

10   out from the home?

11      A.    Right, right.

12      Q.    Okay, thank you.

13      A.    Right, but the thing -- that's

14   why we do multiple packs, because each one

15   is perfect for the average size of the

16   room.

17      Q.    So the multipack, so drive pests

18   out, means if you use --

19      A.    You put in multi rooms.

20      Q.    Let me just finish the question,

21   please.

22            The use of the multipack and

23   that statement on it is intended to mean

24   that if a consumer uses all of the

25   repellers in this pack, they will be able