**EXHIBIT 20**

| | |
|---|---|
| **From:** | Debbie Feuerstein <debbie@intellitecusa.com> |
| **Sent:** | Wednesday, March 25, 2015 1:56 PM |
| **To:** | Jeffrey Mishan <Jeffrey.Mishan@emsonusa.com> |
| **Cc:** | Mindy Farber <Mindy.Farber@emsonusa.com>; Feena SanPedro <Feena.SanPedro@emsonusa.com> |
| **Subject:** | BELL&HOWELL ULTRASONIC PEST REPELLER TEST REPORT REVISED |
| **Attach:** | 1_Cover Page.pdf; BELL&HOWELL ULTRASONIC PEST REPELLER TEST REPORT.PDF |

Dear Jeffrey;

Attached #1 is revised report cover page.

Attached #2 is revised report in pdf format.



Warm regards,
Debbie Feuerstein
INTELLITEC INT'L INC.
T: 718-8840038 I C: 646-2208585
Intelligence thru Technology

BHH,LLC 002509

# BELL + HOWELL ULTRASONIC PEST REPELLER

# EFFICACY TEST REPORT

- SGS EFFICACY TEST REPORT – MICE/RAT

- SGS TEST RESULT EXPLANATION – MICE/RAT

- SGS EFFICACY TEST REPORT – SPIDERS/ANTS/ROACHES

- SGS TEST RESULT EXPLANATION – SPIDERS/ANTS/ROACHES

- INTERTEK EFFICIACY TEST REPORT – MICE/RAT

- INTERTEK RESULT EXPLANATION – MICE/RAT

- INTERTEK EFFICACY TEST REPORT - SPIDERS/ANTS/ROACHES

- INTERTEK RESULT EXPLANATION - SPIDERS/ANTS/ROACHES



BHH,LLC 002510

# BELL + HOWELL ULTRASONIC PEST REPELLER

# EFFICACY TEST REPORT

- SGS EFFICACY TEST REPORT – MICE/RAT

- SGS TEST RESULT EXPLANATION – MICE/RAT

- SGS EFFICACY TEST REPORT – SPIDERS/ANTS/ROACHES

- SGS TEST RESULT EXPLANATION – SPIDERS/ANTS/ROACHES

- INTERTEK EFFICIACY TEST REPORT – MICE/RAT

- INTERTEK RESULT EXPLANATION – MICE/RAT

- INTERTEK EFFICACY TEST REPORT - SPIDERS/ANTS/ROACHES

- INTERTEK RESULT EXPLANATION - SPIDERS/ANTS/ROACHES



BHH,LLC 002511

# BELL + HOWELL ULTRASONIC PEST REPELLER

## EFFICACY TEST REPORT



BHH,LLC 002512



SGS-CSTC Shenzhen Branch
3/F-7/F, No.1, 1st Street, Xiameilin, Futian District, Shenzhen, China  P.C:518049
Tel:86 755 25328888 / 83114358
Fax:86 755 83139706 / 63139732

# WITNESS TEST REPORT

| Report No.: | SZXWT00585081 |
|---|---|
| Date: | 15-Dec-2011 |

| From : | Mei Lv | E-mail : | Mei.Lv@sgs.com |
|---|---|---|---|

| SGS File No.: | CNDGG50037334 | Testing Device  Overlook |
|---|---|---|
| Buyer : | VAN HAUSER<br>230, FIFTH AVENUE, NEW YORK, NY 10001, USA | |
| | | |
| Style Number: | Nil | |
| Product description: | BELL + HOWELL ULTRASONIC PEST REPELLER | |
| Service Style  : | TESTING WITNESS | |
| Service Date : | From 01-DEC-201 to 11-DEC-201 | |
| Testing Location : | DONGGUAN, CHINA | |

## Testing Criteria

| Testing sample provided by | By Supplier(see protocol) |
|---|---|
| Client instruction/specification | Yes(see protocol) |
| SGS WI number | N/A |
| Other | |

## Comments / Remarks: (Reason)

-Found 1rat escaped and 2 rats died at the night of 02-Dec-2011(preliminary testing ), added the new rats next day(on the first day of during testing).

-Found water spilled into food dish in Chamber A&B on 02-Dec-2011, so Chamber B food weight added 49 g.

-Four edges of all chambers were closed up by SGS inspector with special seals.  The seal is unbreakable and chopped with SGS company stamp. Each day after counting mice/rat quantities and weighting water and food, SGS inspector replaced new seals.

Page    of  17

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm . Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon is solely limited to visual examination of the safely and readily accessible portions of the consignment and reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

BHH,LLC 002513



## STUDY TITLE

EFFICACY EVALUATION OF BELL + HOWELL ULTRASONIC PEST REPELLER AGAINST MICE / RATS

## OBJECT

TESTING ULTRASONIC PEST REPELLER AGAINST RATS / MICE IN LABORATORY ENVIRONMENT.
CONDUCTING OBSERVATIONS IN TOTAL 11 DAYS PERIOD, INCLUDING 2 DAYS PRELIMINARY
TEST, 7 DAYS DUIRNG TEST AND 2 DAYS POST TEST IN RATS / MICE, THIS IS TO MEASURE THE
EFFICACY OF HIGH-FREQUENCY SOUND AS A PEST MANAGEMENT TOOL.
BOTH FREQUENCY AND SOUND PRESSURE (DB) ARE IMPORTANT PARAMETERS.

## MATERIALS

| FORMULATIONS | BELL + HOWELL ULTRASONIC PEST REPELLER |
|---|---|
| TEST ARTHROPODS | ADULT & HEALTHY RATS AND MICE |
| APPLICATION DEVICES | BELL + HOWELL ULTRASONIC PEST REPELLER |
| TESTING CHAMBER | SEE BELOW DIAGRAM |

## METHODS

*Summary*
7 feet long plastic tunnel is made to connect two chambers on each side. Each chamber is 4 feet (L) x 4 feet
(W) x 1.5 feet (H).   Ultrasonic Pest Repeller is placed at Chamber A, Chamber B has no ultrasonic pest
repeller.   Both sides have equal amount of food and water.  Rats and Mice will be recorded at 24 hour
intervals for 11 days, including 7 days (or 168 hours) - 2 days Preliminary Testing and 2 days Post Testing.
The number of rats / mice will be recorded in each chamber. Any rats / mice are found in Chamber B (no
ultrasonic pest repeller) will be counted as repelled.   Any rats / mice remain in Chamber A (with
ultrasonic pest repeller) will be counted as not repelled.

To determine the efficacy of the Bell + Howell Ultrasonic Pest Repeller for repelling rats and mice.  This
device is tested over a 24 hours interval and 7 days (or 168 hours) period in a laboratory environment. The
test was preceded by a two-day preliminary test to ensure that the test apparatus and the selected food
functioned properly.

*Test sample*
The test sample will be stored in a locked cabinet at ambient temperature and humidity until use
in the study.

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm   Attention is drawn to the
limitation of liability, indemnification and jurisdiction issues defined thereon.
Any holder of this document is advised that information contained hereon is solely limited to visual examination of the safely and readily accessible portions of the
consignment and reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any.  The Company's sole responsibility is
to its Client and this document does not exonerate parties to a transaction from exercising all the rights and obligations under the transaction documents. Any unauthorized
alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

BHH,LLC 002514



*Preparation and Handling of Rats / Mice*

10 Mixed Sex Adult Rats and 10 Mixed Sex Adult Mice will be used for both the control test and active test. As rats are larger and far more aggressive than mice, they can, and often do, kill mice. This is known as muricide. Muricide is a form of predatory behavior by which rats hunt, kill and eat mice. Therefore the testing of rats and mice must be conducted separately in different times.



*Construction of Test Chambers*

The test will be conducted in two plastic chambers; each chamber is 4 feet (L) x 4 feet (W) x 1.5 feet (H).   In between, there is a 7 feet long plastic tunnel to connect two chambers on each side, the rats and mice will each be given 7 days (168 hours) to move freely around Chamber A and Chamber B and inside the tunnel.



This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.co.nz/terms_and_conditions.htm . Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon is solely limited to visual examination of the safety and readily accessible portions of the consignment and reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

BHH,LLC 002515



## Food and Water Consumption

Rats eat a wide variety of food. They mostly prefer grain, livestock feed, and meat. The rat's primary consumption comes in the form of water. Rats need 1/2 to 1 ounce of water daily. An equal amount of food and water will be placed in each chamber, including a mixture of grain and meat. Food and water will be refilled and recorded daily.

Mice prefer pellet- and seed-based food. Mice generally eat food common to the rodent family. (rats, hamsters, gerbils, etc.), which typically includes pellet- and seed-based food. An equal amount of food and water will be placed in each chamber. The quantity of food and water will be refilled and recorded daily.

Data related to food and water consumption will be recorded in each chamber on a 24-hour interval throughout a 7-day (or 168 hours) period. The data will be used to identify changes in the eating behavior of mice and rats due to the impact of the Ultrasonic Pest Repeller.

## Fecal pellet counts & Urine spots

Record and tract fecal pellets and urine spots on a 24 hours interval and 2 days Preliminary Testing, 7 days (or 168 hours) During Testing and 2 days Post Testing period in each chamber. This data will aid in understanding additional behavioral changes resulting from the Ultrasonic Pest Repeller.

## Preliminary Testing

Rats/Mice activity will be documented before and after device installation. To observe general activity, a Preliminary Test will be conducted before the actual test to ensure the test apparatus and the selected food functioned properly. The Ultrasonic Pest Repeller will be turned "off" during preliminary testing. The release of rats and mice in Chamber A and Chamber B will be proportionate, with 50% of rats and mice distributed in each chamber.

The Preliminary Test will consist of 10 mixed sex adult rats and 10 mixed sex adult mice. The rats and mice will be each allotted 2 days (48 hours) to move freely around chamber A, Chamber B and inside the tunnel prior to the introduction of the Ultrasonic Pest Repeller.

## Observation of Repellency (During Testing)

Release 50% of rats in Chamber A, and another 50% of mice in Chamber B. Turn On Ultrasonic Pest Repeller. Rats and mice will be recorded at 24 hour intervals for 7 days (or 168 hours). Any rats and mice that stay in the Chamber B (without ultrasonic pest repeller) will be counted as repelled. Any rats and mice stay inside Chamber A (with ultrasonic pest repeller) will be counted as not repelled.

The actual control and non-control test will consist of 10 mixed sex adult rats and 10 mixed sex adult mice. The rats and mice will each be given 7 days (168 hours) to move freely around Chamber A and Chamber B and inside the tunnel.

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon is solely limited to visual examination of the safely and readily accessible portions of the consignment and reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

BHH,LLC 002516



## Post Testing

To observe general activity, a post test will be conducted to ensure the test apparatus and the selected food functioned properly. Ultrasonic Pest Repeller will be turned OFF during post test. Release 50% of rats and mice in Chamber A, release another 50% of rats and mice in Chamber B.

The Post Test consists of 10 mixed sex adult rats and 10 mixed sex adult mice. The rats and mice are each given 2 days (48 hours) to move freely around chamber A, Chamber B and inside the tunnel.

No change is made in the rats / mice population. Rats and mice quantity should remain the same.

SGS-F-OPS-05-01-CTS V06

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon is so rly limited to visual examination of the safely and readily accessible portions of the consignment and reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

BHH,LLC 002517



Testing device dimension (refer to below following figures)

Testing device for RATS:



Testing device for MICE.



**Note:** Distance between the two devices was about 20 m

SGS-F-QPS-05-01-GTS V06

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

BHH,LLC 002518





RATS TESTING DEVICE  OVERLOOK          SGS UN-REMOVABLE SEAL LABEL

MICE TESTING DEVICE  OVERLOOK          SGS UN-REMOVABLE SEAL LABEL

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm.  Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

BHH,LLC 002519

BHH,LLC 002520



**Test Result Data Measurement – RATS**

| RATS | PRELIMINARY TESTING SWITCH OFF | | DURING TESTING SWITCH ON | | | | | | | POST TESTING SWITCH OFF | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | -48Hrs (-2 Day) | -24Hrs (-1 Day) | 24Hrs (1 Day) | 48Hrs (2 Day) | 72Hrs (3 Day) | 96Hrs (4 Day) | 120Hrs (5 Day) | 144Hrs (6 Day) | 168Hrs (7 Day) | 24Hrs (1 Day) | 48Hrs (2 Day) |
| Observe Date | 1-Dec-11 | 2-Dec-11 | 3-Dec-11 | 4-Dec-11 | 5-Dec-11 | 6-Dec-11 | 7-Dec-11 | 8-Dec-11 | 9-Dec-11 | 10-Dec-11 | 11-Dec-11 |
| Observe Time | 10:30 AM | 10:30 AM | 10:30 AM | 10:30 AM | 10:30 AM | 10:30 AM | 10:30 AM | 10:30 AM | 10:30 AM | 10:30 AM | 10:30 AM |
| **Chamber A (W/Pest Repeller)** — quantity | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| Chamber A — consumed food(g) | 38 | 20 | 1 | 7 | 3 | 7 | 10 | 11 | 6 | 151 | 172 |
| Chamber A — consumed water(ml) | 366 | 184 | 62 | 61 | 25 | 26 | 34 | 44 | 41 | 214 | 88 |
| **Chamber B** — quantity | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| Chamber B — consumed food(g) | 512 | 116 | 142 | 137 | 202 | 166 | 221 | 156 | 203 | 154 | 181 |
| Chamber B — consumed water(ml) | 367 | 360 | 266 | 245 | 303 | 344 | 301 | 286 | 147 | 216 | 90 |

**Note:**
1. Found 1 rat escaped and 2 rats died at the night of 02-Dec-2011(preliminary testing), added the new rats next day(on the first day of during testing).
2. Found water spilled into food dish in Chamber A&B on 02-Dec-2011, and Chamber B food weight added 49 g.

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

BHH,LLC 002521









Rats testing status

Rats testing status

SGS F-OPS-05.31-GTS V06

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm. Attention is drawn to the terms and liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

Test Result Data Measurement – MICE



| MICE | | PRELIMINARY TESTING SWITCH OFF | | DURING TESTING SWITCH ON | | | | | | | POST TESTING SWITCH OFF | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 48Hrs (-2 Day) | 24Hrs (-1 Day) | 24Hrs (1 Day) | 48Hrs (2 Day) | 72Hrs (3 Day) | 96Hrs (4 Day) | 120Hrs (5 Day) | 144Hrs (6 Day) | 168Hrs (7 Day) | +24Hrs (+1 Day) | +48Hrs (+2 Day) |
| Observe Date | | 1-Dec-11 | 2-Dec-11 | 3-Dec-11 | 4-Dec-11 | 5-Dec-11 | 6-Dec-11 | 7-Dec-11 | 8-Dec-11 | 9-Dec-11 | 10-Dec-11 | 11-Dec-11 |
| Observe Time | | 10:30 AM | 10:30 AM | 10:30 AM | 10:30 AM | 10:30 AM | 10:30 AM | 10:30 AM | 10:30 AM | 10:30 AM | 10:30 AM | 10:30 AM |
| Chamber A (W/Pest Repeller) | quantity | | 5 | 0 | 1 | 2 | 1 | 1 | 1 | 0 | 6 | 8 |
| | consumed food(g) | 67 | 54 | 7 | 14 | 7 | 7 | 4 | 5 | 4 | 22 | 21 |
| | consumed water(ml) | 82 | 28 | 23 | 21 | 25 | 11 | 10 | 24 | 29 | 35 | 27 |
| Chamber B | quantity | 8 | 6 | 10 | 9 | 8 | 9 | 9 | 9 | 10 | 9 | 2 |
| | consumed food(g) | 48 | 17 | 27 | 23 | 32 | 35 | 23 | 36 | 44 | 16 | 18 |
| | consumed water(ml) | 109 | 35 | 41 | 31 | 30 | 17 | 20 | 42 | 44 | 37 | 30 |

SGS-F-OPS-0540-01 S v06

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

BHH,LLC 002522

BHH,LLC 002523





Mice testing status

Mice testing status

SGS-F-OPS-06-01-CTS V06

Page 1  of  17

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.



### RATS/MICE FECAL PELLET & URINE SPOTS RECORD REPORT

| STAGE/ SWITCH ON/OFF | | DATE | SUBJECT | CHAMBER : A ( W/ PEST PELLER ) | CHAMBER : B |
|---|---|---|---|---|---|
| PRELIMINARY TESTING | SWITCH OFF | 1-Dec-11 | MICE | Little | More |
| | | | RATS | Equal | Equal |
| | | 2-Dec-11 | MICE | More | Little |
| | | | RATS | Equal | Equal |
| DURING TESTING | SWITCH ON | 3-Dec-11 | MICE | Little | More |
| | | | RATS | Little | More |
| | | 4-Dec-11 | MICE | Very little | More |
| | | | RATS | Very little | More |
| | | 5-Dec-11 | MICE | Very little | More |
| | | | RATS | Little | More |
| | | 6-Dec-11 | MICE | Very little | More |
| | | | RATS | Very little | More |
| | | 7-Dec-11 | MICE | Very little | More |
| | | | RATS | Very little | More |
| | | 8-Dec-11 | MICE | Very little | More |
| | | | RATS | Very little | More |
| | | 9-Dec-11 | MICE | Very little | More |
| | | | RATS | Very little | More |
| POST TESTING | SWITCH OFF | 10-Dec-11 | MICE | Equal | Equal |
| | | | RATS | Equal | Equal |
| | | 11-Dec-11 | MICE | Equal | Equal |
| | | | RATS | Equal | Equal |

**Note:**

Fecal pellet and urine spots are observed and witnessed by eyes.  Due to tiny and irregular sizes, rat and mice's fecal pellet & urine spots are not easy to count, therefore quantity difference is described by three levels – little, very little and more.

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm  Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein
Any holder of this document is advised that information contained hereon is solely limited to visual examination of the safety and readily accessible portions of the consignment and reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any.  The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

BHH,LLC 002524





DEVICE WITH FOOD AND WATER

ONLY ONE PET REPELLER IN THE DEVICE

CHAMBER A

CHAMBER B

SGS SEAL LABEL

SGS SEAL LABEL

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

BHH,LLC 002525





RATS TESING DEVICE OVERLOOK                    RATS TESING DEVICE OVERLOOK

STATUS UNDER REPELLER SWITCHED OFF            STATUS UNDER REPELLER SWITCHED OFF

STATUS UNDER REPELLER SWITCHED ON             STATUS UNDER REPELLER SWITCHED ON

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon is solely limited to visual examination of the safely and readily accessible portions of the consignment and reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

BHH,LLC 002526

# SGS



| | |
|---|---|
| MICE TESING DEVICE OVERLOOK | MICE TESING DEVICE OVERLOOK |
| STATUS UNDER REPELLER SWITCHED OFF | STATUS UNDER REPELLER SWITCHED OFF |
| STATUS UNDER REPELLER SWITCHED ON | STATUS UNDER REPELLER SWITCHED ON |

SGS-F-OPS-05-0*-C*S V06

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon is solely limited to visual examination of the safety and readily accessible portions of the consignment and reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

BHH,LLC 002527

# SGS



| WATER GROSS WEIGHT CHECK | RENOVATE WATER WEIGHT |
| FOOD GROSS WEIGHT CHECK | RENOVATE FOOD WEIGHT |
| SPRINKLE FOOD | FOOD & WATER IN CHAMBER |

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined herein.
Any holder of this document is advised that information contained hereon is solely limited to visual examination of the safety and readily accessible portions of the consignment and reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

BHH,LLC 002528

# RATS/MICE TEST REPORT
# RESULT ANALYSIS

December 19, 2011

**Construction of Test Chamber:**
- The test was conducted in two plastic chambers.  Each chamber is 4' x 4' x 1.5'.
- Pest Repeller was placed in chamber A.
- In between, there is a 7 feet long plastic tunnel.  The tunnel is "curved" and two chambers are designed in HI-LO level.  The curved and Hi-Lo tunnel design is to further ensure ultrasonic sound wave will not enter from chamber A into chamber B since sound wave is very directional.
- All edges are sealed securely with SGS unbreakable labels.  Only SGS inspector could open the chambers to count rats/mice quantities, weight food and water and replace new seals on a daily basis.
- Total 10 mixed rats and 10 mixed mice were used, and tested separately in different chambers.
- Released 50% of rats/mice in chamber A, and another 50% of rats/mice in Chamber B at the beginning of the test.
- There were 3 testing stages;
  - Preliminary Testing: 2 days = 48 hours, pest repeller was OFF
  - During Testing: 7 days = 168 hours,  pest repeller was ON
  - Post Testing: 2 days = 48 hours, pest repeller was OFF

**Rats – Test Result Analysis (see page 8)**
- From the 1st day to 7th day During Testing, 100% rats stayed away from pest repeller chamber through the entire time, pest repeller was on.
- Some rats stayed or returned to the pest repeller chamber during Preliminary and Post Testing, pest repeller was off.
- Water and food consumption was much LESS in the pest repeller chamber During Testing, pest repeller was on.  The consumption became more EVEN in two chambers during Preliminary and Post Testing,  pest repeller was off.  To record water and food consumption result on a daily basis helps to understand rats' eating behavior under the influence of ultrasonic sound.

**Mice – Test Result Analysis (see page 10)**
- Average 90% ~ 100% mice stayed away from pest repeller chamber During Testing (pest repeller was on).
- Some mice stayed or returned to the pest repeller chamber during Preliminary and Post testing (pest repeller was off).
- Water and food consumption was much LESS in the pest repeller chamber During Testing, pest repeller was on. The consumption became more EVEN in two chambers during Preliminary and Post Testing,  pest repeller was off.  To record water and food consumption result on a daily basis helps to understand mice's eating behavior under the influence of ultrasonic sound.

**Fecal Pellet and Urine Spots (see page 12)**
- To trace and record rats and mice's fecal pellet ad urine spots on a daily basis is to further understand rats and mice's activities and behaviors under the influence of ultrasonic sound.
- When pest repeller was on During Testing; fecal pellet and urine spots appeared to be much LESS quantities in the pest repeller chamber.
- When pest repeller was off during Preliminary and Post Testing, fecal pellet and urine spots quantities appeared to be more EVEN in two chambers.

BHH,LLC 002530



SGS-CSTC Shenzhen Branch
7/F, SGS Building No 4, Jianghao Industry Park, No. 430, Jihua Road,
Bantian Town, Longgang District, Shenzhen, China. P C 518129 Tel 86 755 25328888 / 83114358   Fax:86 755 83139706 / 83139732

# WITNESS TEST REPORT

Report No.: **SZXWT00603439**

| To   : | INTELLITEC INTERNATIONAL INC. | Date: | 23-MAR-2012 |
|---|---|---|---|
| Att  : | DEBBIE FEUERSTEIN | | |
| From : | Mei Lv | E-mail : | Mei.Lv@sgs.com |

| | | Testing Device  Overlook |
|---|---|---|
| SGS File No.: | CNDGG50041547 | |
| Buyer : | VAN HAUSER<br>230, FIFTH AVENUE, NEW YORK, NY 10001, USA | |
| Supplier : | INTELLITEC INTERNATIONAL INC. | |
| Manufacturer : | INTELLITEC INTERNATIONAL INC. | |
| Style Number: | Nil | |
| Product description: | BELL + HOWELL ULTRASONIC PEST REPELLER | |
| Service Style   : | TESTING WITNESS | |
| Service Date : | From 10-MAR-2012 to 21-MAR-2012 | |
| Testing Location : | DONGGUAN, CHINA | |

## Testing Criteria

| Testing sample provided by | By Supplier(see protocol) |
|---|---|
| Client instruction/specification | Yes(see protocol) |
| SGS WI number | N/A |
| Other | |

## Comments / Remarks: (Reason)
- Canceled bread and white granulated sugar (as food) for spiders on 12-Mar-2012, as spiders were not eating & drinking.
- Each spider chambers provided 10 recently dead roaches as food for spiders on a daily basis. Used soaked sponges to feed spiders water.
- Four edges of all chambers were sealed by SGS inspectors with un-removable seal labels and chopped with SGS stamp. Each day after counting spiders/ants/roaches quantities and weighting water, SGS inspector replaced new seals.

Page 1 of 19

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon is solely limited to visual examination of the safely and readily accessible portions of the consignment and reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any.  The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents  Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

BHH,LLC 002531



## STUDY TITLE

EFFICACY EVALUATION OF BELL + HOWELL ULTRASONIC PEST REPELLER
AGAINST
ANTS / SPIDERS / ROACHES

## OBJECT

TESTING ULTRASONIC PEST REPELLER AGAINST ANTS / SPIDERS / ROACHES IN LABORATORY
ENVIRONMENT. CONDUCTING OBSERVATIONS IN TOTAL 11 DAYS PERIOD, INCLUIDNG 2 DAYS
PRLIMINARY TEST, 7 DAYS DUIRNG TEST AND 2 DAYS POST TEST. THIS IS TO MEASURE THE EFFICACY OF
HIGH-FREQUENCY SOUND AS A PEST MANAGEMENT TOOL.
BOTH FREQUENCY AND SOUND PRESSURE (dB) ARE IMPORTANT PARAMETERS.

## MATERIALS

| | |
|---|---|
| FORMULATIONS | BELL + HOWELL ULTRASONIC PEST REPELLER |
| TEST ARTHROPODS | HEALTHY ANTS,SPIDERS & ROACHES |
| APPLICATION DEVICES | BELL + HOWELL ULTRASONIC PEST REPELLER |
| TESTING CHAMBER | SEE BELOW DIAGRAM |

## METHODS

### Summary

8.5 feet long plastic tunnel is made to connect two chambers on each side. Each chamber is 4 feet (L) x 4
feet (W) x 1.5 feet (H). Ultrasonic Pest Repeller is placed at Chamber A, Chamber B has no ultrasonic pest
repeller. Both sides have equal amount of food and water. Ants, Spiders and Roaches will be recorded at
24 hour intervals for total 11 days (or 264 hours). The number of ants / spiders / roaches will be recorded
in each chamber. Any ants / spiders / roaches are found in Chamber B (no ultrasonic pest repeller) will be
counted as repelled. Any ants / spiders / roaches remain in Chamber A (with ultrasonic pest repeller) will
be counted as not repelled.

To determine the efficacy of the Bell + Howell Ultrasonic Pest Repeller for repelling ants, spiders and
roaches. This device is tested over a 24 hours interval and total 11 days (or 264 hours) period in a
laboratory environment. The test was preceded by a two-day preliminary test to ensure that the test
apparatus and the selected food functioned properly.

### Test sample

The test sample will be stored in a locked cabinet at ambient temperature and humidity until use in the
study.

SGS-F-OPS-05-01-CTS V06

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm   Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein
Any holder of this document is advised that information contained hereon is solely limited to visual examination of the safely and readily accessible portions of the consignment and reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any  The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents  Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law

BHH,LLC 002532



### *Preparation and Handling of Ants / Spiders / Roaches*

20 ants, 20 spiders and 20 roaches will be used for both the control test and active test. As spiders are larger and far more aggressive than ants and roaches, they can, and often do, kill smaller pests like ants and roaches. Therefore the testing of spiders and ants/roaches must be conducted separately in different times.

Most of the spiders that have been studied so far seem to have similar dietary and digestive patterns The first thing that should be stressed is that spiders will only eat living prey (or perhaps very recently killed ones), and the majority of spiders feed on insects, therefore recently dead roaches were used as food for spiders. In order to prevent spiders eat ants and roaches, the testing will be conducted separately, spiders in one testing chamber, ants and roaches together at the other chamber.



### *Construction of Test Chambers*

The test will be conducted in two plastic chambers; each chamber is 4 feet (L) x 4 feet (W) x 1.5 feet (H). In between, there is a 8.5 feet long plastic tunnel to connect two chambers on each side, ants, spiders and roaches will each be given 11 days (264 hours) to move freely around Chamber A and Chamber B and inside the tunnel.

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm   Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein
Any holder of this document is advised that information contained hereon is solely limited to visual examination of the safely and readily accessible portions of the consignment and reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any  The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents  Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law

BHH,LLC 002533





### *Food and Water Consumption*

Data related to food and water consumption will be recorded in each chamber on a 24-hour interval throughout a 11-day (264 hours) period. The data will be used to identify changes in the eating behavior of ants, spiders and roaches due to the impact of the Ultrasonic Pest Repeller.

### *Fecal pellet counts*

Record and trace fecal pellets of roaches on a 24 hours interval and 11 days (264 hours) period in each chamber. Neither fecal pellet nor urine spots for ants & spiders. This data will aid in understanding additional behavioral changes resulting from the Ultrasonic Pest Repeller.

### *Preliminary Testing*

Ants / Spiders / Roaches activity will be documented before and after device installation. To observe general activity, a Preliminary Test will be conducted before the actual test to ensure the test apparatus and the selected food functioned properly. The Ultrasonic Pest Repeller will be turned "off" during preliminary testing. The release of Ants, Spiders and Roaches in Chamber A and Chamber B will be proportionate, with 50% of Ants, Spiders and Roaches distributed evenly in each chamber.

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm  Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein
Any holder of this document is advised that information contained hereon is solely limited to visual examination of the safely and readily accessible portions of the consignment and reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any  The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents  Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

BHH,LLC 002534



The Preliminary Test will consist of 20 ants, 20 spiders and 20 roaches. The pests will be each allotted 2 days (48 hours) to move freely around chamber A, Chamber B and inside the 8.5 feet long tunnel prior to the introduction of the Ultrasonic Pest Repeller.

## *Observation of Repellency (During Testing)*

Release 50% of ants, spiders and roaches in Chamber A, and another 50% of ants, spiders and roaches in Chamber B. Turn On Ultrasonic Pest Repeller. Ants, Spiders and Roaches will be recorded at 24 hour intervals for 7 days (or 168 hours). Any ants, spiders and roaches that stay in the Chamber B (without ultrasonic pest repeller) will be counted as repelled. Any ants, spiders and roaches stay inside Chamber A (with ultrasonic pest repeller) will be counted as not repelled.

The During Testing will consist of 20 ants, 20 spiders and 20 roaches. The ants, spiders and roaches will each be given 7 days (168 hours) to move freely around Chamber A and Chamber B and inside the 8.5 feet long tunnel when the Ultrasonic Pest Repeller is ON.

### Post Testing

To observe general activity, a post test will be conducted to ensure the test apparatus and the selected food functioned properly. Ultrasonic Pest Repeller will be turned OFF during post test. Release 50% of ants, spiders and roaches in Chamber A, release another 50% of ants, spiders and roaches in Chamber B.

The Post Test will consist of 20 ants, 20 spiders and 20 roaches. The ants, spiders and roaches are each given 2 days (48 hours) to move freely around chamber A, Chamber B and inside the 8.5 feet long tunnel when the Ultrasonic Pest Repeller is OFF.

No change is made in the ants, spiders and roaches population; the quantity should remain the same.

## DATA ANALYSIS

The number of ants, spiders and roaches repelled and not repelled will be analyzed to determine the percent repellency.

All data should be recorded for 2 days (48 hours) Preliminary Test, 7 days (168 hours) of During Test, and 2 days (48 hours) of Post Test.

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm  Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein
Any holder of this document is advised that information contained hereon is solely limited to visual examination of the safely and readily accessible portions of the consignment and reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any  The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents  Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law

BHH,LLC 002535



**Testing device dimension (refer to below following figures)**

Testing device for **spider**



Testing device for **roaches and ants**



**Note:** Distance between the two devices was about 20 meters

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm  Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein
Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any  The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents  Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law

BHH,LLC 002536

# SGS



SPIDER TESTING DEVICE OVERLOOK



SGS UN-REMOVABLE SEAL LABEL



ROACHES AND ANTS DEVICE OVERLOOK



SGS UN-REMOVABLE SEAL LABEL

SGS-F-OPS-05-01-CTS V06

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm   Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein
Any holder of this document is advised that information contained hereon is solely limited to visual examination of the safely and readily accessible portions of the consignment and reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any  The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents  Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law

BHH,LLC 002537



**Test Result Data Measurement --Spider**

| SPIDER | | PRELIMINARY TESTING — SWITCH OFF | | DURING TESTING — SWITCH ON | | | | | | | POST. TESTING — SWITCH OFF | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 48Hrs (2 Day) | 24Hrs (1 Day) | 24Hrs (1 Day) | 48Hrs (2 Day) | 72Hrs (3 Day) | 96Hrs (4 Day) | 120Hrs (5 Day) | 144Hrs (6 Day) | 168Hrs (7 Day) | 24Hrs (1 Day) | 48Hrs (2 Day) |
| **Observe Date** | | 11-Mar-12 | 12-Mar-12 | 13-Mar-12 | 14-Mar-12 | 15-Mar-12 | 16-Mar-12 | 17-Mar-12 | 18-Mar-12 | 19-Mar-12 | 20-Mar-12 | 21-Mar-12 |
| **Observe Time** | | 10:30 AM | 10:30 AM | 10:30 AM | 10:30 AM | 10:30 AM | 10:30 AM | 10:30 AM | 10:30 AM | 10:30 AM | 10:30 AM | 10:30 AM |
| **Chamber A (W/Pest Repeller)** | quantity consumed food(unit) | 10 | 10 | 1 | 2 | 1 | 0 | 0 | 0 | 0 | 8 | 11 |
| | consumed water(ml) | 9 | 18 | 18 | 10 | 13 | 8 | 9 | 3 | 8 | 53 | 9 |
| **Chamber B** | quantity consumed food(unit) | 10 | | 19 | 18 | 19 | 20 | 20 | 20 | 20 | 12 | 4 |
| | consumed water(ml) | 28 | | 24 | 59 | 36 | 56 | 39 | 47 | 51 | 61 | 46 |

**Note:**
-Canceled bread and white granulated sugar (as food) for spiders on 12-Mar-2012
-Each spider chambers provided 10 recently dead roaches as food for spiders on a daily basis
-Socked sponges in the water, this helps spiders drinking water easier

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that the information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

BHH,LLC 002538

BHH,LLC 002539





SPIDER TESTING STATUS



SPIDER TESTING STATUS

Page 9  of  19

SGS-F-OPS-05-01-CTS V06

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm   Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein
Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within
the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized
alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law



**BHH,LLC 002540**

Test Result Data Measurement –Roaches and Ants

| ROACHES & ANTS | | | PRELIMINARY TESTING | | DURING TESTING | | | | | | | POST TESTING | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | SWITCH OFF | | SWITCH ON | | | | | | | SWITCH OFF | |
| | | | -48Hrs (-2 Day) | -24Hrs (-1 Day) | 24Hrs (1 Day) | 48Hrs (2 Day) | 72Hrs (3 Day) | 96Hrs (4 Day) | 120Hrs (5 Day) | 144Hrs (6 Day) | 168Hrs (7 Day) | +24Hrs (+1 Day) | +48Hrs (+2 Day) |
| Observe Date | | | 11-Mar-12 | 12-Mar-12 | 13-Mar-12 | 14-Mar-12 | 15-Mar-12 | 16-Mar-12 | 17-Mar-12 | 18-Mar-12 | 19-Mar-12 | 20-Mar-12 | 21-Mar-12 |
| Observe Time | | | 10:30 AM | 10:30 AM | 10:30 AM | 10:30 AM | 10:30 AM | 10:30 AM | 10:30 AM | 10:30 AM | 10:30 AM | 10:30 AM | 10:30 AM |
| Chamber A (W/Pest Repeller) | quantity | ANTS | 10 | 10 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 8 | 9 |
| | | ROACHES | 10 | 10 | 0 | 2 | 1 | 0 | 0 | 0 | 0 | 11 | 8 |
| | consumed food(g) | | 1 | 3 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 3 | 5 |
| | consumed water(ml) | | | 3 | 1 | 4 | 3 | 2 | 1 | 2 | 0 | 8 | 12 |
| Chamber B | quantity | ANTS | 10 | 10 | 19 | 19 | 19 | 20 | 20 | 20 | 20 | 12 | 11 |
| | | ROACHES | 10 | 10 | 20 | 18 | 19 | 20 | 20 | 20 | 20 | 8 | 12 |
| | consumed food(g) | | 2 | | 2 | 4 | 5 | 2 | 3 | 4 | 4 | 2 | 5 |
| | consumed water(ml) | | 6 | | 5 | 8 | 14 | 5 | 9 | 13 | 10 | 7 | 10 |

- Feed bread & granulated sugar (as food) for ants and roaches.
- Equal amount of food & water were prepared at each chamber daily.

SGS-F-OPS-05-01-CTS V06

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of a document is unlawful and offenders may be prosecuted to the fullest extent of the law.





roaches and ants testing status

roaches and ants testing status

SGS-F-QFS-05-01-CTS V06

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

BHH,LLC 002541



## ROACHES FECAL PELLET RECORD REPORT

| STAGE/ SWITCH ON/OFF | | DATE | SUBJECT | CHAMBER : A ( W/ PEST PELLER ) | CHAMBER : B |
|---|---|---|---|---|---|
| PRELIMINARY TESTING | SWITCH OFF | 11-Mar-12 | roaches | Equal | Equal |
| | | 12-Mar-12 | roaches | Equal | Equal |
| DURING TESTING | SWITCH ON | 13-Mar-12 | roaches | Very little | More |
| | | 14-Mar-12 | roaches | Very little | More |
| | | 15-Mar-12 | roaches | Very little | More |
| | | 16-Mar-12 | roaches | No | More |
| | | 17-Mar-12 | roaches | No | More |
| | | 18-Mar-12 | roaches | No | More |
| | | 19-Mar-12 | roaches | No | More |
| POST TESTING | SWITCH OFF | 20-Mar-12 | roaches | Equal | Equal |
| | | 21-Mar-12 | roaches | Equal | Equal |

**Note:**
- Only fecal pellet of roaches can be observed and witnessed, due to tiny and irregular sizes, fecal pellet were not easy to count, therefore quantity difference is described by three levels – little, very little and more
- There were no fecal pellet found for spiders & ants.

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm   Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein
Any holder of this document is advised that information contained hereon is solely limited to visual examination of the safely and readily accessible portions of the consignment and reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any   The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents   Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law

BHH,LLC 002542





DEVICE OVERLOOK

ONLY ONE PEST REPELLER IN DEVICE

CHAMBER A

CHAMBER B

SGS SEAL LABEL

SGS SEAL LABEL

SGS-F-OPS-05-01-CTS V06

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm   Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained herein is solely limited to visual examination of the safely and readily accessible portions of the consignment and reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any  The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents  Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law

BHH,LLC 002543

# SGS



PEST REPELLER

PEST REPELLER

PEST REPELLER

PEST REPELLER

SGS SEAL ON PEST REPELLER

SGS SEAL ON PEST REPELLER

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm   Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein
Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

BHH,LLC 002544

# SGS



SPIDER DEVICE OVERLOOK

SPIDER DEVICE OVERLOOK

STATUS UNDER REPELLER SWITCHED OFF
(CHAMBER A)

STATUS UNDER REPELLER SWITCHED OFF
(CHAMBER B)

STATUS UNDER REPELLER SWITCHED
ON(CHAMBER A)

STATUS UNDER REPELLER SWITCHED
ON(CHAMBER B)

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm  Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein
Any holder of this document is advised that information contained hereon is solely limited to visual examination of the safely and readily accessible portions of the consignment and reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any  The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents  Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

BHH,LLC 002545

**SGS**




ROACHES AND ANTS DEVICE OVERLOOK

ROACHES AND ANTS DEVICE OVERLOOK




STATUS UNDER REPELLER SWITCHED
OFF(CHAMBER A)

STATUS UNDER REPELLER SWITCHED
OFF(CHAMBER B)




STATUS UNDER REPELLER SWITCHED
ON(CHAMBER A)

STATUS UNDER REPELLER SWITCHED
ON(CHAMBER B)

SGS-F-OPS-05-01-CTS V06

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm   Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein
Any holder of this document is advised that information contained hereon is solely limited to visual examination of the safely and readily accessible portions of the consignment and reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any  The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents  Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law

BHH,LLC 002546

**SGS**



SOAKED SPONGE TO MEASURE WATER
CONSUMPTION FOR SPIDERS



SOAKED SPONGE TO MEASURE WATER
CONSUMPTION FOR SPIDERS



ROACHES AND ANTS WATER GROSS WEIGHT
CHECK



ROACHES AND ANTS RENOVATE WATER
WEIGHT



ROACHES AND ANTS FOOD GROSS WEIGHT
CHECK



ROACHES AND ANTS RENOVATE FOOD WEIGHT

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm   Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein
Any holder of this document is advised that information contained hereon is solely limited to visual examination of the safely and readily accessible portions of the consignment and reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any  The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents  Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

BHH,LLC 002547





SPIDER STATUS

SPIDER STATUS

ROACHES AND ANTS STATUS

ROACHES AND ANTS STATUS

ROACHES AND ANTS STATUS

ROACHES AND ANTS STATUS

SGS-F-OPS-05-01-CTS V05

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm   Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein
Any holder of this document is advised that information contained hereon is solely limited to visual examination of the safely and readily accessible portions of the consignment and reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any  The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents  Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

BHH,LLC 002548



Note

In accordance with Client's instructions, the Company's involvement has been limited to witnessing/observing a third party's intervention(s) at the facilities where the intervention(s) took place. The Company's sole responsibility was to be present at the time of the third party's intervention(s) and to confirm and report the occurrence of the intervention(s). The Company is not responsible for methods applied, the qualifications, actions or omissions of the third party's personnel or the results or effectiveness of the intervention(s).

SGS Inspector.   ZHIYONG LIU                          Factory Representative:

**\*\*End of Report\*\***

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm  Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein
Any holder of this document is advised that information contained hereon is solely limited to visual examination of the safely and readily accessible portions of the consignment and reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any  The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents  Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law

BHH,LLC 002549

# 2012 SPIDERS / ANTS / ROACHES TEST REPORT RESULT ANALYSIS

March 27, 2012

**Construction of Test Chamber:**
- The test was conducted in two plastic chambers.  Each chamber was 4' (L) x 4' (W) x 1.5' (H).
- Pest Repeller was placed in chamber A.  There was no pest repeller in Chamber B.
- In between, there was a 8.5 feet long plastic tunnel.  The tunnel was "curved" and two chambers were designed in Hi-Lo level.  The curved and Hi-Lo tunnel design was to further ensure ultrasonic sound wave would not enter from chamber A into chamber B since sound wave was directional.
- All edges were sealed securely with SGS unbreakable labels.  Only SGS inspector could open the chambers to count ants / spiders / roaches quantities, weighted food and water and replaced new seals on a daily basis.
- Total 20 ants, 20 spiders and 20 roaches were used, and tested separately in different chambers.
- Released 50% of ants / spiders / roaches in chamber A, and another 50% of ants / spiders / roaches in Chamber B at the beginning of the test.
- There were 3 testing stages;
  - Preliminary Testing: 2 days = 48 hours, pest repeller was OFF
  - During Testing: 7 days = 168 hours,  pest repeller was ON
  - Post Testing: 2 days = 48 hours, pest repeller was OFF

**Test Result Analysis (see page 8)**

**Spiders**
- Preliminary Testing: 50% spiders stayed in Chamber A, 50% spiders stayed in Chamber B.
- During Testing: Day 1 ~ Day 3, 90%~95% spiders stayed away from Chamber A, Day 4 ~ Day 7, 100% spiders stayed away from Chamber A.  Pest repeller was switched ON in Chamber A during testing.
- Post Testing: 40% ~ 55% spiders returned to Chamber A after pest repeller was switched off.
- Water and food consumption was much LESS in Chamber A During Testing when pest repeller was switched on.  The consumption quantities were closer in two chambers during Preliminary and Post Testing when pest repeller was switched off.  To record water and food consumption result on a daily basis helped to understand spiders' eating behavior under the influence of ultrasonic sound.

**Ants – Test Result Analysis (see page 10)**
- Preliminary Testing: 50% ants stayed in Chamber A, 50% ants stayed in Chamber B.
- During Testing: Day 1 ~ Day 3, 95% ants stayed away from Chamber A, Day 4 ~ Day 7, 100% ants stayed away from Chamber A.  Pest repeller was switched on in Chamber A during testing.
- Post Testing: 40% ~ 45% ants returned to Chamber A after pest repeller was switched off.
- Water and food consumption was much LESS in Chamber A During Testing when pest repeller was switched on.  The consumption quantities were closer in two chambers during Preliminary and Post Testing when pest repeller was switched off.  To record water and food consumption result on a daily basis helped to understand ant's eating behavior under the influence of ultrasonic sound.

# BELL + HOWELL ULTRASONIC PEST REPELLER

# EFFICACY TEST REPORT



BHH,LLC 002552



# TEST REPORT

### Report Number: 140515021GZU-002
### Issued Date: July 7, 2014

| | | |
|---|---|---|
| **Applicant** | : | INTELLITEC INTERNATIONAL INC. |
| **Address** | : | Unit201 Yuekai Commercial Building,NO28,Dongyuan Road,Changping Town,Dongguan |
| **Manufacturer** | : | INTELLITEC INTERNATIONAL INC. |
| **Address** | : | Unit201 Yuekai Commercial Building,NO28,Dongyuan Road,Changping Town,Dongguan |

**Specimen Description**

| | | |
|---|---|---|
| Product | : | BELL + HOWELL Ultrasonic Pest Repeller |
| Style Number | : | 50167 |
| Sample Received Date | : | Provided by applicant on May 16,2014 |
| Quantity of Sample | : | 1 piece |

**Test Content**

| | | |
|---|---|---|
| Date Test Conducted | : | From May 16, 2014 to May 27, 2014 |
| Test Requested | : | Witness for performance testing - Ants, Spiders and Roaches |
| Test Standard/Method | : | According to client's requirement. |
| Test Location | : | Dongguan, Guangdong, China |
| **Test Results** | : | Please see the following pages for details |

*Remark: When determining the test conclusion, the Measurement Uncertainty of test has been considered.*

Prepared by:

*Leo Lin*

Leo Lin
Engineer

Reviewed by:

*Sam Lin*

Sam Lin
Supervisor

This report is for the exclusive use of Intertek's Client and is provided pursuant to the agreement between Intertek and its Client. Intertek's responsibility and liability are limited to the terms and conditions of the agreement. Intertek assumes no liability to any party, other than to the Client in accordance with the agreement, for any loss, expense for damage occasioned by the use of this report. Only the Client is authorized to permit copying or distribution of this report and then only in its entirety. Any use of the Intertek name or one of its marks for the sale or advertisement of the tested material, product or service must first be approved in writing by Intertek. The observations and test results in this report are relevant only to the sample tested. This report by itself does not imply that the material, product, or service is or has ever been under an Intertek certification program. And in this report * means the test item is subcontracted.

BHH,LLC 002553



INTELLITEC
INTERNATIONAL
INC.

140515021GZU-002

## SAMPLE INFORMATION

One BELL + HOWELL Ultrasonic Pest Repeller were received in good condition and could work normally.



Sample Outlook

BLANK

*********************************** **End of Page** ***********************************

Intertek Testing Services Shenzhen Ltd. Guangzhou Branch
Room 02, 1-8/F & Room 01, E101/E501//E601/E701/E801 No 7-2, Guang Dong Software Science Park, Caipin Road, Guangzhou
Science City, GETDD Guangzhou Tel: (86-20) 8213 9688  Fax: (86-20) 3205 7538
Website: www.intertek-etisemko.com          GZPERF-BRAND V0 (August 16, 2012)

BHH,LLC 002554



INTELLITEC
INTERNATIONAL
INC.

140515021GZU-002

## TEST OBJECT

Testing Ultrasonic Pest Repeller against Ants, Spiders and Roaches in laboratory environment, conducting observations in total 11 days period, including 2 days Preliminary test, 7 days During test and 2 days Post test. This is to measure the efficacy of high-frequency sound as a pest management tool. Both frequency and sound pressure (db) are important parameters.

## TEST CONDITION

The test samples were stored in a locked cabinet at ambient temperature and humidity until use in testing. And during testing test chambers were stored at ambient temperature and humidity.

## TEST PROCEDURE

### 1. Prepare test chambers, test pests and food/water

Test chambers consisted of two plastic chambers, chamber A (with ultrasonic pest repeller) and Chamber B (no ultrasonic pest repeller), each chamber is 4 feet (L) x 4 feet (W) x 1.5 feet (H). There is an 8.5 feet long plastic tunnel to connect the two chambers. See appendix III for reference.
Test chambers were sealed by Intertek sealed label. After daily check, replace with new sealed label.

Test pests consisted of 10 ants, 10 spiders and 10 roaches. All of them were adult and healthy.

Placed an equal amount of food and water in chamber A and chamber B. Used granulated sugar as food. Socked sponges in the water, this helps test pests drinking water easier. 20g food and 40g water were prepared in each chamber daily during the test.

### 2. Preliminary Testing

Test pests' activity was documented before and after device installation. To observe general activity, a Preliminary Testing was conducted before the actual test to ensure the test apparatus and the selected food functioned properly. The Ultrasonic Pest Repeller was turned OFF during preliminary testing. The release of test pests in Chamber A and Chamber B will be proportionate, with 50% of Ants, Spiders and Roaches distributed evenly in each chamber. The test pests were given 2 days (48 hours) to move freely around chamber A, Chamber B and the tunnel prior to the introduction of the Ultrasonic Pest Repeller.

The fecal pellet counts & Urine spots were cleaned daily (24 hours).
*********************************************** End of Page ***********************************************

BHH,LLC 002555



INTELLITEC
INTERNATIONAL
INC.

140515021GZU-002

## TEST PROCEDURE (continued)

**3. Observation of Repellency (During Testing)**

Turn On Ultrasonic Pest Repeller. Test pests were recorded at a 24 hours intervals for 7 days
(or 168 hours). Any test pests that stay in the Chamber B (without ultrasonic pest repeller) were counted
as repelled. Any test pests stay in Chamber A (with ultrasonic pest repeller) were counted as not
repelled. The test pests were given 7 days (168 hours) to move freely around Chamber A and Chamber
B and the tunnel when the Ultrasonic Pest Repeller is ON.

The fecal pellet counts & Urine spots were cleaned daily (24 hours).

**4. Post Testing**

To observe general activity, a post testing was conducted to ensure the test apparatus and the
selected food functioned properly. Ultrasonic Pest Repeller was turned OFF during post testing. The
test pests were given 2 days (48 hours) to move freely around chamber A, Chamber B and the tunnel.

The fecal pellet counts & Urine spots were cleaned daily (24 hours).

**5. Testing record**

During total of 11 days (264 hours) testing period, record below items at a 24hours interval.

1. The quantity of ants/spiders/roaches in each chamber. No change was made in the rats/mice population.
2. The consumption of food and water in each chamber.
3. The fecal pellet counts & Urine spots in each chamber.

*********************************** **End of Page** ***********************************

Page 4 of 10

Intertek Testing Services Shenzhen Ltd. Guangzhou Branch

Room 02, 1-8/F & Room 01, E101/E501//E601/E701/E801 No.7-2, Guang Dong Software Science Park, Caipin Road. Guangzhou
Science City, GETDD Guangzhou Tel. (86-20) 8213 9688  Fax: (86-20) 3205 7538

Website: www.intertek-etisemko.com    GZPERF-BRAND V0 (August 16, 2012)

BHH,LLC 002556



INTELLITEC
INTERNATIONAL
INC.

140515021GZU-002

BHH,LLC 002557

## TEST RESULT

| Spider/Roaches/Ants | | | PRELIMINARY TESTING | | DURING TESTING | | | | | | | POST TESTING | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | SWITCH OFF | | SWITCH ON | | | | | | | SWITCH OFF | |
| | | | -48Hrs | -24Hrs | 24Hrs | 48Hrs | 72Hrs | 96Hrs | 120Hrs | 144Hrs | 168Hrs | +24Hrs | +48Hrs |
| | | | (-2 Day) | (-1 Day) | (1 Day) | (2 Day) | (3 Day) | (4 Day) | (5 Day) | (6 Day) | (7 Day) | (+1 Day) | (+2 Day) |
| Observe Date | | | 17-May-14 | 18-May-14 | 19-May-14 | 20-May-14 | 21-May-14 | 22-May-14 | 23-May-14 | 24-May-14 | 25-May-14 | 26-May-14 | 27-May-14 |
| Observe Time | | | 11:00AM | 11:00AM | 11:00AM | 11:00AM | 11:00AM | 11:00AM | 11:00AM | 11:00AM | 11:00AM | 11:00AM | 11:00AM |
| Chamber A (W/Pest Repeller) | Quantity | Spider | 3 | 3 | 3 | 1 | 2 | 1 | 1 | 0 | 0 | 3 | 4 |
| | | Roaches | 7 | 6 | 5 | 0 | 1 | 0 | 0 | 0 | 0 | 2 | 5 |
| | | Ants | 4 | 6 | 4 | 1 | 0 | 1 | 0 | 0 | 0 | 6 | 7 |
| | Consumed food(g) | | 0.6 | 1.6 | 0 | 0 | 0 | 0.2 | 0 | 0 | 0.2 | 0.2 | 0.6 |
| | Consumed water(ml) | | 3.2 | 9.2 | 6.2 | 2.6 | 3 | 1.6 | 2.8 | 1.6 | 1.8 | 4.6 | 4.6 |
| Chamber B | Quantity | Spider | 7 | 7 | 7 | 9 | 8 | 9 | 9 | 10 | 10 | 7 | 6 |
| | | Roaches | 3 | 4 | 5 | 10 | 9 | 10 | 10 | 10 | 10 | 8 | 5 |
| | | Ants | 6 | 4 | 6 | 9 | 10 | 9 | 10 | 10 | 10 | 4 | 3 |
| | Consumed food(g) | | 0.2 | 1.0 | 0.2 | 0.2 | 0.4 | 0.8 | 0.6 | 0.4 | 0.6 | 0.4 | 0.2 |
| | Consumed water(ml) | | 1.4 | 8.0 | 9.2 | 4.4 | 5.2 | 3.4 | 4.0 | 4.4 | 3.6 | 3.6 | 3.0 |

Note:  Found 1 spider, 1 roach & 2 ants dead on 17-May-2014; 1 roach & 2 ants dead on 18-May-2014, 1 roach dead on 19-May-2014. Added new spiders, roaches & ants next day.

***************************************************************************** End of Page *****************************************************************************

Intertek Testing Services Shenzhen Ltd. Guangzhou Branch
Room 02, 1-3/F & Room 01. E101/E501/E701/E601 No.7-2, Guang Dong Software Science Park, Caipin Road, Guangzhou
Science City, GETDD Guangzhou Tel: (86-20) 8213 9658  Fax: (86-20) 3205 7538
Website: www.intertek-etisemko.com    GZPERF-BRAND V0 (August 16, 2012)



INTELLITEC
INTERNATIONAL
INC.

140515021GZU-002

## TEST RESULT (Continued)

For Roaches fecal pellet & urine spots

| STAGE/ SWITCH ON/OFF | | DATE | SUBJECT | CHAMBER A (W/ PEST PELLER ) | CHAMBER B |
|---|---|---|---|---|---|
| PRELIMINARY TESTING | SWITCH OFF | 17-May-14 | ROACHES | Equal | Equal |
| | | 18-May-14 | ROACHES | Equal | Equal |
| DURING TESTING | SWITCH ON | 19-May-14 | ROACHES | Equal | Equal |
| | | 20-May-14 | ROACHES | Little | More |
| | | 21-May-14 | ROACHES | Little | More |
| | | 22-May-14 | ROACHES | Little | More |
| | | 23-May-14 | ROACHES | Little | More |
| | | 24-May-14 | ROACHES | Little | More |
| | | 25-May-14 | ROACHES | Little | More |
| POST TESTING | SWITCH OFF | 26-May-14 | ROACHES | Little | More |
| | | 27-May-14 | ROACHES | Equal | Equal |

Note:

Fecal pellet and urine are observed and witnessed by naked eye. Due to tiny and irregular sizes, Ants, Spiders and Roaches' fecal pellet & urine spots are not easy to count, therefore quantity difference is described by three levels-little, very little and more.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **End of Page** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Intertek Testing Services Shenzhen Ltd. Guangzhou Branch
Room 02, 1-8/F & Room 01, E101/E501//E601/E701/E801 No.7-2, Guang Dong Software Science Park, Caipin Road, Guangzhou
Science City. GETDD Guangzhou Tel: (86-20) 8213 9688  Fax: (86-20) 3205 7538
Website: www.intertek-etisemko.com       GZPERF-BRAND V0 (August 16, 2012)

BHH,LLC 002558



INTELLITEC
INTERNATIONAL
INC.

140515021GZU-002

## Appendix I



| | |
|---|---|
| Testing device overlook | Intertek sealed label |
| Status under repeller switch off (chamber B) | Status under repeller switch off (chamber A) |
| Status under repeller switch on (chamber B) | Status under repeller switch on (chamber A) |

************************************* End of Page *************************************

BHH,LLC 002559



INTELLITEC
INTERNATIONAL
INC.

140515021GZU-002

**Appendix II**



*************************************** **End of Page** ***************************************

Intertek Testing Services Shenzhen Ltd. Guangzhou Branch
Room 02, 1-8/F & Room 01. E101/E501/E601/E701/E801 No.7-2, Guang Dong Software Science Park, Caipin Road, Guangzhou
Science City  GETDD Guangzhou Tel: (86-20) 8213 9688  Fax: (86-20) 3205 7538
Website: www.intertek-etlsemko.com          GZPERF-BRAND V0 (August 16, 2012)

BHH,LLC 002560



INTELLITEC
INTERNATIONAL
INC.

140515021GZU-002

**Appendix III**



Testing device dimension

Ants/spiders/roaches

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **End of Page** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Intertek Testing Services Shenzhen Ltd. Guangzhou Branch
Room 02, 1-8/F & Room 01, E101/E501//E601/E701/E601 No 7-2, Guang Dong Software Science Park, Caipin Road, Guangzhou
Science City. GETDD Guangzhou Tel (86-20) 8213 9688 Fax (86-20) 3205 7538
Website: www.intertek-etlsemko.com        GZPERF-BRAND V0 (August 16, 2012)

BHH,LLC 002561



INTELLITEC
INTERNATIONAL
INC.

140515021GZU-002

## REVISION SUMMARY

| Date | Project Handler Reviewer | Page | Description of Change |
|------|--------------------------|------|----------------------|
| 2014-7-7 | | | Initial release |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **End of Report**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Intertek Testing Services Shenzhen Ltd  Guangzhou Branch
Room 02, 1-8/F & Room 01. E101/E501//E601/E701/E801 No.7-2, Guang Dong Software Science Park, Caipin Road, Guangzhou
Science City, GETDD Guangzhou Tel: (86-20) 8213 9688  Fax: (86-20) 3205 7538
Website: www.intertek-etisemko.com          GZPERF-BRAND V0 (August 16, 2012)

BHH,LLC 002562

# 2015 RATS/ MICE TEST REPORT RESULT ANALYSIS

July 7, 2014

**Construction of Test Chamber:**
- The test was conducted in two plastic chambers. Each chamber was 4' (L) x 4' (W) x 2' (H).
- Ultrasonic Pest Repeller was placed in chamber A. There was no Ultrasonic pest repeller in Chamber B.
- In between, there was an 8.5 feet long plastic tunnel. The tunnel was "curved" and two chambers were designed in Hi-Lo level. The curved and Hi-Lo tunnel design was to further ensure ultrasonic sound wave would not enter from chamber A into chamber B since sound wave was directional.
- All edges were sealed securely with Intertek unbreakable labels. Only Intertek inspector could open the chambers to rats/ mice quantities, weighted food and water and replaced new seals on a daily basis.
- Total 10 rates and 10 mice   were used, and tested separately in different chambers.
- Released 50% of rats / mice in chamber A, and another 50% of rats / mice in Chamber B at the beginning of the test.
- There were 3 testing stages;
  - Preliminary Testing: 2 days = 48 hours, pest repeller was OFF
  - During Testing: 7 days = 168 hours,   pest repeller was ON
  - Post Testing: 2 days = 48 hours, pest repeller was OFF

**Test Result Analysis**

**Rats (see page 5)**
- Preliminary Testing: 40%~60% rates stayed in Chamber A, 60%~40% rates stayed in Chamber B.
- During Testing: Day 1 ~ Day 3, 60%~90% rats stayed away from Chamber A, Day 4 ~ Day 7, 100% rates stayed away from Chamber A. Pest repeller was switched ON in Chamber A during testing.
- Post Testing:   30% ~ 60% rates returned to Chamber A after pest repeller was switched off.
- Water and food consumption was much LESS in Chamber A During Testing when pest repeller was switched on. The consumption quantities were closer in two chambers during Preliminary and Post Testing when pest repeller was switched off. To record water and food consumption result on a daily basis helped to understand rates' eating behavior under the influence of ultrasonic sound.

**Mice – (see page 6)**
- Preliminary Testing: 40%~50% Mice stayed in Chamber A, 60%~50% Mice stayed in Chamber B.
- During Testing: Day 1 ~ Day 3, 80% ~ 90% mice stayed away from Chamber A, Day 4 ~ Day 7, 90% ~ 100% mice stayed away from Chamber A. Pest repeller was switched on in Chamber A during testing.
- Post Testing: 40% ~ 60% Mice returned to Chamber A after pest repeller was switched off.
- Water and food consumption was much LESS in Chamber A During Testing when pest repeller was switched on. The consumption quantities were closer in two chambers during Preliminary and Post Testing when pest repeller was switched off.   To record water and food consumption result on a daily basis helped to understand ant's eating behavior under the influence of ultrasonic sound.

BHH,LLC 002563

**Fecal Pellets Count (see page 7)**

- Lab technician traced and recorded pest fecal pellets on a daily basis, this helped to further understand pest's activities and behaviors under the influence of ultrasonic sound.
- Lab technician could only trace fecal pellets and urine spot was observed:
  - When pest repeller was switched on During Testing; fecal pellets appeared to be much LESS quantities in Chamber A.
  - When pest repeller was switched off during Preliminary and Post Testing, fecal pellet quantities appeared to be more EVEN in two chambers.
- There was neither fecal pellet nor urine spot was found from rats and mice during the entire testing period.

BHH,LLC 002564



# TEST REPORT

### Report Number: 140515021GZU-001
### Issued Date: July 7, 2014

| | | |
|---|---|---|
| **Applicant** | : | INTELLITEC INTERNATIONAL INC. |
| **Address** | : | Unit 201 Yuekai Commercial Building,NO28,Dongyuan Road, Changping Town, Dongguan |
| **Manufacturer** | : | INTELLITEC INTERNATIONAL INC. |
| **Address** | : | Unit 201 Yuekai Commercial Building,NO28,Dongyuan Road, Changping Town, Dongguan |

**Specimen Description**

| | | |
|---|---|---|
| Product | : | BELL + HOWELL Ultrasonic Pest Repeller |
| Style Number | : | 50167 |
| Sample Received Date | : | Provided by applicant on May 16,2014 |
| Quantity of Sample | : | 2 pieces. |

**Test Content**

| | | |
|---|---|---|
| Date Test Conducted | : | From May 16, 2014 to May 27, 2014 |
| Test Requested | : | Witness for performance testing – Rats and Mice |
| Test Standard/Method | : | According to client's requirements. |
| Test Location | : | Dongguan, Guangdong, China |
| Test Results | : | See the following pages for details. |

*Remark: When determining the test conclusion, the Measurement Uncertainty of test has been considered.*

Prepared by:                                              Reviewed by:

*Leo Lin*                                                *Sam Lin*

Leo Lin                                                  Sam Lin
Engineer                                                 Supervisor

Page 1 of 14

This report is for the exclusive use of Intertek's Client and is provided pursuant to the agreement between Intertek and its Client. Intertek's responsibility and liability are limited to the terms and conditions of the agreement. Intertek assumes no liability to any party, other than to the Client in accordance with the agreement, for any loss, expense for damage occasioned by the use of this report. Only the Client is authorized to permit copying or distribution of this report and then only in its entirety. Any use of the Intertek name or one of its marks for the sale or advertisement of the tested material, product or service must first be approved in writing by Intertek. The observations and test results in this report are relevant only to the sample tested. This report by itself does not imply that the material, product, or service is or has ever been under an Intertek certification program. And in this report * means the test item is subcontracted.

BHH,LLC 002565

 INTELLITEC
INTERNATIONAL
INC.

140515021GZU-001

## SAMPLE INFORMATION

Two BELL + HOWELL Ultrasonic Pest Repeller were received in good condition and could work normally.



| Sample outlook |
|---|

BLANK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **End of Page** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

BHH,LLC 002566



INTELLITEC
INTERNATIONAL
INC.

140515021GZU-001

## TEST OBJECT

Test Ultrasonic Pest Repeller against rats and mice in laboratory environment, conducting observations in total 11 days period, including 2 days Preliminary test, 7 days During test and 2 days Post test. This is to measure the efficacy of high-frequency sound as a pest management tool.
Both frequency and sound pressure (db) are important parameters.

## TEST CONDITION

The test samples were stored in a locked cabinet at ambient temperature and humidity until use in testing. And during testing test chambers were stored at ambient temperature and humidity.

## TEST PROCEDURE

### 1. Prepare test Chamber, rats/mice and food/water

Test chambers of rat consisted of two plastic chambers, chamber A (with ultrasonic pest repeller) and Chamber B (no ultrasonic pest repeller), each chamber is 4 feet (L) x 4 feet (W) x 2 feet (H). There is an 8.5 feet long plastic tunnel to connect these two chambers. Test chambers of mice are same except for the height of chamber is 1.5 feet. See appendix III for reference.
Test chambers were sealed by Intertek sealed label. After daily check, replace with new sealed label.

Prepared 10 rats and 10 mice. All of them were adult and healthy. As rats are larger and far more aggressive than mice, they can, and often do, kill mice. Therefore the testing of rats and mice was conducted separately.

Placed an equal amount of food and water in chamber A and chamber B. Used the mixture of rice, corn flour and soybean particle as food for rats and mice and used tap water. During the test, 500g food and 400g water for rats, 100g food and 100g water for mice were prepared in each chamber daily.

### 2. Preliminary Testing

Rats and mice's activity was documented before and after device installation. To observe general activity, conducted a Preliminary Testing before the actual test to ensure the test apparatus and the selected food functioned properly. The Ultrasonic Pest Repeller was turned OFF during preliminary testing. The release of rats and mice in Chamber A and Chamber B was proportionate, with 50% of rats and mice distributed evenly in each chamber. Rats and mice were given 2 days (48 hours) to move freely around chamber A, Chamber B and the tunnel prior to the introduction of the Ultrasonic Pest Repeller.

The fecal pellet counts & Urine spots were cleaned daily (24 hours).
*********************************************** End of Page ***********************************************

BHH,LLC 002567



INTELLITEC
INTERNATIONAL
INC.

140515021GZU-001

## TEST PROCEDURE (continued)

### 3. Observation of Repellency (During Testing)

Turn On Ultrasonic Pest Repeller. Rats and mice were recorded at 24 hour intervals for 7 days
(or 168 hours). Any rats and mice that stay in the Chamber B (without ultrasonic pest repeller) were
counted as repelled. Any rats and mice stay in Chamber A (with ultrasonic pest repeller) were counted
as not repelled. Rats and mice were given 7 days (168 hours) to move freely around Chamber A
and Chamber B and the tunnel when the Ultrasonic Pest Repeller is ON.

The fecal pellet counts & Urine spots were cleaned daily (24 hours).

### 4. Post Testing

To observe general activity, a post testing was conducted to ensure the test apparatus and the
selected food functioned properly. Ultrasonic Pest Repeller was turned OFF during post testing. Rats
and mice were given 2 days (48 hours) to move freely around chamber A, Chamber B and the tunnel.

The fecal pellet counts & Urine spots were cleaned daily (24 hours).

### 5. Testing record

During total of 11 days (264 hours) testing period, record below items at a 24hours interval.
1. The quantity of rats/mice in each chamber. No change was made in the rats/mice population.
2. The consumption of food and water in each chamber.
3. The fecal pellet counts & Urine spots in each chamber.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **End of Page** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Page 4 of 14

Intertek Testing Services Shenzhen Ltd. Guangzhou Branch
Room C2, 1-8/F & Room 01, E101/E501//E601/E701/E801 No.7-2, Guang Dong Software Science Park, Caipin Road, Guangzhou
Science City, GETDD Guangzhou Tel: (86-20) 8213 9688 Fax: (86-20) 3205 7538
Website: www.intertek-etisemko.com          GZPERF-BRAND V0 (August 16, 2012)

BHH,LLC 002568

INTELLITEC INTERNATIONAL INC.

140515021GZU-001

BHH,LLC 002569

**TEST RESULT**

| RATS | | PRELIMINARY TESTING SWITCH OFF | | DURING TESTING SWITCH ON | | | | | | | POST TESTING SWITCH OFF | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | -48Hrs | -24Hrs | 24Hrs | 48Hrs | 72Hrs | 96Hrs | 120Hrs | 144Hrs | 168Hrs | +24Hrs | +48Hrs |
| | | (-2 Day) | (-1 Day) | (1 Day) | (2 Day) | (3 Day) | (4 Day) | (5 Day) | (6 Day) | (7 Day) | (+1 Day) | (+2 Day) |
| Observe Date | | 17-May-14 | 18-May-14 | 19-May-14 | 20-May-14 | 21-May-14 | 22-May-14 | 23-May-14 | 24-May-14 | 25-May-14 | 26-May-14 | 27-May-14 |
| Observe Time | | 10:30AM | 10:30AM | 10:30AM | 10:30AM | 10:30AM | 10:30AM | 10:30AM | 10:30AM | 10:30AM | 10:30AM | 10:30AM |
| Chamber A (W/Pest Repeller) | Quantity | 4 | 6 | 4 | 2 | 1 | 0 | 0 | 0 | 0 | 3 | 6 |
| | Consumed food(g) | 59.0 | 54.2 | 42.2 | 26.2 | 39.0 | 24.4 | 31.8 | 43.8 | 41.6 | 41.0 | 44.0 |
| | Consumed water(ml) | 217.8 | 161.2 | 124.0 | 34.0 | 46.8 | 41.0 | 56.0 | 71.8 | 54.6 | 58.2 | 54.0 |
| Chamber B | Quantity | 6 | 4 | 6 | 8 | 9 | 10 | 10 | 10 | 10 | 7 | 4 |
| | Consumed food(g) | 56.4 | 61.8 | 55.2 | 82.8 | 88.4 | 80.2 | 76.4 | 83.4 | 70.0 | 28.0 | 24.0 |
| | Consumed water(ml) | 225.8 | 173.8 | 153.8 | 181.6 | 149.6 | 141.2 | 127.6 | 150.6 | 128.4 | 17.6 | 23.6 |

********************************************************* End of Page *********************************************************

Intertek Testing Services Shenzhen Ltd. Guangzhou Branch
Room 02, 1-8/F & Room 01, E101/E501/E601/E701/E801 No.7-2, Guang Dong Software Science Park, Caipin Road, Guangzhou
Science City, GETDD Guangzhou Tel: (86-20) 8213 9688  Fax: (86-20) 3205 7538
Website: www.intertek-etisemko.com    GZPERF-BRAND V0 (August 16, 2012)

BHH,LLC 002570

140515021GZU-001

INTELLITEC
INTERNATIONAL INC.

**TEST RESULT (Continued)**



| MICE | | PRELIMINARY TESTING (SWITCH OFF) | | DURING TESTING (SWITCH ON) | | | | | | | POST TESTING (SWITCH OFF) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | -48Hrs | -24Hrs | 24Hrs | 48Hrs | 72Hrs | 96Hrs | 120Hrs | 144Hrs | 168Hrs | +24Hrs | +48Hrs |
| | | (-2 Day) | (-1 Day) | (1 Day) | (2 Day) | (3 Day) | (4 Day) | (5 Day) | (6 Day) | (7 Day) | (+1 Day) | (+2 Day) |
| Observe Date | | 17-May-14 | 18-May-14 | 19-May-14 | 20-May-14 | 21-May-14 | 22-May-14 | 23-May-14 | 24-May-14 | 25-May-14 | 26-May-14 | 27-May-14 |
| Observe Time | | 10:30AM | 10:30AM | 10:30AM | 10:30AM | 10:30AM | 10:30AM | 10:30AM | 10:30AM | 10:30AM | 10:30AM | 10:30AM |
| Chamber A (W/Pest Repeller) | Quantity | 4 | 5 | 2 | 0 | 1 | 1 | 0 | 0 | 0 | 6 | 4 |
| | Consumed food(g) | 32.8 | 35.8 | 22.8 | 15 | 15.6 | 14.2 | 12.2 | 11.8 | 10.6 | 18.2 | 14.6 |
| | Consumed water(ml) | 18.2 | 26.2 | 11.8 | 8.4 | 9.0 | 5.6 | 10.8 | 6.4 | 15.8 | 19.4 | 18.2 |
| Chamber B | Quantity | 6 | 5 | 8 | 10 | 9 | 9 | 10 | 10 | 10 | 4 | 6 |
| | Consumed food(g) | 15.8 | 40.0 | 23.6 | 22.8 | 29.6 | 26.0 | 22.4 | 19.8 | 24.2 | 19.4 | 15.2 |
| | Consumed water(ml) | 20.4 | 32.6 | 17.4 | 15.8 | 12.8 | 17.2 | 28.4 | 29.8 | 32.6 | 11.4 | 13.2 |

************************************************* End of Page *************************************************

Intertek Testing Services Shenzhen Ltd. Guangzhou Branch.
Room 02, 1-9/F & Room 01, E101/E501/(E601/(E701/E901 No.7-2, Guang Dong Software Science Park, Caipin Road, Guangzhou
Science City. GETDD Guangzhou Tel: (86-20) 8213 9698  Fax: (86-20) 1205 7538
Website: www.intertek-etlsemko.com          GZPERF-BRAND V0 (August 16, 2012)



INTELLITEC
INTERNATIONAL
INC.

140515021GZU-001

## TEST RESULT (Continued)

For Rats/Mice fecal pellet & urine spots

| STAGE/ SWITCH ON/OFF | | DATE | SUBJECT | CHAMBER A ( W/ PEST PELLER ) | CHAMBER B |
|---|---|---|---|---|---|
| PRELIMINARY TESTING | SWITCH OFF | 17-May-14 | RATS | Equal | Equal |
| | | | MICE | Equal | Equal |
| | | 18-May-14 | RATS | Equal | Equal |
| | | | MICE | Equal | Equal |
| DURING TESTING | SWITCH ON | 19-May-14 | RATS | Equal | Equal |
| | | | MICE | Equal | Equal |
| | | 20-May-14 | RATS | Little | More |
| | | | MICE | Little | More |
| | | 21-May-14 | RATS | Little | More |
| | | | MICE | Little | More |
| | | 22-May-14 | RATS | Little | More |
| | | | MICE | Little | More |
| | | 23-May-14 | RATS | Little | More |
| | | | MICE | Little | More |
| | | 24-May-14 | RATS | Little | More |
| | | | MICE | Little | More |
| | | 25-May-14 | RATS | Little | More |
| | | | MICE | Little | More |
| POST TESTING | SWITCH OFF | 26-May-14 | RATS | Equal | Equal |
| | | | MICE | More | Little |
| | | 27-May-14 | RATS | Equal | Equal |
| | | | MICE | Equal | Equal |

Note:

Fecal pellet and urine are observed and witnessed by naked eye. Due to tiny and irregular sizes, rats and mice's fecal pellet & urine spots are not easy to count, therefore quantity difference is described by three levels-little, very little and more.

***************************************** **End of Page** *****************************************

BHH,LLC 002571



INTELLITEC
INTERNATIONAL
INC.

140515021GZU-001

## Appendix I



| Rats testing device overlook | Intertek seal label |
| Rats status under repeller switch off (chamber B) | Rats status under repeller switch off (chamber A) |
| Rats status under repeller switch on (chamber B) | Rats status under repeller switch on (chamber A) |

********************************************** **End of Page** **********************************************

Intertek Testing Services Shenzhen Ltd. Guangzhou Branch
Room 02, 1-8/F & Room 01, E101/E501/E601/E701/E801 No.7-2, Guang Dong Software Science Park, Caipin Road, Guangzhou
Science City, GETDD Guangzhou Tel: (86-20) 8213 9688  Fax: (86-20) 3205 7538
Website: www.intertek-etlsemko.com          GZPERF-BRAND V0 (August 16, 2012)

BHH,LLC 002572



INTELLITEC
INTERNATIONAL
INC.

140515021GZU-001

**Appendix I (Continued)**



| Mice testing device overlook | Intertek seal label |
| Mice status under repeller switch off(chamber B) | Mice status under repeller switch off(chamber A) |
| Mice status under repeller switch on(chamber B) | Mice status under repeller switch on(chamber A) |

*********************************** End of Page ***********************************

BHH,LLC 002573



INTELLITEC
INTERNATIONAL
INC.

140515021GZU-001

**Appendix II**



| Food weigh (Rats) | Consumption of food check (Rats) |
| Water weigh (Rats) | Consumption of Water check (Rats) |

*********************************************** **End of Page** ***********************************************

BHH,LLC 002574



INTELLITEC
INTERNATIONAL
INC.

140515021GZU-001

**Appendix II (Continued)**



| Food weigh (Mice) | Consumption of Food check (Mice) |
|---|---|
| Water weigh (Mice) | Consumption of Water check (Mice) |

*********************************************** **End of Page** ***********************************************

Intertek Testing Services Shenzhen Ltd. Guangzhou Branch
Room 02, 1-8/F & Room 01, E101/E501/E601/E7C1/E801 No 7-2, Guang Dong Software Science Park, Caipin Road  Guangzhou
Science City  GETDD Guangzhou Tel: (86-20) 8213 9688  Fax: (86-20) 3205 7538
Website: www.intertek-etisemko.com          GZPERF-BRAND V0 (August 16  2012)

BHH,LLC 002575

 INTELLITEC
INTERNATIONAL
INC.

140515021GZU-001

## Appendix III



Testing device dimension of Rats

Testing device dimension of Mice

*********************************************** **End of Page** ***********************************************

BHH,LLC 002576



INTELLITEC
INTERNATIONAL
INC.

140515021GZU-001

**Appendix III (Continued)**



Rats and Mice

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **End of Page** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

BHH,LLC 002577



INTELLITEC
INTERNATIONAL
INC.

140515021GZU-001

## REVISION SUMMARY

| Date | Project Handler Reviewer | Page | Description of Change |
|------|-------------------------|------|----------------------|
| 2014-7-7 | | | Initial release |

*********************************** **End of Report** ***********************************

Intertek Testing Services Shenzhen Ltd  Guangzhou Branch
Room 02, 1-8/F & Room 01, E101/E501//E601/E701/E801 No.7-2, Guang Dong Software Science Park, Caipin Road, Guangzhou
Science City, GETDD Guangzhou Tel: (86-20) 8213 9688  Fax: (86-20) 3205 7538
Website: www.intertek-etlsemko.com          GZPERF-BRAND V0 (August 16, 2012)

BHH,LLC 002578

# 2014 SPIDERS / ANTS / ROACHES
# TEST REPORT RESULT ANALYSIS

July 7, 2014

**Construction of Test Chamber:**
- The test was conducted in two plastic chambers. Each chamber was 4' (L) x 4' (W) x 1.5' (H).
- Pest Repeller was placed in chamber A.   There was no pest repeller in Chamber B.
- In between, there was a 8.5 feet long plastic tunnel.   The tunnel was "curved" and two chambers were designed in Hi-Lo level. The curved and Hi-Lo tunnel design was to further ensure ultrasonic sound wave would not enter from chamber A into chamber B since sound wave was directional.
- All edges were sealed securely with Intertek unbreakable labels. Only Intertek inspector could open the chambers to count ants / spiders / roaches quantities, weighted food and water and replaced new seals on a daily basis.
- Total 10 ants, 10 spiders and 10 roaches were used, and tested separately in different chambers.
- Released 50% of ants / spiders / roaches in chamber A, and another 50% of ants / spiders / roaches in Chamber B at the beginning of the test.
- There were 3 testing stages;
  - Preliminary Testing: 2 days = 48 hours, pest repeller was OFF
  - During Testing: 7 days = 168 hours,   pest repeller was ON
  - Post Testing: 2 days = 48 hours, pest repeller was OFF

**Test Result Analysis**

**Spiders (see page 5)**
- Preliminary Testing: 30% spiders stayed in Chamber A, 70% spiders stayed in Chamber B.
- During Testing: Day 1 ~ Day 3, 70%~80% spiders stayed away from Chamber A, Day 4 ~ Day 7, 90%~100% spiders stayed away from Chamber A.   Pest repeller was switched ON in Chamber A during testing.
- Post Testing: 30% ~ 40% spiders returned to Chamber A after pest repeller was switched off.
- Water and food consumption was much LESS in Chamber A During Testing when pest repeller was switched on. The consumption quantities were closer in two chambers during Preliminary and Post Testing when pest repeller was switched off.   To record water and food consumption result on a daily basis helped to understand spiders' eating behavior under the influence of ultrasonic sound.

**Roaches – Test Result Analysis (see page 5)**
- Preliminary Testing: 60%~70% ants stayed in Chamber A, 40%~30% ants stayed in Chamber B.
- During Testing: Day 1 ~ Day 3, 50 %~100% roaches stayed away from Chamber A, Day 4 ~ Day 7, 100% roaches stayed away from Chamber A.   Pest repeller was switched on in Chamber A during testing.
- Post Testing: 30%~40% roaches returned to Chamber A after pest repeller was switched off.
- Water and food consumption was much LESS in Chamber A During Testing when pest repeller was switched on. The consumption quantities were closer in two chambers during Preliminary and Post Testing when pest repeller was switched off.   To record water and food consumption result on a daily basis helped to understand roaches' eating behavior under the influence of ultrasonic sound.

BHH,LLC 002579

**Ants -- Test Result Analysis (see page 5)**
- Preliminary Testing: 40%~60% ants stayed in Chamber A, 60%~40% ants stayed in Chamber B.
- During Testing: Day 1 ~ Day 3, 60%~100% ants stayed away from Chamber A, Day 4 ~ Day 7, 100% ants stayed away from Chamber A.   Pest repeller was switched on in Chamber A during testing.
- Post Testing:    60% ~ 70% ants returned to Chamber A after pest repeller was switched off.
- Water and food consumption was much LESS in Chamber A During Testing when pest repeller was switched on. The consumption quantities were closer in two chambers during Preliminary and Post Testing when pest repeller was switched off.    To record water and food consumption result on a daily basis helped to understand ant's eating behavior under the influence of ultrasonic sound.

**Fecal Pellets Count (see page 12)**
- Lab technician traced and recorded pest fecal pellets on a daily basis, this helped to further understand pest's activities and behaviors under the influence of ultrasonic sound.
- Lab technician could only trace fecal pellets from roaches, but no urine spot was observed:
  - When pest repeller was switched on During Testing; fecal pellets appeared to be much LESS quantities in Chamber A.
  - When pest repeller was switched off during Preliminary and Post Testing, fecal pellet quantities appeared to be more EVEN in two chambers.
- There was neither fecal pellet nor urine spot was found from spiders and ants during the entire testing period.

BHH,LLC 002580

**Ants -- Test Result Analysis (see page 5)**
- Preliminary Testing: 40%~60% ants stayed in Chamber A, 60%~40% ants stayed in Chamber B.
- During Testing: Day 1 ~ Day 3, 60%~100% ants stayed away from Chamber A, Day 4 ~ Day 7, 100% ants stayed away from Chamber A.   Pest repeller was switched on in Chamber A during testing.
- Post Testing:   60% ~ 70% ants returned to Chamber A after pest repeller was switched off.
- Water and food consumption was much LESS in Chamber A During Testing when pest repeller was switched on. The consumption quantities were closer in two chambers during Preliminary and Post Testing when pest repeller was switched off.   To record water and food consumption result on a daily basis helped to understand ant's eating behavior under the influence of ultrasonic sound.

**Fecal Pellets Count (see page 12)**
- Lab technician traced and recorded pest fecal pellets on a daily basis, this helped to further understand pest's activities and behaviors under the influence of ultrasonic sound.
- Lab technician could only trace fecal pellets from roaches, but no urine spot was observed:
  - When pest repeller was switched on During Testing; fecal pellets appeared to be much LESS quantities in Chamber A.
  - When pest repeller was switched off during Preliminary and Post Testing, fecal pellet quantities appeared to be more EVEN in two chambers.
- There was neither fecal pellet nor urine spot was found from spiders and ants during the entire testing period.

BHH,LLC 002580