**EXHIBIT 21**

```
 1               UNITED STATES DISTRICT COURT
 2               SOUTHERN DISTRICT OF NEW YORK
 3    JOANNE HART and AMANDA      )
      PARKE, on behalf of         )
 4    themselves and all          )
      others similarly            )
 5    situated,                   ) Case No.
                                  ) 1:15-cv-04804 (WHP)
 6              Plaintiff,        )
                                  )
 7     vs.                        )
                                  )
 8    BHH, LLC d/b/a Bell +       )
      Howell and Van Hauser       )
 9    LLC,                        )
                                  )
10              Defendants.       )
11
12      The deposition of STEFAN BOEDEKER, called for
13    examination pursuant to the Rules of Civil Procedure
14    for the United States District Courts pertaining to
15    the taking of depositions, taken before
16    JENNIFER M. DALY, a certified shorthand reporter
17    within and for the County of Cook and State of
18    Illinois, at 33 West Monroe Street, Suite 1100,
19    Chicago, Illinois, on the 26th day of January, 2018,
20    at the hour of 9:33 a.m.
21
22
23     REPORTED BY:   JENNIFER M. DALY, CRR, RPR, CSR, CCR
24     LICENSE NO. 084-004688
25     Pages 1- 189
```

Page 1

```
 1   chance to talk to him to give him instructions
 2   exactly what is missing, then he can, hopefully,
 3   clear that up in a short amount of time.
 4        Q.    Well, obviously, these were key documents
 5   to your opinions here, but it is best to move on and    10:06:29AM
 6   get done what we can in the meantime.
 7              Mr. Boedeker, is your understanding that
 8   you're serving as a rebuttal witness in this case?
 9        A.    That is my understanding, yes.
10        Q.    And you are rebutting the testimony of       10:07:05AM
11   Mr. Colin Weir; is that right?
12        A.    That is correct.  I mean, so far, I've
13   only been asked to review his report, analyze his
14   reporting and the underlying data, and then also
15   attend his deposition telephonically.                   10:07:24AM
16        Q.    And other than opinions that would rebut
17   any of the testimony of Mr. Weir, you're not
18   offering any testimony in this case; is that
19   correct?
20        A.    It is, basically, the opinions in my        10:07:35AM
21   report, and, again, I attended his deposition and
22   have not memorialized any new opinions about that,
23   but his deposition testimony is something that I --
24   if I were asked about, would also maybe use to
25   formulate additional opinions.                         10:07:54AM
```

Page 21

```
 1    about the effectiveness of the products at issue in
 2    this case?
 3         A.    I -- I don't know exactly who was
 4    retained by the -- by the plaintiffs.
 5         Q.    Okay.  Are you rebutting any testimony by    10:11:43AM
 6    experts about the effectiveness of the products at
 7    issue?
 8         A.    That would be outside my expertise.  I'm
 9    not a biologist or a pest control expert, so -- or a
10    technical expert about the product itself, so I        10:12:01AM
11    would not be testifying about that.
12         Q.    You're not offering any testimony about
13    the efficacy of the products at issue in this case,
14    right?
15         A.    Not about the efficacy itself, but I        10:12:12AM
16    reviewed defense witnesses analysis of experimental
17    data, and the only opinion that I offered there is
18    with respect to the proper use of statistical
19    methodology to analyze test data, but not about what
20    the test data mean by itself.  But I looked at the    10:12:33AM
21    statistical results and came to the conclusion that
22    the data were analyzed properly from a statistical
23    point of view, but I don't testify about the
24    efficacy of the product, only what the proper use of
25    statistics analyzing test results because that would  10:12:48AM
```

1    be my expertise.
2         Q.    Did Mr. Weir provide any opinions on
3    that?
4         A.    Mr. Weir -- I wouldn't call it opinion
5    because that was his starting assumption, right.                10:12:59AM
6    His starting assumption, he wrote that in his
7    report, but also testified at his deposition that
8    he -- his entire work is based on the assumption of
9    a total worthlessness of the product.  I wouldn't
10   call it an opinion, but I think that's his starting            10:13:17AM
11   assumption to do his calculations.
12        Q.    So you take issue with Mr. Weir's
13   starting assumption about the effectiveness of the
14   products?
15        A.    I mean, I'm not taking issue with him               10:13:30AM
16   making a starting assumption.  Experts are quite
17   frequently asked to calculate certain scenarios
18   under certain assumptions.  Along the way, there
19   just have been data and information that -- that
20   would give some reason to the contrary, right, that           10:13:50AM
21   the hundred percent worthlessness assumption might
22   not be correct, but I did not see Mr. Weir changing
23   the cause of his work because of that, that
24   additional data information that was available.
25        Q.    Now, Mr. Boedeker, you're not an expert            10:14:08AM

```
 1   called an indicator variable.  An indicator variable
 2   ultimately takes the value one, if that particular
 3   product had that particular feature, and it takes
 4   the value zero when it doesn't.
 5             And then, ultimately, here, I'm now going      01:49:18PM
 6   -- creating a regression data set.  The regression
 7   data set is the goal of the regression is to see if
 8   different product features cause the price to
 9   change, and in regression, in general, there's a set
10   of input variables that are used to explain the        01:49:34PM
11   variation in what's called the dependent variable.
12             In this case, I modeled the price of a
13   product dependent on the features the product has,
14   and that's the methodology that Mr. Weir describes
15   in his report as hedonic regression, and the           01:49:53PM
16   analysis where the overall price of a product is
17   viewed as the weighted average of its components,
18   features, whatever you want to call those, smaller
19   units that a product is comprised of.
20             Here this stuff here -- I'm a mouse guy.     01:50:12PM
21   My computer has a touch pad.  I never use it.
22        Q.   Press here.
23        A.   I'm leaning on it.
24             This is just formatting.
25             At some point, it runs the regression.       01:50:23PM
```

```
 1    information.  It has the SKU numbers and item
 2    numbers.
 3             And then more towards the right columns,
 4    there is a grid with -- basically, feature attribute
 5    designations, and then below, for each product,            01:58:18PM
 6    there is an X when that product had that feature, or
 7    it's left blank when that product didn't have that
 8    feature.
 9        Q.   Okay.  And -- sorry, just to be clear,
10    right now we're looking at the SKU tab, just that         01:58:34PM
11    one tab --
12        A.   Mm-hmm.
13        Q.   -- within that document, correct?
14        A.   Yeah.
15        Q.   Okay.  Was this the input for the                01:58:40PM
16    regression analysis that you conducted?
17        A.   This was the input, as I said, that's
18    being transferred.  In particular, the Xs and blanks
19    are transferred into indicator variables, and then
20    these data were used to -- technically, the term is      01:58:57PM
21    to regress the price on -- of these particular
22    characteristics, or features, of the product.
23        Q.   Okay.  And so in this SKU tab with the
24    input for your regression analysis, what retail
25    sales data did you include?                               01:59:14PM
```

Page 116

1      A.   This was actually a file that I received
2   from counsel where they have gone through and looked
3   at the different features that the products have.
4           Right now, I have to see if this is a
5   national overall number.                              01:59:38PM
6           This whole exercise I did was to assess
7   if features -- different features may impact price.
8           This was, basically, all the products.  I
9   mean, the total sum of units sold is 2.7 million, so
10  I assume that's probably the national sales for all   01:59:57PM
11  the products where the information for the -- for
12  the different characteristics was available.
13     Q.   Sorry, what was the 2.7 million number?
14     A.   Looked at the total.  It looked like that
15  there were about 2.7 million sold.                    02:00:14PM
16     Q.   That's -- is that units?
17     A.   Yeah, units sold, so 2.7 -- or
18  2.7 million.
19     Q.   Is there any retail pricing data in that
20  SKU tab that we're looking at?                        02:00:28PM
21     A.   This particular tab has wholesale prices
22  in it.
23     Q.   Okay.  So the further regression analysis
24  used wholesale prices?
25     A.   Yeah, I used the prices in this data set     02:00:38PM

Page 117

```
 1   to, basically, see if Mr. Weir's assessment that
 2   features don't change prices could be refuted, and
 3   so I took the prices here, the wholesale prices that
 4   were in the data set.
 5        Q.   Right.  Most consumers, they don't pay        02:00:57PM
 6   the wholesale price, they pay a retail price, which
 7   is different, right?
 8        A.   The retail price, overall, would be
 9   different.  The wholesale price is, obviously, a
10   determining factor, one of the determining factors    02:01:10PM
11   for the retail price.  So here I, basically,
12   followed Mr. Weir's example of using the whole
13   price -- wholesale price data set that were
14   available, and, again, this is just to demonstrate
15   that Mr. Weir's method of eyeballing, looking at      02:01:27PM
16   data and not seeing differences, is just incorrect.
17   So I used the data, again, to show at the wholesale
18   level, certain features do have an impact on the
19   price of the product.
20        Q.   Are you aware of any consumers paying the   02:01:42PM
21   wholesale price for the products at issue in this
22   case?
23        A.   I think I testified earlier that I -- I
24   have not seen a single transaction data point.  So
25   all the data that we're -- that were available here  02:01:55PM
```

Page 118

| | |
|---|---|
| 1 | that Mr. Weir had in his reliance materials, and |
| 2 | that's what I used. |
| 3 | And it came out to be -- he has 24.80 and |
| 4 | 24.10, I believe, in his calculations. |
| 5 | Q.   So it's your understanding that the                02:18:00PM |
| 6 | retail sales data that you've relied on in this tab |
| 7 | is the only data that Mr. Weir relied on -- |
| 8 | MR. WING:  Object to form.  Calls for |
| 9 | speculation. |
| 10 | BY MR. ARISOHN:                                         02:18:12PM |
| 11 | Q.   -- for calculating his averages? |
| 12 | A.   The 24.80 and the 24.10, I mean, they |
| 13 | were hard coded in some of the spreadsheets, so I |
| 14 | don't know what he used. |
| 15 | These are the data that -- these are his   02:18:23PM |
| 16 | data, right?  So I'm using his data, and I'm |
| 17 | calculating two average data points, and they're |
| 18 | different from what he had. |
| 19 | Q.   So it's your understanding that he didn't |
| 20 | rely on any other data in calculating his averages,   02:18:35PM |
| 21 | right? |
| 22 | MR. WING:  Object to the form. |
| 23 | THE WITNESS:  I don't know.  This is the |
| 24 | data that I worked with, so I don't know what other |
| 25 | data he worked with that were not documented, but I   02:18:44PM |

Page 131

```
 1    used this data that he provided, and I came up with
 2    two different numbers.
 3    BY MR. ARISOHN:
 4        Q.    Okay.  The next tab there, I think it's
 5    called U.S. sales; is that right?                      02:18:57PM
 6        A.    Yeah, U.S. sales.
 7        Q.    Okay.  And can I just see that for a
 8    moment, please?
 9        A.    Yeah, I'm still in the first tab.
10        Q.    Okay.  I brought up the tab U.S. sales.     02:19:19PM
11    We're still in Exhibit 3 of the documents that you
12    sent earlier.
13              Are you familiar with that tab, U.S.
14    sales?
15        A.    Yeah, this is now the tab that,             02:20:02PM
16    basically, has the products with information and the
17    products for which an average was -- was used.
18        Q.    Okay.  And so this looks somewhat similar
19    to Mr. Weir's report.  Where do I have that?
20        A.    Is it Boedeker 2?                           02:20:32PM
21        Q.    Yes, Boedeker 2.  It looks similar to
22    Table 1, which is on Page 6, right?
23        A.    Yeah, that seems to be the -- I'm just
24    checking the first couple of rows.
25              It's only -- a price ID is a different      02:20:53PM
```

Page 132

| | | |
|---|---|---|
| 1 | Q. | And here the statistical -- strike that. |
| 2 | | Here, the impact of the safety cover |
| 3 | feature, well, it's negative, right? | |
| 4 | A. | That's correct, yes. |
| 5 | Q. | Because it's in parentheses, that means    03:08:31PM |
| 6 | negative? | |
| 7 | A. | Yeah, this is the notation where I didn't |
| 8 | put a minus sign, I put the parentheses. | |
| 9 | Q. | So it's in parentheses, and it says, |
| 10 | 0.087, right?                                              03:08:44PM | |
| 11 | A. | That's correct. |
| 12 | Q. | So can I use that estimate number of |
| 13 | negative 0.087 to figure out the price differential | |
| 14 | for products that have the safety cover feature, | |
| 15 | and, if so, how would I do that?                          03:08:57PM | |
| 16 | A. | Yeah, this is a log-linear model, so now |
| 17 | to get that back to -- to a real dollar price, we | |
| 18 | would have to run it through the exponential | |
| 19 | function, and then there would be a dollar price. | |
| 20 | Q. | Is there a formula that --                        03:09:12PM |
| 21 | A. | Yeah, this is the -- this is -- I have to |
| 22 | see.  I think I used the natural logarithm, not the | |
| 23 | logarithm to the base ten.  Whatever the logarithm | |
| 24 | is, you have to use the same exponential one, right? | |
| 25 | | So assume it's the natural logarithm,    03:09:32PM |

```
 1    are very similar, so the effect of that variable is
 2    in both models is being rejected as being
 3    statistically significant.
 4         Q.    So under your log-linear analysis and
 5    your linear analysis, the magnetic feature has no        03:12:36PM
 6    statistically significant impact on the sales price
 7    of the product, right?
 8         A.    Yeah, for the data that I had analyzed,
 9    that's correct.
10         Q.    Okay.  And still in Table 2, going to         03:12:50PM
11    MicroSize, the P value is 31.6 percent?
12         A.    That's correct.
13         Q.    And so that's not statistically
14    significant either?
15         A.    That's correct.                               03:13:01PM
16         Q.    So under both the log-linear and the
17    linear analysis that you did, the MicroSize feature
18    has an impact that's not statistically significant
19    from zero on the price of the product?
20         A.    That's correct.                               03:13:18PM
21         Q.    Okay.  And the same for outlet in
22    Table 2, that's not statistically significant?
23         A.    Yeah, 89.7 percent.
24         Q.    Okay.  So under both your log-linear and
25    your linear analysis, the outlet feature in the          03:13:31PM
```

```
 1   products has an impact on price that's not
 2   statistically different from zero; is that correct?
 3       A.    That's correct, yeah.  That's the
 4   correct -- yeah.
 5       Q.    Now, in Table 2, the safety cover has a      03:13:45PM
 6   P value of 8.8 percent; is that correct?
 7       A.    That's correct.
 8       Q.    And that is statistically significant
 9   because it's less than 10 percent?
10       A.    That is correct.                             03:13:56PM
11       Q.    But the impact here is in parentheses,
12   and so it's negative?
13       A.    Yeah, that means everything else being
14   equal, meaning the same product that only differs by
15   having a safety cover or not having a safety cover,    03:14:09PM
16   again, everything else being equal, lowers the
17   price, and that sometimes may seem counter
18   intuitive, but I have the example of bedrooms,
19   right, in a house.  When you run a regression and
20   you have the variable, let's say lot size, square      03:14:26PM
21   footage of the house, bathroom, then you have
22   bedrooms in there, more bedrooms actually have a
23   negative coefficient, and that comes from the fact
24   that, everything else being equal, is very
25   important.  So if I have a house that's 2,000 square   03:14:39PM
```

Page 166

```
 1   right?  What I'm measuring is if somebody buys the
 2   repeller, do they pay extra, or is there, like, more
 3   money they pay if it has an LED nightlight?
 4           So once the repeller is in place, there's
 5   the additional functionality of having a nightlight.   03:29:34PM
 6   That's what I'm measuring.  I'm not asking the
 7   question, Would you buy a nightlight that, by the
 8   way, has a repeller attached to it?  That's not the
 9   question I'm asking, or answering.
10       Q.   If the repeller part doesn't work, the      03:29:47PM
11   demand, essentially, goes to zero?
12       A.   The demand for the repeller?
13       Q.   Yeah.
14       A.   That would have to be measured, yeah.  I
15   mean, if...                                           03:29:56PM
16       Q.   You would assume it would go to zero?
17       A.   I -- I hate to make assumptions, right?
18   I'm measuring something, and then if it shows that
19   the demand curve drops such that the quantity sold
20   goes to zero, then I could conclude it, but I would   03:30:10PM
21   not assume it.
22       Q.   Based on your common sense, there are
23   very, very few people who are going to go into a
24   store and pay $20 for a repeller with a nightlight
25   that they know won't repel simply because it has a    03:30:21PM
```

Page 178

```
 1   nightlight, right?
 2        A.    Can you say that again?  Sorry.
 3              MR. ARISOHN:  Can you repeat the question
 4   for him.
 5                   (Requested record was read.)         03:30:47PM
 6              THE WITNESS:  Let's put it the other way,
 7   if I'm going out to buy a nightlight, I'm probably
 8   not going to buy a nightlight with a repeller
 9   attached to it, if that answers your question --
10              MR. ARISOHN:  Okay.                       03:30:54PM
11              THE WITNESS:  -- on the common sense,
12   yeah.
13              MR. ARISOHN:  I have no further
14   questions.
15              MR. WING:  Quick break?                   03:31:01PM
16              THE VIDEOGRAPHER:  The time is 3:33.
17   We're off the record.
18                   (Short break was taken.)
19              THE VIDEOGRAPHER:  The time is now
20   3:43 p.m.  We're back on the record.                 03:40:54PM
21                   CROSS-EXAMINATION
22   BY MR. WING:
23        Q.    Mr. Boedeker, I will just have a few
24   questions for you to clarify some of your testimony
25   today.                                               03:41:02PM
```

Page 179