**EXHIBIT 22**



PLAINTIFF'S EXHIBIT 22 11/29/16



| | |
|---|---|
| **From:** | Debbie Feuerstein <debbie@intellitecusa.com> |
| **Sent:** | Thursday, April 11, 2013 11:52 AM |
| **To:** | Jeffrey Mishan <Jeffrey.Mishan@emsonusa.com> |
| **Cc:** | Mindy Farber <Mindy.Farber@emsonusa.com> |
| **Subject:** | FW: Pest Test Reports - Mice, Spiders & Roaches |
| **Attach:** | RPT10275-2(INT#50161 repeller test)R.pdf |

Dear Jeffrey;

Attached is Qmann test report, it shows the effective coverage is 372 square feet (12' x 31').

Please let me know if you need any further information.

Warm regards,
Debbie Feuerstein
INTELLITEC INT'L INC.
T: 718-8840038 | C: 646-2208585
TECHNOLOGY thru INTELLIGENCE ........

**From:** Debbie Feuerstein [mailto:debbie@intellitecusa.com]
**Sent:** Tuesday, December 28, 2010 4:58 PM
**To:** 'Jeffrey Mishan'
**Cc:** 'Mindy Farber'
**Subject:** Pest Test Reports - Mice, Spiders & Roaches
**Importance:** High

Dear Jeffrey;

Attached are 2 pest test reports for mice, spiders and roaches from Qmann. Rat test is still undergoing.

50161 Ultrasonic Pest Repeller

- Effective area : 372 square feet

- Food & water consumption was more in the EXIT

- Mice, spiders and roaches stayed in EXIT after 9 days test

- 3 days pre-test (pest repeller was OFF): pests roamed in all rooms

- 3 days post-test (pest repeller was OFF): pests roamed in all rooms

50153 Electro/Ultra Pest Repeller

- Effective area 2,901 square feet, total 6 rooms including EXIT
- Food & water consumption was more in the EXIT
- Mice, spiders and roaches stayed in EXIT after 9 days test
- 3 days pre-test (pest repeller was OFF) : pests roamed in all rooms
- 3 days post-test (pest repeller was OFF): pests roamed in all rooms

Thanks & Warm Regards,
Debbie Feuerstein
INTELLITEC INT'L INC.
P 1-718-6194490
C 1-646-2208585
INTELLITEC ..... Intelligence Thru Technology

BHH,LLC 001811

**QMANN QUALITY SERVICE COMPANY**
AGENT FOR GLOBAL QUALITY SERVICES, INC-USA
RM301, building 2, Yangguangsiji Estate, FuMin road
FuTian District, ShenZhen, Guangdong, China
POST CODE: 518048
Tel (86 755) 81830940; Fax (86 755) 83843950
Email qc@qmann.com.cn, qmann_sz@126.com

**CLIENT: INTELLITEC INTERNATIONAL INC.**
Report No.#: 10275-2
Item/Style/SKU#: 50161
Report Date: 2010-11-20

# TEST REPORT

**Product Description:** Bell & Howell Ultrasonic Pest Repeller

**Buyer / Order No.:** Van Hauser

**Manufacturer:** Intellitec International Inc.

**Test period:** 2010-11-1 to 2010-11-19

**TESTING CONDITION AND REQUIREMENT:**

**Purpose of test:** Model#50161 Pest Repeller Effective Coverage

**Testing condition:** 1) Total 2 rooms available for testing.
 * Total area about: **372 square feet**;
 * All gap in window, door properly sealed with wooden board and taped securely;
 * Between 2 rooms with a hole in the wall to allow pest moving freely;
 * Repeller placed in Room 7 where 110V power source socket available
2) Tempt.: 17°C to 24°C (65.6°F to 75.2°F);
3) With enough food and water in each testing room;

**Testing procedures:** 1) Pre-test (for 3 days with repeller was off):
 a. Put mice, spiders, roaches into Room 7 at same time;
 b. Observe the living condition of pest in these 3 days
2) Undergoing test (for 7 days or wait all pests move to Exit area):
Switch on pest repeller in Room 7, observed pest living condition on daily bases. At least test for 7 days or until all pest move to Exit area;

3) Post test (for 3 days with repeller was off):
After 7 days testing or all pests move to Exit area, switched off pest repeller again for 3 days and observed the living condition of pests in the rooms.

## LAYOUT OF TESTING AREA

31.0 FEET

```
                    7
 Exit (sealed)
   by Qmann      372 S.FT.        50161

              FOOD
              WATER
                        opening hole 2'x2'
              FOOD
              WATER
 Exit (sealed)
   by Qmann      EXIT AREA


                     8
```
(12.0 FEET)

QM-008 Report                                                      page 1 of 4

BHH,LLC 001812



**QMANN QUALITY SERVICE COMPANY**
AGENT FOR GLOBAL QUALITY SERVICES, INC-USA
RM301, building 2, Yangguangsiji Estate, FuMin road
FuTian District, ShenZhen, Guangdong, China
POST CODE: 518048
Tel.: (86 755) 81830940; Fax (86 755) 83843950
Email: qc@qmann.com.cn; qmann_sz@126.com

CLIENT: INTELLITEC INTERNATIONAL INC.

Report No.#: 10275-2

Item/Style/SKU#: 50161

Report Date: 2010-11-20

## TESTING RESULT

### A. Food condition record (weight changing of food on daily record (unit in oz))

| Testing days | Room 7 | Exit | Testing Date | Room 7 | Exit | Testing Day | Room 7 | Room 8 |
|---|---|---|---|---|---|---|---|---|
| PRE-TEST DATE 1 | 2.8 | 2.8 | Date 4 | -0.2 | -0.3 | Date 8 | -0.3 | -0.5 |
| PRE-TEST DATE 2 | -0.6 | -0.9 | Date 5 | -0.5 | -0.7 | Date 9 | -0.6 | -0.9 |
| PRE-TEST DATE 3 | -0.2 | -0.2 | Date 6 | 0.0 | -0.8 | Post test 1 | -0.3 | -0.2 |
| Date 1 | -0.2 | -0.4 | | | | Post test 2 | -0.3 | -0.6 |
| Date 2 | -0.2 | -0.2 | Date 7 | 0.0 | -0.4 | Post test 3 | -0.5 | -0.7 |
| Date 3 | -0.4 | -0.6 | | | | | | |
| Total consumption | (4.30) | (7.40) | | | | | | |

* Total weight of rice about 2.8 oz every day;
* The result showed that food and water consumption in EXIT room is more than room 7, where pest repeller is working

### B. Testing Record:

| Testing days | Mice (qty.) | | Spider (qty.) | | Roach (Qty.) | | | |
|---|---|---|---|---|---|---|---|---|
| | Room 7 | Room 8(E) | Room 7 | Room 8(Exit) | Room 7 | Room 8(Exit) | | |
| Pre-test date 1 | 3 | 12 | 6 | 0 | 20 | 0 | | |
| Pre-test date 2 | 3 | 12 | 3 (1 dead) | 2 | 7 | 9 (4 dead) | | |
| Pre-test date 3 | 12 | 0 | 10 (5 added) | 0 | 20 (4 added) | 0 | | |
| Undergoing test 1 | 10 | 4 (1 dead) | 8 | 2 | 11 | 6 | | |
| Undergoing test 2 | 5 | 9 | 2 | 8 | 5 | 12 | | |
| Undergoing test 3 | 5 | 9 | 0 | 7 (3 dead) | 4 | 15 | | |
| Undergoing test 4 | 4 | 10 | 0 | 7 | 5 | 13 | | |
| Undergoing test 5 | 4 | 10 | 1 | 6 | 3 | 13 | | |
| Undergoing test 6 | 3 | 11 | 0 | 7 | 3 | 15 | | |
| Undergoing test 7 | 2 | 12 | 1(dead) | 6 | 11 | 10 | | |
| Undergoing test 8 | 2 | 12 | 1 (dead) | 6 | 1 | 14 | | |
| Undergoing test 9 | 0 | 14 | 1 (dead) | 6 | 1(dead) | 13 | | |
| Date 13 | 3 | 11 | 0 | 1 | 6 | 7 | | |
| Date 14 | 5 | 9 | 0 | 1 | 4 | 5 | | |
| Date 15 | 5 | 9 | 0 | 1 | 4 | 4 | | |

*Put mice, spiders and roaches in rooms;
*Pre test: pest roaming in the rooms;
*Undergoing test: with pests in the room 7, switch on the testing unit. After 9 days all pests stay in the Exit area;
*Post testing: Switch off pest repeller for 3 days, pest roamed in the rooms;

This reflects our findings during testing period, based on agreed procedure and requirements from client. Information contained hereon reflects the findings tested at the time of company's intervention only, and only refer to the sample. This report does not release sellers from their contractual obligations with regard to quality nor prejudice the buyers right of claim towards seller for any contractual obligation. All according to Qmann General Terms and condition which have bee agreed in writing on submission of any booking form.

| INSPECTED BY: | Charles / Cougar | CHECKED BY: | QIUPING ZHAI | Singed on behalf of | |
|---|---|---|---|---|---|
| INSPECTOR CODE: | QM 006 /QM005 | TITLE: | SUPERVISOR | QMANN | DAVID FU |



**QMANN QUALITY SERVICE COMPANY**
AGENT FOR GLOBAL QUALITY SERVICES, INC-USA
RM301, building 2, Yangguangsiji Estate, FuMin road
FuTian District, ShenZhen, Guangdong, China
POST CODE: 518048
Tel.: (86 755) 81830940; Fax (86 755) 83843950
Email: qc@qmann.com.cn; qmann_sz@126.com

CLIENT: INTELLITEC INTERNATIONAL INC.
Report No.#: 10275-2
Item/Style/SKU#: 50161
Report Date: 2010-11-20



PHOTO SHEET

Tested product (front view) | Tested product (side view)
Tested product (back view) | Product 50161 in test room (power off)
 | Product 50161 in test room (power on)

QM-008 Report                                                                                           page 3 of 4

BHH,LLC 001814



**QMANN QUALITY SERVICE COMPANY**
AGENT FOR GLOBAL QUALITY SERVICES, INC-USA
RM301, building 2, Yangguangsiji Estate, FuMin road
FuTian District, ShenZhen, Guangdong, China
POST CODE: 518048
Tel: (86 755) 81830940; Fax (86 755) 83843950
Email: qc@qmann.com.cn; qmann_sz@126.com

**CLIENT: INTELLITEC INTERNATIONAL INC.**

Report No.#: 10275-2

Item/Style/SKU#: 50161

Report Date: 2010-11-20



PHOTO SHEET

| Mice in testing room | Roach in test room | Spider in test room |
| --- | --- | --- |
| Water and rice | | |

QM-008 Report                                                                 page 4 of 4

BHH,LLC 001815