**EXHIBIT 23**

| | |
|---|---|
| From: | Debbie Feuerstein - Intellitec <debbiefeuerstein88@gmail.com> |
| Sent: | Thursday, January 30, 2014 5:18 PM |
| To: | Mindy Farber <Mindy.Farber@emsonusa.com> |
| Cc: | Jeffrey Mishan <Jeffrey.Mishan@emsonusa.com> |
| Subject: | RE: Electromagnetic/Ultrasonic Pest Repeller |
| Attach: | RPT10275-1(INT#50153 repeller test)R.PDF |



Dear Mindy;

Based on attached Qmann test report, the coverage for 50153 Electro/Ultra Pest Repeller is 2,901 s.ft.

Warm regards,
Debbie Feuerstein
INTELLITEC INT'L INC.
T: 718-8840038 1 C: 646-2208585
Intelligence thru Technology

-----Original Message-----
From: Mindy Farber [mailto:Mindy.Farber@emsonusa.com]
Sent: Thursday, January 30, 2014 5:49 PM
To: debbie@intellitecusa.com
Cc: Jeffrey Mishan
Subject: Electromagnetic/Ultrasonic Pest Repeller

Hi Debbie

Electromagnetic/Ultrasonic Pest Repeller

What is the square footage of how it works

We need this for a customer

Pls advise at once

Thanks
Mindy

BHH,LLC 000712

**QMANN QUALITY SERVICE COMPANY**
AGENT FOR GLOBAL QUALITY SERVICES, INC-USA
RM301, building 2, Yangguangsiji Estate, FuMin road
FuTian District, ShenZhen, Guangdong, China
POST CODE: 518048
Tel.: (86 755) 81830940; Fax: (86 755) 83843950
Email: qc@qmann.com.cn; qmann_sz@126.com

**CLIENT: INTELLITEC INTERNATIONAL INC.**

Report No.#: 10275-1

Item/Style/SKU#: 50153

Report Date: 2010-11-20

# TEST REPORT

**Product Description:** Bell & Howell Ultrasonic Pest Repeller

**Buyer / Order No.:** Van Hauser

**Manufacturer:** Intellitec International Inc.

**Test period:** 2010-11-1 to 19

## TESTING CONDITION AND REQUIREMENT

**Purpose of test:** Model#50153 Pest Repeller Effective Coverage

**Testing condition:** 1) Total 6 rooms available for testing.
* Area about: 2901 square feet;
* All gap in window, door properly sealed with wooden board and taped securely;
* Between each 2 rooms with a hole in the wall to allow pest moving freely;
* Repeller place in Room3 where with 110V power source socket available
2) Tempt.: 17°C to 24°C (65.6°F to 75.2°F);
3) With enough food and water in each testing room;

**Testing procedures:** 1) Pre-test (for 3 days with pest repeller was off):
a. Put mice, spiders, roaches into Room 3 at same time;
b. Observe the living condition of pests in these 3 days;

**2) On testing:**
Switch on pest repeller in Room 3, observe pest living condition on daily bases;

**3) Post test (for 3 days with pest repeller was off):**
After complete testing, then switched off the pest repeller for 3 days and observed the living condition of pests in the rooms.

## LAYOUT OF TESTING AREA



Total Square feet=2091

BHH,LLC 000713

**QMANN QUALITY SERVICE COMPANY**
AGENT FOR GLOBAL QUALITY SERVICES, INC-USA
RM301, building 2, Yangguangsiji Estate, FuMin road
FuTian District, ShenZhen, Guangdong, China
POST CODE: 518048
Tel.: (86 755) 81830940; Fax (86 755) 83843950
Email. qc@qmann.com.cn; qmann_sz@126.com

CLIENT: INTELLITEC INTERNATIONAL INC.

Report No.#: 10275-1

Item/Style/SKU#: 50153

Report Date: 2010-11-20

## TESTING RESULT

### A. Food condition record (weight changing of food on daily record ( unit in oz))

| Testing date | Room 1 | Room 2 | Room 3 | Room 4 | Room 5 | EXIT | | |
|---|---|---|---|---|---|---|---|---|
| Pre-test Date 1 | 2.8 | 2.8 | 2.8 | 2.8 | 2.8 | 2.8 | | |
| Pre-test Date 2 | -0.6 | -0.3 | -0.1 | 0.0 | -0.1 | -0.3 | | |
| Pre-test Date 3 | -0.6 | -0.1 | 0.0 | 0.0 | 0.0 | -0.1 | | |
| Date 1 | 0.0 | -0.2 | -0.1 | 0.0 | 0.0 | 0.0 | | |
| Date 2 | -0.1 | 0.0 | -0.1 | 0.0 | 0.0 | 0.0 | | |
| Date 3 | -0.1 | 0.0 | 0.0 | 0.0 | 0.0 | -0.4 | | |
| Date 4 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | |
| Date 5 | 0.0 | 0.0 | 0.0 | -0.1 | -0.3 | 0.0 | | |
| Date 6 | -0.1 | -0.3 | 0.0 | 0.0 | -0.1 | 0.0 | | |
| Date 7 | -0.8 | -0.2 | -0.7 | -0.4 | 0.0 | -0.4 | | |
| Date 8 | -0.4 | -0.7 | -0.7 | -0.3 | -0.6 | -0.7 | | |
| Date 9 | -0.2 | -0.3 | -0.3 | -0.1 | -0.1 | -0.6 | | |
| Post-test Date 1 | -0.2 | -0.4 | -0.4 | -0.1 | -0.1 | -0.3 | | |
| Post-test Date 2 | -0.8 | -0.1 | -0.3 | 0.0 | -0.3 | -0.1 | | |
| Post-test Date 3 | -0.4 | -0.2 | -0.2 | -0.2 | -0.1 | -0.3 | | |
| Total consumption | -4.3 | -2.8 | -2.9 | -1.2 | -1.7 | -3.2 | | |

*Measure food weight on a daily bases.
*The result showed that food and water consumption in EXIT room is more than room 3, where pest repeller is working

### B. Testing Record:

#### 1) Mice

| Testing date | Room 1 | Room 2 | Room 3 | Room 4 | Room 5 | Room 6 Exit | | |
|---|---|---|---|---|---|---|---|---|
| Pre-test Date 1 | 11 | 3 | 1 | 0 | 0 | 0 | | |
| Pre-test Date 2 | 11 | 3 | 0 | 1 | 0 | 0 | | |
| Pre-test Date 3 | 5 | 3 | 3 | 2 | 1 | 1 | | |
| Date 1 | | | 15 | | | | | |
| Date 2 | 7 | 4 | 1 | 3 | 0 | 0 | | |
| Date 3 | 5 | 5 | 1 | 1 | 1 | 2 | | |
| Date 4 | 4 | 6 | 2 | 1 | 0 | 2 | | |
| Date 5 | 4 | 5 | 1 | 3 | 0 | 2 | | |
| Date 6 | 7 | 3 | 0 | 2 | 1 | 2 | | |
| Date 7 | 3 | 7 | 3 | 0 | 2 | 0 | | |
| Date 8 | 1 | 4 | 0 | 0 | 1 | 9 | | |
| Date 9 | 1 | 0 | 0 | 0 | 0 | 14 | | |
| Post-test Date 1 | 7 | 2 | 2 | 0 | 2 | 2 | | |
| Post-test Date 2 | 4 | 3 | 2 | 2 | 2 | 2 | | |
| Post-test Date 3 | 3 | 3 | 3 | 2 | 2 | 2 | | |

*Put 15 mice in rooms ;
*Pre test: Mice roaming in all rooms;
*Undergoing test: Collect and put 15 mice in room#3, aftr 9 days 14 out of 15 mices stayed in the Exit area;
*Post testing: Switch off the unit for 3 days, mice roamed in all rooms;

BHH,LLC 000714

**QMANN QUALITY SERVICE COMPANY**
AGENT FOR GLOBAL QUALITY SERVICES, INC-USA
RM301, building 2, Yangguangsiji Estate, FuMin road
FuTian District, ShenZhen, Guangdong, China
POST CODE: 518048
Tel.: (86 755) 81830940; Fax: (86 755) 83843950
Email: qc@qmann.com.cn; qmann_sz@126.com

CLIENT: INTELLITEC INTERNATIONAL INC.

Report No.#: 10275-1

Item/Style/SKU#: 50153

Report Date: 2010-11-20

## 2) SPIDER

| Testing date | Room 1 | Room 2 | Room 3 | Room 4 | Room 5 | Room 6(Exit) | | |
|---|---|---|---|---|---|---|---|---|
| Pre-test Date 1 | 1 | 3 | 9 (1 dead) | 2 | 0 | 0 | | |
| Pre-test Date 2 | 3 (1 dead) | 0 | 3 | 3(1dead) | 2 | 4 | | |
| Pre-test Date 3 | 2 | 1 | 1 | 1 | 2 | 3 | | |
| Date 1 | 0 | 0 | 10 | | | | | |
| Date 2 | 3 | 2 | 1 | 0 | 2 | 2 | | |
| Date 3 | 4 | 1 | 1 | 1 | 0 | 3 | | |
| Date 4 | 6 | 0 | 0 | 1 | 1 | 2 | | |
| Date 5 | 6 | 1 | 0 | 0 | 1 | 2 | | |
| Date 6 | 5 | 3 | 0 | 0 | 0 | 2 | | |
| Date 7 | 2 | 1 | 1 | 1 | 2 | 2 | | |
| Date 8 | 0 | 0 | 0 | 0 | 0 | 8 | | |
| Post-test Date 1 | 0 | 0 | 0 | 2 | 0 | 1 | | |
| Post-test Date 2 | 0 | 0 | 1 | 1 | 0 | 0 | | |
| Post-test Date 3 | 0 | 0 | 1 | 1 | 0 | 0 | | |

*Put 10 spiders in rooms;
*Pre test: Spiders roaming in all rooms and with few spiders died in those days;
*Undergoing test: Collect and put 10 spiders in room#3, after 8 days 3 survived spiders stayed in the Exit area;
*Post testing: Switch off the unit for 3 days, spider roamed in all rooms;

## 3) ROACH

| Testing date | Room 1 | Room 2 | Room 3 | Room 4 | Room 5 | Room 6 Exit | | |
|---|---|---|---|---|---|---|---|---|
| Pre-test Date 1 | 2 | 3 | 10 | 5 | 0 | 0 | | |
| Pre-test Date 2 | 2 | 3(2 dead) | 6 | 3 | 2 | 4 | | |
| Pre-test Date 3 | 0 | 0 | 20 | 0 | 0 | 0 | | |
| Date 1 | 2 | 1 | 11 | 4(1dead) | 0 | 2 | | |
| Date 2 | 8 | 2 | 3 (1 dead) | 2 | 1 | 1 | | |
| Date 3 | 10 | 0 | 2 | 6 | 0 | 0 | | |
| Date 4 | 9 | 1 | 2 | 5 | 0 | 0 | | |
| Date 5 | 9 | 3 | 0 | 3 | 0 | 0 | | |
| Date 6 | 13 | 2 | 0 | 1 | 0 | 0 | | |
| Date 7 | 3 | 1 | 4 | 3 | 2 | 3 | | |
| Date 8 | 0 | 0 | 0 | 3 (1 dead) | 3 | 10 | | |
| Date 9 | 1 | 0 | 0 | 2 (1 dead) | 2 | 10 | | |
| Post-test Date 1 | 0 | 1 | 4 (2 dead) | 2 | 3 | 4 | | |
| Post-test Date 2 | 0 | 1 | 2 | 3 | 3 | 3 | | |
| Post-test Date 3 | 0 | 1 | 3 | 3 | 2 | 3 | | |

*Put 20 roaches in rooms ;
*Pre test: Roaches roaming in the rooms;
*Undergoing test: Collect and put 20 roaches in room#3, aftr 9 days 10 out of 14 survived roaches stayed in the Exit area;
*Post testing: Switch off the unit for 3 days, mice roamed in the rooms;

This reflects our findings during testing period, based on agreed procedure and requirements from client. Information contained hereon reflects the findings tested at the time of company's intervention only, and only refer to the sample. This report does not release sellers from their contractual obligations with regard to quality nor prejudice the buyers right of claim towards seller for any contractual obligations. All according to Qmann General Terms and condition which have bee agreed in writing on submission of any booking form.

| INSPECTED BY: | Charles / Cougar | CHECKED BY: | QIUPING ZHAI | Singed on behalf of | DAVID FU |
|---|---|---|---|---|---|
| INSPECTOR CODE: | QM 006 /QM005 | TITLE: | SUPERVISOR | | QMANN |

BHH,LLC 000715

QMANN QUALITY SERVICE COMPANY — AGENT FOR ELITE INTERNATIONAL INC.

AGENT FOR GLOBAL QUALITY SERVICES, INC-USA
RM301, building 2, Yangguangsiji Estate, FuMin road
FuTian District, ShenZhen, Guangdong, China
POST CODE: 518048
Tel.: (86 755) 81830940; Fax: (86 755) 83843950
Email: qc@qmann.com.cn; qmann_sz@126.com

Report No.#: 10275-1
Item/Style/SKU#: 50153
Report Date: 2010-11-20



PHOTO SHEET

| Test room | Test room | Test room |
| Sealing for gap | Mice | Spider |
| Roach | Released mice | Mice in test room |
| Water | Food(rice) | Roaches in test room |

QM-008 Report        page 5 of 5

BHH,LLC 000717

**QMANN QUALITY SERVICE COMPANY**
AGENT FOR GLOBAL QUALITY SERVICES, INC-USA
RM301, building 2, Yangguangsiji Estate, FuMin road
FuTian District, ShenZhen, Guangdong, China
POST CODE: 518048
Tel.: (86 755) 81830940; Fax: (86 755) 83843950
Email: qc@qmann.com.cn; qmann_sz@126.com

**CLIENT:** INTELLITEC INTERNATIONAL INC.
Report No.#: 10275-1
Item/Style/SKU#: 50153
Report Date: 2010-11-20

**PHOTO SHEET**

BELL+HOWELL
Tested product (front view)

Tested product (side view)

Tested product (back view)

Product 50153 (power off)

Product 50153 (power on)