**EXHIBIT 25**

Colin Weir 01/10/2018

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
JOANNE HART, and SANDRA BUENO, on behalf of
themselves and all others similarly situated,

                    Plaintiffs,

     vs.

BHH, LLC d/b/a Bell + Howell and VAN HAUSER LLC,

          Defendants.

Case No. 1:15-cv-04084-WHP
-----------------------------------------------------x

                    888 Seventh Avenue
                    New York, New York

                    January 10, 2018
                    9:31 a.m.

     DEPOSITION of COLIN WEIR, taken pursuant
to Notice, before Toni Freeman Greene, a Notary
Public of the State of New York.
```



```
 1                       WEIR
 2        A.    Yes.
 3        Q.    Other than this case in the past year,
 4   have you had any case involving consumer products
 5   where you opined it to full compensatory damages?
 6        A.    And when we say "the past year," we're
 7   talking about the past 12 months, not the past
 8   week or two?
 9        Q.    Yes.  The past 12 months.
10        A.    I believe the answer to that is, yes,
11   but I would need to check my Statement of
12   Qualifications.
13        Q.    You say, "Yes."  Do you recall what
14   those cases were?
15        A.    I can think of one case that I believe
16   was within the past 12 months.  Although, again,
17   I don't memorize those dates, so I could be
18   mistaken.
19              But, I believe one case, for example,
20   involved the sale of what are known as
21   homeopathic remedies.
22              And homeopathy is a practice by which
23   a remedy is made by taking something ridiculously
24   small, like one part per hundred million of not a
25   remedy, but actually something that would cause
```



Colin Weir 01/10/2018

| | |
|---|---|
| 1 | WEIR |
| 2 | the symptoms that somebody is suffering from, and |
| 3 | putting that into a sugar water solution and then |
| 4 | either giving the solution or a pill derived |
| 5 | therefrom to consumers. |
| 6 | And if you ask a scientist, at least, |
| 7 | they'll tell you that that practice is hogwash. |
| 8 | And so, I sponsored testimony |
| 9 | suggesting that, if that in were, in fact, the |
| 10 | case, a full refund would be the correct remedy |
| 11 | in that case. |
| 12 | Q.   So, in that case your testimony |
| 13 | regarding full compensatory damages was based on |
| 14 | the assumption that the products were, in fact, |
| 15 | ineffective? |
| 16 | A.   I don't know if I would state it quite |
| 17 | like that.  What I would say is that plaintiffs |
| 18 | alleged that the products were ineffective and |
| 19 | valueless. |
| 20 | And the first step in any damages |
| 21 | calculation is to assume, depends on which way |
| 22 | you want to phrase it, either that plaintiffs |
| 23 | established their theory of liability or that |
| 24 | defendants are held liable for the alleged |
| 25 | behavior. |



```
 1                    WEIR
 2       Q.   And the background nature into the
 3  nature of the products, what was that research?
 4       A.   Again, that involved some of the
 5  online research that we've already discussed, as
 6  well as a review of, I think, some of the product
 7  labels that had been produced in litigation and,
 8  perhaps, other document production.
 9            But, we're going back almost a year
10  now, so, I don't remember exactly everything that
11  I've looked at at that preliminary stage.
12       Q.   Did you review any scientific studies
13  with respect to ultrasound pest repellant?
14       A.   By that do you mean their
15  effectiveness?
16       Q.   Yes.
17       A.   Since it's beyond the scope of my
18  retention to evaluate the pest repeller's
19  effectiveness, I did not look at any such
20  studies.
21       Q.   You quantified my question.  Did you
22  review any scientific studies with respect to
23  other aspects of the ultrasound pest repellers?
24       A.   Well, it depends on how you take that
25  question.
```

43



```
1                         WEIR
2       Q.    Did you do anything independently to
3   research whether the devices were ineffective?
4       A.    That's beyond the scope of my
5   assignment to make that determination, so I did
6   not conduct any further independent research to
7   make a determination as to whether liability
8   should or should not be established in this case.
9       Q.    So, you are not offering an opinion as
10  to whether the devices were, in fact,
11  ineffective, correct?
12      A.    That is correct.  I am not offering an
13  opinion one way or the other as to whether the
14  devices are ineffective.
15            My opinions stem from an assumption
16  that Plaintiffs are able to establish their
17  theory of liability, which is the noted first
18  step in a damages analysis.
19            But, as to whether they are successful
20  in that endeavor, I have not offered an opinion
21  one way or the other.
22      Q.    So, you haven't reviewed any studies
23  with respect to the effectiveness of ultrasonic
24  pest repellers, correct?
25      A.    Again, because I'm not offering an
```

|   |   |
|---|---|
| 1 | WEIR |

2  opinion as to liability, to the best of my
3  recollection I have not looked at studies as to
4  the effectiveness of pest repellers.
5      Q.   And other than the rebuttal report of
6  Mr. Boedeker, which you've said you reviewed,
7  have you reviewed any of the expert reports in
8  this case?
9      A.   Again, because establishing liability
10 was beyond the scope of my assignment, I did not
11 look at the other experts who are, I guess,
12 involved in the establishment of liability one
13 way or the other.
14     Q.   And you didn't do any other research
15 with respect to the general effectiveness of the
16 ultrasonic pest repellers?
17     A.   Again, because it's beyond the scope
18 of my assignment to determine liability, I did
19 not conduct any additional research to determine
20 whether liability should or should not be
21 established.
22     Q.   Did you do any independent research
23 with respect to whether the pest repellers were
24 worthless?
25     A.   I did do some research in that regard.

