IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOANNE HART and SANDRA BUENO, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BHH, LLC d/b/a BELL + HOWELL, and VAN HAUSER, LLC, <br><br> Defendants. | CASE NO. 1:15-cv-04804-WHP <br><br> JUDGE WILLIAM H. PAULEY <br><br> **DEFENDANTS' MOTION TO EXCLUDE THE EXPERT TESTIMONY OF PLAINTIFFS' PROFFERED EXPERT WITNESS, MICHAEL F. POTTER** |

NOW COME Defendants, BHH, LLC d/b/a BELL + HOWELL and VAN HAUSER, LLC, by and through their counsel, LEAHY, EISENBERG, AND FRAENKEL, LTD., and hereby move to exclude the expert testimony of Plaintiffs' proffered expert witness, Michael F. Potter. The accompanying Memorandum of Law is submitted in support thereof.

WHEREFORE, Defendants, BHH, LLC d/b/a BELL + HOWELL, and VAN HAUSER, LLC respectfully request that the Court enter an order excluding Plaintiffs' proffered expert witness, Michael F. Potter.

Respectfully submitted,

*BHH, LLC, VAN HAUSER, LLC, and VAN HAUSER, LLC*

By: */s/ Scott Wing*
 One of Its Attorneys

Scott Wing
LEAHY, EISENBERG & FRAENKEL, LTD.
33 West Monroe Street, Suite 1100
Chicago, Illinois 60603
Tel. (312) 368-4554

*Counsel for BHH, LLC, VAN HAUSER, LLC, and VAN HAUSER, LLC*