IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOANNE HART and SANDRA BUENO, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>BHH, LLC d/b/a BELL + HOWELL, and VAN HAUSER, LLC,<br><br>　　　　Defendants. | CASE NO. 1:15-cv-04804-WHP<br><br>JUDGE WILLIAM H. PAULEY<br><br>**<u>DEFENDANTS' MOTION FOR SUMMARY JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 56(c)</u>** |

NOW COME Defendants, BHH, LLC d/b/a BELL + HOWELL and VAN HAUSER, LLC, by and through their counsel, LEAHY, EISENBERG, AND FRAENKEL, LTD., and hereby move for summary judgment pursuant to Federal Rule of Civil Procedure 56(c). The accompanying Memorandum of Law is submitted in support thereof.

WHEREFORE, Defendants, BHH, LLC d/b/a BELL + HOWELL, and VAN HAUSER, LLC respectfully request that the Court enter an order granting Defendant's motion for summary judgment pursuant to Federal Rule of Civil Procedure 56(c).

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　***BHH, LLC, VAN HAUSER, LLC, and***
　　　　　　　　　　　　　　　　　　***VAN HAUSER, LLC***

　　　　　　　　　　　　By:　　　*/s/ Scott Wing*
　　　　　　　　　　　　　　　　　One of Its Attorneys

Scott Wing
LEAHY, EISENBERG & FRAENKEL, LTD.
33 West Monroe Street, Suite 1100
Chicago, Illinois 60603
Tel. (312) 368-4554

***Counsel for BHH, LLC, VAN HAUSER, LLC, and VAN HAUSER, LLC***