1  UNITED STATES DISTRICT COURT

2  FOR THE SOUTHERN DISTRICT OF NEW YORK

3  No. 15-cv-4804

4   - - - - - - - - - - - - - - -x

5  JOANNE HART,

6                    Plaintiff,

7          -against-

8  BHH, LLC d/b/a BELL + HOWELL and VAN HAUSER,

9  LLC,

10                   Defendants.

11  - - - - - - - - - - - - - - -x

12

13

14     EXAMINATION BEFORE TRIAL of JEFFREY

15  MISHAN, the on behalf of the Defendant in

16  the above-entitled action, held at 888

17  Seventh Avenue, New York, New York,

18  Wednesday, February 3, 2016, commencing at

19  10:00 a.m., taken before Jessica R.

20  Taft, a Notary Public of the State of New

21  York, pursuant to Order and stipulations

22  between Counsel.

23

24

25  PAGES 1 - 193

Page 1

1 APPEARANCES:
2
3    BURSOR & FISHER, P.A.
4    Attorney for Plaintiff
5         888 Seventh Avenue
6         New York, New York 10019
7    BY: YITZCHAK KOPEL, ESQ.
8
9
10   LEAHY, EISENBERG & FRAENKEL, LTD
11   Attorney for Defendants
12        33 W. Monroe Street, Suite 1100
13        Chicago, IL 60603-5317
14   BY: SCOTT WING, ESQ.
15
16
17
18
19
20
21
22
23
24
25
                                        Page 2

1 J E F F R E Y   M I S H A N, having
2 been first duly affirmed by a Notary Public of
3 the State of New York, upon being examined,
4 testified as follows:
5 EXAMINATION BY
6 MR. KOPEL:
7    Q   Good morning, Mr. Mishan.
8        Can you please state your name
9 and address?
10   A   Jeffrey Mishan.  Which address?
11   Q   Let's start with your home address.
12   A   1431 East 8th.
13   Q   Is that in Brooklyn?
14   A   Yes.
15   Q   Please state your business address.
16   A   230 Fifth Avenue.
17   Q   And is there a suite number?
18   A   Suite 800.
19   Q   What business entities are
20 located at that address?
21   A   E. Mishan & Sons, Van Hauser,
22 Wellquest, and I believe BHH.
23   Q   Any others?
24   A   Not that I know of.
25   Q   You are a VP at E. Mishan & Sons,
                                        Page 4

1      STIPULATIONS
2    IT IS HEREBY STIPULATED AND AGREED, by
3 and among counsel for the respective parties
4 hereto, that the filing, sealing and
5 certification of the within deposition shall
6 be and the same are hereby waived;
7    IT IS FURTHER STIPULATED AND AGREED that
8 all objections, except as to form of the
9 question, shall be reserved to the time of
10 the trial;
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                        Page 3

1 correct?
2    A   Correct.
3    Q   And you are also a VP at Van
4 Hauser, correct?
5    A   Yes.
6    Q   And you are a managing partner at
7 BHH, correct?
8    A   Yes.
9    Q   Do you take a salary in your
10 capacity as a VP from E. Mishan & Sons?
11   A   Yes.
12   Q   Do you take a salary from Van Hauser?
13   A   No.
14   Q   Do you take a salary from BHH?
15   A   No.
16   Q   Do any employees take a salary
17 from BHH?
18   A   No.
19   Q   Do any employees take a salary
20 from Van Hauser?
21   A   No.
22   Q   Do either of BHH or Van Hauser
23 have any employees of their own?
24   A   More of sharing employees of
25 Emson.  When I say Emson, it is E. Mishan & Sons.
                                        Page 5

                                    2 (Pages 2 - 5)

Veritext Legal Solutions
866 299-5127

1    Q    Understood. So Van Hauser and
2 BHH are operated solely by Emson employees,
3 correct?
4    A    No. We have managing partners in
5 BHH and Van Hauser you have the -- I don't
6 know what it is called -- the owners or
7 shareholders. Those are the people that are
8 involved. And then at times we could use
9 employees from Emson from time to time to
10 do, to assist.
11    Q    Are there any written agreements
12 between Emson and either Van Hauser or BHH
13 regarding the use of Emson employees?
14    A    Not that I know of.
15    Q    Are there any oral agreements
16 regarding that topic?
17    A    State the question. Oral agreements
18 regarding...
19    Q    Are there any oral agreements
20 regarding the use of Emson employees between
21 Emson and either Van Hauser or BHH?
22    A    Not that I know of.
23    Q    Do either Van Hauser or BHH
24 compensate Emson for the use of its employees?
25    A    Van Hauser or BHH?

Page 6

1 it in equal portions?
2    A    I believe so, yes.
3    Q    Who are the shareholders of BHH?
4    A    Eddie, Steven, a myself.
5    Q    Al Mishan is not a shareholder of
6 BHH, correct?
7    A    Correct.
8    Q    The three of you own BHH in equal
9 portions?
10    A    When you say own, we are
11 shareholders. It is using the terminology loosely.
12    Q    Correct.
13    A    Correct, yes, equal.
14    Q    Is there a board of directors for
15 Emson, Van Hauser or for BHH?
16    A    I don't know how one would
17 determine board of directors. You have
18 president, you have vice president. If that
19 is considered board of directors, I don't know.
20    Q    Okay. Have any of these three
21 companies ever held shareholder meetings?
22    A    No.
23    Q    Do you take dividends from Emson?
24    A    Dividends? Not, I don't know if
25 that would be the terminology. I mean

Page 8

1    Q    Correct.
2    A    I am not sure.
3    Q    Who would know the answer to that?
4    A    Maybe one of my brothers, Eddie
5 Mishan or Steven Mishan.
6    Q    Who are the shareholders of Emson?
7    A    Eddie Mishan, Steven Mishan,
8 myself and Al Mishan.
9    Q    Do each of the four of you own
10 Emson in equal proportions?
11    A    No.
12    Q    What is the proportional break-up?
13    A    I don't know exact, but I think
14 my brother has, I think Eddie has a little
15 bit more than me. I believe Steve and
16 myself are about equal, and Al is less.
17    Q    Are the shareholders of Van
18 Hauser the same shareholders as Emson?
19    A    No.
20    Q    Who are the shareholders of Van Hauser?
21    A    Eddie Mishan, Steven, and myself.
22    Q    So Al Mishan is not a shareholder of Van
23 Hauser, correct?
24    A    From my recollection, no.
25    Q    Do each of the three of you own

Page 7

1 profits, are you referring to profits?
2    Q    Do you take money from Emson
3 other than the salary that you take?
4    A    Well, they would have profits.
5 If they determine profits at the end of the
6 year, then one could take profits.
7    Q    Do you take profits in proportion
8 amount to your ownership?
9    A    I don't know. We might leave it
10 in the company, take some money out. I
11 don't know exactly.
12    Q    Who decides how much profits you
13 take from Emson at the end of the year?
14    A    When you are saying take -- in
15 other words, we would determine, and then
16 really it's between Eddie, Steven, the four
17 of them.
18    Q    So Eddie, Steven, yourself and
19 Al, correct?
20    A    No. Well, in regards to, again,
21 as I mentioned, you could determine what the
22 profits are and then leave the money in the
23 company or maybe take the money out the
24 company. But it's, as I mentioned, Eddie
25 and Steven more involved in working,

Page 9

3 (Pages 6 - 9)

1 determining, you know, the profits and
2 deciding do we keep the money in the
3 company, or take money out.
4     Q    But there is no settlement
5 agreement for the division of profits from
6 Emson, correct?
7     A    I am not sure what you mean by
8 settlement agreement, but we have percentages.
9     Q    But it differs from year-to-year
10 and that is a discretionary decision made
11 each year, correct?
12     A    Well, percentages remain what
13 they are.  And profits could be X amount for
14 one year, and it could be a different amount
15 for another year.
16     Q    Do you take dividends from Van
17 Hauser?
18     A    Using the terminology dividends,
19 again, I am not working with that terminology.
20     Q    Sure.  Do you take profits from
21 Van Hauser?
22     A    I am not sure if it is considered
23 profits or could it be loan.  I am not sure
24 of the exact terminology.  From time to
25 time, we can take money out of Van Hauser, yes,

Page 10

1     Q    Have you taken loans from Van
2 Hauser?
3     A    I am not sure if that is the
4 terminology.  I am not sure of the terminology.
5     Q    Okay.  Do you, have you paid the
6 money back to Van Hauser that you have taken
7 out of it?
8     A    I said, again, I am not sure if
9 it is a loan or whatnot.  It is money in the
10 company, and we could take the money out or
11 leave the money in.
12     Q    Understood.  But has Van Hauser
13 loaned money to you that you have paid back
14 to it?
15     A    I am using the terminology loan
16 loosely.  I will take back that terminology.
17         Sometimes we have taken money out
18 of Van Hauser, to correct myself.
19     Q    Okay, I just want to be clear.
20 So, so you are saying that you have not
21 taken money from Van Hauser that you have
22 paid back to Van Hauser?
23     A    I haven't done where I have taken
24 money out of Van Hauser and paid back to Van
25 Hauser, correct.

Page 11

1     Q    How about BHH, do you take
2 dividends from BHH?  By dividends, I mean profit.
3     A    Not that I recall in a long time.
4     Q    To your knowledge, does anyone
5 take profits from BHH?
6     A    Not to my knowledge.
7     Q    So to your knowledge are all
8 profits from BHH reinvested into BHH?
9     A    Well, BHH is a licensing brand,
10 Bell + Howell.  Repeat your question, please.
11         MR. KOPEL:  Can you repeat the
12 question, please?
13         (Thereupon, the record was read
14 back by the reporter as recorded
15 above.)
16         THE WITNESS:  I don't know how
17 they determine the profits because I
18 don't determine, so I don't know if it
19 is, what is considered profit and they
20 reinvest.  So I can't really answer
21 that question.
22 BY MR. KOPEL:
23     Q    BHH licenses out the Bell + Howell brand,
24 correct?
25     A    Correct.

Page 12

1     Q    Does BHH have any other function?
2     A    Not to my knowledge, no.
3     Q    Does BHH have any overhead or expenses?
4     A    As I mentioned before, if they use an
5 employee, I don't know if that is considered an
6 overhead or expense.
7     Q    But to your knowledge, BHH does
8 not pay Emson for its use of employees, correct?
9     A    As I said, I wasn't sure of that
10 aspect.
11     Q    Let me take a step back and just
12 introduce myself.
13         My name is Yitzchak Kopel.  I am
14 a lawyer, and I represent Joanne Hart, who
15 is a plaintiff in a class action lawsuit
16 against BHH, LLC and Van Hauser, LLC.
17         I am going to be asking you some
18 questions today in connection with that
19 lawsuit.  Do you understand that?
20     A    Yes.
21     Q    Now, I believe that you sat for a
22 deposition on October 15th of 2015, in another class
23 action lawsuit titled as Steigerwald v. BHH LLC,
24 correct?
25     A    I don't know the exact date but,

Page 13

4 (Pages 10 - 13)

1 yes, it was a deposition.
2     Q   Have you sat for a deposition
3 since then?
4     A   No.
5         MR. KOPEL:  I would like to ask
6     the court reporter to mark as
7     Exhibit 1 the transcript from an
8     action styled as Jeanne Steigerwald
9     versus BHH, LLC, et al.
10        (Thereupon, the Transcript from
11    action styled Jeanne Steigerwald
12    versus BHH LLC, et al, was marked
13    Deposition Exhibit 1 for
14    Identification, as of this date.)
15 BY MR. KOPEL:
16    Q   Mr. Mishan, take as long as you
17 would like to look at the document, and let
18 me know when you are ready to proceed.
19    A   It is over a hundred pages.  Do
20 you want me to look at a hundred pages?
21    Q   No, I didn't ask you to do that.
22    A   Uh-huh.  So what are you asking?
23    Q   I haven't begun my questions.
24 Are you ready?
25    A   But what is your question?  You

Page 14

1 best of my recollection.
2     Q   Sitting here today, are you aware
3 of anything, or has anything come to mind
4 that you testified about that has changed or
5 you believe is untrue or incorrect?
6     A   Not to my knowledge, but I don't
7 know everything by heart.
8     Q   Understood.  Okay.  You can set
9 Exhibit 1 aside.
10        Before we continue, I would like
11 to discuss some ground rules for today.  Okay?
12    A   Fine.
13    Q   Do you understand that you are
14 testifying under oath today?
15    A   I said I affirmed.
16    Q   Do you understand that you have
17 the same obligation to tell the truth here
18 today as you would if you were testifying in
19 a courtroom before a judge and a jury?
20    A   Yes.
21    Q   It is important that we
22 communicate clearly today.  I am going to
23 ask you some questions in connection with
24 the case.  If you don't understand a
25 question, please let me know, and I will try

Page 16

1 said you wanted me to look at it as long as
2 I want.  So do you want me to read over a
3 hundred pages?
4     Q   Mr. Mishan, do you have Exhibit 1?
5     A   Yes.
6     Q   Do you recognize it?
7     A   Yes.
8     Q   What is it?
9     A   It is a transcript of a deposition.
10    Q   That was on October 15, 2015, correct?
11    A   You asked me that before.  I said I wasn't
12 sure of the date, but over here it says that.
13    Q   And you testified in this deposition in a
14 representative capacity on behalf of three entities,
15 correct?
16    A   I don't recall exactly, but it
17 sounds -- I don't recall exactly.  If you want me to
18 check, I can check.  Ask me questions, and I
19 will answer, to the best of my ability.
20    Q   You gave this testimony under
21 oath, correct?
22    A   I affirmed.
23    Q   Everything you said in this
24 deposition was true and correct, right?
25    A   To the best of my knowledge and

Page 15

1 to clarify it for you.  Okay?
2     A   Understood.
3     Q   You understand you are being
4 represented here today by your lawyer who is
5 sitting next to you?
6     A   Yes.
7     Q   Do you understand there is a
8 court reporter here today, and the court
9 reporter is transcribing everything we say
10 here for the record.
11    A   Yes.
12    Q   Let's please try to speak at a
13 reasonable pace to help court reporter take
14 down our words.  Will you help me do that?
15    A   Do the best I can.
16    Q   It is also difficult for the
17 court reporter if we talk over each other.
18 So I will try not to interrupt you while you
19 are answering my questions, and I will ask
20 you that you try to let me finish my
21 questions before you begin to answer.  Okay?
22    A   Fine.
23    Q   Also, for the benefit of the
24 court reporter, please try to answer all of
25 my questions verbally.  Okay?

Page 17

5 (Pages 14 - 17)

| | |
|---|---|
| 1   A  Okay. | 1   Q  Which documents did you review? |
| 2   Q  That being, it is difficult for | 2   A  I don't know exact terminologies, |
| 3 the court reporter to transcribe bodily | 3 but in regards to the case, what you call |
| 4 gestures such as nodding your head or saying | 4 it, the complaint, I guess, and what we |
| 5 uh-huh, so please try to always use words | 5 submitted like the third-party testing that |
| 6 when you are answering.  Okay? | 6 we had, several third-party testings that we |
| 7   A  Okay. | 7 had that proved that the product works. |
| 8   Q  Is there any reason that you | 8   Q  By the product, you are talking |
| 9 cannot testify truthfully and accurately today? | 9 about Bell + Howell ultrasonic pest repellers and |
| 10   A  Is there any reason that I can't? | 10 Bell + Howell solar animal repellers? |
| 11   Q  Correct. | 11   A  Yes. |
| 12   A  Why are you assuming that I | 12   Q  Did you review any other |
| 13 can't? | 13 documents in preparation for today's deposition? |
| 14   Q  I just asked if there is any | 14   A  As I mentioned, whatever we |
| 15 reason that you, to your knowledge that you | 15 submitted. |
| 16 cannot testify truthfully and accurately today? | 16   Q  When you spoke with your attorney |
| 17   A  I can only testify from what I | 17 on Monday, was that by phone or in person? |
| 18 remember. | 18   A  Phone. |
| 19   Q  Are you taking any prescription | 19   Q  How long was that meeting? |
| 20 medications or any drugs that may affect | 20   A  I don't recall exactly. |
| 21 your ability to think, remember or testify | 21   Q  Was it more or less than an hour? |
| 22 truthfully today? | 22   A  Less than an hour. |
| 23   A  No. | 23   Q  Who was on the phone call? |
| 24   Q  What did you do to prepare for | 24   A  Me and Scott. |
| 25 today's deposition? | 25   Q  Was anyone else on the phone call? |
| Page 18 | Page 20 |

| | |
|---|---|
| 1   A  Spoke to my attorney. | 1   A  No. |
| 2   Q  When? | 2   Q  Do you understand this case |
| 3   A  Yesterday. | 3 involves two distinct products? |
| 4   Q  Any other occasions when you | 4   A  One product that a customer |
| 5 spoke to your attorney to prepare for the deposition? | 5 bought and the other one that nobody bought, |
| 6   A  I believe so. | 6 according to the complaint, yes. |
| 7   Q  When was that? | 7   Q  So the answer is yes, you understand that |
| 8   A  I am trying to remember.  Today | 8 the case involves two distinct products? |
| 9 is Wednesday?  Spoke yesterday, spoke also Monday. | 9   A  The way I answered the question, |
| 10   Q  Any other occasions? | 10 that is the way I am answering it. |
| 11   A  Possibly more, but I don't recall exact. | 11   Q  One of the products is the Bell + |
| 12   Q  Did you meet yesterday by phone | 12 Howell ultrasonic pest repellant, correct? |
| 13 or in person? | 13   A  Pictured in the complaint, a pest |
| 14   A  Person. | 14 repellant with an outlet and a light pictured in the |
| 15   Q  Who was present? | 15 complaint, yes. |
| 16   A  Me and Scott. | 16   Q  Does Bell + Howell make other |
| 17   Q  Anybody else? | 17 types of ultrasonic pest repellant, other than the |
| 18   A  No. | 18 type you were referring to now? |
| 19   Q  Where was the meeting? | 19   A  Yes. |
| 20   A  In my office. | 20   Q  How many different types of pest |
| 21   Q  Were you shown any documents? | 21 repellers does Bell + Howell make? |
| 22   A  Shown any documents?  No. | 22   A  I don't know. |
| 23   Q  Did you review any document in | 23   Q  Does it make more than two? |
| 24 preparation for today's deposition? | 24   A  I think more than two. |
| 25   A  Yes. | 25   Q  How many can you think of? |
| Page 19 | Page 21 |

Veritext Legal Solutions
866 299-5127

1    A    Maybe around 7-ish, ish.
2    Q    Sure. So far you listed a model
3 with a light and an extra outlet, correct?
4    A    That is what was pictured in the
5 complaint.
6    Q    Can you tell me another model
7 that you can think of?
8    A    But this is what is at issue in
9 the complaint, so what is the question?
10    Q    I asked you if you can tell me
11 another model of the pest repellers that you
12 can think of?
13    A    I don't know the style numbers.
14    Q    What do you mean by style numbers?
15    A    Item number.
16    Q    I am sorry, what?
17    A    Item number, item number.
18    Q    You can think of today seven
19 different item numbers?
20    A    Not item numbers. You mentioned
21 different types of pest repellents.
22    Q    Can you give me an example of
23 another type of test repeller other than the
24 light and extra outlet model?
25    A    What does it have to do with the case?

Page 22

1    Q    Please read my question back?
2         (Thereupon, the record was read
3    back by the reporter as recorded
4    above.)
5         THE WITNESS: My answer was?
6         (Thereupon, the record was read
7    back by the reporter as recorded
8    above.)
9         THE WITNESS: All right.
10 BY MR. KOPEL:
11    Q    I am here to ask you questions
12 today, and unless your attorney gives you an
13 instruction not to answer, you have to answer my
14 questions. So can you please answer my
15 question?
16    A    To the best of my ability.
17    Q    Can you please read back the
18 question that I asked originally?
19         (Thereupon, the record was read
20    back by the reporter as recorded
21    above.)
22         THE WITNESS: So the unit
23    pictured in the complaint, as I
24    mentioned, is with an outlet and a
25    light. I know that I have another one

Page 23

1    without an extra feature of an outlet
2    and a light. You can have another one
3    just with an outlet.
4 BY MR. KOPEL:
5    Q    So far --
6    A    I am thinking.
7    Q    Sorry.
8    A    You can have another one with a
9 different type of light. Say this is an
10 on-off switch; you have another one with
11 just the dawn-dusk, turning on dawn-dusk.
12         Oh, you could have one with just
13 the dawn-dusk alone without the extra outlet as well.
14 These are examples. I don't know what count
15 we are up to, but it is approximately what I
16 remember.
17    Q    So far you have listed five
18 different types of models. I know you mentioned --
19    A    Then I think you have say a
20 smaller one, and that smaller one which
21 would have an outlet, and a small one that
22 would have a light, so I think you are
23 around, as I said, 7-ish.
24    Q    You believe you have covered all
25 of them, or do you think that there are

Page 24

1 other varieties that you probably have not --
2    A    To the best of my knowledge.
3    Q    And the mini models, to your
4 knowledge, only come in two varieties: With
5 the outlet and with the light, correct?
6 There is no other varieties of smaller?
7    A    Outlet with the light, I am not
8 sure if we did with an outlet and a light
9 together, I am not sure.
10    Q    Now all varieties of the
11 ultrasonic pest repellers are distributed by
12 Van Hauser, correct?
13    A    Well, the pest repellers go under
14 Van Hauser, but Van Hauser can sell it or E.
15 Mishan & Sons can sell it.
16    Q    Emson sells these pest repellers
17 under the Van Hauser license to do so, correct?
18    A    Trying to get the exact terminology.
19 Please repeat it. Sorry.
20         (Thereupon, the record was read
21    back by the reporter as recorded
22    above.)
23         THE WITNESS: Well, Van Hauser,
24    pest repellers under the Van Hauser
25    company, Van Hauser permits Emson to

Page 25

7 (Pages 22 - 25)

1      sell the product to retailers, et cetera.
2 BY MR. KOPEL:
3      Q   Is there a written agreement
4 between Van Hauser and Emson allowing Emson
5 to sell the products to companies under Van
6 Hauser's license?
7      A   Emson to Van Hauser?  It could
8 be, but I am not sure.
9      Q   Does Emson --
10     A   I am sorry, Van Hauser permitting
11 Emson, I am not sure if there is a written agreement.
12     Q   Does Emson pay money to Van
13 Hauser for the privilege of using its license to sell
14 their repellers to companies?
15     A   Well, BHH has the Bell + Howell
16 license, so I am confused by the question.
17 I am sorry.
18     Q   Sure.  I think that you testified
19 earlier -- correct me if I am wrong -- that
20 Van Hauser permits Emson to sell the
21 repellers using its license?
22     A   Using the Bell + Howell license,
23 correct.  So what is the question now?
24     Q   Okay, I want to clarify your
25 testimony so let's take a step back because

Page 26

1 repellers made through two companies instead
2 of one?
3      A   I just explained it.
4      Q   Well, I guess I didn't hear the
5 answer clearly.
6      A   Okay.  Because Emson might have a
7 vendor number with a retailer that Van
8 Hauser may not have and the retailer may not
9 want to set up a new vendor number, so we
10 can sell the retailer, we would sell it
11 under the Emson brand.  Sorry, Emson
12 company.
13     Q   So the decision whether to sell
14 repellers to retailers through Emson or
15 through Van Hauser is also dependent on
16 which of the two companies has a pre-existing
17 relationship with the retailer, correct?
18     A   Many times, yes.
19     Q   Are there any other
20 considerations that go into this decision?
21     A   Not that I know of.
22     Q   If there is a retailer that
23 wishes to purchase the repellers that
24 doesn't have a pre-existing relationship
25 with either Van Hauser or with Emson, which

Page 28

1 maybe we are misunderstanding each other.
2      A   Okay.
3      Q   Does Emson require permission
4 from Van Hauser to use the Bell + Howell
5 license?  Or does Emson require permission
6 from BHH to use the Bell + Howell license?
7      A   Emson gets permission from BHH to
8 use the Bell + Howell license.
9      Q   Does Emson operate under any
10 licenses belonging to Van Hauser?
11     A   Well, the license belongs to BHH.
12 I can explain.
13         BHH has a license for Bell +
14 Howell.  They permit Van Hauser to use the
15 Bell + Howell brand for their pest repellants.
16 BHH permits also Emson to use a Bell +
17 Howell brand on pest repellers or whatnot,
18 but the pest repellers are a Van Hauser, you
19 know, product.
20         The reason that we do it any way,
21 Emson will have vendor numbers with
22 retailers that Van Hauser might not have and
23 just more of a -- so they can make the sale
24 accordingly.
25     Q   Why are the sales of the pest

Page 27

1 company sells the repellers?
2      A   If we can, if we are starting
3 from scratch and they don't have either
4 company, neither company has the vendor
5 number, we would try to do it with Van
6 Hauser.  But many times Emson would have a
7 pre-existing vendor agreement, vendor
8 number, sorry, and they in turn would sell
9 the retailer.
10     Q   Understood, thank you for clarifying.
11     A   My pleasure.
12     Q   Sale of the ultrasonic pest repellers
13 began in the year 2011, is that correct?
14     A   I believe so, yes.
15     Q   All the different varieties of
16 the pest repellers you mentioned earlier,
17 have those all been for sale since 2011?
18     A   Have all been for sale?
19     Q   Have all varieties of the pest
20 repellers that you mentioned earlier been
21 for sale since the year 2011?
22     A   I am not sure.  Maybe some could
23 be after.  I don't recall.
24     Q   But the earliest sales of the
25 pest repellers occurred in 2011, correct?

Page 29

8 (Pages 26 - 29)

```
 1     A    Well, the sales of the one that
 2  was pictured from my recollection was 2011.
 3     Q    Were there sales of any other
 4  varieties prior to 2011?
 5     A    Could be.  I am just knowing what
 6  was pictured in the complaint in my mind.
 7     Q    Do you know sitting here today
 8  whether there was sales of any variety of
 9  pest repellers prior to 2011?
10     A    I don't know.  As I mentioned
11  just focusing on what was pictured, that is
12  what I recall for now.
13     Q    Okay, I understand what you are
14  focusing on.  I just want to know if sitting
15  here today you have a recollection
16  independent of what was pictured?
17     A    I don't recall right now.  Could
18  be yes, could be no.
19     Q    The different varieties of the
20  ultrasonic pest repellers come in packs with
21  different quantities of repellers, correct?
22     A    I believe so.
23     Q    Do some come as individual packs?
24     A    I am not sure if they came as
25  one.  I don't recall.
                                         Page 30
```

```
 1  an outlet and a light are offered in?
 2     A    I said I am not sure.  I said it
 3  could be three-pack, could be four-pack.  I
 4  just know what is pictured in the complaint.
 5     Q    How about just with the outlet?
 6  Do you have any knowledge of what quantities
 7  those models are offered in?
 8     A    Same type of answer.  I am just
 9  remembering right now what is pictured in the
10  complaint.  As I said it could be three-pack, it
11  could be four-pack.
12     Q    Is a separate SKU number assigned
13  to each different type of packaging of the
14  ultrasonic pest repellers?
15     A    Different type of packages?  You
16  mean by packaging, if it had a, that three,
17  that package of three, which I mentioned, we
18  also have I believe the package of five, the
19  package of five could be, if I recall, a
20  mail order box.
21     Q    So does the five-pack have a
22  different SKU number from the three-pack?
23     A    I don't remember.  It could have
24  the same number; maybe there is five.
25     Q    Is there a different SKU pack for
                                         Page 32
```

```
 1     Q    What other quantity numbers are
 2  the different varieties of pest repellers sold in?
 3     A    I just know what is pictured.  I
 4  will do the best I can to remember.  You are
 5  asking about what?
 6     Q    So, Bell + Howell has some three
 7  packs, for instance, of pest repellers that
 8  they sell, right?
 9     A    Well, Van Hauser has.  Bell +
10  Howell is the brand.
11     Q    So the Bell + Howell brand
12  includes three packs of the pest repellers?
13     A    Van Hauser would sell like
14  pictured in the complaint a three-pack.
15     Q    Are there packages that come in
16  any other quantity, other than three?
17     A    Well, the product pictured in the
18  complaint, I believe we also made a five-pack too.
19     Q    What about the product without an
20  outlet and a light?  What quantities are those
21  available in?
22     A    I am not sure because I am just
23  remembering more of what is in the complaint.
24     Q    So you have no recollection of
25  any quantity number that the models without
                                         Page 31
```

```
 1  the different varieties of the pest repellers sold?
 2     A    Again, I concentrated more what
 3  is pictured in the complaint, not, so I just
 4  know about that SKU right now.
 5     Q    But you are a vice president for
 6  Van Hauser, correct?
 7     A    That is correct.
 8     Q    Do you know if there is a different SKU
 9  number for each of the different varieties?
10     A    Oh, a SKU meaning, you mean style
11  number, item number?
12     Q    Correct.
13     A    There would usually be, yes,
14  different style numbers, yes.
15     Q    So, in accounting records, each
16  variety is accounted for independently, correct?
17         MR. WING:  Object to form.
18         THE WITNESS:  Are you saying it
19     is accounted for independently?
20  BY MR. KOPEL:
21     Q    Yes.
22     A    Or are you asking me if there is
23  different SKU numbers?  Is that what you
24  mean by accounted for independently?  It has
25  a different style number so I don't know
                                         Page 33
```

9 (Pages 30 - 33)

1  what your question is.
2    Q   With regards to all varieties of
3  the ultrasonic pest repellers, will you
4  agree that the main function of the products
5  is to repel pests?
6        MR. WING:  Object to form.
7        THE WITNESS:  It is one of the
8    functions.
9  BY MR. KOPEL:
10   Q   Would you agree that the primary
11 function of each of the products is to repel pests?
12       MR. WING:  Same objections.
13       THE WITNESS:  Well, if it has a
14   light on there, the customer might
15   want -- they would like the light, but
16   pest repelling function is a function.
17 BY MR. KOPEL:
18   Q   Would you agree that the light
19 function on the pest repeller is a secondary
20 function to the pest repelling function?
21   A   I can't account for what the
22 customer would perceive, but it is one of
23 the functions of the product.
24   Q   Would you agree that in general,
25 a pest repeller with a light would cost more

Page 34

1  than simply buying the light by itself?
2        MR. WING:  Object to form.
3        THE WITNESS:  I don't know what
4    other people would charge for their
5    product to know that.
6  BY MR. KOPEL:
7    Q   Do you believe there are consumers
8  who purchased pest repellers solely for the
9  light function?
10   A   I don't know what the consumers
11 buy the product for.  They could buy it, one
12 person may like the light, another person
13 likes the design, another person might like
14 a pest repeller.
15   Q   So you think some people buy it
16 just because they like the design?
17   A   I said I don't know.
18   Q   You think that is possible?
19   A   I said I don't know.
20   Q   Well, you listed it as a possibility,
21 right?
22   A   I said the consumer could buy it
23 for any reason, as you said, pest repeller,
24 the lights; I said maybe design.
25       MR. KOPEL:  I ask the court

Page 35

1      reporter to mark as Exhibit 2 document
2      bearing Bates number BHH, LLC 000292.
3          (Thereupon, the document
4      bearing Bates number BHH LLC 000292
5      was marked Deposition Exhibit 2 for
6      Identification, as of this date.)
7  BY MR. KOPEL:
8    Q   Mr. Mishan, do you have Exhibit 2?
9    A   Yes.
10   Q   I will just note, by the way, that that
11 page is double sided, so the exhibit is two pages.
12   A   Okay.
13   Q   I will note that for the record.
14   A   Okay.
15   Q   The exhibit goes from number 292
16 to 293.  Have you seen Exhibit 2 before?
17   A   Yes.
18   Q   What is it?
19   A   Package.
20   Q   What kind of package?
21   A   Like a retail package.
22   Q   What kind of retail package?
23   A   This looks like a copy of a card
24 that's a blister pack for a three-piece pest
25 repeller with night light with switch and

Page 36

1  extra outlet with safety cover.
2    Q   Do you know who made this photocopy?
3    A   Do I know who made this photocopy?  No.
4    Q   Do you know why it was made?
5    A   You were showing me an exhibit.
6  Do I know why it was made?  Because you are a
7  lawyer and you gave me some papers to look at.
8    Q   Do you understand that your
9  attorney produced this document in the
10 course of discovery in this case?
11   A   I don't know if he got it or you
12 got it.  I don't know how it started, but
13 this is our package.
14   Q   Have you seen this specific
15 document before?
16   A   Yes.
17   Q   But you don't know where it came
18 from, right?
19   A   I don't understand your question.
20   Q   The question is simply that your
21 lawyer produced a document containing a
22 photocopy of a package in the course of
23 discovery in this case?
24   A   Okay.
25   Q   I am asking who made that photocopy?

Page 37

10 (Pages 34 - 37)

1    A   I don't know.  Maybe Scott did.
2  Maybe the one woman who bought it.  I don't
3  know, I don't know; that I don't know.
4    Q   When was this package in use in
5  the retail market?
6    A   You asked me before when we
7  started selling them.  I believe it was around 2011.
8    Q   So this was the first package
9  design utilized when you began selling these
10  models in 2011?
11    A   To the best of my knowledge, this
12  model.
13    Q   Was this same packaging design
14  used for this model of Bell + Howell ultrasonic pest
15  repellers from 2011 to present?
16    A   I believe we started with black,
17  a black package meaning not black but just
18  black color and then we also have blue, blue color.
19    Q   To your knowledge, did anything
20  change other than the color of the background in the
21  packaging?
22    A   Not to my recollection.
23    Q   Do you see on the first page,
24  page 292, there are pictures of ants,
25  mice/rats, spiders and roaches?

Page 38

1    A   I see illustrations of them.
2    Q   What is that meant to signify?
3    A   Well, you have each one of them
4  and it has a little slash through it to signify that
5  it repels.
6    Q   That it repels each of those
7  animals, right?
8    A   I don't know if you consider an
9  ant, a spider an animal.  Mice and a rat
10  could be an animal.  Roach, I don't consider
11  that an animal as well.
12    Q   These illustrations signify that
13  these devices repel, these devices are
14  designed to repel each of those pests, correct?
15    A   Yes, like stated in to our third-party
16  testing, actually two third-party testings.
17    Q   I am sorry, third-party what?
18    A   Third-party independent lab testings.
19    Q   Okay, thank you.
20        Did the illustrations of these
21  four animals to your knowledge appear on the
22  packaging for all varieties of the Bell +
23  Howell ultrasonic pest repellers sold?
24    A   You keep on saying animals.
25        MR. WING:  Object to form.

Page 39

1        THE WITNESS:  Mice and rat
2    maybe is an animal.  And the spiders
3    and roaches, I don't think those are
4    animals.  So please repeat the
5    question.
6  BY MR. KOPEL:
7    Q   Sure.  Do the illustrations of
8  these four pests appear uniformly on the
9  packaging for all varieties of Bell + Howell
10  ultrasonic pest repellers sold?
11    A   Well, as I mentioned, like this
12  unit in a five-pack would be in a mail order
13  box and it wouldn't have this illustration;
14  it would have an instruction sheet.
15    Q   What do you mean by a mail order
16  box?
17    A   Brown box.
18    Q   Does that brown box contain
19  smaller individual packages of pest repellers?
20    A   It could contain like the pest
21  repeller pictured here, it could contain as
22  I mentioned let's say five of them with an
23  instruction sheet in a brown mail order box.
24  Could be white mail order box.
25    Q   Are the repellers, do the

Page 40

1  repellers sit, are they packaged loose in
2  the box or is there something holding them
3  in place?
4    A   Could be each in a poly bag or a
5  bubble bag.
6    Q   Where are those mail order boxes
7  available for sale?
8        MR. WING:  Object to form.
9        THE WITNESS:  Let's say if we
10    would sell it to a catalog, we would
11    ship the merchandise to the catalog
12    and the catalog would in turn sell it
13    to consumers.
14  BY MR. KOPEL:
15    Q   To your knowledge, are the
16  five-pack mail order boxes available on the
17  shelves of, you know, in-person retailers?
18    A   Not to my knowledge.
19    Q   Excepting for the five-pack mail
20  order boxes we were just talking about, to
21  your knowledge, do the illustrations of
22  these four pests depicted in Exhibit 2
23  appear uniformly on all packaging for all
24  varieties of the Bell + Howell ultrasonic
25  pest repellers?

Page 41

11 (Pages 38 - 41)

1          MR. WING:  Object to form.
2          THE WITNESS:  As I mentioned, I
3     am really more recalling what was
4     pictured in the complaint.  Could be.
5  BY MR. KOPEL:
6     Q    Sitting here today, can you think
7  of any variety of Bell + Howell ultrasonic
8  pest repellers excepting for the mail order
9  package that we just spoke about that does
10 not contain these illustrations on the package?
11    A    I am not sure.
12    Q    The question is:  Can you think
13 of any?
14    A    I said I am not sure.
15    Q    I don't believe that was responsive, so I
16 am just going clarify.
17    A    Okay.
18    Q    If you can't think of any, then the answer
19 is no, you can't think of any.  If you can think of
20 any, then the answer is yes.  There is no
21 way to not be sure.
22    A    Don't put words in your mouth.
23    Q    I am not trying to.  I am
24 entitled to an answer to the question.
25    A    Sounds like you are, but I will

Page 42

1  answer to the best of my ability.
2     Q    Sure.  I am asking if sitting
3  here today you can list to me or think of
4  any varieties of Bell + Howell ultrasonic
5  pest repellers with the exception of the
6  five-pack that we just discussed that do not
7  contain the illustrations of these four pests?
8     A    The retail package I would say
9  most probably would have the illustrations there.
10    Q    Do you see below the illustrations appear
11 the words "plug it in...drive pests out"?
12    A    Yes.
13    Q    Do you understand that to mean
14 that the instructions for the devices are
15 simply to plug it in and that it will function to
16 drive the pests out?
17    A    Well, there is an instruction
18 sheet inside as well that tells the person
19 to plug it in.  And also not to have furniture
20 blocking the unit so the ultrasonic sound
21 can travel accordingly.
22          So like any package, you have,
23 almost every package you have instructions.
24    Q    Is this statement here meant to
25 be an instruction?

Page 43

1     A    Oh, it is on the back also.
2  "Ultrasonic signals will lose intensity as
3  it travels.  It is also absorbed by soft
4  objects such as carpeting and is reflected
5  by hard surfaces such as furniture.
6  Ultrasonic signals cannot reach nesting or
7  feeding places behind walls, under floors,
8  or within cracks."
9          There may be more -- also
10 instructions in the information and instruction
11 sheet as well as on how to use the product.
12    Q    Understood.  And I am, and we
13 will get to that in a moment.  But I am
14 asking if this specific statement is meant
15 to function as an instruction?
16    A    It is a bullet point that tells a
17 person to plug it in -- to have to plug it
18 in, they have to make sure they have
19 voltage, they have to make sure to follow
20 the instructions, which is mentioned on the
21 back of the package as well.
22    Q    Sitting here today, can you think
23 of any varieties of the Bell + Howell
24 ultrasonic pest repellers excepting for
25 perhaps the mail order box that we discussed

Page 44

1  earlier that does not contain this statement
2  "plug it in... drive pests out"?
3     A    Same type of answer regarding the
4  illustrations.  More on this packaging, but
5  the retail packaging I believe can have that
6  statement.  I am not sure if they all do,
7  but it could.
8     Q    Can you list to me any that do
9  not, sitting here today?
10    A    I said I am not sure exactly, so
11 I don't know what every package, if they all
12 have that line.  Maybe there wasn't room on
13 the package, I don't know, but it could.
14    Q    See below there it says, "fast
15 and effective ultrasonic sound waves to help
16 repel unwanted pests"?
17    A    It is cut off, but it seems to
18 say that, yes.
19    Q    Same question:  Can you think of
20 any variety of the Bell + Howell ultrasonic
21 pest repellers for sale except perhaps the
22 mail order box that do not contain this statement?
23    A    The same answer I said before.
24 Is that good?
25    Q    That is fine, but I would just

Page 45

12 (Pages 42 - 45)

1 ask you to explain the answer for the record.
2     A   I said to the best of my
3 recollection that I believe it has there --
4 I am not sure, unless there wasn't room on
5 the package, but I believe it is there the
6 same way I mentioned on the illustration to
7 "plug it in...drive pests out" and the "fast
8 and effective ultrasonic sound waves to help
9 repel unwanted pests."
10        If you want to go through each
11 one, you can ask away.
12     Q   Please turn to the next page
13 bearing Bates number BHH, LLC.000293.
14     A   Okay.
15     Q   I would like to please focus on
16 the language which you read a bit earlier.
17     A   Okay.
18     Q   Where it says: "Note, ultrasonic
19 signals will lose intensity as it travels.
20 It is also absorbed by soft objects such as
21 carpeting and is reflected by hard surfaces
22 such as furniture. Ultrasonic signals
23 cannot reach nesting or feeding places
24 behind walls, under floors or within cracks.
25 Multiple units may be necessary for larger

Page 46

1 rooms."
2        The language goes on, and we will
3 get to that in a moment. But I just wanted
4 to ask: Who wrote this language?
5     A   From what I recall, the agent
6 that we work with.
7     Q   Who is that?
8     A   Intellitec.
9     Q   What do you mean by: "Agent that
10 we work with"? What do you work with Intellitec on?
11     A   Intel is an agent that we buy
12 pest repellers from.
13     Q   Do all the pest repellers sold
14 under the Bell + Howell name come from
15 Intellitec?
16     A   I believe so.
17     Q   Forgive me for coming back to
18 this just because I seem to have forgotten
19 your last answer.
20        Did you say that you are not sure
21 if all of the Bell + Howell ultrasonic pest repellers
22 available for sale come from Intellitec?
23     A   I said I believe so.
24     Q   You believe so, okay, good.
25 Thank you.

Page 47

1     A   Yes.
2     Q   Is the same true for all of the
3 Bell + Howell solar animal repellers for sale?
4     A   In other words, did we purchase
5 it through Intellitec? Is that the question?
6     Q   Yes.
7     A   Yes, to the best of my
8 recollection, yes.
9     Q   Is there a written agreement
10 between Intellitec and either Emson, Van
11 Hauser, or BHH governing the purchase of the
12 pest repellers?
13     A   What do you mean by written
14 agreement?
15     Q   I mean a contract governing the
16 sale. Perhaps it sets forth quantities.
17 Perhaps it sets forth price. Perhaps it
18 sets forth other terms of the purchase.
19     A   We place a purchase order.
20     Q   How did the three companies --
21 when I say the three companies, just for shorthand
22 to not take up time, will you understand that I mean
23 Emson, Van Hauser and BHH?
24     A   Yes.
25     Q   How did the three companies come

Page 48

1 to work with Intellitec on the sale of the pest
2 repellers?
3     A   Van Hauser would purchase the
4 product from Intellitec.
5     Q   When did this relationship start
6 between the three companies and Intellitec?
7     A   Well, as I said, Van Hauser buys
8 pest repellers from Intellitec, so it is really Van
9 Hauser and Intellitec.
10     Q   Does, so Emson does not purchase
11 any of the repellers from Intellitec, correct?
12     A   Van Hauser buys pest repellers
13 from Intellitec. Emson, as I mentioned,
14 pest repellers are a Van Hauser product. I
15 went through each. Hopefully I clarified.
16     Q   After Van Hauser buys the
17 repellers from Intellitec, does Emson pay
18 Van Hauser for the repellers before selling
19 them to retailers?
20     A   Well, Van Hauser pays Intellitec
21 to purchase the product, so it is a Van
22 Hauser product.
23     Q   Then the Van Hauser product is
24 then sold by either Van Hauser or by Emson,
25 correct?

Page 49

13 (Pages 46 - 49)

**Page 50**

```
 1      A    As I mentioned before, regarding
 2  vendor numbers, et cetera.
 3      Q    With regards to the units that
 4  are sold by Emson, does Emson pay Van Hauser
 5  for those unit before Emson sells the units
 6  to retailers?
 7      A    Does Emson pay Van Hauser before
 8  they sell it?  No.
 9      Q    Does Emson pay Van Hauser for the
10  units at any time?
11      A    After Emson would get paid from
12  the retailer -- I am not sure when, but
13  Emson then would then owe -- if Emson gets a
14  check from the retailer, then Emson would
15  have to pay Van Hauser.
16      Q    Does Emson pay Van Hauser the
17  entire amount of the check received by the
18  retailers?  Or does it -- let's stop there.
19           Does Emson pay the entire money
20  received from the retailers to Van Hauser?
21      A    Emson would pay Van Hauser.  If
22  the retailer takes deductions or whatnot, that I
23  don't, you know, depends on the situation
24  but Emson pays Van Hauser.
25      Q    Well, to clarify what I am
```

**Page 51**

```
 1  asking, is Emson paying Van Hauser for the
 2  units at cost, or is Emson paying Van Hauser
 3  for the units at retail or at wholesale prices?
 4      A    Emson sells to the retailer, gets
 5  paid from the retailer, and then Emson pays
 6  that money to Van Hauser.
 7      Q    When did the relationship between
 8  Intellitec and Van Hauser begin?
 9      A    In pest repellers?
10      Q    Let's start in general.
11      A    I am not sure when, but say before 2011,
12  2010.
13      A    I don't know exactly when.
14      Q    But it was, it was prior to them,
15  the two entities forming a relationship with
16  regards to the pest repellers, correct?
17      A    Well, Intellitec sells a variety
18  of product to Emson.
19      Q    You just said Intellitec sells a
20  variety of products Emson.  And I just want
21  to clarify.
22      A    To Emson, Van Hauser.
23      Q    Intellitec was selling different
24  products to either Emson or Van Hauser
25  before 2011 when it began selling the pest
```

**Page 52**

```
 1  repellers?
 2      A    Regarding the pest repeller, as I
 3  mentioned, this product here was from what I
 4  recall from 2011.  But there was a relationship
 5  with Van Hauser and Intellitec, Emson and
 6  Intellitec before 2011, to make clear .
 7      Q    The solar animal repellers sold
 8  under the Bell + Howell name began selling
 9  retail sales in the year 2010, is that correct?
10      A    I don't know if it sold in retail
11  sales in 2010.  Maybe it started in mail
12  order catalogs around that time.  I don't
13  know the exact date.
14      Q    But it was approximately 2010,
15  correct?
16      A    I am not sure.  I am not sure of
17  the exact date.  I don't want to say something
18  incorrect.
19      Q    Sales of the animal repellers
20  under the Bell + Howell name began prior to
21  sales of the pest repellers under the Bell +
22  Howell name, correct?
23      A    I am not sure because, again, I
24  know this pest repeller.  You asked me on
25  other pest repellers, were they before.  I
```

**Page 53**

```
 1  believe so, so I am not sure if the previous
 2  pest repellers were before the animal
 3  repeller or the animal repeller was before
 4  the pest repeller.
 5      Q    So let's go back to that topic
 6  because I am a little bit confused.
 7           When do you believe the first
 8  sales of any of the pest repellers began?
 9      A    I really don't know.  I don't
10  remember.
11      Q    Do you think that it was
12  certainly prior to 2011?
13      A    I don't know for certain, but I
14  believe so.
15      Q    Do you think it was prior to 2010?
16      A    I don't know because my mind was
17  more focusing on the product that was in the
18  complaint.
19      Q    In preparing for today, you
20  didn't take any time to acclimate yourself
21  on the details of the other varieties of
22  Bell + Howell pest repellers, correct?
23      A    I acclimated myself on what was
24  in the complaint.  It was enough to go through.
25      Q    What I am asking is:  You did not
```

14 (Pages 50 - 53)

1 take the time to acclimate yourself on other
2 varieties of the Bell + Howell pest
3 repellers other than the one pictured in
4 Exhibit 2, correct?
5     A    That was more what I, that is
6 what I reviewed.
7     Q    That is solely, that one is
8 solely what you reviewed, correct? I am
9 just trying to get a straight answer for
10 purposes of the record.
11     A    I am trying to give you a
12 straight answer too.
13     Q    Okay, thank you.
14     A    No problem.
15         I reviewed, like you asked
16 before, what the issue was in the complaint,
17 reviewed the papers, that is what I was
18 focusing on, so I am answering to the best
19 of my ability.
20     Q    I just want to clarify. I
21 understand that you reviewed the details
22 surrounding the Bell + Howell pest repellers
23 that are pictured in the complaint, and I
24 just want to clarify that you did not review
25 the details surrounding other varieties of

Page 54

1 Bell + Howell pest repellers?
2     A    I reviewed -- like I mentioned, I
3 reviewed this. I didn't start reviewing for
4 lack of a better term other pest repellers
5 that you are mentioning.
6     Q    I think we have been going for an
7 hour, maybe a little more, so let's take a quick
8 break.
9         (Brief break.)
10 BY MR. KOPEL:
11     Q    Mr. Emson, before the break we
12 were discussing the business relationship
13 between Van Hauser and Intellitec. Do you
14 recall that?
15     A    Yes.
16     Q    Did Intellitec originally
17 approach Van Hauser regarding the pest
18 repellers, or was it the other way around?
19     A    From what I recall, Intellitec
20 approached Van Hauser.
21     Q    Do you recall who specifically at
22 Van Hauser was originally approached by
23 Intellitec?
24     A    I believe Steven, Steven Mishan.
25     Q    Do you recall if e-mails were

Page 55

1 utilized in the original rounds of communications
2 regarding the pest repellers?
3     A    I wouldn't know because you asked
4 me who is involved. I said Intellitec and I
5 believe Steven Mishan.
6     Q    Okay. So to clarify, did you
7 personally have any involvement in the launch, the
8 original launch of the pest repellers product?
9     A    What do you mean by launch?
10     Q    Well, you testified that
11 Intellitec originally approached Van Hauser
12 regarding the pest repellers, correct?
13     A    To the best of my knowledge, yes.
14     Q    At that point Van Hauser investigated the
15 product and considered whether or not they
16 wanted to sell the product, correct?
17         MR. WING:  Object to form.
18         THE WITNESS:  I didn't say Van
19     Hauser investigated the product. You
20     asked before who approached who, did
21     Intellitec approach Van Hauser or did
22     Van Hauser approach Intellitec.
23         I said from my understanding
24     Intellitec approached Van Hauser. You
25     asked who that person was. I said I

Page 56

1     believe it was Steven Mishan.
2 BY MR. KOPEL:
3     Q    Did you have any involvement in
4 these initial discussions regarding the pest
5 repellers with Intellitec?
6     A    Not that I recall.
7     Q    So, I understand that you have
8 just said that you don't recall having involvement in
9 this, in the original discussions. However, I am
10 still going to ask you a series of questions
11 regarding the original relationship because
12 you understand you are testifying here today
13 as a representative of a company, not solely as
14 yourself, correct?
15     A    Yes.
16     Q    Do you know if documents were
17 exchanged between Van Hauser and Intellitec
18 in that original phase when Intellitec approached Van
19 Hauser regarding the pest repellers?
20     A    I don't know if Intellitec spoke
21 to Steven on the phone. I don't know if he
22 sent them an e-mail. I don't know if they
23 met face-to-face. I don't know.
24     Q    Do you know if Intellitec sent
25 any sorts of specifications regarding the

Page 57

1 products at that time?
2     A   I wasn't involved in that initial, in that
3 communication which you mentioned, how did
4 it initiate.  And I said it was between Intellitec,
5 from what I recall Steven Mishan, so I don't know
6 those details.
7     Q   Do you have a computer at work?
8     A   Excuse me?
9     Q   Do you have a computer at work?
10    A   Yes.
11    Q   Does -- and I will just ask a
12 bigger question to save some time.
13        But do all, do each of Eddie
14 Mishan, Steve Mishan and Al Mishan, do each
15 of them have computers at work?
16    A   Yes.
17    Q   Do you have an e-mail address at work?
18    A   Yes.
19    Q   Did you search your e-mails for any
20 relevant communications in connection with this case
21 to produce in discovery?
22    A   Did I?
23    Q   Did you look through your e-mails
24 for relevant communications in the course of
25 discovery in this case?

Page 58

1     A   No.
2     Q   When you work on documents in the
3 course of business, do you normally save
4 documents locally on your computer or to
5 some sort of network drive?
6     A   I don't know the exact details
7 how the computer department sorts it.
8     Q   When you save a file, can that
9 file then be accessed by somebody on some,
10 by say Eddie Mishan?
11    A   I believe each one has their own
12 independent e-mail address and each one has
13 their own computer and e-mail address.
14    Q   Did you search your computer for
15 documents to produce in discovery in this case?
16    A   You just asked me that question.
17    Q   I asked you the question regarding your
18 e-mail, and now I am asking about your computer.
19    A   Okay.  So your question is did I
20 search the --
21    Q   The files stored on your computer
22 for relevant documents to produce in discovery in
23 this case?
24    A   Documents?  Not that I remember.
25    Q   Do you know if Intellitec sent

Page 59

1 any testing regarding the products when
2 they, regarding the pest repellers specifically
3 when they initially contacted Van Hauser
4 about the pest repellers?
5     A   I wasn't involved in the initial
6 contact, but I know we have two independent
7 testing, third-party testing labs, and SGS,
8 which is over 130-years old, independent
9 lab, and then -- and also Intertek, which is
10 also over a hundred, I think one is
11 130 years, another one is 138 years.
12    Q   We will get to those shortly, but
13 do you know if Intellitec commissioned any
14 of those tests prior to pitching the product
15 to Van Hauser?
16    A   I don't know at what, I don't
17 recall at what stage, you know, if it was initially
18 thereafter, I don't know at what stages.  I just
19 know we have two independent tests.
20    Q   Do you know who at Intellitec
21 designed the packaging illustrated in Exhibit 2?
22    A   We have a contact there.  I don't
23 know if that person did it themselves or they had
24 someone in their office do it.  That I don't know.
25    Q   Did anyone at the three companies,

Page 60

1 Emson, BHH or Van Hauser, have any input
2 regarding the content appearing on the
3 packaging from Exhibit 2?
4     A   You mean -- by input you mean --
5 please be specific.
6     Q   Sure.  Did Intellitec just send
7 along this packaging to Van Hauser, then Van
8 Hauser said "looks good" and that is what was used?
9 Or did Van Hauser make suggestions, comments,
10 revisions to the packaging?
11    A   I wasn't involved in the initial,
12 as I mentioned, so I believe Intellitec sent, maybe,
13 could have made some changes, could be.  But
14 the packaging was made by Intellitec.
15    Q   So, you believe it is possible
16 that some drafts were exchanged prior to the
17 final draft, but you are unsure whether or not --
18    A   I am not sure, it could have been
19 a phone conversation between them.  I don't
20 know, to say three-pack in the corner like
21 that with a little star burst.
22    Q   Do you know of any drafts of this
23 packaging or any communications regarding
24 the drafting of this packaging, do you know
25 if anyone searched for those in connection

Page 61

16 (Pages 58 - 61)

1  with discovery in this case?
2      A    Did I -- please repeat the
3  question, sorry.
4      Q    Do you know if anyone searched
5  for drafts of this packaging or communications
6  about drafting this packaging --
7      A    Not to my knowledge.  Sorry.
8      Q    I was going to say, in connection
9  with discovery in this case?
10     A    As I mentioned, I believe
11 Intellitec communicated the packaging with
12 Steven Mishan, and this is what you have
13 before us.  It looks pretty much the same
14 package from when it began, from my
15 understanding.
16     Q    Can you repeat my question,
17 please.
18          (Thereupon, the record was read
19     back by the reporter as recorded
20     above.)
21          THE WITNESS:  I think this is
22     basically, as I mentioned, the same
23     packaging.  So you want to know if we
24     searched if there is any
25     communication.  As I said I wasn't
                                        Page 62

1      involved in that initial and it could
2      have been a verbal between Steven
3      Mishan and Intellitec.
4  BY MR. KOPEL:
5      Q    So I understand that you weren't,
6  you weren't involved in the process.  My
7  question was only:  Do you know if anyone
8  searched for documents?
9      A    I am not sure.
10     Q    Thank you.
11          Now, I would just read the
12 paragraph regarding ultrasonic signals
13 losing intensity as it travels.  And I believe
14 you testified that Intellitec drafted this
15 paragraph, to the best of your knowledge.
16          Do you know how Intellitec knew
17 this information to be true?
18          MR. WING:  Object to form.
19          THE WITNESS:  Well, sounds like
20     logic to me if you have a sound that
21     as distance goes further, the sound is
22     not as strong as it is in the shorter
23     distance.  That just sounds logical to
24     me.  And as I mentioned, they have the
25     third-party testing in regards to the
                                        Page 63

1      effectiveness of the product.  I am
2      sure you have seen it.
3  BY MR. KOPEL:
4      Q    But you don't know if the third-party
5  testing was run before or after this paragraph was
6  written, correct?
7      A    That I am not sure.
8      Q    Do you know if the third party
9  tested whether or not the signals will lose
10 intensity as they travel?
11     A    Third-party testing, well, I just
12 explained that you have a certain distance,
13 sound of course dissipates over a longer
14 span, so that is logic.  What was the other
15 part of your question?  Oh, and so that the
16 testing report is done in regards to
17 effectiveness  to repel ants, mice, rats, spiders and
18 roaches.  Two lab reports.
19     Q    Next paragraph reads:  "In some
20 cases over time certain rodents may become
21 accustomed to ultrasonic signals.  Some may
22 return to their feeding or nesting areas even in the
23 presence of an ultrasonic product."  Do you
24 see that?
25     A    Yes.
                                        Page 64

1      Q    Do believe this to be true?
2      A    Well, the technology from my
3  understanding works under, that it is an
4  ultrasonic sound, and he is basically saying
5  that it made the rodent or insect or
6  whatnot, might be accustomed to it after a
7  certain period of time because it is a sound
8  that is repelling.  So it is stating that,
9  that is what it states here.
10     Q    So you believe that paragraph to
11 be true?
12     A    I would say that it sounds like
13 it is true.
14     Q    Do you know how Intellitec knew
15 this information?
16     A    I don't know how she got the,
17 wrote the initial, you know, the sentence.
18 But, again, that also sounds logical to me.
19     Q    Do you know if anyone at BHH, Van
20 Hauser or Emson did any research regarding
21 this statement that rodents may become
22 accustomed to ultrasonic signals, some may
23 return to their feeding or nesting areas
24 even in the presence of an ultrasonic product?
25     A    I will say again.  You have logic
                                        Page 65

17 (Pages 62 - 65)

1 if something that irritates you, you have a
2 sound that irritates you, after a while you
3 get used to it, you get accustomed to it. I
4 think it is a logical statement to make.
5      But as I mentioned, I have a
6 third-party testing that states that it repels, two
7 independent studies, and that is what we are
8 talking about.
9      Q   I am referring solely to this
10 paragraph right here (indicating).
11     A   And I am answering also
12 accordingly. I gave you the comparison to
13 if you have a certain sound, same sound, they
14 get accustomed to it after a while, the statement
15 sounds like a logical statement to me.
16     Q   So you think that the statement
17 was written solely based on logic, or do you
18 think there may have been testing involved?
19         MR. WING: Object to form.
20         THE WITNESS: As I mentioned,
21     the testing was regards to effectiveness of
22     the product that it repels. The testing
23     reports in both show that they do both
24     repel.
25 BY MR. KOPEL:

Page 66

1     Q   Do you know whether or not
2 Intellitec testing that shows this
3 paragraph to be true? And I am not
4 referring to the third-party testing about
5 the effectiveness of the product. I am
6 referring to other testing.
7     A   So, again, as I mentioned, it is
8 a logical statement to make. So I do not
9 know if they had a testing report in regards
10 to that they may be accustomed to that. Do
11 I have to have a testing report that I could
12 use it in home and offices?
13     Q   Are you done with your response?
14     A   Yes.
15     Q   Okay. How long does it take for
16 rodents to become accustomed to these
17 ultrasonic signals?
18     A   It says in some cases over time.
19 I do not know.
20     Q   Were you aware that this could
21 happen in as little as a few weeks?
22         MR. WING: Object form.
23         THE WITNESS: I do not know the time.
24 BY MR. KOPEL:
25     Q   Do you see at the bottom of the

Page 67

1 the illustration it says distributed under license by
2 Van Hauser, LLC?
3     A   Uh-huh.
4     Q   Are you aware whether any
5 packages say distributed under license by
6 Emson LLC, by, excuse me, E. Mishan and
7 Sons?
8     A   Not that I remember.
9     Q   So, whether this product is
10 actually distributed by Van Hauser or it is
11 actually distributed by Emson, the packaging
12 still reads: "Distributed under license by
13 Van Hauser," correct?
14     A   It is distributed under license -- well,
15 Bell + Howell is a registered trademark of
16 BHH. BHH allows Bell + Howell's name to be
17 used by Van Hauser. Distributed under
18 license by Van Hauser. This is what it
19 states on the package.
20     Q   Even when Emson is the
21 distributor, it still says distributed under
22 license by Van Hauser, correct?
23     A   Well, Van Hauser gives permission
24 for Emson to sell the product. So also if
25 we sold it at a store, the store has

Page 68

1 permission to sell the product as well.
2     Q   Does Van Hauser give permission
3 to Emson to sell the product, or does BHH
4 give permission to Emson to sell the product?
5     A   As I membered, BHH has the Bell +
6 Howell brand. They give permission, the
7 Bell + Howell brand, to be used by Van
8 Hauser for pest repellers.
9         They also give permission to use
10 the Bell + Howell to Emson to sell other products.
11 And also BHH, as I mentioned, allows Bell +
12 Howell, Van Hauser to use the Bell + Howell
13 brand. And Van Hauser in turn allows Emson
14 to sell the pest repellers like I mentioned before.
15     Q   Okay, thanks. You can set the
16 document to the side.
17         MR. KOPEL: I would like to ask
18     the court reporter to mark as
19     Exhibit 3 a document bearing Bates
20     number BHH, LLC.000296 to 297.
21         (Thereupon, the Documents
22     bearing Bates number BHH, LLC.000296
23     to 297 was marked Deposition Exhibit 3
24     for Identification, as of this date.)
25 BY MR. KOPEL:

Page 69

18 (Pages 66 - 69)

1     Q    Mr. Emson, do you have exhibit
2  number three?
3     A    Yes.
4     Q    Have you seen it before?
5     A    Yes.
6     Q    What is it?
7     A    It is, it looks like a black and
8  white copy of our blue packaging.
9     Q    Do you know who made this copy?
10    A    I believe it, it looks like it emulates
11 the previous copy we had before pretty much.
12    Q    This packaging contained in
13 Exhibit 3 is slightly different from the packaging
14 in Exhibit 2, right?
15    A    Correct.
16    Q    Are they for the same product?
17    A    Yes.
18    Q    So this specific product had at
19 least two different designs for the packaging,
20 correct?
21    A    As I mentioned before, we did a
22 black packaging and we changed it to blue
23 packaging and then, yes, there are some word
24 changes, yes.
25    Q    Do you know when the design of

Page 70

1  the packaging changed?
2     A    Not exactly no.
3     Q    Do you know approximately?
4     A    Don't know.  Two years ago,
5  maybe.  I am guessing.
6     Q    Which packaging design is more
7  recent, Exhibit 2 or Exhibit 3?
8     A    Exhibit 3.
9     Q    And just quickly like Exhibit 2,
10 Exhibit 3 reads plug it in, drive pests out, correct?
11    A    Yes.
12    Q    So that didn't change.
13    A    Uh-huh.
14    Q    Exhibit 3 reads, "Fast and
15 effective, ultrasonic sound waves help repel
16 unwanted pests."  That is the same as
17 Exhibit 2, correct?
18    A    Correct.
19    Q    It has the four illustrations of
20 four pests on there, correct?
21    A    Correct.
22    Q    Please look at the back side of
23 Exhibit 3 bearing Bates number BHH, LLC
24 000296.
25    A    Uh-huh.

Page 71

1     Q    Now it appears that this
2  packaging omits the note about ultrasonic
3  signals losing intensity, correct?
4     A    It is all there.  It is there.
5     Q    I see, so two paragraphs were
6  consolidated into one paragraph in
7  Exhibit 3, correct?
8     A    That is what it looks like.
9     Q    Did you have any involvement in
10 changing the product -- the packaging design
11 over from Exhibit 2 to Exhibit 3?
12    A    I don't recall exactly.  I recall
13 the blue would be more effective because
14 black sometimes doesn't catch a person's
15 attention in a retail store, so the blue is more --
16 the person can see the packaging more.
17    Q    So you had some involvement in
18 that decision, correct?
19    A    I'm trying to remember exactly.
20 I don't know if we changed it over.  Maybe
21 it was me, maybe it was my brother, I don't
22 recall.
23    Q    Do you know if any e-mails were
24 sent regarding changing the packaging over
25 from Exhibit 2 to Exhibit 3?

Page 72

1     A    I don't know.  Could have been --
2  as I mentioned, I don't know.  It could have
3  been a phone call to change the packaging to
4  the blue.
5     Q    But you didn't search for any
6  communications or documents regarding the
7  change from Exhibit 2 to Exhibit 3, correct?
8     A    No.
9     Q    Do you know of any other -- just
10 to clarify, you don't know of any other
11 packaging design used for this product other
12 than the designs contained in Exhibit 2 and
13 Exhibit 3, correct?
14    A    Well, I mentioned also a mail
15 order box.
16    Q    Okay.  Aside from the mail order
17 box, do you know of any other design use?
18    A    Not to my knowledge, no.
19    Q    Thank you.  You can set Exhibit 3
20 aside.
21       MR. KOPEL:  I would like to ask
22    the court reporter to mark as
23    Exhibit 4 a document bearing Bates
24    number BHH LLC.294 to 5.
25       (Thereupon, the Documents

Page 73

19 (Pages 70 - 73)

1      bearing Bates number BHH LLC.294 to 5
2  was marked Deposition Exhibit 4 for
3  Identification, as of this date.)
4  BY MR. KOPEL:
5      Q   Mr. Mishan, do you have Exhibit 4?
6      A   Yes.
7      Q   Have you seen it before?
8      A   Yes.
9      Q   What is it?
10     A   An instruction sheet.
11     Q   What kind of instruction sheet?
12     A   Instruction sheet for the
13 ultrasonic pest repeller with LED night
14 light, AC outlet and safety cover.
15     Q   Does Exhibit 4 contain the
16 entirety of the instruction sheet for this product?
17     A   Yes.
18     Q   Does this instruction sheet
19 appear on the outside of the mail order
20 boxes we discussed earlier?
21     A   Appears inside the box.
22     Q   So, when the mail order boxes are
23 shipped, there's -- is there any identifying
24 language on the outside of the box as to
25 what is contained inside the box?

Page 74

1  package, and this is inside like any
2  instruction sheet for any retail package.
3      Q   So my question was: The consumer
4  cannot read this instruction sheet until
5  after they have already purchased the unit
6  and opened the packaging, correct?
7      A   That is correct, but a lot of the
8  points for the instruction sheet are on the
9  retail packaging as it is, but this is
10 inside a retail package the same way anyone
11 would buy a retail package of a product and
12 have an instruction sheet inside.
13     Q   Who wrote this instruction sheet?
14     A   My recollection would be Intellitec.
15     Q   When did they write it?
16     A   I assume the same time when --
17 before they ship the product. I don't know
18 exactly when. You have a product, you have
19 an instruction sheet.
20     Q   Do you know whether anybody at
21 BHH, Van Hauser or Emson had any input as to
22 the contents of this instruction sheet?
23     A   Not to my knowledge. It's
24 basically Intellitec.
25     Q   Do you know if a draft was sent

Page 76

1      A   It might say the style number,
2  Bell + Howell ultrasonic pest repeller with
3  LED night light, AC outlet and safety cover.
4  And inside the box -- it's a brown box.
5          Inside the box, as I mentioned,
6  you have the product; could be in poly bags,
7  it could be in bubble, like I mentioned,
8  with the instruction sheet.
9      Q   Just to clarify -- because I
10 think you said it might contain the name of
11 the product -- do you know that, in fact, it
12 contains the name of the product on the
13 outside of the box?
14     A   I am not sure. I believe so. I
15 believe it would.
16     Q   Does this instruction sheet also
17 appear -- does this instruction sheet also
18 come inside of the three packs that are sold
19 for this product?
20     A   Inside the -- these retail
21 packaging? Yes.
22     Q   The consumer cannot see this
23 instruction sheet until they open, physically open
24 the retail packaging, correct?
25     A   Retail packaging is -- it is a

Page 75

1  to anybody at one of those three companies,
2  other than the final version?
3      A   I don't know. As I mentioned, I
4  was not involved in that aspect. Like we
5  discussed before, you have the packaging,
6  now you have the instruction sheet.
7      Q   So, there may have been prior
8  drafts and communications about this, but
9  you are not sure one way or the other; is
10 that correct?
11     A   Could be, but it looks like the
12 basic instruction sheet.
13     Q   Do you know whether anybody
14 searched for drafts of this instruction
15 sheet and communications about it in the
16 course of discovery in this case?
17     A   Not to my knowledge.
18     Q   Do you see on the front side the
19 words "patents pending" appear?
20     A   Uh-huh.
21     Q   Is patent still pending?
22     A   I don't know. She put that
23 terminology in there. She may have applied
24 for the patent and maybe she didn't change
25 it over if she received the patent on it.

Page 77

20 (Pages 74 - 77)

1    Q    Do you know whether BHH, Emson or
2 Van Hauser hold a patent for the product?
3    A    As I mentioned, I believe
4 Intellitec may, but she put the terminology,
5 I think she applied for the patent and that
6 is why it states as such.
7    Q    But, in any event, if the patent
8 has been issued, it would be now owned by
9 Intellitec, correct?
10    A    If they applied, they would own it.
11    Q    To your knowledge, none of the
12 companies you are involved with own the patent,
13 right?
14    A    To my knowledge, no.
15    Q    Thank you.  You can set that aside.
16        You are aware this also involves
17 the Bell + Howell solar animal repeller, correct?
18    A    I'm aware it is in the complaint,
19 even though nobody bought the product, yes.
20    Q    Is there just one variety of that
21 product or are there different varieties
22 sold under the Bell + Howell name?
23    A    Well, in the complaint, there's a
24 specific variety.
25    Q    So what variety, to your

Page 78

1    Q    Understood.  Thanks for clarifying that.
2        Are the animal repellers uniformly sold in
3 single unit packs?
4    A    Maybe I made -- maybe we made a
5 two-pack at one point, but I think it is primarily a
6 one pack.  I don't recall.
7    Q    So when you say maybe there is a
8 two-pack, you are testifying that you might
9 have sold a two-pack --
10    A    Right.
11    Q    -- but you don't remember.
12    A    Right.
13    Q    You might not have.
14    A    Right, maybe a small quantity of
15 a two-pack.
16    Q    Who contacted who initially as
17 between Intellitec and Van Hauser regarding
18 the animal repellers?
19    A    I believe it was Intellitec
20 contacting Van Hauser, I believe.
21    Q    Were you involved in those
22 initial discussions?
23    A    Could have been also the same
24 type of -- with Steven Mishan.  I don't remember.
25    Q    And full disclosure, if you want,

Page 80

1 recollection, appears in the complaint?
2    A    It is -- the product pictured in
3 the complaint is one that has distance of I
4 think 30 feet and solar powered.
5    Q    Okay.  What other varieties are
6 for sale for the animal repeller under the
7 Bell + Howell name?
8    A    From what I recall -- and again I
9 really focused only on the 30 feet, as I
10 mentioned, as it is mentioned in the
11 complaint, but I believe there is a 50 feet,
12 70 feet.  I believe we have also one with an
13 extra, like, strobe light, I believe.  That
14 is what I remember right now.
15    Q    You mentioned four varieties.  Do
16 you think that there might be more that you
17 can't remember, or do you think that is about it?
18    A    I think that is about it.  At least that's
19 all -- I think we may have had a nonsolar one also.
20    Q    When you say nonsolar, you mean
21 battery powered?
22    A    Yes.  Well, the way solar --
23 solar also works through a battery, because
24 the solar charges up the battery, so it is
25 both considered battery.

Page 79

1 I'm going to ask you all the same questions,
2 so if you want to answer them, you know --
3        Do you know if they sent any
4 specifications or testing at the time?
5    A    Sorry?
6    Q    Do you know if Intellitec sent
7 any specifications or testing at the time?
8    A    Yes, which we included in the --
9 so, you have actually that one at that point, and
10 they also did an initial one as well.  So we
11 have two independent testings on -- also on
12 the animal repellers.
13    Q    Okay.  And do you know whether
14 Intellitec sent along any specifications
15 regarding the product design or any other
16 documents containing information about the
17 product at that time?
18    A    Same type of answer as the first one.
19    Q    Okay.  Is that --
20    A    I mean --
21    Q    So you don't -- so they might
22 have, but you are not aware if they did or not?
23    A    If they -- please repeat the question.
24    Q    So they might have sent such
25 documents, such documents might have been

Page 81

21 (Pages 78 - 81)

1 exchanged, but you don't recall --
2    A   There is more information --
3    Q   -- or you weren't involved.
4    A   There's more involvement with my
5 brother, Steven Mishan. Intellitec, as I
6 mentioned, could have been via phone,
7 face-to-face, e-mail, same type of -- from
8 what I recall.
9    Q   And similarly, you are not aware
10 whether anyone searched for those documents
11 in connection with this case, correct, if they exist?
12    A   Not to my knowledge.
13    Q   Did you search for a copy or
14 design of any packaging for any animal
15 repeller in connection with this case?
16    A   What do you mean did I -- what do
17 you mean did I search? I am sorry.
18    Q   Did you search your computer,
19 your e-mail, your possessions otherwise for
20 any design, any -- any illustration of the
21 design of the packaging for the animal
22 repellers in connection with this case?
23    A   No.
24    Q   You didn't produce any
25 illustration of any design for the packaging

Page 82

1 of the animal repellers in connection with
2 this case, right?
3    A   I saw they had it in the complaint that --
4 no one even bought the product, but to answer the
5 question we did not produce packaging illustrations,
6 et cetera, for a product that they didn't even
7 purchase.
8    Q   Did you make the decision to not
9 produce illustrations of the packaging
10 because the plaintiff in this case did not
11 purchase that product?
12        MR. WING: Object to form.
13        THE WITNESS: We presented what
14    we presented to -- as per requested,
15    from my recollection. I don't recall.
16    Maybe it was in there to ask for
17    packaging, but I don't recall. Could
18    be in there. I don't recall.
19        MR. KOPEL: I would like to ask
20    the court reporter to mark as
21    Exhibit 5 a physical packaging unit
22    for solar animal repeller.
23        (Thereupon, the Physical
24    Packaging Unit For Solar Animal
25    Repeller was marked Deposition

Page 83

1    Exhibit 5 for Identification, as of
2    this date.)
3 BY MR. KOPEL:
4    Q   Mr. Mishan, do you have Exhibit 5?
5    A   Yes.
6    Q   Have you seen it before?
7    A   Yes.
8    Q   What is it?
9    A   It is a product packaging with
10 the product of Bell + Howell solar animal repeller.
11    Q   Who designed this packaging?
12    A   I believe it is Intellitec.
13    Q   Do you know when they designed it?
14    A   Not exactly.
15    Q   Were you involved in
16 communications with Intellitec regarding the
17 design of this packaging?
18    A   I don't recall if it was me or if
19 it was Steven.
20    Q   But to your knowledge, nobody
21 searched for documents or communications in
22 connection with the design, correct?
23    A   You asked me that question
24 before, and I said that, no, we did not
25 search for it, but you have it right before

Page 84

1 you right here.
2    Q   Do you see on Exhibit 5 it says,
3 "protects your yard for unwanted animals"?
4    A   Okay.
5    Q   Let me take a step back, actually.
6    A   Uh-huh.
7    Q   Do you know of any other packaging
8 used for the sale of Bell + Howell's solar animal
9 repellers, other than the one in Exhibit 5?
10    A   Could have had a mail order
11 packaging. From my recollection, I believe
12 there was. Maybe beforehand we didn't have
13 the raccoon. I believe maybe there was --
14 one didn't have the raccoon at one point.
15 This is effectively just showing the trash.
16 That is all I remember.
17    Q   I'm sorry, what -- can you just
18 repeat what you just said about the trash?
19    A   The raccoon, you know, showing,
20 keeps animals away from trash. I mean,
21 there may have been another package before
22 having that.
23    Q   Do you think there were two, two
24 versions of the packaging?
25    A   I believe maybe they didn't have

Page 85

22 (Pages 82 - 85)

1 that picture.
2    Q   Is it your recollection, is the
3 packaging the same in all other respects?
4    A   Pretty much, I think, from what I
5 remember, from what I remember.
6    Q   Now, when you say that a raccoon
7 was added, do you mean solely the picture
8 with the raccoon and the trash, or do you
9 also mean that a picture of a raccoon was
10 added to the portion with illustrations of
11 the animals meant to be repelled by this
12 product?
13    A   I believe added -- had the
14 picture with the terminology keeps animals
15 away -- animals from trash.
16       Regarding -- to clarify the other
17 question, you said does any other -- maybe
18 at one point we added an ultrasonic sound
19 with one speaker, and then we added -- one
20 has sonic and ultrasonic sound, so just to
21 be, to clarify.
22    Q   Did you sell products with solely
23 ultrasonic sound concurrently with the
24 products that had both sounds, or did you
25 sell first the products with solely

Page 86

1 ultrasonic sound and then upgrade to the
2 products with both?
3    A   Solely ultrasonic sound in the
4 beginning, and then -- and then we did the
5 sonic and ultrasonic, but the testing, from
6 my recollection, was even -- even with just
7 ultrasonic alone, and the sonic is just an
8 additional feature in there.
9    Q   When was the sonic feature added?
10    A   I don't recall exactly.
11    Q   Can you recall approximately?
12    A   Four years? I'm not sure.
13    Q   So, approximately 2012, 2013?
14    A   Three years, approximately.
15    Q   Who made the decision to add that
16 feature?
17    A   I think it was Intellitec.
18    Q   Did Intellitec consult Emson, Van
19 Hauser or BHH regarding adding that feature?
20    A   I believe so.
21    Q   Did you take any part in those
22 consultations?
23    A   Consultation -- I mean,
24 discussions, I would say. I believe that
25 she mentioned it. Could have been -- I

Page 87

1 think she mentioned to me, mentioned to my
2 brother.
3    Q   And by "she," who do you mean?
4    A   Intellitec.
5    Q   And who do you mean by "she"?
6    A   Her name is Debbie.
7    Q   Debbie what?
8    A   I think it's Feurstien. I'm not
9 sure of the spelling. I think it's F-E-U --
10 Feur, F-E-U-R, Stien, S-T-I-E-N.
11    Q   This product, is this product
12 meant for use indoors or outdoors?
13    A   Primarily, an outdoor product. I
14 don't know if they use this indoors. Probably
15 outdoors.
16    Q   It's your expectation that users
17 would -- consumers would use this product
18 outdoors, correct?
19    A   I would assume they would use it
20 outdoors. I don't know if they have a squirrel
21 upstairs, I don't know, in their attic, but
22 it is primarily an outdoor -- outdoor.
23    Q   How much money does Van Hauser
24 pay Intellitec per unit of the solar animal
25 repellers?

Page 88

1    A   I am trying to remember. I don't
2 remember exactly.
3    Q   Do you remember approximate?
4    A   Maybe around $4, I believe. I'm
5 not sure.
6    Q   Do you know if the prices
7 remained the same over time or if the prices
8 changed over time?
9    A   The cost?
10    Q   Correct.
11    A   Costs of goods change. We
12 negotiate. As I mentioned, retail packaging
13 could be one price; mail order box, smaller
14 box, less; you know, size and pictures, et
15 cetera. I think it's roughly -- I think
16 it's roughly around four, from what I
17 remember. I could be wrong.
18    Q   Okay. Do you know what the
19 profit margin is on these products?
20    A   What are you asking me? Profits,
21 profit, a person has to determine all
22 different aspects of it. So, what -- what's
23 your -- what's your question?
24    Q   Defining profits as revenue minus
25 cost of goods sold.

Page 89

23 (Pages 86 - 89)

1     A   Well, you have other things.  You
2 have to take in consideration returns, charge or
3 whatever, anything.  You know, anything you
4 have to take into consideration.  So, I don't know.
5 Maybe we sold it for -- maybe runs from
6 eight to ten dollars, I guess.
7     Q   Do you know how much Van Hauser
8 pays to Intellitec for the pest repellers?
9     A   One second.  I think it was also
10 I believe 375-ish, something like that,
11 $3.75.  But if it's cost overseas, then you
12 have to bring in the goods, you've got to
13 pay duty, freight, et cetera.  So I'm giving
14 you approximate first costs.
15     Q   Do the costs differ by variety of
16 pest repeller?
17     A   I think pest repel is one duty.
18 I'm not sure if the duty is the same for the
19 animal repeller.  I believe -- I believe it
20 is, but I'm not sure.
21     Q   And same question for the animal
22 repeller: Do you know if the costs differ
23 by variety?
24     A   Wait a minute, I thought I -- I
25 thought I answered that.  Are you asking

Page 90

1 that's primarily determined by whether the
2 retailer has a pre-existing relationship
3 with one of those companies, correct?
4     A   Vendor number like we described
5 previously, yes.
6     Q   Do you see on the packaging of
7 Exhibit Number 5 the words "manufactured and
8 distributed by Van Hauser"?
9     A   On the back, yes.
10     Q   And that appears uniformly on all
11 units of the product, excepting for the mail
12 order, correct?
13     A   I'm not sure.  Maybe it says
14 manufactured and distributed, maybe it just
15 says distributed.  Usually the terminology
16 is distributed.
17     Q   There are no units that make any
18 mention of Emson, correct?
19     A   I believe it's all lumped under
20 Van Hauser.  I don't believe anything says
21 Emson.  Not that I remember.
22     Q   Why does it say manufactured by
23 Van Hauser?  Isn't the product manufactured
24 by Intellitec?
25     A   It is manufactured by Intellitec,

Page 92

1 about the duty?
2     Q   Oh, no, no, no.  Just I'm talking
3 about the cost, cost of goods paid to -- the
4 money paid from Van Hauser to Intellitec --
5     A   For the animal repeller?
6     Q   -- for the goods?
7         Yes.
8     A   I mentioned before it was
9 approximately $4 --
10     Q   Does it differ by --
11     A   -- from what I remember.
12     Q   Right.  And my question was:
13 Does that differ by variety of the product?
14     A   As I mentioned, this is a retail
15 package, and one -- mail order box might be
16 a little bit less.  And if you have 50 feet,
17 could be a little bit more; 70 feet could be
18 a little bit more.
19     Q   And I know we discussed this
20 information regarding the pest repellers.
21 But regarding the animal repellers, some are
22 sold by Van Hauser and some are sold by
23 Emson, is that correct?
24     A   I believe so, yes.
25     Q   Similar to the pest repellers,

Page 91

1 and usually it does say distributed.  So, as
2 I mentioned, I usually -- usually the terminology
3 is distributed.  I don't recall why they
4 used the terminology manufactured here.
5     Q   Okay.  Thank you.  You can put
6 that aside.  I think I need another quick break.
7         (Brief break.)
8         MR. KOPEL:  I would like to ask
9     the court reporter to mark as
10     Exhibit 6 this action complaint in
11     this case.
12         (Thereupon, the Action
13     Complaint was marked Deposition
14     Exhibit 6 for Identification, as of
15     this date.)
16 BY MR. KOPEL:
17     Q   Mr. Mishan, do you have Exhibit 6?
18     A   Yes.
19     Q   Take your time to look through it
20 and let me know when you're ready for me to
21 ask my next question.  I'm ready now.
22     A   I told you, you know.  How many
23 pages is this one?  Close to 20 pages, you
24 know.  If at all, there was a relevant term -- do
25 you want me to read the whole thing?

Page 93

24 (Pages 90 - 93)

1   Q   No.
2       Have you seen this document
3   before?
4   A   Yes.
5   Q   What is it?
6   A   It looks like a complaint by
7   Joanna Hart.  And I think Amanda Parke, I
8   think she's no longer involved.  That's what
9   I see here.
10  Q   Can you please turn to page six?
11  A   Yes.
12  Q   Do you see pages six through
13  eight show images from a television commercial
14  for the Bell + Howell solar animal repellers?
15  A   Yes.
16  Q   Have you seen this commercial
17  before?
18  A   Yes.
19  Q   Were you involved in making the
20  commercial?
21  A   No.
22  Q   Who made the commercial?
23  A   Well, "made" is a relative term.
24  What do you mean by actually "made"?
25  Q   Okay.  So, who produced this

Page 94

1   commercial?
2   A   I'm not sure.  I don't get
3   involved in that.
4   Q   Was Intellitec involved in making
5   this commercial?
6   A   I don't believe so.
7   Q   Was BHH involved in making this
8   commercial?
9   A   I would say no.
10  Q   Was Emson involved in making this
11  commercial?
12  A   I would say no.
13  Q   Was Van Hauser involved in making
14  this commercial?
15  A   I believe Van Hauser, yes,
16  involved, for lack of a better term.
17  Q   Who at Van Hauser oversaw the
18  making of this commercial?
19      MR. WING:  Object to form.
20      THE WITNESS:  Well, Eddie
21  Mishan would be, for lack of a better
22  term, involved in having the
23  commercial produced, but they were
24  produced with an outside production
25  house.

Page 95

1   BY MR. KOPEL:
2   Q   Do you know who wrote the
3   commercial?
4   A   I believe the production house,
5   but I'm not sure.
6   Q   Do you know when it aired?
7   A   I don't remember the date.
8   Q   Do you know what channel it aired on?
9   A   Cable, I guess.  I don't know the
10  channels.  I don't get involved in that.
11  Q   Do you know whether anyone
12  searched for any documents or communications
13  utilized in making, writing, production, of
14  this commercial?
15  A   I don't know.  I don't get
16  involved in it.  As I mentioned, Eddie
17  Mishan gets involved with I guess their
18  production house, which they would make --
19  they would, whatever, make.  The production
20  house would probably write the script and
21  produce the commercial maybe.  I don't know
22  how they communicated.
23  Q   Would you consider this
24  commercial an advertisement?
25  A   Well, what's -- the definition of

Page 96

1   "advertising" is?
2   Q   I don't have a dictionary on me
3   right now.  I was just asking if you would
4   consider this commercial to fall within how
5   you define the word advertising.
6   A   Advertising, it's -- there's a
7   commercial showing it on -- showing the
8   product on TV and selling the product.  So,
9   I guess that would be deemed an
10  advertisement.
11  Q   Do you know whether sales
12  increased after this commercial was aired?
13  A   Well, customers would -- do I
14  know if it increased?  Advertise products,
15  any product on TV makes people aware of the
16  product.
17  Q   So you believe that sales
18  increased as a result of this commercial?
19  A   I don't -- I can't quantify, but
20  I would -- can't quantify.
21  Q   Well, you can't quantify, but you
22  believe that sales as a general matter
23  likely increased as a result of --
24  A   As a general matter, if you
25  advertise -- if you have an advertisement on

Page 97

25 (Pages 94 - 97)

1 TV, it would probably increase sales.
2     Q   Do you know -- do you have any
3 approximation of when this commercial aired?
4     A   I don't remember.
5     Q   Do you remember if it was before
6 or after the year 2013?
7     A   I think before 2013.
8     Q   Do you remember if it was before
9 or after 2010?
10    A   Maybe around 2010. I'm guesstimating.
11    Q   Do you know how many times it aired?
12    A   I wouldn't know that because I don't --
13 I'm not involved in that.
14    Q   Do you know what the costs were
15 either in producing the commercial or airing it?
16    A   No.
17    Q   Can you please turn to page 10? to
18 And to clarify, I'm actually -- I'm going to
19 reference paragraphs 28 and 29. 28 actually
20 begins on page nine.
21    A   Okay.
22    Q   Do you see these paragraphs
23 discuss a television segment, a news
24 television segment called Deal or Dud?
25    A   I see it.

Page 98

1     Q   Do you see that the Bell + Howell
2 solar animal repeller was featured on this
3 news segment?
4         MR. WING: Object to form.
5         THE WITNESS: It says that it
6     does here.
7 BY MR. KOPEL:
8     Q   When was the first time you
9 learned about this news segment?
10    A   I don't remember exactly.
11    Q   Did you know about this news
12 segment before or after the filing of this complaint?
13    A   I vaguely remember it. I'm not
14 sure exactly.
15    Q   Do you know whether anyone
16 contacted BHH, Emson or Van Hauser regarding
17 this news segment?
18    A   I don't know. Maybe they
19 contacted Eddie. This is their opinion.
20    Q   Well, you're not sure whether or
21 not the news team contacted any of those
22 three companies in connection with this news
23 segment.
24    A   I just said I'm not sure. As I
25 mentioned also, this is relative to their --

Page 99

1 what they determined. That's their
2 determination, but we have independent
3 studies.
4     Q   Do you know if anyone from any of
5 any of those -- from any of the three
6 companies provided the news team with the
7 independent studies you're referencing?
8     A   I'm not sure.
9     Q   To your knowledge, no one
10 searched for any communications or documents
11 in connection with this news segment, right?
12    A   Not to my knowledge.
13    Q   Do you know if anyone
14 investigated the cause of why it may not
15 have worked in this news segment?
16        MR. WING: Object for form.
17        THE WITNESS: Investigate why?
18    We have our own studies. Investigate
19    it for them? We have our studies.
20 BY MR. KOPEL:
21    Q   Do you see the photo under
22 paragraph 29?
23    A   Yes.
24    Q   And do you see it's a photo of a
25 raccoon standing right next to what appears

Page 100

1 to be a Bell + Howell solar animal repellant?
2     A   Well, it's a fuzzy picture. It
3 looks like -- I mean, it looks like a
4 raccoon. Looks like -- from what I see, it
5 looks -- I don't have -- you don't have the
6 exact picture of animal repeller, you don't
7 have the exact picture of the raccoon, but
8 it looks like you have it there.
9     Q   If, in fact, on this news segment
10 the Bell + Howell solar animal repeller
11 failed to repel a raccoon less than a foot
12 away, would you still classify that as their
13 opinion?
14    A   We have --
15        MR. WING: Object to form.
16        THE WITNESS: We have
17    independent studies on our product.
18 BY MR. KOPEL:
19    Q   My question --
20    A   That's -- that's what we're
21 working with. And again, this is about a
22 product nobody bought here.
23    Q   So, would you still classify it
24 as their opinion if the device failed to
25 repel a raccoon less than a foot away?

Page 101

26 (Pages 98 - 101)

1      MR. WING: Object to form.
2      THE WITNESS: They have their
3 opinion. I can take Tylenol, it
4 doesn't get rid of my headache. So, I
5 don't understand the question. We
6 have independent studies.
7 BY MR. KOPEL:
8      Q    Okay. And to your knowledge, no
9 one at any of the three companies
10 investigated why it did not work in this, or
11 purported to not work in this news segment?
12      A    We have our independent studies.
13 I don't know if there was an investigation
14 that a raccoon wasn't -- didn't repel.
15      Q    Please turn to paragraph one of
16 the complaint. You see paragraph one reads:
17 This is a class action lawsuit on behalf of
18 purchasers of Bell + Howell ultrasonic pest
19 repellers and Bell + Howell solar animal
20 repellers collectively, the repellers? Did
21 you see that?
22      A    I see that sentence.
23      Q    Do you see anywhere in here where
24 it limits the putative class to purchasers of solely
25 the Bell + Howell ultrasonic pest repellers
Page 102

1 Howell solar animal repellers collectively,
2 the repellers?
3      A    Okay.
4      Q    Okay. Paragraph one does not
5 read: This is a class action lawsuit on
6 behalf of purchasers of Bell + Howell
7 ultrasonic pest repellers with an extra
8 outlet and light, does it?
9      A    No, it doesn't say that.
10      Q    It says in general Bell + Howell
11 ultrasonic pest repellers, correct?
12      A    That's what it says.
13      Q    But you solely prepared for your
14 testimony to focus on the details
15 surrounding that one model, correct?
16      A    That was my focus, because that
17 was what was pictured and that's what --
18 that's what's pictured here.
19      Q    And you solely produced documents
20 pertaining to that one model, correct?
21      A    Correct.
22      MR. KOPEL: So, I'd like to ask
23 the court reporter to please mark as 7
24 website from Amazon.com for the
25 product Bell + Howell 50104 motion
Page 104

1 which contain an extra light and outlet?
2      A    I don't understand. Repeat your
3 question, please.
4      MR. KOPEL: Can you repeat the
5 question?
6      (Thereupon, the record was read
7 back by the reporter as recorded
8 above.)
9      THE WITNESS: I concentrated on
10 what was pictured in the complaint and
11 that's what I -- and I answered all
12 your questions beforehand, and I told
13 you on the solar animal panel, nobody
14 even bought the product, so -- but we
15 provided information to you.
16 BY MR. KOPEL:
17      Q    Okay. Can you please answer the
18 question that was asked?
19      A    I think the question was a little
20 too long for me to follow, to be honest with you.
21      Q    Okay. Please turn to paragraph
22 one of the complaint. Do you see that
23 paragraph one reads: This is a class action
24 lawsuit on behalf of purchasers of Bell +
25 Howell ultrasonic pest repellers and Bell +
Page 103

1      activated ultrasonic solar powered
2      with rechargeable batteries.
3      (Thereupon, the Amazon.com
4      Website for Product Bell + Howell
5      50104 was marked Deposition Exhibit 7
6      for Identification, as of this date.)
7 BY MR. KOPEL:
8      Q    Mr. Mishan, do you have Exhibit 7?
9      A    Yes.
10      Q    Do you recognize it?
11      A    It looks like -- do I recognize
12 it? It looks like a copy from Amazon for
13 the Bell + Howell 50104 motion activated
14 ultrasonic solar powered with rechargeable
15 batteries.
16      Q    Have you visited this web page before?
17      A    I don't know about this specific,
18 but I've searched from time to time.
19      Q    So you've searched for the animal
20 repeller device on Amazon before, correct?
21      A    I believe so. Three stars, 441
22 reviews.
23      Q    Does Van Hauser sell the devices
24 directly to Amazon?
25      A    I'm not sure. I believe it's
Page 105

27 (Pages 102 - 105)

1 through like a distributor and they, in
2 turn, would sell to Amazon, I believe.
3    Q   Okay. So, these orders are not
4 fulfilled by Emson or Van Hauser, correct?
5    A   Well, again, I'm not sure. It
6 could be through a distributor who, in turn,
7 would sell to Amazon, or maybe we sold to
8 Amazon, but I'm really not sure.
9    Q   So you don't know one way or the
10 other whether --
11    A   I'm not -- I'm not sure exactly.
12    Q   Just let me finish my question.
13    A   All right.
14    Q   You don't know one way or the
15 other whether Emson and Van Hauser dealt
16 directly with Amazon regarding this product?
17    A   I don't know if -- I don't know
18 if Van Hauser or Emson either sold it to
19 Amazon or sold to a third party who sold it
20 to Amazon.
21        Well, it says here, actually.
22 Ships from and sold by Amazon.com. I think
23 that sounds like they shipped it to Amazon;
24 they, in turn -- sounds like they are doing
25 the fulfillment. That's what it sounds like.
Page 106

1 mean, they send out?
2    Q   Do either Emson or Van Hauser
3 publicize or either -- or advise third parties of a
4 manufacturer's suggested retail price for
5 the animal --
6    A   Maybe --
7    Q   -- repellers?
8    A   We may have told them on -- maybe
9 told them on the phone that's the manufactured
10 suggested retail and then they sold it for
11 23.19, from what I see here.
12    Q   So, there is, in fact, a
13 manufacturer's suggested retail price for
14 this device, is that right?
15    A   I'm guessing. I don't know.
16        This thing, I mentioned -- you
17 asked me before. I said retail fluctuates
18 between 19.99 to 29.99.
19    Q   What's the retail pricing for the
20 pest repellers?
21    A   I believe retailed at, I believe,
22 around 19.99, 18.88, but the way -- you
23 know, then sometimes it could be on Amazon,
24 sometimes their -- their prices fluctuate.
25 Cost could be higher. I don't know.
Page 108

1    Q   Okay. And this retail price was, to
2 your knowledge, decided by Amazon or some --
3 some third party?
4    A   Yeah, Amazon, Amazon has their --
5 what they do.
6    Q   Do you know what the average
7 retail price for these devices is?
8    A   I think it fluctuates between
9 19.99 to 29.99, I believe.
10    Q   And where do you have that
11 information from?
12    A   Well, you asked me, and I think
13 it's that for retail. Well, it says here list price
14 29.99, so that gives me an indication. And
15 I believe it's 19.99, I believe, and over
16 here it says the price is 23.19.
17    Q   Who sets the list price?
18    A   I believe -- maybe on the
19 commercial it said 29.99, from what I recall,
20 so maybe that's how they have a list price.
21    Q   Does either Emson or Van Hauser
22 have -- send out manufacturer suggested pricing?
23    A   Sending out? I don't know what
24 you mean by sending. I don't even know --
25 what do you mean, sending out? What do you
Page 107

1    Q   Do you know whether there's a
2 manufacturer's suggested retail price for
3 the pest repellers?
4    A   No. Not in my head, no.
5    Q   There might be, but --
6    A   There could be.
7    Q   -- you don't know, right?
8    A   There could be. I don't know.
9    Q   Before you mentioned that there
10 were 441 customer reviews, correct?
11    A   Uh-huh, yes.
12    Q   Why did you bring that up?
13    A   Just looking. Then I mentioned
14 three stars, from what I see here.
15    Q   Okay. So that's on page three of
16 the document, right?
17    A   I don't know. I see the front,
18 it looks like three stars.
19    Q   Oh, okay. Can you please turn to
20 page three of the document?
21    A   Okay.
22    Q   For the record, this document is
23 not -- not -- the pages are not numbered.
24    A   Okay.
25    Q   But I'm referring to the third
Page 109

28 (Pages 106 - 109)

1 page of the document.
2     A   Okay.
3     Q   See at the bottom of this page it
4 says "customer reviews"?
5     A   Yes.
6     Q   It says "441"?
7     A   Uh-huh.
8     Q   Do you see that 46 percent of
9 reviewers gave the product one star?
10     A   And I see that 21 percent gave
11 five stars and 13 percent gave four star and
12 11 percent gave three star, so I see all of them.
13     Q   Right.  And nine percent gave two
14 stars, correct?
15     A   I see you have it before you, so
16 you see all the percentages there.
17     Q   Have you ever reviewed or looked
18 at customer reviews on Amazon for either the
19 animal repellers or the pest repellers?
20     A   If I glance from time to time,
21 but not in detail.
22     Q   See the first review here is
23 titled defective or fraudulent or both?
24     A   I see it says that, but, again, I
25 see 21 percent of the people.  21 percent of

1     A   Where are you?  I'm sorry.
2     Q   That's fine.  It's in the first paragraph.
3     A   On page what?
4     Q   Four -- four lines from the bottom.
5     A   Okay, I see that.
6         Did you print out also the -- all
7 the positive ones, or are you just looking
8 at the ones that you want to produce with a
9 one star?  Where are my five star and four
10 star?  Did you print those out for me, too,
11 so I could comment on them?
12     Q   Well, in general, I am here to
13 ask you questions.  However, I will
14 represent to you that this is -- this is
15 exactly the page as it appears when you hit
16 print from Amazon.com.
17     A   Well, you could also print --
18 then you could also, from my understanding,
19 print them all.  So, you could print what
20 you're looking for.  If you want to look --
21 if you want to see all, then, from my
22 understanding, you could keep on going.
23     Q   Do you have any reason to doubt
24 my representation that this is an exact
25 printout of this product's page on Amazon.com?

1 441, that's a good amount.  And 30 percent
2 have four stars.  So some people gave a
3 great rating and some people, as you see
4 here, gave it not great ratings.  They're both --
5     Q   Okay.  And --
6     A   Like any product.
7     Q   The majority, the majority of
8 reviewers gave it either one star or two
9 star, correct?
10     A   The majority -- well, the
11 majority is 55 percent, but then -- then the
12 other 45 percent gave five star, four star
13 and three star.  So it looks like a lot of
14 customers did like it.  And maybe there's
15 other areas that they liked as well.
16     Q   You see the first review is a
17 verified purchase written by someone named
18 Larry Deemer?
19     A   Where is that?  I'm sorry.
20     Q   It's the first review.
21     A   Okay.
22     Q   Do you see on the next page, his
23 review reads: I heard nothing coming from
24 the unit's voice box and neither did the
25 domestic animals, three dogs" --

1     A   No, but I'm seeing also five
2 star.  "Take it from a farmer, they work.
3 The motion detectors do work.  No coons in
4 my corn this year."
5         "Take it from" -- I'm looking at
6 a five-star review.  "Take it from a farmer,
7 they work.  The motion detectors do work.
8 No coons in my corn this year."  No coons,
9 C-O-O-N-S, in my -- I don't know, this is --
10         So you were asking me about a
11 customer didn't like it.  I'm reading to you
12 a customer who obviously did like it.  So
13 it's relative to the consumer.
14     Q   Okay.  So you see that the
15 first -- you see the first review gave a one
16 star and says that animals had no reaction
17 whatsoever?
18         MR. WING:  Object to form,
19 foundation.
20         THE WITNESS:  These are
21 customer reviews.  I have my three --
22 I told you, I have my independent
23 third party, and where we said there's
24 people have -- some people wrote
25 certain type of reviews, positive or

```
 1      negative. I'm sure you could find on
 2   Amazon almost -- many, many products
 3   that have reviews all over the board.
 4 BY MR. KOPEL:
 5      Q   Are you done?
 6      A   I guess for now.
 7      Q   Okay. My question was: Do you
 8 see that language there?
 9      A   Which language?
10         MR. WING: Same objection.
11         THE WITNESS: Which language?
12 BY MR. KOPEL:
13      Q   The first review, so it's on the
14 next page. This would be page four of the
15 document, in all caps, Mr. Deemer says the
16 animals had no reaction whatsoever to the
17 products. Do you see that language?
18         MR. WING: Object to form,
19      foundation.
20         THE WITNESS: All right. But I
21      have my independent -- yeah, that's
22      what he writes, but we have our
23      independent studies and we have
24      positive reviews, too.
25 BY MR. KOPEL:
```

```
 1      Q   Does it concern you that the
 2   majority of consumers on Amazon.com give the
 3   product either one star or two stars?
 4         MR. WING: Object to form.
 5         THE WITNESS: These are Amazon
 6      reviews. Maybe there's other reviews
 7      that they give more. I don't know.
 8 BY MR. KOPEL:
 9      Q   Does it concern you that the
10 majority of reviewers, the majority of the
11 441 reviewers on Amazon, gave the product
12 either one star or two stars?
13      A   You have 55 --
14         MR. WING: Same objection.
15         THE WITNESS: You have
16      55 percent gave two stars or one star,
17      and you have 45 percent that gave
18      five, four or three. So many people
19      are satisfied.
20 BY MR. KOPEL:
21      Q   Does it concern you?
22      A   I don't know what you mean by
23 concern. What do you mean by concern?
24      Q   You don't know what the word
25 "concern" means?
```

```
 1      A   Well, I know that I see
 2   45 percent of the people do -- are happy
 3   with the product. I don't know if -- I
 4   don't know how he did everything here. I
 5   didn't read it, if he used it correctly or whatnot.
 6      Q   Mr. Mishan, I'm -- I don't want
 7   to fight with you, I just want to ask you to
 8   please focus on the questions that I am
 9   asking and try to answer them without adding
10 additional commentary.
11         Does it concern you --
12      A   Okay. I'll do the best I can.
13      Q   Thank you, I appreciate it. And
14 again, I'm not trying to start up here. I'm
15 just -- the way a deposition works is I ask
16 questions and you give answers to it.
17      A   I do the best I can.
18      Q   Does it concern you that the
19 majority of the 441 reviewers gave the
20 product either one star or two stars?
21      A   Does 55 percent concern me? I
22 have 45 percent that are -- seem to be happy
23 with the product.
24      Q   So it does not concern you?
25      A   Concern is a relative term. I
```

```
 1 have my independent studies and I have that.
 2 I don't know -- concern, I don't know how to
 3 really quantify what's concerning, but do I
 4 always want to make products always, you
 5 know, improve better? Would I rather have
 6 everybody have five-star reviews? It's
 7 relative. It's not -- you know, this is
 8 what -- this is what we have right here.
 9         Concern me? I don't know how to
10 answer the question, I'm sorry -- -
11      Q   Do you have any --
12      A   I'll answer to the best of my ability.
13      Q   Sorry. Are you done?
14      A   I think so.
15      Q   Okay. Do you have any
16 understanding of why so many purchasers had
17 a bad experience with the product, notwithstanding
18 your third-party testing?
19         MR. WING: Object to form of
20      the question.
21         THE WITNESS: We have also
22      45 percent of the people were happy with it.
23         Do I know why? No, I didn't
24      analyze each one of these reviews.
25      Maybe they didn't work -- maybe they
```

1    didn't use it correctly. I don't know
2    what the weather conditions are. I
3    don't know. I don't know the
4    conditions that they used it under.
5        So, I have a good amount of
6    people that did like it; strong amount
7    of people did like it; some people
8    didn't like it also. We had both.
9    BY MR. KOPEL:
10   Q   Did you or anyone else at either
11   Emson, Van Hauser or BHH, do anything to
12   address the fact that so many consumers were
13   dissatisfied with the product?
14       MR. WING: Object to form,
15   foundation.
16       THE WITNESS: You asked me
17   about did I see this document, I said,
18   you know, I've seen from time to time.
19       So, you're showing me right now
20   and saying did I address -- the
21   product, a lot of people are satisfied
22   with the product. Some people, as you
23   have here, people are satisfied; some
24   people are not satisfied. So, we have
25   both here.

Page 118

1    BY MR. KOPEL:
2    Q   My question was: Did you or
3    anyone else at either Emson or Van Hauser do
4    anything to address the fact that so many
5    consumers were dissatisfied with the product?
6        MR. WING: Same objection.
7        THE WITNESS: Well, you're
8    showing this to me now. So what I
9    said, from time to time I looked at
10   the site, and we -- you know, we have
11   our product. We did the independent
12   testing. And we -- you know, we go
13   forward accordingly.
14   BY MR. KOPEL:
15   Q   Mr. Mishan, I'm going to ask you
16   to please try to focus carefully on what my
17   question was and answer that question.
18   A   I'll do the best I can.
19       MR. KOPEL: Can you please read
20   back the question?
21       (Thereupon, the record was read
22   back by the reporter as recorded
23   above.)
24       THE WITNESS: You are saying so
25   many, it's relative. I mean, did we

Page 119

1    do what? What's his question?
2    I told you, it's relative. You
3    have -- many people have -- so what's
4    his question? He wants to know did we
5    address what?
6        MR. WING: She can't interpret
7    his question.
8        THE WITNESS: I can't
9    interpret. I can't interpret. You
10   know, it's vague. It's too vague for me.
11   BY MR. KOPEL:
12   Q   Okay. Do you see here -- this is
13   a yes or no question. Do you see that 55
14   percent of reviewers gave the product either
15   one star or two stars? Do you see that?
16   A   I see that. I see 45 percent
17   gave five, four and three.
18   Q   Okay. And so would you agree
19   that 55 percent of 441 is approximately 243?
20   A   I don't know. I don't have my
21   calculator like you just calculated.
22   Whatever quantities, 55 percent of 441, and
23   then you have 45 percent of 441 is the other
24   figure. You have a calculator, I don't.
25   Q   The question is -- and you

Page 120

1    visited this site before and read the
2    reviews, correct?
3        MR. WING: Object to form,
4    misstates his testimony.
5        THE WITNESS: You asked the
6    question. Sorry?
7        MR. WING: I was just objecting.
8        THE WITNESS: You asked me, I
9    said I looked, I've gone through it
10   from time to time. And you asked me
11   if I read reviews from time to time, and I've
12   read a few reviews here and there.
13   BY MR. KOPEL:
14   Q   Did anyone at the company do
15   anything to address the negative reviews?
16   A   As I mentioned --
17   Q   Yes or no.
18   A   Who says where -- you're saying
19   of the negative reviews that you've printed
20   out. When was it printed out? I don't
21   know. I don't know when it was printed out.
22   There's no date on it, so --
23   Q   The document was printed out this
24   morning. I can represent that to you.
25   A   Okay. So you asked me if anyone

Page 121

31 (Pages 118 - 121)

1 did anything to address reviews that you
2 printed out this morning?
3    Q   Do you see that the first review
4 is from November 17, 2010?
5    A   I see that, yes.
6    Q   And it says that's one star,
7 "defective or fraudulent or both," correct?
8    A   Yes.  I'd say also you have other
9 reviews that are -- most of them are probably very,
10 very early, too, and positive.
11   Q   Do you see the second review is
12 from August 21, 2010, one star, Bell + Howell
13 animal repeller, bad news?  Do you see that?
14   A   I see that.  But as I mentioned,
15 you only printed one page.  Print out all 441.
16   Q   Do you see the third review is
17 one star, save your money, on August 20,
18 2010?  Do you see that?
19   A   Yes, I see that.  It's not a
20 problem.  Let me see also all the positive
21 reviews.  That's what I mean by not a problem.
22       You're printing out and you asked
23 me questions on the negative.  Show me the
24 positive.  Show me the whole picture.
25   Q   The question is very simple.
Page 122

1       Did anyone at any of the
2 companies do anything to address the
3 negative reviews?  If the answer is no, that
4 is fine.
5    A   I don't know whether we got -- I
6 don't know if when they saw this or they saw
7 it or whatnot, that they would start addressing or
8 whatnot, so...
9    Q   So, to your knowledge, no one did
10 anything to address anything, correct?
11   A   Like I stated, I don't know
12 what -- to the point that they saw it to
13 address it, to make a comment.  So that's my
14 answer.  So that's the best way I can answer
15 the question to the best of my ability.
16   Q   Do you have any hypothesis or
17 explanation for why so many people had bad
18 experiences with the product?
19       MR. WING:  Object to form.
20       THE WITNESS:  I don't know
21 how -- they way they use the product.
22 I don't know if they used it appropriately,
23 I don't know if they used it correctly.
24       I know over here you have --
25 and these are reviews that are relative.
Page 123

1    You have also 45 percent that said it
2 was positive.  So, I don't know.
3 BY MR. KOPEL:
4    Q   You can set that aside.
5        MR. KOPEL:  I am going to ask
6 the court reporter to mark as Exhibit
7 Number 8 document bearing Bates
8 numbers BHH LLC.000308 to 330.
9        (Thereupon, the Document
10 bearing Bates numbers BHH LLC.000308
11 to 330 was marked Deposition Exhibit 8
12 for Identification, as of this date.)
13 BY MR. KOPEL:
14   Q   Mr. Mishan, do you have Exhibit
15 Number 8?
16   A   Yes.
17   Q   Have you seen it before?
18   A   Yes.
19   Q   What is it?
20   A   Looks like a report of sales.
21   Q   Sales of what?
22   A   Of the 50105.
23   Q   Does that refer solely to sales
24 of the Bell + Howell ultrasonic pest repellers with
25 the outlet and the light?
Page 124

1    A   Correct.
2    Q   And it does not include any sales
3 regarding other varieties of the Bell + Howell
4 ultrasonic pest repellers, correct?
5    A   Correct.
6    Q   Who prepared this document?
7    A   I believe the computer department.
8    Q   Was this document produced as the
9 information is kept in the ordinary course of
10 business, or was it prepared for litigation purposes?
11   A   I believe if you ask for, you
12 know, sales here for the product for a
13 certain period of time to another period of
14 time, I believe it would be produced as such.
15   Q   To your knowledge, are all the
16 parties to whom either Emson or Van Hauser
17 sold these units, are all those entities listed in
18 this document?
19   A   From what I see, looks like it.
20   Q   To your knowledge, are there any
21 sales of these units made between June 20th,
22 2011, and November 6th, 2015, that are not
23 in this document?
24   A   I'm sorry, what was -- I'm not
25 understanding the question.  I'm sorry.
Page 125

32 (Pages 122 - 125)

1   Q   That's fine.
2       MR. KOPEL:  Can you repeat
3   that, please?
4       (Thereupon, the record was read
5   back by the reporter as recorded
6   above.)
7       THE WITNESS:  I believe this is
8   complete.
9  BY MR. KOPEL:
10  Q   Does BHH, Emson or Van Hauser,
11  collect any data regarding retail sales of
12  the ultrasonic pest repellers?
13  A   What do you mean when you're
14  saying retail sales?  Are you meaning sales
15  by the retailer?
16  Q   Correct.
17  A   Not from my knowledge.
18  Q   Do they utilize any data from
19  either IRI or Nielsen, for example?
20  A   That I don't know.
21  Q   Who would know the answer to that
22  question?
23  A   I'm not -- I have heard of Nielsen.
24  Nielsen?
25  Q   Nielsen --

Page 126

1   A   Nielsen, I heard of Nielsen
2   ratings.  And what's the other one?
3   Q   IRI.
4   A   I don't even know who IRI.  What
5   does that stand for?  I don't even know what it is.
6   Q   Information Research, Inc.
7   A   Okay.
8   Q   Who would know the answer to that
9   question?
10  A   So your question is, were we --
11  what are IRI, initials, or Nielsen, what?
12  What's the question?  I'm sorry, repeat the
13  question.
14  Q   That's fine.
15      To your knowledge, does either
16  BHH, Emson or Van Hauser utilize data for
17  retail sales from data aggregation companies
18  such as IRI or Nielsen?
19  A   I'm not sure.
20  Q   Who would know the answer to that
21  question?
22  A   Maybe Eddie or Steven.
23  Q   I would like to refer you to the
24  last page of this document, please, at page
25  bears the Bates number BHH LLC.000330.

Page 127

1   A   Yes.
2   Q   Do you know whether this page was
3   prepared for litigation purposes?
4   A   I believe it was.
5   Q   Do you know specifically who
6   prepared this page?
7   A   I think the computer department.
8   Q   Do you know who in the computer
9   department prepared this page?
10  A   I don't know if it was -- it
11  could have been either a person from the
12  computer department or just maybe one of the
13  secretaries who took the numbers here and
14  "cumed" them, cumulative.
15  Q   Did you instruct them to do so?
16  A   They did it on -- I'm not sure.
17  Maybe -- maybe Eddie did, so we have it all
18  on one sheet.
19  Q   Was June 20th, 2011, the first
20  date on which these units were sold?
21  A   I'm not sure, but I believe.  I
22  believe so.  I'm not sure, but I believe so.
23  Q   Was this sheet prepared on
24  November 6th of 2015?
25  A   I don't know exactly what date.

Page 128

1   I mean, it says here printed November 6th,
2   2015.  So, if she prepared this paper that
3   same day or the next day, because they're
4   busy, could be all around that time period.
5   Q   I'm sorry, could you refer me to
6   where you're reading that it says printed on
7   November 6th, 2015?
8   A   329, document 329.
9   Q   Okay.  But that's not listed on
10  the last page of the document, right?
11  A   No, but it says sales from
12  June 20th, 2011, through November 6th, 2015.
13  So, it looks like she coordinated -- when
14  she gave a cumulative, she coordinated from
15  the reports and put that information into
16  one summary page.
17  Q   Now, on page 330, the last page
18  of this document, there is a column that is
19  titled DIV.  What does DIV stand for?
20  A   I think division.
21  Q   Okay.  And does VA stand for Van
22  Hauser?
23  A   Yes.
24  Q   And EM stands for Emson?
25  A   Yes.  They use the term in a

Page 129

33 (Pages 126 - 129)

1 division, even if it's a separate entity, but just
2 on this computer that's the way they have it. Like
3 it says DV throughout the other documents.
4    Q    Does the accounting department
5 from Van Hauser do the books for both BHH
6 and Emson?
7    A    Accounting department for Van --
8 accounting department has to keep each
9 company separate. Van Hauser, Emson, BHH,
10 we explained before was, you know, a
11 licensing, whatever, or authorizing that,
12 authorizing, given permission to use the
13 Bell + Howell brand.
14    Q    And it's the same department that
15 does the books for all three companies, right?
16    A    I believe so.
17    Q    And the department is employed by
18 Van Hauser, correct?
19    A    No. The department, as I
20 mentioned before you asked, was -- employer
21 is really Emson, and then you have how many
22 times Van Hauser would use Emson employees.
23    Q    Okay. But Emson is the one who
24 pays their paychecks, correct?
25    A    Emson would pay the paychecks to

Page 130

1    Q    Do the three entities maintain
2 distinct bank accounts?
3    A    I believe so.
4    Q    Do any of the entities ever make
5 loans to any of the other entities?
6    A    Could be, but I don't get involved in
7 that.
8    Q    Who would know that?
9    A    More Eddie or Steven.
10    Q    How do returns come back to
11 either Van Hauser or Emson?
12    A    I think they would return it
13 to -- maybe they would return it to the
14 store, and then the stores would return it
15 back to Emson or Van Hauser, depending what
16 you -- as we described, the Van Hauser,
17 Emson, we described that before. So, the
18 returns would be going back in the same
19 fashion, Emson product or whatever, Emson
20 billing or Van Hauser billing.
21    Q    Do any of the returns come from
22 individual consumers?
23    A    I believe that the majority is from
24 retailers, but they could be also -- also from
25 consumers, could be.

Page 132

1 the employees.
2    Q    Does either Van Hauser or BHH pay
3 money to Emson on account of its accountants
4 doing their books?
5    A    Sorry, say it again. I'm sorry,
6 repeat that.
7    Q    Does either BHH or Van Hauser pay
8 money to Emson as payment for Emson's
9 accountants doing their books for them?
10    A    Well, it's not accountants. It's
11 employees of Emson. I'm not sure my
12 brothers -- my brothers, Eddie and Steven,
13 will get involved if there is any, you know,
14 usage of, you know, for of the Emson
15 employees, you know, for Van -- for work
16 done for Van Hauser, if there's any
17 compensation. You asked me that before.
18    Q    Well, I'm referring solely to the
19 accounting services now. So, you are saying --
20    A    I don't know. It could be if
21 they're employed, it could be that there's -- you
22 know, that Emson would -- you know, Van
23 Hauser using the employees. It could be.
24 I'm not sure. Could be in the accounting,
25 the accounting department.

Page 131

1        I mean, this document I'm seeing
2 here, this is usually a -- you know, usually
3 the consumer would say they bought it from
4 XYZ retailer, they would, in turn, return it
5 back to XYZ retailer, and the XYZ retailer
6 would send back product to Emson and Van
7 Hauser like we described.
8    Q    To your knowledge, have any
9 individual consumers ever returned products
10 directly to Emson or Van Hauser?
11    A    Maybe for TV orders, because they
12 would return it -- you know, those are more
13 direct consumer sales, so therefore they
14 would return back the product to -- you
15 know, to that entity; as compared to when
16 you sell to a retailer, the consumer
17 would -- if you bought a product from a
18 retailer, you would usually send it back to
19 the retailer, and the retailer would then,
20 in turn, send it back to the distributor of
21 that product.
22    Q    I want to clarify something. Are
23 there -- and we will take a break very shortly.
24        MR. WING: No, no, I've got --
25 I want to ask a quick question. This

Page 133

34 (Pages 130 - 133)

```
 1      is the ultrasonic, just so we are clear.
 2          THE WITNESS: Oh, yeah, yeah,
 3      yeah.  So we're clear, yeah.  So this,
 4      actually, there was no TV on this.  So
 5      I'm just thinking about the other
 6      product.  Thank you for the clarity.
 7          This, I would say, they would
 8      return back from -- as I say, would
 9      return back to the retailer, and the
10      retailer, in turn, returns it back to us.
11  BY MR. KOPEL:
12      Q   Do you know if anyone looked
13  into, for purposes of the litigation, whether there
14  are any documents or communications
15  regarding individual -- refunds given to
16  individual consumers or complaints made by
17  individual consumers to either Emson or Van
18  Hauser?
19      A   Too long of a question.  Please
20  repeat which points you want to really focus on.
21      Q   Sure.
22      A   Go ahead.
23      Q   Do you know whether anyone
24  searched for documents or communications
25  evidencing any refunds paid to individual
```
Page 134

```
 1  consumers by either Emson or Van Hauser?
 2      A   I don't know if there were
 3  individual -- you know, pest repellers, just
 4  because I mentioned they go back to the
 5  retailers, the retailers would, in turn,
 6  send it to us.  So I don't know if there's
 7  any individual -- I don't know if there's
 8  anything to research on that regard.
 9      Q   Do you know whether anyone looked
10  into whether or not there were consumer complaints
11  made from individual consumers regarding
12  this product to either Emson or Van Hauser?
13      A   Has anyone looked into?  I don't
14  know -- what do you mean, looked into?  Looked into
15  what?  Looked into that we got -- that you're saying
16  we allegedly received complaints?  As I mentioned,
17  they returned it back to the store.  The store, in
18  turn, returns it back to us.
19      Q   Okay.  So, to clarify, I mean
20  looked into searched for communications or
21  documents for purposes of this litigation.
22  Has anyone done that to see whether or not
23  there have been complaints made by
24  individuals regarding this product to either
25  Emson or Van Hauser?
```
Page 135

```
 1      A   We have -- we have what's
 2  provided over here in regards to you, you know,
 3  the returns.  I mean, I'm not sure what else
 4  you're referring to.
 5          MR. KOPEL:  Let's go off the
 6      record, please.
 7          (Thereupon, a discussion was
 8      held off the record.)
 9          MR. KOPEL:  I'd like to ask the
10      court reporter to mark as Exhibit 9
11      document bearing Bates numbers BHH
12      LLC.000331 to 361.
13          (Thereupon, the Document
14      bearing Bates numbers BHH LLC.000331
15      to 361 was marked Deposition Exhibit 9
16      for Identification, as of this date.)
17  BY MR. KOPEL:
18      Q   Mr. Mishan, do you have Exhibit
19  Number 9?
20      A   Yes.
21      Q   Have you seen it before?
22      A   Yes.
23      Q   What is it?
24      A   Sales report for 50104.
25      Q   That's referring to solar animal
```
Page 136

```
 1  repellers, correct?
 2      A   Yes.
 3      Q   Okay.  Which variety of solar
 4  animal repellers does that refer to?
 5      A   The 30 foot.
 6      Q   This doesn't include any sales
 7  regarding 50 feet or 70 feet strobe light
 8  model, any nonsolar models, correct?
 9      A   Correct.
10      Q   This is not including direct
11  sales, correct?
12      A   Do you mean direct sales to
13  consumers?
14      Q   Correct.
15      A   Correct.
16      Q   Who prepared this document?
17      A   Can't we just say the same like
18  we said before?  It's up to you.
19      Q   Please answer my question.
20      A   Oh, computer department.
21      Q   Please turn to the last page of
22  the document bearing Bates number BHH
23  LLC.000362.
24      A   Uh-huh.
25      Q   Do you see at the top it says
```
Page 137

35 (Pages 134 - 137)

1 Bell + Howell ultrasonic pest repeller returns?
2    A   Yes.
3    Q   Is that correct, or is this
4 referring to animal repeller returns?
5    A   Animal repeller.  She typed
6 incorrectly the description.  She wrote
7 animal repeller.
8    Q   On the bottom half of the page it
9 says Bell + Howell ultrasonic pest repeller
10 sales; that should also read animal
11 repeller, correct?
12    A   That's correct.
13    Q   Now, why -- who makes direct
14 sales of the animal repellers?  Does Emson
15 make it or Van Hauser or both?
16    A   When you're saying direct
17 sales meaning?
18    Q   To consumers.
19    A   To consumers.  Well, it would be
20 under Van Hauser, but -- I would assume it
21 is under Van Hauser.
22    Q   Has Van Hauser received returns
23 of the direct sales, units sold by direct sales?
24    A   Well, the fulfillment house would
25 receive returns and it could be returns of
Page 138

1    Q   Does the money paid from the
2 direct sales, does that first go to the fulfillment
3 house before it reaches Van Hauser?
4    A   I don't know if it goes through a
5 payment company.  I don't know if -- I don't
6 know exactly.  They would call the telephone
7 number and they would give their credit card
8 number over the phone, and then I don't know
9 if the fulfillment house takes the money or
10 whatever, processes the payment, or a payment
11 processor could be another third party.
12    Q   Does Van Hauser ship units to the
13 fulfillment house as they're ordered or do
14 they send them in regular quantities?
15    A   They would ship merchandise.
16 Merchandise would be purchased from
17 overseas, received in the warehouse, in the
18 fulfillment house, and they, in turn, would
19 ship -- for those orders referring to direct
20 sales would ship to individual consumers.
21    Q   Does Van Hauser have its own
22 warehouses?
23    A   No.
24    Q   Who owns the warehouses?
25    A   Third party.
Page 140

1 many times unopened packages or whatnot.
2    Q   So, when we say direct sales to
3 consumers, it's not really direct, because
4 there's a fulfillment house, correct?
5    A   It's direct sales to consumers
6 because it is shipped directly to consumers.
7    Q   So what role does the fulfillment
8 house play in these sales?
9    A   They fulfill direct sales to the
10 consumer.
11    Q   Who makes the actual direct sales
12 to consumers?  Does Van Hauser make them?
13       MR. WING:  Object to form.
14       THE WITNESS:  Well, examples is
15    TV commercial, and consumers would
16    purchase and merchandise would be
17    shipped to them.
18 BY MR. KOPEL:
19    Q   Who do they pay the money to?
20       MR. WING:  Object to form.  At
21    what point?
22       THE WITNESS:  I don't --
23    eventually get to Van Hauser, but I
24    don't know.  Call the telephone number, so...
25 BY MR. KOPEL:
Page 139

1    Q   Who is the third party?
2    A   Well, you have -- Fosdick is one
3 of the fulfillment houses that we use.
4    Q   Please spell that.
5    A   F-O-S-D-I, I think it's D-I-C-K.
6    Q   Anyone else?
7    A   That's for direct sales.  I
8 believe that's it.
9    Q   What about for the other sales?
10    A   I believe different warehouses.
11    Q   Who owns those warehouses?
12    A   Those individual entities own
13 their own, their own warehouses.
14    Q   Are the animal repellers stored
15 at the same locations as the pest repellers?
16    A   I believe the warehouses where we
17 store for the nondirect sales that are
18 shipping to retailers, et cetera, I believe
19 that's usually one warehouse location.  And
20 then Fosdick won't do direct sales, but
21 sometimes from time to time you could have
22 Fosdick also doing shipping to the direct
23 sales or shipping to a retailer, so it could
24 be both.
25    Q   In the course of direct sales,
Page 141

36 (Pages 138 - 141)

1 does Van Hauser have any direct transactions
2 either to or from individual consumers?
3     A    Sorry, say it again.
4     Q    In the course of the direct sales
5 of the animal repellers, does Van Hauser
6 have any transactions either to or from
7 individual consumers?
8     A    No. As I mentioned, they would
9 call via a telephone number, then they get
10 the orders, and then they would transmit the
11 orders to Fosdick, and then Fosdick would
12 ship to individual consumers, so it's -- that's the
13 train.
14    Q    Do the telephone operators work
15 for Fosdick?
16    A    No. I believe it's a separate
17 third party.
18    Q    Do you know if they have scripts
19 from which they read when they are speaking
20 to consumers?
21    A    They probably do.
22    Q    Do you know if you or anyone else
23 from Van Hauser has ever been sent copies of
24 these scripts?
25    A    Not myself.

Page 142

1 fulfillment house and not directly to Van
2 Hauser, correct?
3     A    Yes, correct. That's what I
4 believe.
5     Q    The date range reflected in this
6 document, Exhibit Number 9, begins on June
7 20th of 2011, correct?
8     A    Yes.
9     Q    Is that the date these units were
10 first sold?
11    A    You asked me that before. I'm
12 not sure. May have been sold before, as
13 well. I'm not sure.
14    Q    I asked you before with regards
15 to the best repellers, right?
16    A    Yeah, but you asked me also
17 before originally in regard to animal
18 repellers, too.
19    Q    Who chose this date to be the
20 starting range for this document?
21    A    That's what my attorney mentioned
22 to me, that the date that was the -- I
23 forget the terminology used, the class date.
24 I don't recall what it is.
25    Q    Okay, thanks. You can set that

Page 144

1     Q    Do you know whether they have
2 been sent to anyone else at Van Hauser?
3     A    I don't know. Maybe Eddie, he's
4 involved in TV, direct sales.
5     Q    Do you know if he would have had
6 any role in the writing of these scripts?
7     A    I believe the telemarketers,
8 people taking phone calls, I believe they
9 write scripts.
10    Q    Does Van Hauser have a list of
11 individual consumers who purchased animal
12 repellers through direct sales?
13    A    I believe that the telemarketers
14 and the fulfillment house has the, you know,
15 individual consumers that purchase.
16    Q    So that information was never
17 given to Van Hauser?
18    A    I don't know.
19    Q    Who knows?
20    A    Maybe Eddie, but I think it's
21 more the process is that they take the phone
22 call, as I mentioned, and fulfillment is
23 done by a fulfillment house.
24    Q    Even the returns made through
25 direct sales are still made through the

Page 143

1 aside.
2     A    Okay. Do you mind? I just want
3 to check, because someone is dinging me a lot.
4           MR. KOPEL: Let's go off the
5     record for a minute.
6           (Thereupon, a discussion was
7     held off the record.)
8           MR. KOPEL: I would like to ask
9     the court reporter to please mark as
10    Exhibit Number 10 document bearing
11    Bates number BHH LLC.000363.
12          (Thereupon, the Document
13    bearing Bates numbers BHH LLC.000331
14    to 361 was marked Deposition
15    Exhibit 10 for Identification, as of
16    this date.)
17 BY MR. KOPEL:
18    Q    Mr. Emson, do you have Exhibit
19 Number 10?
20    A    Yes.
21    Q    Have you seen it before?
22    A    Yes.
23    Q    What is it?
24    A    Looks like a -- this is a
25 document regarding the direct sales.

Page 145

37 (Pages 142 - 145)

Page 146

```
 1    Q   Direct sales of what?
 2    A   The animal -- the solar animal
 3  repeller.
 4    Q   Does this document reflect direct
 5  sales of all models for the solar animal
 6  repeller or is it limited to one model?
 7    A   This is -- from my understanding,
 8  it's is limited to the 50104, the one model,
 9  from my understanding.
10    Q   Is that reflected anywhere in
11  this document?
12    A   It says animal repeller, but she
13  just titled it like that, but it's -- this is --
14  would be for the solar animal repeller.
15    Q   When you say "she," who do you
16  mean?
17    A   I am guessing Eddie's assistant,
18  like I mentioned -- I believe I mentioned
19  before, one of the people when they do a
20  document as such.
21    Q   What's her name?
22    A   I think her name is Shermattie,
23  S-H-E-R-M-A-T-T-I-E.
24    Q   Who asked her to prepare this document?
25    A   I believe Eddie.
```

Page 147

```
 1    Q   When was this document prepared?
 2    A   Looks like around that date or
 3  subsequent to the date of November 6th time period.
 4    Q   Are you familiar with the website
 5  BellHowellPestRepeller.com?
 6    A   BellHowellPestRepeller.com? I
 7  remember there was another entity that
 8  wasn't us. Maybe that's the one.
 9    Q   And what do you mean by that?
10    A   Exactly what I said.
11    Q   There's another entity that --
12    A   Not us.
13        No. In other words, someone
14  could have a site Bell + Howell pest
15  repeller, so I don't think that's us.
16    Q   The direct sales are all taken
17  over the phone, is that correct?
18    A   I believe taken over the phone.
19  I don't know, maybe some people might, you
20  know, mail in something, you never know, if
21  they don't want to give their -- if they
22  don't want to do it over the phone, they may
23  want to send it in the mail. But I think --
24  well, actually, maybe from the phone. I
25  don't know. Maybe from a website. I don't
```

Page 148

```
 1  know.
 2    Q   Well, that was my question.
 3        Do you know if the direct sales
 4  are made through a website?
 5    A   I think this is, from my
 6  understanding, is a combination of whether
 7  by phone or by website.
 8    Q   What's the website?
 9    A   I think it's -- it's either BH
10  Animal -- I don't know if it's AnimalRepeller.com.
11  I think we had AnimalOff, because it's just
12  easy for people to remember.
13    Q   Dot-com?
14    A   Yeah, I believe so.
15    Q   Who drafted the content that's on
16  those websites?
17    A   I think the company who does like
18  third party that does websites.
19    Q   Did they run it by anybody at Van
20  Hauser before it was posted?
21    A   I don't know. Maybe Eddie. I
22  don't know.
23    Q   What's the name of the company
24  that does sales by website?
25    A   I'm not sure for this product.
```

Page 149

```
 1  I'm not sure.
 2    Q   Does the same website also offer
 3  pest repellers for sale?
 4    A   No, we don't. No, we don't, no.
 5    Q   Why are animal repellers offered
 6  for sale, but not pest repellers, directly to
 7  consumers?
 8    A   Because we made a TV commercial
 9  for animal repellers or had it produced for
10  solar animal repellers.
11    Q   Okay. Why wasn't a TV commercial
12  made for pest repellers?
13    A   I don't have to make a TV
14  commercial on every item.
15        MR. KOPEL: I'll ask the court
16    reporter to please mark as Exhibit 11
17    a document bearing Bates number BHH
18    LLC.000364 to 379.
19        (Thereupon, the Document
20    bearing Bates number BHH LLC.000364 to
21    379 was marked Deposition Exhibit 11
22    for Identification, as of this date.)
23  BY MR. KOPEL:
24    Q   Mr. Mishan, do you have Exhibit
25  Number 11?
```

38 (Pages 146 - 149)

1    A    Yes.
2    Q    Have you seen it before?
3    A    Can I look through the whole thing?
4    Q    Take your time.
5    A    Do you want me to read the whole
6 thing?
7    Q    No.  My only question is:  Have
8 you seen this document before?
9    A    Yes.
10    Q    What is it?
11    A    It's a third-party testing report
12 from CTS for the solar animal repeller.
13    Q    Who commissioned this test?
14    A    Intellitec.
15    Q    Who paid for this test?
16    A    Intellitec.
17    Q    Did Intellitec discuss the
18 commissioning of this test with you or
19 anybody else at BHH, Van Hauser or Emson?
20    A    Yes.
21    Q    Was it discussed before the test
22 was commissioned?
23    A    Yes.
24    Q    When was that?
25    A    I don't remember exactly.

Page 150

1    Q    Who was a party to these
2 conversations?
3    A    Just me and Debbie from Intellitec.
4    Q    Were these conversations had over
5 the phone?
6    A    Yes.
7    Q    Were there any communications by
8 e-mail regarding this topic?
9    A    Not that I recall.
10    Q    What did you discuss?
11    A    To do additional testing on the
12 solar animal repeller.
13    Q    Why did you think additional
14 testing was needed?
15    A    Additional testing is always good
16 to do, same way I have two testings on the
17 pest repeller.
18    Q    Did you test any other version of
19 the solar animal repeller other than 50104?
20    A    Not that I know of.  Maybe.  I
21 don't know.
22    Q    Did you discuss the litigation
23 with Debbie?
24    A    I'm trying to remember.  Don't
25 know the details.

Page 151

1    Q    Did the litigation play a role in
2 your decision to suggest the commission of
3 this test?
4    A    We always like to get additional
5 testing.  Like I have two tests on the other
6 product, so I have two tests on this.  Maybe
7 we will get more testing also.
8    Q    So, is that a yes or a no?
9    A    Additional testing.  I don't know
10 how to answer the question.  Additional
11 testing, to have additional testing on the
12 pest repeller.  It's always good to have
13 additional testing, no?
14    Q    Is Intellitec indemnifying BHH,
15 Van Hauser or Emson, for litigation costs or
16 any judgment or settlement in this action?
17    A    No.
18    Q    Who spoke with Jason Lee?
19        I will direct you, on page one of
20 15 here it says -- by address, it says
21 contact Jason Lee.
22    A    I guess, I believe, it looks like
23 he works for Debbie.
24    Q    Is Debbie located in China?
25    A    She has locations actually in the

Page 152

1 United States and China.
2    Q    Do you know what Mr. Lee's
3 position is?
4    A    No.  Looks like she works for
5 him -- that he works for her, sorry.
6    Q    Who decided what the protocol
7 would be for this test?
8    A    Could have been CTS, it could
9 have been Intellitec.
10    Q    Did you play any role in determining
11 what the protocol would be?
12    A    No.  She just says sometimes, you
13 know, you have all the different animals, so
14 they have to get -- you know, hard to get
15 the animals, go find a skunk.
16    Q    We'll get to that in a minute.
17    A    All right.
18    Q    I'm still on page one.
19        Did you discuss the protocol of
20 this test with Debbie before it was run?
21    A    All I told her is, you know,
22 let's try to get -- yeah, she needed to get
23 representations with either squirrel,
24 rabbit, et cetera.  So if that's considered
25 discussions, yeah, there were discussions.

Page 153

39 (Pages 150 - 153)

1    Q    Do you see on the first page it
2 says "tested by Kate"?
3    A    No.
4    Q    Bottom of page one of 15, there
5 are three signatures, and on the --
6    A    Tested by Kate, reviewed by
7 somebody else and approved by another
8 person. Now, that's the engineer. I don't
9 know. Maybe she has whole team. I don't
10 know.
11    Q    Do you know who Kate is?
12    A    No.
13    Q    Do you know what her last name is?
14    A    No.
15    Q    Do you know what her qualifications are?
16    A    It says engineer here. You can
17 look up CTS and see their qualification.
18    Q    Okay. So, do you know what
19 Kate's qualifications are?
20    A    It says here engineer.
21    Q    Beyond the fact that her title is
22 engineer, do you know anything else about
23 her qualifications?
24    A    No. We work with -- no, I didn't
25 commission -- Intellitec commissioned with

Page 154

1 CTS, which is an independent third-party
2 lab, that they have their people that work
3 for them.
4    Q    And can you read the names of the
5 supervisor or deputy manager?
6    A    Well, one says Kate, the other
7 one says -- looks like -- I'm not sure. I can't read
8 their script. The other one looks like maybe it says
9 Tim Young. But there's an engineer, supervisor,
10 deputy manager. It looks like they all work
11 for CTS, a company, a third-party independent lab.
12    Q    Where did CTS get these animals
13 from?
14    A    That I do not know. You could
15 ask them.
16       Looks like there's pictures of
17 animals here.
18    Q    They might have been domesticated
19 animals, right?
20       MR. WING: Object to form.
21       THE WITNESS: I don't know. Do
22    you have a domesticated squirrel?
23    Never heard of a domesticated
24    squirrel. Rabbit could be. Skunk, I
25    don't know anyone, people whose has

Page 155

1    domesticated skunks. Rat? I don't
2    think so. Raccoon, pretty dangerous.
3       So, I don't know. Domestic,
4    you know, there's wild animals, there's
5    domesticated. Stray dog? Well...
6 BY MR. KOPEL:
7    Q    Are you done with your --
8    A    Let me see.
9    Q    I don't want to cut you off.
10    A    No, that's fine.
11       Deer? I don't know anyone who
12 had deer, so I don't know if these are -- if
13 any of these are really, you know, domesticated,
14 but they -- maybe they got them from zoos.
15 I think that's the way they do it.
16    Q    Do you see any indication here in
17 this report of where these animals came from
18 and whether or not they were wild or captive
19 animals?
20    A    I can't tell from here. If it
21 repels, it repels. Whether it was a caged
22 animal or was a -- one that you grab from
23 the wild. I'm not understanding what your
24 question is, I'm sorry.
25    Q    My question is simply: Can you

Page 156

1 tell from the report any indication whether
2 these animals were wild or captive?
3    A    Wild or captive?
4    Q    Yes.
5    A    No, I can't tell.
6    Q    Would you agree that captive
7 animals sometimes show different behavior
8 characteristics than wild animals do?
9    A    I don't know.
10       MR. WING: Object to the form,
11    foundation.
12       THE WITNESS: I don't know.
13    Maybe it's -- maybe they're more
14    comfortable, so if they get repelled
15    it's even better. I don't know.
16 BY MR. KOPEL:
17    Q    So, you don't know if they --
18 wild animals tend to behave the same or
19 different as captive animals, right?
20       MR. WING: Same objection.
21       THE WITNESS: That I don't know.
22    As I said, maybe the captive
23    ones are more comfortable, so if
24    they're repelled it's even better.
25 BY MR. KOPEL:

Page 157

40 (Pages 154 - 157)

1    Q   Please turn to page three of 15.
2 What does this diagram show?
3    A   Looks like showing the repeller
4 and you have -- it shows amount of feet.
5 It's an illustration, motion sensor coverage.
6    Q   Were these animals placed into an
7 enclosed area of 70 feet by 70 feet?
8    A   I didn't study this report, you
9 know, after to know that.  I'm looking at the
10 pictures.  It maybe somewhat looks like that.
11    I don't know.  I can't tell.  I'm
12 not sure if it's enclosed.  I really can't tell.
13    Q   Can you explain to me how this
14 experiment was done in regards to each animal?
15    A   I don't know.  Let's read it
16 together.  It says they placed the sample of
17 the 50104 -- oh, I'm sorry.  I'm going to
18 read the test method here.
19    Q   Please just identify where you're
20 reading from.
21    A   Two of 15.  Placed -- test
22 method: "Placed a sample 50104 B & H solar
23 animal repeller on the stake.
24    Two, turn on the sample.
25    Three, recorded motion sensor

Page 158

1 coverage distance.
2    Four, watched reaction of animals
3 when the sensors scan the animals (speaker
4 work).
5    Five, record the reaction of the
6 animals and the distance from the sample to
7 animals."  So, that's -- looks like the protocol.
8    Q   Do you know whether each animal
9 was released by itself in the course of this
10 experiment into the area?
11    A   What do you mean, released?  I
12 mean, they had to measure, I guess, the
13 30 feet, so maybe they placed it there.
14    Q   Was the device turned on?  Do you
15 have any idea if the device was turned on
16 first or the animal was there first?
17    A   It said place the sample on the
18 stake, turn on the sample.  I don't know
19 what they did what -- what they did when,
20 but, from my understanding, maybe they
21 had -- they positioned the animal at the
22 distance, maybe they turned on -- turned it
23 on and then see what occurred with the
24 animal thereafter.  That's my understanding.
25    Q   Do you see any indication of how

Page 159

1 long they left the sample on for -- they
2 left the animal repeller on for each test?
3    A   No, but I do see a consistency
4 of:  stopped a while, then walked away;
5 looked shocked, then ran away; stopped a
6 while, then ran away.
7    Oh, I'm sorry.  I'm seeing a
8 consistency, sorry.  Stopped a while, then
9 walked away; looked shocked, then ran away;
10 stopped a while, then ran away, et cetera,
11 et cetera.  That's what I'm seeing here.
12 I'm sorry.
13    Q   Do you see any indication of
14 whether they studied if an animal approached
15 more than once or what an animal did for any
16 given length of time?
17    A   I'm sorry, please say that again.
18 You want to know -- what's your question?
19    (Thereupon, the record was read
20    back by the reporter as recorded
21    above.)
22    THE WITNESS:  It seems like
23    they -- from what I'm gathering here,
24    they turned it on, the animal is a
25    certain distance, and then went away,

Page 160

1    walked away, ran away, et cetera.
2 BY MR. KOPEL:
3    Q   So, it is your understanding that
4 what they did here was they turned on a
5 device and they let an animal approach at
6 one time, and then they saw how the animal
7 acted when it approached on that one occasion?
8    MR. WING:  Object to form,
9    foundation.
10    THE WITNESS:  I'm not sure if
11    it's one time, I'm not sure if it's several
12    times.  I don't know.
13 BY MR. KOPEL:
14    Q   Do you see any indication from
15 this test that proves that the device could
16 keep an animal away from an area for any
17 sustained length of time?
18    A   Well, if it --
19    MR. WING:  Object to form,
20    foundation.
21    THE WITNESS:  If it was there
22    and then it turned on at a certain
23    distance and it walked away or ran
24    away, it seems like it was bothering
25    them to leave.

Page 161

41 (Pages 158 - 161)

1 BY MR. KOPEL:
2    Q   But they never once record what
3 happens next, right?
4          MR. WING: Object to form.
5          THE WITNESS: I don't know.
6      Maybe they ran away.  That's it.
7 BY MR. KOPEL:
8    Q   Can you please describe what a
9 raccoon looks like when it's shocked?
10         MR. WING: Object to form,
11     foundation.
12         THE WITNESS: Let's see.  Maybe
13     it looked like -- as a person looked
14     like he's in shock.  Maybe it just
15     looked like it stopped in its tracks,
16     then walked away.  That's what I would
17     interpret the word shocked.  Would you?
18 BY MR. KOPEL:
19   Q   Do you think humans are really
20 able to tell if a rat is shocked or scared?
21         MR. WING: Object to form.
22         THE WITNESS: You could ask CTS
23     that question.  This is the way they -- they
24     analyzed it.
25 BY MR. KOPEL:

*Page 162*

1          MR. WING: Object to form,
2      foundation.
3          THE WITNESS: Not that I see
4      here.
5 BY MR. KOPEL:
6    Q   We don't know what the results
7 would have been like if they had simply put
8 a cardboard box there, do we?
9    A   I don't know.  Do you think
10 you're going to -- they all ran away and
11 they walked away, so now you want to know
12 it's all going to -- ran away or walk away
13 if you put a cardboard box?  I don't know
14 what the likelihood of that is.
15 BY MR. KOPEL:
16   Q   Was there any food present in
17 this test?
18   A   I have to look.
19         MR. WING: Object to foundation.
20         THE WITNESS: It doesn't say.
21 BY MR. KOPEL:
22   Q   So, this test does not show how
23 animals would react if there was an incentive to go
24 to a certain area such as food, correct?
25   A   You're asking if they had --

*Page 164*

1    Q   What's the difference between a
2 shocked rat and a scared rat?
3          MR. WING: Object to form,
4      foundation.
5          THE WITNESS: I don't know.
6      Shocked, we could look it up, you
7      know, in the dictionary.  Maybe
8      shocked means it sounds like it
9      stopped in its tracks and scared,
10     maybe it started to scurry and then
11     walked, that's what that would --
12     maybe it means that.  But I see a
13     consistency that they either ran away
14     or walked away or left.
15 BY MR. KOPEL:
16   Q   Do you see any indication that a
17 control testing was done?
18   A   The testing that I see is that
19 they had the animal at a certain distance,
20 they turned the solar animal repeller on and
21 then it ran away or walked away.  And I see
22 consistently throughout every animal here.
23   Q   They only ever tested with the
24 solar animal repeller; they never tested
25 with any other object, correct?

*Page 163*

1          MR. WING: Object to
2      foundation.
3          THE WITNESS: -- food in an
4      area that it's going to go towards
5      there?  You want to ask if there's a --
6      it's a male rat and there's a female
7      rate on the side?  I mean, I don't
8      understand the question.
9 BY MR. KOPEL:
10   Q   Would you agree that one of the
11 uses many consumers purchased animal
12 repellers for is to keep animals away from
13 their gardens?
14   A   Yes.
15   Q   A reason for that is because they
16 don't want the animals eating their plants, right?
17   A   Maybe they don't want them going
18 through the garbage; maybe they don't want
19 the animal near them.
20   Q   When an animal goes through
21 garbage, it's usually looking for food, right?
22   A   I think so.
23   Q   Okay.  Please look at pages eight
24 through 15 and let me know if you see any
25 indication that there was any food or plants

*Page 165*

42 (Pages 162 - 165)

1 at all in the testing area.
2    A   Not that I see. As I mentioned,
3 they may just not want the animal around. I
4 don't think people like skunks around or rats.
5    Q   Do you have Exhibit 5? Where is
6 Exhibit 5? That's the packaging.
7         MR. WING: Here.
8         MR. KOPEL: Thank you, Scott.
9 BY MR. KOPEL:
10   Q   Please look at page four of 15.
11   A   Okay.
12   Q   Do you see in the second entry it
13 says raccoon looked shocked, then walked away?
14   A   Okay.
15   Q   See the next entry says raccoon
16 looks scared, then ran away?
17   A   Okay.
18   Q   The next entry says the raccoon
19 stopped a while and then walked away?
20   A   Okay.
21   Q   Do we have any indication of how
22 long the raccoon stayed in the vicinity for
23 any of these entries?
24   A   I don't know the amount of time.
25 I don't see it here. They could be short,

Page 166

1 distinction between super speaker and any
2 other type of product?
3    A   I don't know. I would think they
4 would use the same throughout.
5    Q   Did counsel have any role in
6 creating the protocol for those tests?
7    A   Who? Counsel?
8    Q   Yes.
9    A   No.
10   Q   Okay, thanks. You can put that
11 aside.
12   A   Go off the record for one second?
13        (Thereupon, a discussion was
14 held off the record.)
15        MR. KOPEL: Back on.
16        I ask the court reporter to
17 please mark as Exhibit Number 12 a
18 document bearing Bates number BHH
19 LLC.000298 to 304.
20        (Thereupon, the Document
21 bearing Bates number BHH LLC.000364 to
22 379 was marked Deposition Exhibit 12
23 for Identification, as of this date.)
24 BY MR. KOPEL:
25   Q   Mr. Mishan, before we get to

Page 168

1 except for the last one says stopped a
2 while; but the other one's shocked that
3 walked away. Sounds quick to me. Looks
4 scared, then ran away. Sounds quick to me.
5 Stopped a few seconds before that, that
6 tells me a few seconds, whatever.
7    Q   Do you know if these tests were
8 recorded by video?
9    A   I don't know.
10   Q   Do you think it's a very
11 scientific way to record things, to say that
12 a rat looked shocked and walked away?
13        MR. WING: Object to form.
14        THE WITNESS: You could ask CTS.
15 BY MR. KOPEL:
16   Q   Please look at page six of 15.
17 Now, in the two charts here by the product
18 description, there is parentheses after the
19 product name that says super speaker. Do
20 you see that?
21   A   Yes.
22   Q   And that's not present for any of
23 the other tests, right?
24   A   Maybe it was just a typo.
25   Q   So, you don't know of any

Page 167

1 Exhibit Number 12, I actually had one more
2 question I wanted to ask you about Exhibit
3 Number 11. Do you still have that handy?
4    A   Yes.
5    Q   Do you see any indication that
6 any of these tests lasted for more than one
7 day each?
8    A   Could be, but it doesn't state.
9    Q   Do you see on page four or five
10 it says test date at the top, 2016-01-06?
11   A   Yes.
12   Q   And then page five of 15, these
13 tests appear to have been conducted this
14 next day, right, on 2016-01-07?
15   A   That's what it says.
16   Q   On page six, these tests appear
17 to have been conducted the next day, right?
18   A   That's what it looks like.
19   Q   So it appears from the documents
20 that these tests were -- none of these tests
21 could have lasted more than one day, right?
22   A   I don't know. That's --
23        MR. WING: Object to
24 foundation.
25        THE WITNESS: I'm not sure. I

Page 169

43 (Pages 166 - 169)

1    mean, that's what it looks like.
2    Maybe they did it several times during
3    the day.  I don't know.  I don't know.
4 BY MR. KOPEL:
5    Q    Okay.  Turning to Exhibit 12, please.
6    A    Okay.
7    Q    Do you have Exhibit 12?
8    A    Yes.
9    Q    Have you seen it before?
10   A    Yes.
11   Q    What is it?
12   A    It says efficacy test report,
13 SGS -- oh, sorry, efficacy test report, Bell +
14 Howell animal repellant, efficacy test report, SGS.
15   Q    Who commissioned this report?
16   A    Intellitec.
17   Q    Please take a look at the second
18 page of this document.
19   A    Uh-huh.
20   Q    Do you see it says at the top
21 here Van Hauser, 230 Fifth Avenue?
22   A    Yes, but she may have just put
23 that name there.
24   Q    Okay.  But Intellitec paid for
25 this report?

Page 170

1    foundation.
2         THE WITNESS:  I don't know.  I
3    can see that they -- you know, certain
4    animals like we mentioned, skunk, rat,
5    mouse, raccoon, et cetera, and they
6    did their -- had their test procedure
7    like we stated beforehand on the other one.
8 BY MR. KOPEL:
9    Q    But you don't see any tests done
10 without use of a Bell + Howell solar animal
11 repeller, correct?
12   A    Like a box --
13        MR. WING:  Object to form.
14        THE WITNESS:  Like a box you
15   described before?  No, I don't see
16   that comparison.
17 BY MR. KOPEL:
18   Q    Please look at page 299, bearing
19 Bates number 299.
20   A    Okay.
21   Q    This describes a test performed
22 using one skunk, correct?
23   A    That's what it seems like.
24   Q    And it looks from the test
25 procedure listed on this page that the

Page 172

1    A    Yes.
2    Q    Who wrote the protocol for this
3 report?
4    A    I believe between Intellitec and
5 SGS.
6    Q    Did you or anyone at Van Hauser
7 have any role in writing the protocol for this
8 report?
9    A    No.
10   Q    Did you have any communications
11 about the protocol before the report was
12 commissioned?
13   A    On this one, no.
14   Q    Do you know why this report was
15 commissioned?
16   A    To do the test report on animal
17 repeller.
18   Q    This report was, in all
19 likelihood, run on the animal repellers that
20 had solely ultrasonic sound waves, but not
21 sonic sound waves, correct?
22   A    I believe so.
23   Q    Do you see any indication in this
24 document that SGS ran any controls testing?
25        MR. WING:  Object to form,

Page 171

1 animal repeller was turned on and then they
2 let an animal walk towards it, into the
3 coverage range, and recorded the reaction.
4    A    That's what it seems to say.
5    Q    And it looks like the repeller
6 was left on for two days, right, May 13th to
7 May 15th of 2010?
8    A    I don't know.  It looks like
9 that's the testing period, but you have --
10 this is the general testing period for skunk --
11   Q    Oh, I see.
12   A    -- rats and mice, et cetera.
13   Q    I see.
14        So, the indication from this
15 document is that the test that was run was
16 they let an animal walk towards the coverage
17 range one time, and they recorded what they
18 observed, correct?
19   A    I don't know about --
20        MR. WING:  Object to form.
21        THE WITNESS:  I don't know
22   about the amount of time, because it
23   doesn't state.
24 BY MR. KOPEL:
25   Q    But they only -- there's only a

Page 173

44 (Pages 170 - 173)

1 report here of what happened one time, right?
2    A   It seems like it, unless you have
3 the same -- mimicked the same type of
4 reaction each time. I don't know.
5    Q   Do we -- did they give any
6 indication of how big the coverage area was
7 here?
8        It appears that the skunk test
9 occurred in a zoo, right?
10    A   Well, it says test location,
11 Wanpi World Safari Zoo of Taiwan. I guess,
12 as I mentioned, it's not easy to get skunks.
13 Did a coverage range, it says, and record
14 their reactions. Okay.
15    Q   Please look at page 300, so I
16 believe that's the --
17    A   Well, actually --
18    Q   -- third page of --
19    A   Can I continue?
20    Q   Yes, please go ahead.
21    A   303, I know it says that this --
22 well, about 30 feet and 70 degrees, so maybe
23 that's -- SGS, that's from a 2008 report.
24 So maybe they're using the same range,
25 because that's 2008; the other one is 2010.

Page 174

1 So perhaps that gives you an indication
2 about the distance, just to clarify.
3    Q   Okay. And that's talking about
4 the coverage range of the device, right?
5    A   Looks to me. And it mentions on
6 the other one, also, the last page, too.
7    Q   We don't -- but the animal wasn't
8 in an enclosed area. It was in a zoo.
9    A   I don't know. It says --
10    Q   It was in a zoo, right?
11    A   -- zoo.
12        You could have a zoo with a very,
13 very big -- I've been to the -- been to the
14 Bronx Zoo?
15    Q   Right.
16    A   Huge.
17    Q   So we don't know how big or small
18 it was, right?
19    A   Well, it says a zoo. Could be
20 very big. We -- maybe you can Google Wanpi
21 World Safari Zoo and see how big it is.
22    Q   See here on page 300, it says the
23 skunk walked into the testing area, stopped
24 for a while and walked away?
25    A   Yes, that's what it says.

Page 175

1    Q   We don't know how far the skunk
2 went into the testing area, right?
3    A   Well, as I mentioned, this is a
4 2010, it looks like the -- like the -- from
5 2008, it stated about 30 feet and 70 degree,
6 and stated that -- the other ones. And so
7 then they were able to get skunk, which is
8 not easy to obtain.
9        Oh, sorry. Look below, same
10 report. I apologize. No, this is saying when LED
11 illuminates -- oh, I'm sorry. I apologize.
12        On 300, it says on the same
13 report, which has the skunk up top, et
14 cetera, note the distance and angle when LED
15 illuminates, about 30 feet, 70 degrees. So
16 it looks like you do have the distance there.
17 BY MR. KOPEL:
18    Q   Right. So you have the distance
19 of the coverage rate for the unit, right?
20    A   It says over here that this is an
21 angle, it looks like that's where they tested from.
22    Q   Well, we don't know how far into
23 that area the skunk went, right?
24    A   Well, if that's the testing range
25 and they're saying that it had a reaction

Page 176

1 within that testing range, that is the
2 testing range.
3    Q   Right. So it might have been on
4 the outer end of that testing range, and it
5 might have been on the closer end of that
6 testing range. We don't know. Isn't that correct?
7    A   Well, if they're testing -- seems
8 like they're testing for -- you know, from a
9 distance, you would assume that it's at the
10 30-foot distance.
11    Q   Okay. And you don't see any data
12 that supports that assumption, do you?
13    A   Why would they mention 30 feet
14 and 70 degrees? Why would they mention that
15 if they wouldn't test for that range? So I would
16 assume it's that. That's a good assumption.
17    Q   When we see a skunk walk into the
18 testing area, we don't know if was 20 feet
19 away or five feet away, right?
20    A   As I mentioned, why would they
21 state the 30 feet and 70 degrees? So you
22 can make a deduction what you like, but I
23 think that's pretty -- pretty conclusive
24 that that's what it would be.
25    Q   Is not the 30 feet and 70 degree

Page 177

45 (Pages 174 - 177)

1 the specifications for the coverage rate on
2 this model? Isn't that what that's referring to?
3     A    That's the specifications, but I
4 would assume if they do a test, they would
5 do the test for that distance.
6     Q    You think that they instructed
7 the animal to stand at exactly that distance?
8     A    You saw the other report over
9 there when it showed 29.8 feet, 29.9 feet,
10 30 feet, whatever it is. So the same way
11 they had their study over there, similar
12 fashion they had the study over here. I
13 don't know if they whispered in the animal's
14 ear or not.
15     Q    Okay. So we don't know how close
16 it came. You don't see any --
17     A    I didn't say that.
18     Q    -- any number here that tells you
19 how close the animal --
20     A    I didn't say that. I'm reading
21 it says about 30 feet, 70 degrees, so I'm
22 assuming that's what it was.
23     Q    And that's just by sheer
24 coincidence, the same exact specifications
25 that the model has?
                                        Page 178

1 I don't know if they're testing 30 feet in
2 every aspect of that 70 degree, but that's
3 the range of the -- I would assume the range
4 of the ultrasonic sound that would, in turn,
5 repel the animal.
6     Q    Let's move to rats and mice also
7 on this page. It looks like they tested two
8 of each of these animals, correct?
9     A    That's what it looks like.
10    Q    And this test was done indoors, right?
11    A    I don't know. Let me see.
12    Q    See, it says test condition right
13 under -- right under the chart that describes the
14 rats and mice, it says test condition,
15 inside temperature?
16    A    Inside temperature, that's what
17 it looks like. It looks they did this one like that.
18          Let me see. Inside temperature.
19 Looks like it. Okay.
20    Q    Wouldn't you agree that whether
21 this test is done indoors or outdoors, it
22 plays a significant role?
23    A    You asked me before if the animal
24 repel -- some animal repel will repel
25 indoors and outdoors. I said if the person
                                        Page 180

1          MR. WING: Object to form.
2          THE WITNESS: No. That's what
3 they're testing for. They're testing for what
4 the -- what's stated, 30 feet. So there's no
5 coincidence. That's what they told
6 them to test it for.
7 BY MR. KOPEL:
8     Q    Why would --
9     A    That's what it looks like.
10    Q    I'm sorry.
11    A    That's what it looks like.
12 They're testing for that amount of distance.
13 That's what it looks like the communication
14 probably was between Intellitec and SGS to
15 test for that distance. That's why it's stated.
16    Q    Do you understand that 70 degrees
17 is talking about a range, not where something is
18 standing?
19    A    Range like this.
20    Q    Right.
21    A    It's a range on a -- right.
22    Q    Do you think the skunk filled up
23 the entire 70-degree range?
24    A    They're telling you the range. I
25 don't know. If they're testing for 30 feet,
                                        Page 179

1 has maybe a squirrel inside the house, they
2 want it to work in both. If there were rats
3 and mice, many times you don't want them in
4 your house.
5     Q    So you think some people might be
6 buying this product for use indoors?
7     A    Could be.
8          MR. WING: Object to form.
9          THE WITNESS: I don't know.
10 Could be.
11 BY MR. KOPEL:
12    Q    All right. You see here rat
13 number one stopped moving, became watchful
14 and moved forward?
15    A    Yes.
16    Q    Can you explain to me what it
17 means that a rat became watchful?
18    A    I don't know.
19          MR. WING: Object to form, foundation.
20          THE WITNESS: This could be,
21 you know, maybe they had it originally
22 in Chinese. I don't know. They translate it.
23 Could be.
24 BY MR. KOPEL:
25    Q    Do you see any indication that
                                        Page 181

46 (Pages 178 - 181)

1 there was any use of food or any other
2 plants in the course of this testing?
3      To clarify, they're asking that
4 question with regards to the entire Exhibit 12.
5   A   It doesn't state about it. Not
6 that I see. Okay.
7      MR. KOPEL: I would like to ask
8   the court reporter to please mark as
9   Exhibit Number 13 a document bearing
10  Bates number BHH LLC.000001 to 69.
11     (Thereupon, the document
12  bearing Bates number BHH LLC.000001 to
13  69 was marked Deposition Exhibit 13
14  for Identification, as of this date.)
15 BY MR. KOPEL:
16  Q   Do you have Exhibit Number 13?
17  A   Yes.
18  Q   Have you seen it before?
19  A   Let me look at it.
20  Q   Okay. The question is: Have you
21 seen it before?
22  A   Yes.
23  Q   What is it?
24  A   It says Bell + Howell ultrasonic
25 pest report, efficacy test report. You have

Page 182

1   A   I think they discussed between
2 Intellitec and SGS, and Intellitec and Intertek.
3   Q   Did Van Hauser or Emson have any
4 role in writing the protocol for these reports?
5   A   Emson or who?
6   Q   Emson or Van Hauser.
7   A   No.
8   Q   See on page one of 17 it says from
9 individual, first name M-E-I, second name L-V?
10  A   That's what it says.
11  Q   Do you know who she is?
12  A   I don't know if it's a he or a she.
13  Q   Do you know who this individual is?
14  A   No. It says -- it looks like they work
15 for SGS, because the e-mail is MeiLvSGS.com.
16  Q   Okay. Do you know what their
17 qualifications are?
18  A   No, but it's a pretty substantial
19 company; looks like this person works for them.
20  Q   Okay. I'm going to have two
21 questions, and for each of them you might
22 want to look through the reports, so I'm
23 going ask them to you both at once in the
24 interest of time.
25  A   Okay.

Page 184

1 two third-party labs.
2      So you have SGS efficacy test
3 report: mice/rat. Then it has SGS test
4 result explanation: mice/rat.
5      SGS efficacy test report:
6 spiders, ants, roaches. SGS test result
7 explanation: spiders, ants, roaches.
8      Our third-party lab, I think that
9 over 130 years.
10     Intertek efficacy test report:
11 mice/rat. Intertek result explanation:
12 mice/rat.
13     Intertek efficacy test report:
14 spiders, ants, roaches. Intertek result
15 explanation: spiders, ants, roaches.
16     I think Intertek's -- I think
17 that's 138 years that they do for Kraft and
18 Unilever, multibillion-dollar companies they
19 do testing for. I think one's 18 billion
20 and the other one is like $50 billion
21 companies. Okay, I'm here.
22  Q   Who commissioned these reports?
23  A   Intellitec.
24  Q   Who wrote the protocol for these
25 reports?

Page 183

1   Q   Okay. The two questions are: Do
2 you see any indication that any control
3 studies were run?
4      My second question is: Were any
5 studies run for a period which had a
6 duration of longer than seven days?
7      MR. WING: Object to form and
8   foundation.
9      THE WITNESS: Well, in regards
10  to a control study, I mean, again,
11  that's a relative term.
12     From my recollection, it was --
13  there was a pest repeller in one
14  chamber and a lack of pest repeller in
15  another chamber. So if you want to
16  call that a control study, I believe
17  it is an indication.
18     And what was your other
19  question? Oh, I think it was total
20  actually of 11 days; two days with the
21  pest repellers totally turned off,
22  they found that they were equally in
23  both chambers. Then for seven days,
24  approximately equal in each chamber.
25     And then for seven days it was

Page 185

47 (Pages 182 - 185)

1 turned on, and they were
2 predominantly -- very, very much
3 predominantly into the chamber where
4 the pest repeller was not.
5     And then the -- then the last
6 two days they switched it off and then
7 it went back to equal amounts. So,
8 therefore, proving that pest repellers
9 are effective.
10 BY MR. KOPEL:
11     Q   And in each of these tests, the
12 pest repellers were on for 11 days, correct,
13 for -- excuse me, for seven days, correct?
14     A   That's what I just described, two
15 days off, seven days on, two days off.
16     Q   Are you aware of any testing
17 which measures the efficacy --
18     A   Efficacy. Efficacy.
19     Q   -- of either the animal repellers
20 or the test repellers?
21     A   Repeat the question, I'm sorry.
22 Sorry to interrupt.
23     Q   Okay, sure. Are you aware of any
24 testing which measures the efficacy of either the
25 animal repellers or the pest repellers when

1 you had there, there was certain quantity, I
2 don't recall in my head; but I don't have
3 the approximate outside of what was produced
4 in the document.
5     Q   Right. And that document only
6 reflected one variety of the --
7     A   Correct.
8     Q   -- of animal repellers.
9     A   Yeah was -- yeah, correct.
10 That's the prime -- to my recollection,
11 that's like the primary.
12     Q   Okay. How about the pest
13 repellers? Do you know approximately what
14 the total sales for all varieties were?
15     A   No.
16     Q   Do you know if the model with the
17 light and the outlet, do you know if that's
18 like the best selling model?
19     A   I don't know if it's the best
20 selling. As I mentioned, there were seven
21 or eight different, you know, versions, so
22 I'm not sure if that was the best selling.
23     Q   To your knowledge, has Van Hauser
24 or Emson sold either the pest repellers or
25 the animal repellers to any retailers

1 used for a duration of longer than seven days?
2     A   This study -- two studies, two
3 separate studies, did it for two days off,
4 seven days on, two days off. So that's two
5 independent studies, so that's what's
6 indicated over here. That's the duration of
7 the study.
8     Q   Are you aware of any studies
9 which examine the efficacy of either the
10 pest repellers or the animal repellers when
11 used for a longer duration than one week?
12     A   Not that I'm familiar with.
13     Q   Okay.
14     MR. KOPEL: Let's go off the
15 record, please.
16     (Thereupon, a discussion was
17 held off the record.)
18 BY MR. MISHAN:
19     Q   Mr. Mishan, I just have a few
20 more questions.
21     A   Okay.
22     Q   Do you have any estimate of the
23 approximate total sales for all versions of
24 the animal repellers since 2011?
25     A   No. I mean, from the document

1 outside of the United States?
2     A   I think both, I mean more than
3 primarily. 99 percent, 90 percent, something, in the
4 United States.
5     Q   Do you know of any sales outside
6 the United States?
7     A   Maybe some shipped to Canada at
8 one point, maybe a small quantity. I don't know.
9     Q   But, is that speculation or do
10 you have a memory of shipping some to Canada?
11     A   No. I'm saying maybe, maybe some
12 shipped to Canada. I think primarily,
13 primarily it's the United States. Could be.
14     Q   Would you have documents
15 reflecting whether any were shipped to Canada?
16     A   They would be in the documents
17 there.
18     Q   What retailer would be located in
19 Canada?
20     A   I'm trying to remember. I don't
21 recall, but if it was anything, I think it was very
22 small, from my recollection. What does
23 United States have to do with Canada?
24     Q   Are there presently commercials
25 being run advertising the animal repellers?

1    A    I don't think any longer, no.
2    Q    Were there other commercials run
3 other than the one that's like depicted in
4 the complaint in this action?
5    A    I think that was -- I think that's the
6 only one.
7    Q    Mr. Mishan, thank you for your
8 time. I am going to be suspending my
9 questioning of you at this time. However, I
10 am going to note for the record that today's
11 testimony revealed that there were
12 significant amounts of documents and other
13 evidence that have not been produced, have
14 been withheld to date.
15       In the coming days, plaintiff
16 will be requesting production of such
17 documents and evidence, and plaintiff will
18 likely be required to reopen this deposition
19 at such time as that evidence is produced.
20 Thank you.
21       THE REPORTER:  Do you want a
22    copy of this?
23       MR. WING:  I do.
24       [TIME NOTED: 3:10 p.m.]
25

Page 190

---

1  Document bearing Bates numbers    151
   BHH LLC.000331 to 361 was marked
2  Deposition Exhibit 10
                        155
3  Document bearing Bates number BHH
   LLC.000364 to 379 was marked
4  Deposition Exhibit 11
5  Document bearing Bates number BHH   175
   LLC.000364 to 379 was marked
6  Deposition Exhibit 12
7  Document bearing Bates number BHH   189
   LLC.000001 to 69 was marked
8  Deposition Exhibit 13
9  **Exhibit 5 was retained by counsel.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 192

---

1            I N D E X
2    WITNESS            PAGE
3  JEFFREY MISHAN
4  EXAMINATION BY:
5  MR. KOPEL           4
6        E X H I B I T S
7  DEPOSITION          PAGE
8  Transcript from action styled    14
   Jeanne Steigerwald versus BHH
9  LLC, et al, was marked Deposition
   Exhibit 1
10
   Document bearing Bates number BHH  37
11 LLC 000292 was marked Deposition
   Exhibit 2
12
   Documents bearing Bates number    72
13 BHH LLC.000296 to 297 was marked
   Deposition Exhibit 3
14
   Documents bearing Bates number    76
15 BHH LLC.294 to 5 was marked
   Deposition Exhibit 4
16
   Physical Packaging Unit For Solar 87
17 Animal Repeller was marked
   Deposition Exhibit 5
18
   Action Complaint was marked       97
19 Deposition Exhibit 6
20 Amazon.com Website for Product    109
   Bell + Howell 50104 was marked
21 Deposition Exhibit 7
22 Document bearing Bates numbers    129
   BHH LLC.000308 to 330 was marked
23 Deposition Exhibit 8
24 Document bearing Bates numbers    142
   BHH LLC.000331 to 361 was marked
25 Deposition Exhibit 9
   (Exhibits continued on following page:)

Page 191

---

1            CERTIFICATION
2
3    I, Jessica R. Taft, a Notary Public for
4  and within the State of New York, do hereby
5  certify:
6    That the witness whose testimony as
7  herein set forth, was duly sworn by me; and
8  that the within transcript is a true record
9  of the testimony given by said witness.
10    I further certify that I am not related
11 to any of the parties to this action by
12 blood or marriage, and that I am in no way
13 interested in the outcome of this matter.
14    IN WITNESS WHEREOF, I have hereunto set
15 my hand this 7th day of February, 2016.
16
17
18
19    *Jessica R. Taft*
20    JESSICA R. TAFT
21    Commission Number 01TA6041411
22    Expires: 05/08/2018
23
24
25

Page 193

49 (Pages 190 - 193)

**[& - 7th]**

| & |
|---|
| **&**  2:3,10 4:21,25 |
| 5:10,25 25:15 |
| 158:22 |

| 0 |
|---|
| **000292**  36:2,4 |
| 191:11 |
| **000296**  71:24 |
| **01ta6041411**  193:21 |
| **05/08/2018**  193:22 |

| 1 |
|---|
| **1**  1:25 14:7,13 15:4 |
| 16:9 191:9 |
| **10**  98:17 145:10,15 |
| 145:19 192:2 |
| **10019**  2:6 |
| **109**  191:20 |
| **10:00**  1:19 |
| **11**  110:12 149:16,21 |
| 149:25 169:3 |
| 185:20 186:12 |
| 192:4 |
| **1100**  2:12 |
| **12**  168:17,22 169:1 |
| 170:5,7 182:4 192:6 |
| **129**  191:22 |
| **13**  110:11 182:9,13 |
| 182:16 192:8 |
| **130**  60:8,11 183:9 |
| **138**  60:11 183:17 |
| **13th**  173:6 |
| **14**  191:8 |
| **142**  191:24 |
| **1431**  4:12 |
| **15**  1:3 15:10 152:20 |
| 154:4 158:1,21 |
| 165:24 166:10 |
| 167:16 169:12 |
| **151**  192:1 |
| **155**  192:2 |
| **15th**  13:22 173:7 |
| **17**  122:4 184:8 |

| |
|---|
| **175**  192:5 |
| **18**  183:19 |
| **18.88**  108:22 |
| **189**  192:7 |
| **19.99**  107:9,15 |
| 108:18,22 |
| **193**  1:25 |

| 2 |
|---|
| **2**  36:1,5,8,16 41:22 |
| 54:4 60:21 61:3 |
| 70:14 71:7,9,17 |
| 72:11,25 73:7,12 |
| 191:11 |
| **20**  93:23 122:17 |
| 177:18 |
| **2008**  174:23,25 |
| 176:5 |
| **2010**  51:12 52:9,11 |
| 52:14 53:15 98:9,10 |
| 122:4,12,18 173:7 |
| 174:25 176:4 |
| **2011**  29:13,17,21,25 |
| 30:2,4,9 38:7,10,15 |
| 51:11,25 52:4,6 |
| 53:12 125:22 |
| 128:19 129:12 |
| 144:7 187:24 |
| **2012**  87:13 |
| **2013**  87:13 98:6,7 |
| **2015**  13:22 15:10 |
| 125:22 128:24 |
| 129:2,7,12 |
| **2016**  1:18 193:15 |
| **2016-01-06**  169:10 |
| **2016-01-07**  169:14 |
| **20th**  125:21 128:19 |
| 129:12 144:7 |
| **21**  110:10,25,25 |
| 122:12 |
| **23.19**  108:11 |
| **23.19.**  107:16 |
| **230**  4:16 170:21 |
| **243**  120:19 |

| |
|---|
| **28**  98:19,19 |
| **29**  98:19 100:22 |
| **29.8**  178:9 |
| **29.9**  178:9 |
| **29.99**  107:9,14,19 |
| **29.99.**  108:18 |
| **292**  36:15 38:24 |
| **293**  36:16 |
| **297**  69:20,23 191:13 |
| **299**  172:18,19 |

| 3 |
|---|
| **3**  1:18 69:19,23 |
| 70:13 71:7,8,10,14 |
| 71:23 72:7,11,25 |
| 73:7,13,19 191:13 |
| **3.75.**  90:11 |
| **30**  79:4,9 111:1 |
| 137:5 159:13 |
| 174:22 176:5,15 |
| 177:10,13,21,25 |
| 178:10,21 179:4,25 |
| 180:1 |
| **300**  174:15 175:22 |
| 176:12 |
| **303**  174:21 |
| **304**  168:19 |
| **329**  129:8,8 |
| **33**  2:12 |
| **330**  124:8,11 129:17 |
| 191:22 |
| **361**  136:12,15 |
| 145:14 191:24 |
| 192:1 |
| **37**  191:10 |
| **375**  90:10 |
| **379**  149:18,21 |
| 168:22 192:3,5 |
| **3:10**  190:24 |

| 4 |
|---|
| **4**  73:23 74:2,5,15 |
| 89:4 91:9 191:5,15 |
| **441**  105:21 109:10 |
| 110:6 111:1 115:11 |
| 116:19 120:19,22 |

| |
|---|
| 120:23 122:15 |
| **45**  111:12 115:17 |
| 116:2,22 117:22 |
| 120:16,23 124:1 |
| **46**  110:8 |
| **4804**  1:3 |

| 5 |
|---|
| **5**  73:24 74:1 83:21 |
| 84:1,4 85:2,9 92:7 |
| 166:5,6 191:15,17 |
| 192:9 |
| **50**  79:11 91:16 |
| 137:7 183:20 |
| **50104**  104:25 105:5 |
| 105:13 136:24 |
| 146:8 151:19 |
| 158:17,22 191:20 |
| **50105**  124:22 |
| **55**  111:11 115:13,16 |
| 116:21 120:13,19 |
| 120:22 |

| 6 |
|---|
| **6**  93:10,14,17 |
| 191:19 |
| **60603-5317**  2:13 |
| **69**  182:10,13 192:7 |
| **6th**  125:22 128:24 |
| 129:1,7,12 147:3 |

| 7 |
|---|
| **7**  22:1 24:23 104:23 |
| 105:5,8 191:21 |
| **70**  79:12 91:17 |
| 137:7 158:7,7 |
| 174:22 176:5,15 |
| 177:14,21,25 |
| 178:21 179:16,23 |
| 180:2 |
| **72**  191:12 |
| **76**  191:14 |
| **7th**  193:15 |

Veritext Legal Solutions
866 299-5127

[8 - answering]

**8**

**8** 124:7,11,15
191:23
**800** 4:18
**87** 191:16
**888** 1:16 2:5
**8th** 4:12

**9**

**9** 136:10,15,19
144:6 191:25
**90** 189:3
**97** 191:18
**99** 189:3

**a**

**a.m.** 1:19
**ability** 15:19 18:21
23:16 43:1 54:19
117:12 123:15
**able** 162:20 176:7
**absorbed** 44:3 46:20
**ac** 74:14 75:3
**accessed** 59:9
**acclimate** 53:20
54:1
**acclimated** 53:23
**account** 34:21 131:3
**accountants** 131:3,9
131:10
**accounted** 33:16,19
33:24
**accounting** 33:15
130:4,7,8 131:19,24
131:25
**accounts** 132:2
**accurately** 18:9,16
**accustomed** 64:21
65:6,22 66:3,14
67:10,16
**acted** 161:7
**action** 1:16 13:15,23
14:8,11 93:10,12
102:17 103:23
104:5 152:16 190:4

191:8,18 193:11
**activated** 105:1,13
**actual** 139:11
**add** 87:15
**added** 86:7,10,13,18
86:19 87:9
**adding** 87:19 116:9
**additional** 87:8
116:10 151:11,13
151:15 152:4,9,10
152:11,13
**address** 4:9,10,11
4:15,20 58:17 59:12
59:13 118:12,20
119:4 120:5 121:15
122:1 123:2,10,13
152:20
**addressing** 123:7
**advertise** 97:14,25
**advertisement**
96:24 97:10,25
**advertising** 97:1,5,6
189:25
**advise** 108:3
**affect** 18:20
**affirmed** 4:2 15:22
16:15
**agent** 47:5,9,11
**aggregation** 127:17
**ago** 71:4
**agree** 34:4,10,18,24
120:18 157:6
165:10 180:20
**agreed** 3:2,7
**agreement** 10:5,8
26:3,11 29:7 48:9
48:14
**agreements** 6:11,15
6:17,19
**ahead** 134:22
174:20
**aired** 96:6,8 97:12
98:3,11
**airing** 98:15

**al** 7:8,16,22 8:5 9:19
14:9,12 58:14 191:9
**allegedly** 135:16
**allowing** 26:4
**allows** 68:16 69:11
69:13
**amanda** 94:7
**amazon** 105:12,20
105:24 106:2,7,8,16
106:19,20,23 107:2
107:4,4 108:23
110:18 114:2 115:5
115:11
**amazon.com** 104:24
105:3 112:25 115:2
191:20
**amazon.com.**
106:22 112:16
**amount** 9:8 10:13
10:14 50:17 111:1
118:5,6 158:4
166:24 173:22
179:12
**amounts** 186:7
190:12
**analyze** 117:24
**analyzed** 162:24
**angle** 176:14,21
**animal** 20:10 39:9
39:10,11 40:2 48:3
52:7,19 53:2,3
78:17 79:6 80:2,18
81:12 82:14,21 83:1
83:22,24 84:10 85:8
88:24 90:19,21 91:5
91:21 94:14 99:2
101:1,6,10 102:19
103:13 104:1
105:19 108:5
110:19 122:13
136:25 137:4 138:4
138:5,7,10,14
141:14 142:5
143:11 144:17
146:2,2,5,12,14

148:10 149:5,9,10
150:12 151:12,19
156:22 158:14,23
159:8,16,21,24
160:2,14,15,24
161:5,6,16 163:19
163:20,22,24
165:11,19,20 166:3
170:14 171:16,19
172:10 173:1,2,16
175:7 178:7,19
180:5,23,24 186:19
186:25 187:10,24
188:8,25 189:25
191:17
**animal's** 178:13
**animaloff** 148:11
**animalrepeller.com.**
148:10
**animals** 39:7,21,24
40:4 85:3,20 86:11
86:14,15 111:25
113:16 114:16
153:13,15 155:12
155:17,19 156:4,17
156:19 157:2,7,8,18
157:19 158:6 159:2
159:3,6,7 164:23
165:12,16 172:4
180:8
**answer** 7:3 12:20
15:19 17:21,24 21:7
23:5,13,13,14 28:5
32:8 42:18,20,24
43:1 45:3,23 46:1
47:19 54:9,12 81:2
81:18 83:4 103:17
116:9 117:10,12
119:17 123:3,14,14
126:21 127:8,20
137:19 152:10
**answered** 21:9
90:25 103:11
**answering** 17:19
18:6 21:10 54:18

[answering - believe]

66:11
answers 116:16
ant 39:9
ants 38:24 64:17
183:6,7,14,15
anybody 19:17
76:20 77:1,13
148:19 150:19
apologize 176:10,11
appear 39:21 40:8
41:23 43:10 74:19
75:17 77:19 169:13
169:16
appearances 2:1
appearing 61:2
appears 72:1 74:21
79:1 92:10 100:25
112:15 169:19
174:8
applied 77:23 78:5
78:10
appreciate 116:13
approach 55:17
56:21,22 161:5
approached 55:20
55:22 56:11,20,24
57:18 160:14 161:7
appropriately
123:22
approved 154:7
approximate 89:3
90:14 187:23 188:3
approximately
24:15 52:14 71:3
87:11,13,14 91:9
120:19 185:24
188:13
approximation 98:3
area 158:7 159:10
161:16 164:24
165:4 166:1 174:6
175:8,23 176:2,23
177:18
areas 64:22 65:23
111:15

aside 16:9 73:16,20
78:15 93:6 124:4
145:1 168:11
asked 15:11 18:14
22:10 23:18 38:6
52:24 54:15 56:3,20
56:25 59:16,17
84:23 103:18
107:12 108:17
118:16 121:5,8,10
121:25 122:22
130:20 131:17
144:11,14,16
146:24 180:23
asking 13:17 14:22
31:5 33:22 37:25
43:2 44:14 51:1
53:25 59:18 89:20
90:25 97:3 113:10
116:9 164:25 182:3
aspect 13:10 77:4
180:2
aspects 89:22
assigned 32:12
assist 6:10
assistant 146:17
assume 76:16 88:19
138:20 177:9,16
178:4 180:3
assuming 18:12
178:22
assumption 177:12
177:16
attention 72:15
attic 88:21
attorney 2:4,11 19:1
19:5 20:16 23:12
37:9 144:21
august 122:12,17
authorizing 130:11
130:12
available 31:21 41:7
41:16 47:22
avenue 1:17 2:5
4:16 170:21

average 107:6
aware 16:2 67:20
68:4 78:16,18 81:22
82:9 97:15 186:16
186:23 187:8

**b**

b 1:8 158:22 191:6
back 11:6,13,16,22
11:24 12:14 13:11
23:1,3,7,17,20
25:21 26:25 44:1,21
47:17 53:5 62:19
71:22 85:5 92:9
103:7 119:20,22
126:5 132:10,15,18
133:5,6,14,18,20
134:8,9,10 135:4,17
135:18 160:20
168:15 186:7
background 38:20
bad 117:17 122:13
123:17
bag 41:4,5
bags 75:6
bank 132:2
based 66:17
basic 77:12
basically 62:22 65:4
76:24
bates 36:2,4 46:13
69:19,22 71:23
73:23 74:1 124:7,10
127:25 136:11,14
137:22 145:11,13
149:17,20 168:18
168:21 172:19
182:10,12 191:10
191:12,14,22,24
192:1,3,5,7
batteries 105:2,15
battery 79:21,23,24
79:25
bearing 36:2,4
46:13 69:19,22

71:23 73:23 74:1
124:7,10 136:11,14
137:22 145:10,13
149:17,20 168:18
168:21 172:18
182:9,12 191:10,12
191:14,22,24 192:1
192:3,5,7
bears 127:25
began 29:13 38:9
51:25 52:8,20 53:8
62:14
beginning 87:4
begins 98:20 144:6
begun 14:23
behalf 1:15 15:14
102:17 103:24
104:6
behave 157:18
behavior 157:7
believe 4:22 7:15 8:2
13:21 16:5 19:6
24:24 29:14 30:22
31:18 32:18 35:7
38:7,16 42:15 45:5
46:3,5 47:16,23,24
53:1,7,14 55:24
56:5 57:1 59:11
61:12,15 62:10
63:13 65:1,10 70:10
75:14,15 78:3 79:11
79:12,13 80:19,20
84:12 85:11,13,25
86:13 87:20,24 89:4
90:10,19,19 91:24
92:19,20 95:6,15
96:4 97:17,22
105:21,25 106:2
107:9,15,15,18
108:21,21 125:7,11
125:14 126:7 128:4
128:21,22,22
130:16 132:3,23
141:8,10,16,18
142:16 143:7,8,13

[believe - cetera]

144:4 146:18,25
147:18 148:14
152:22 171:4,22
174:16 185:16
**bell** 1:8 12:10,23
20:9,10 21:11,16,21
26:15,22 27:4,6,8
27:13,15,16 31:6,9
31:11 38:14 39:22
40:9 41:24 42:7
43:4 44:23 45:20
47:14,21 48:3 52:8
52:20,21 53:22 54:2
54:22 55:1 68:15,16
69:5,7,10,11,12
75:2 78:17,22 79:7
84:10 85:8 94:14
99:1 101:1,10
102:18,19,25
103:24,25 104:6,10
104:25 105:4,13
122:12 124:24
125:3 130:13 138:1
138:9 147:14
170:13 172:10
182:24 191:20
**bellhowellpestrep...**
147:5,6
**belonging** 27:10
**belongs** 27:11
**benefit** 17:23
**best** 15:19,25 16:1
17:15 23:16 25:2
31:4 38:11 43:1
46:2 48:7 54:18
56:13 63:15 116:12
116:17 117:12
119:18 123:14,15
144:15 188:18,19
188:22
**better** 55:4 95:16,21
117:5 157:15,24
**beyond** 154:21
**bh** 148:9

**bhh** 1:8 4:22 5:7,14
5:17,22 6:2,5,12,21
6:23,25 8:3,6,8,15
12:1,2,5,8,8,9,23
13:1,3,7,16,23 14:9
14:12 26:15 27:6,7
27:11,13,16 36:2,4
46:13 48:11,23 61:1
65:19 68:16,16 69:3
69:5,11,20,22 71:23
73:24 74:1 76:21
78:1 87:19 95:7
99:16 118:11 124:8
124:10 126:10
127:16,25 130:5,9
131:2,7 136:11,14
137:22 145:11,13
149:17,20 150:19
152:14 168:18,21
182:10,12 191:8,10
191:13,15,22,24
192:1,3,5,7
**big** 174:6 175:13,17
175:20,21
**bigger** 58:12
**billing** 132:20,20
**billion** 183:19,20
**bit** 7:15 46:16 53:6
91:16,17,18
**black** 38:16,17,17
38:18 70:7,22 72:14
**blister** 36:24
**blocking** 43:20
**blood** 193:12
**blue** 38:18,18 70:8
70:22 72:13,15 73:4
**board** 8:14,17,19
114:3
**bodily** 18:3
**books** 130:5,15
131:4,9
**bothering** 161:24
**bottom** 67:25 110:3
112:4 138:8 154:4

**bought** 21:5,5 38:2
78:19 83:4 101:22
103:14 133:3,17
**box** 32:20 40:13,16
40:17,18,23,24 41:2
44:25 45:22 73:15
73:17 74:21,24,25
75:4,4,5,13 89:13
89:14 91:15 111:24
164:8,13 172:12,14
**boxes** 41:6,16,20
74:20,22
**brand** 12:9,23 27:15
27:17 28:11 31:10
31:11 69:6,7,13
130:13
**break** 7:12 55:8,9
55:11 93:6,7 133:23
**brief** 55:9 93:7
**bring** 90:12 109:12
**bronx** 175:14
**brooklyn** 4:13
**brother** 7:14 72:21
82:5 88:2
**brothers** 7:4 131:11
131:12
**brown** 40:17,18,23
75:4
**bubble** 41:5 75:7
**bullet** 44:16
**bursor** 2:3
**burst** 61:21
**business** 4:15,19
55:12 59:3 125:10
**busy** 129:4
**buy** 35:11,11,15,22
47:11 76:11
**buying** 35:1 181:6
**buys** 49:7,12,16

| c |
| --- |

**c** 113:9 141:5
**cable** 96:9
**caged** 156:21

**calculated** 120:21
**calculator** 120:21
120:24
**call** 20:3,23,25 73:3
139:24 140:6 142:9
143:22 185:16
**called** 6:6 98:24
**calls** 143:8
**canada** 189:7,10,12
189:15,19,23
**capacity** 5:10 15:14
**caps** 114:15
**captive** 156:18
157:2,3,6,19,22
**card** 36:23 140:7
**cardboard** 164:8,13
**carefully** 119:16
**carpeting** 44:4
46:21
**case** 16:24 20:3 21:2
21:8 22:25 37:10,23
58:20,25 59:15,23
62:1,9 77:16 82:11
82:15,22 83:2,10
93:11
**cases** 64:20 67:18
**catalog** 41:10,11,12
**catalogs** 52:12
**catch** 72:14
**cause** 100:14
**certain** 53:13 64:12
64:20 65:7 66:13
113:25 125:13
160:25 161:22
163:19 164:24
172:3 188:1
**certainly** 53:12
**certification** 3:5
193:1
**certify** 193:5,10
**cetera** 26:1 50:2
83:6 89:15 90:13
141:18 153:24
160:10,11 161:1
172:5 173:12

[cetera – consumers]

176:14
chamber  185:14,15
  185:24 186:3
chambers  185:23
change  38:20 71:12
  73:3,7 77:24 89:11
changed  16:4 70:22
  71:1 72:20 89:8
changes  61:13 70:24
changing  72:10,24
channel  96:8
channels  96:10
characteristics
  157:8
charge  35:4 90:2
charges  79:24
chart  180:13
charts  167:17
check  15:18,18
  50:14,17 145:3
chicago  2:13
china  152:24 153:1
chinese  181:22
chose  144:19
clarified  49:15
clarify  17:1 26:24
  42:16 50:25 51:21
  54:20,24 56:6 73:10
  75:9 86:16,21 98:18
  133:22 135:19
  175:2 182:3
clarifying  29:10
  80:1
clarity  134:6
class  13:15,22
  102:17,24 103:23
  104:5 144:23
classify  101:12,23
clear  11:19 52:6
  134:1,3
clearly  16:22 28:5
close  93:23 178:15
  178:19
closer  177:5

coincidence  178:24
  179:5
collect  126:11
collectively  102:20
  104:1
color  38:18,18,20
column  129:18
com  148:13
combination  148:6
come  16:3 25:4
  30:20,23 31:15
  47:14,22 48:25
  75:18 132:10,21
comfortable  157:14
  157:23
coming  47:17
  111:23 190:15
commencing  1:18
comment  112:11
  123:13
commentary  116:10
comments  61:9
commercial  94:13
  94:16,20,22 95:1,5
  95:8,11,14,18,23
  96:3,14,21,24 97:4
  97:7,12,18 98:3,15
  107:19 139:15
  149:8,11,14
commercials  189:24
  190:2
commission  152:2
  154:25 193:21
commissioned  60:13
  150:13,22 154:25
  170:15 171:12,15
  183:22
commissioning
  150:18
communicate  16:22
communicated
  62:11 96:22
communication
  58:3 62:25 179:13

communications
  56:1 58:20,24 61:23
  62:5 73:6 77:8,15
  84:16,21 96:12
  100:10 134:14,24
  135:20 151:7
  171:10
companies  8:21
  26:5,14 28:1,16
  48:8,20,21,25 49:6
  60:25 77:1 78:12
  92:3 99:22 100:6
  102:9 123:2 127:17
  130:15 183:18,21
company  9:10,23,24
  10:3 11:10 25:25
  28:12 29:1,4,4
  57:13 121:14 130:9
  140:5 148:17,23
  155:11 184:19
compared  133:15
comparison  66:12
  172:16
compensate  6:24
compensation
  131:17
complaint  20:4 21:6
  21:13,15 22:5,9
  23:23 30:6 31:14,18
  31:23 32:4,10 33:3
  42:4 53:18,24 54:16
  54:23 78:18,23 79:1
  79:3,11 83:3 93:10
  93:13 94:6 99:12
  102:16 103:10,22
  190:4 191:18
complaints  134:16
  135:10,16,23
complete  126:8
computer  58:7,9
  59:4,7,13,14,18,21
  82:18 125:7 128:7,8
  128:12 130:2
  137:20

computers  58:15
concentrated  33:2
  103:9
concern  115:1,9,21
  115:23,23,25
  116:11,18,21,24,25
  117:2,9
concerning  117:3
conclusive  177:23
concurrently  86:23
condition  180:12,14
conditions  118:2,4
conducted  169:13
  169:17
confused  26:16 53:6
connection  13:18
  16:23 58:20 61:25
  62:8 82:11,15,22
  83:1 84:22 99:22
  100:11
consider  39:8,10
  96:23 97:4
consideration  90:2
  90:4
considerations
  28:20
considered  8:19
  10:22 12:19 13:5
  56:15 79:25 153:24
consistency  160:3,8
  163:13
consistently  163:22
consolidated  72:6
consult  87:18
consultation  87:23
consultations  87:22
consumer  35:22
  75:22 76:3 113:13
  133:3,13,16 135:10
  139:10
consumers  35:7,10
  41:13 88:17 115:2
  118:12 119:5
  132:22,25 133:9
  134:16,17 135:1,11

[consumers - dependent]

137:13 138:18,19
139:3,5,6,12,15
140:20 142:2,7,12
142:20 143:11,15
149:7 165:11
**contact** 60:6,22
152:21
**contacted** 60:3
80:16 99:16,19,21
**contacting** 80:20
**contain** 40:18,20,21
42:10 43:7 45:1,22
74:15 75:10 103:1
**contained** 70:12
73:12 74:25
**containing** 37:21
81:16
**contains** 75:12
**content** 61:2 148:15
**contents** 76:22
**continue** 16:10
174:19
**continued** 191:25
**contract** 48:15
**control** 163:17
185:2,10,16
**controls** 171:24
**conversation** 61:19
**conversations** 151:2
151:4
**coons** 113:3,8,8
**coordinated** 129:13
129:14
**copies** 142:23
**copy** 36:23 70:8,9
70:11 82:13 105:12
190:22
**corn** 113:4,8
**corner** 61:20
**correct** 5:1,2,4,7 6:3
7:1,23 8:6,7,12,13
9:19 10:6,11 11:18
11:25 12:24,25 13:8
13:24 15:10,15,21
15:24 18:11 21:12

22:3 25:5,12,17
26:19,23 28:17
29:13,25 30:21 33:6
33:7,12,16 39:14
49:11,25 51:16 52:9
52:15,22 53:22 54:4
54:8 56:12,16 57:14
64:6 68:13,22 70:15
70:20 71:10,17,18
71:20,21 72:3,7,18
73:7,13 75:24 76:6
76:7 77:10 78:9,17
82:11 84:22 88:18
89:10 91:23 92:3,12
92:18 104:11,15,20
104:21 105:20
106:4 109:10
110:14 111:9 121:2
122:7 123:10 125:1
125:4,5 126:16
130:18,24 137:1,8,9
137:11,14,15 138:3
138:11,12 139:4
144:2,3,7 147:17
163:25 164:24
171:21 172:11,22
173:18 177:6 180:8
186:12,13 188:7,9
**correctly** 116:5
118:1 123:23
**cost** 34:25 51:2 89:9
89:25 90:11 91:3,3
108:25
**costs** 89:11 90:14,15
90:22 98:14 152:15
**counsel** 1:22 3:3
168:5,7 192:9
**count** 24:14
**course** 37:10,22
58:24 59:3 64:13
77:16 125:9 141:25
142:4 159:9 182:2
**court** 1:1 14:6 17:8
17:8,13,17,24 18:3
35:25 69:18 73:22

83:20 93:9 104:23
124:6 136:10 145:9
149:15 168:16
182:8
**courtroom** 16:19
**cover** 37:1 74:14
75:3
**coverage** 158:5
159:1 173:3,16
174:6,13 175:4
176:19 178:1
**covered** 24:24
**cracks** 44:8 46:24
**creating** 168:6
**credit** 140:7
**cts** 150:12 153:8
154:17 155:1,11,12
162:22 167:14
**cumed** 128:14
**cumulative** 128:14
129:14
**customer** 21:4 34:14
34:22 109:10 110:4
110:18 113:11,12
113:21
**customers** 97:13
111:14
**cut** 45:17 156:9
**cv** 1:3

| d |
| --- |

**d** 1:8 141:5,5 191:1
**dangerous** 156:2
**data** 126:11,18
127:16,17 177:11
**date** 13:25 14:14
15:12 36:6 52:13,17
69:24 74:3 84:2
93:15 96:7 105:6
121:22 124:12
128:20,25 136:16
144:5,9,19,22,23
145:16 147:2,3
149:22 168:23
169:10 182:14

190:14
**dawn** 24:11,11,13
**day** 129:3,3 169:7
169:14,17,21 170:3
193:15
**days** 173:6 185:6,20
185:20,23,25 186:6
186:12,13,15,15,15
187:1,3,4,4 190:15
**deal** 98:24
**dealt** 106:15
**debbie** 88:6,7 151:3
151:23 152:23,24
153:20
**decided** 107:2 153:6
**decides** 9:12
**deciding** 10:2
**decision** 10:10 28:13
28:20 72:18 83:8
87:15 152:2
**deduction** 177:22
**deductions** 50:22
**deemed** 97:9
**deemer** 111:18
114:15
**deer** 156:11,12
**defective** 110:23
122:7
**defendant** 1:15
**defendants** 1:10
2:11
**define** 97:5
**defining** 89:24
**definition** 96:25
**degree** 176:5 177:25
179:23 180:2
**degrees** 174:22
176:15 177:14,21
178:21 179:16
**department** 59:7
125:7 128:7,9,12
130:4,7,8,14,17,19
131:25 137:20
**dependent** 28:15

[depending - drafts]

| | | | |
|---|---|---|---|
| **depending** 132:15 | **determined** 92:1 | 62:1,9 77:16 | 121:23 124:7,9 |
| **depends** 50:23 | 100:1 | **discretionary** 10:10 | 125:6,8,18,23 |
| **depicted** 41:22 | **determining** 10:1 | **discuss** 16:11 98:23 | 127:24 129:8,10,18 |
| 190:3 | 153:10 | 150:17 151:10,22 | 133:1 136:11,13 |
| **deposition** 3:5 13:22 | **device** 101:24 | 153:19 | 137:16,22 144:6,20 |
| 14:1,2,13 15:9,13 | 105:20 108:14 | **discussed** 43:6 | 145:10,12,25 146:4 |
| 15:24 18:25 19:5,24 | 159:14,15 161:5,15 | 44:25 74:20 77:5 | 146:11,20,24 147:1 |
| 20:13 36:5 69:23 | 175:4 | 91:19 150:21 184:1 | 149:17,19 150:8 |
| 74:2 83:25 93:13 | **devices** 39:13,13 | **discussing** 55:12 | 168:18,20 170:18 |
| 105:5 116:15 | 43:14 105:23 107:7 | **discussion** 136:7 | 171:24 173:15 |
| 124:11 136:15 | **diagram** 158:2 | 145:6 168:13 | 182:9,11 187:25 |
| 145:14 149:21 | **dictionary** 97:2 | 187:16 | 188:4,5 191:10,22 |
| 168:22 182:13 | 163:7 | **discussions** 57:4,9 | 191:24 192:1,3,5,7 |
| 190:18 191:7,9,11 | **differ** 90:15,22 | 80:22 87:24 153:25 | **documents** 19:21,22 |
| 191:13,15,17,19,21 | 91:10,13 | 153:25 | 20:1,13 57:16 59:2 |
| 191:23,25 192:2,4,6 | **difference** 163:1 | **dissatisfied** 118:13 | 59:4,15,22,24 63:8 |
| 192:8 | **different** 10:14 | 119:5 | 69:21 73:6,25 81:16 |
| **deputy** 155:5,10 | 21:20 22:19,21 24:9 | **dissipates** 64:13 | 81:25,25 82:10 |
| **describe** 162:8 | 24:18 29:15 30:19 | **distance** 63:21,23 | 84:21 96:12 100:10 |
| **described** 92:4 | 30:21 31:2 32:13,15 | 64:12 79:3 159:1,6 | 104:19 130:3 |
| 132:16,17 133:7 | 32:22,25 33:1,8,9 | 159:22 160:25 | 134:14,24 135:21 |
| 172:15 186:14 | 33:14,23,25 51:23 | 161:23 163:19 | 169:19 189:14,16 |
| **describes** 172:21 | 70:13,19 78:21 | 175:2 176:14,16,18 | 190:12,17 191:12 |
| 180:13 | 89:22 141:10 | 177:9,10 178:5,7 | 191:14 |
| **description** 138:6 | 153:13 157:7,19 | 179:12,15 | **dog** 156:5 |
| 167:18 | 188:21 | **distinct** 21:3,8 132:2 | **dogs** 111:25 |
| **design** 35:13,16,24 | **differs** 10:9 | **distinction** 168:1 | **doing** 106:24 131:4 |
| 38:9,13 70:25 71:6 | **difficult** 17:16 18:2 | **distributed** 25:11 | 131:9 141:22 |
| 72:10 73:11,17 | **dinging** 145:3 | 68:1,5,10,11,12,14 | **dollar** 183:18 |
| 81:15 82:14,20,21 | **direct** 133:13 | 68:17,21 92:8,14,15 | **dollars** 90:6 |
| 82:25 84:17,22 | 137:10,12 138:13 | 92:16 93:1,3 | **domestic** 111:25 |
| **designed** 39:14 | 138:16,23,23 139:2 | **distributor** 68:21 | 156:3 |
| 60:21 84:11,13 | 139:3,5,9,11 140:2 | 106:1,6 133:20 | **domesticated** |
| **designs** 70:19 73:12 | 140:19 141:7,20,22 | **district** 1:1,2 | 155:18,22,23 156:1 |
| **detail** 110:21 | 141:25 142:1,4 | **div** 129:19,19 | 156:5,13 |
| **details** 53:21 54:21 | 143:4,12,25 145:25 | **dividends** 8:23,24 | **dot** 148:13 |
| 54:25 58:6 59:6 | 146:1,4 147:16 | 10:16,18 12:2,2 | **double** 36:11 |
| 104:14 151:25 | 148:3 152:19 | **division** 10:5 129:20 | **doubt** 112:23 |
| **detectors** 113:3,7 | **directly** 105:24 | 130:1 | **draft** 61:17 76:25 |
| **determination** | 106:16 133:10 | **document** 14:17 | **drafted** 63:14 |
| 100:2 | 139:6 144:1 149:6 | 19:23 36:1,3 37:9 | 148:15 |
| **determine** 8:17 9:5 | **directors** 8:14,17,19 | 37:15,21 69:16,19 | **drafting** 61:24 62:6 |
| 9:15,21 12:17,18 | **disclosure** 80:25 | 73:23 94:2 109:16 | **drafts** 61:16,22 62:5 |
| 89:21 | **discovery** 37:10,23 | 109:20,22 110:1 | 77:8,14 |
| | 58:21,25 59:15,22 | 114:15 118:17 | |

[drive - exhibit]

| | | | |
|---|---|---|---|
| **drive** 43:11,16 45:2<br>46:7 59:5 71:10 | 183:2,5,10,13<br>186:17,18,18,24 | 65:20 68:6,11,20,24<br>69:3,4,10,13 70:1 | **event** 78:7<br>**eventually** 139:23 |
| **drugs** 18:20 | 187:9 | 76:21 78:1 87:18 | **everybody** 117:6 |
| **dud** 98:24 | **eight** 90:6 94:13 | 91:23 92:18,21 | **evidence** 190:13,17 |
| **duly** 4:2 193:7 | 165:23 188:21 | 95:10 99:16 106:4 | 190:19 |
| **duration** 185:6 | **eisenberg** 2:10 | 106:15,18 107:21 | **evidencing** 134:25 |
| 187:1,6,11 | **either** 5:22 6:12,21 | 108:2 118:11 119:3 | **exact** 7:13 10:24 |
| **dusk** 24:11,11,13 | 6:23 28:25 29:3 | 125:16 126:10 | 13:25 19:11 20:2 |
| **duty** 90:13,17,18 | 48:10 49:24 51:24 | 127:16 129:24 | 25:18 52:13,17 59:6 |
| 91:1 | 98:15 106:18 | 130:6,9,21,22,23,25 | 101:6,7 112:24 |
| **dv** 130:3 | 107:21 108:2,3 | 131:3,8,11,14,22 | 178:24 |
| **e** | 110:18 111:8 115:3 | 132:11,15,17,19,19 | **exactly** 9:11 15:16 |
| **e** 4:1,1,21,25 5:10,25 | 115:12 116:20 | 133:6,10 134:17 | 15:17 20:20 45:10 |
| 25:14 55:25 57:22 | 118:10 119:3 | 135:1,12,25 138:14 | 51:13 71:2 72:12,19 |
| 58:17,19,23 59:12 | 120:14 125:16 | 145:18 150:19 | 76:18 84:14 87:10 |
| 59:13,18 68:6 72:23 | 126:19 127:15 | 152:15 184:3,5,6 | 89:2 99:10,14 |
| 82:7,19 88:9,10,10 | 128:11 131:2,7 | 188:24 | 106:11 112:15 |
| 146:23,23 151:8 | 132:11 134:17 | **emson's** 131:8 | 128:25 140:6 |
| 184:9,15 191:1,6 | 135:1,12,24 142:2,6 | **emulates** 70:10 | 147:10 150:25 |
| **ear** 178:14 | 148:9 153:23 | **enclosed** 158:7,12 | 178:7 |
| **earlier** 26:19 29:16 | 163:13 186:19,24 | 175:8 | **examination** 1:14 |
| 29:20 45:1 46:16 | 187:9 188:24 | **engineer** 154:8,16 | 4:5 191:4 |
| 74:20 | **em** 129:24 | 154:20,22 155:9 | **examine** 187:9 |
| **earliest** 29:24 | **employed** 130:17 | **entire** 50:17,19 | **examined** 4:3 |
| **early** 122:10 | 131:21 | 179:23 182:4 | **example** 22:22 |
| **east** 4:12 | **employee** 13:5 | **entirety** 74:16 | 126:19 |
| **easy** 148:12 174:12 | **employees** 5:16,19 | **entities** 4:19 15:14 | **examples** 24:14 |
| 176:8 | 5:23,24 6:2,9,13,20 | 51:15 125:17 132:1 | 139:14 |
| **eating** 165:16 | 6:24 13:8 130:22 | 132:4,5 141:12 | **excepting** 41:19 |
| **eddie** 7:4,7,14,21 | 131:1,11,15,23 | **entitled** 1:16 42:24 | 42:8 44:24 92:11 |
| 8:4 9:16,18,24 | **employer** 130:20 | **entity** 130:1 133:15 | **exception** 43:5 |
| 58:13 59:10 95:20 | **emson** 5:25,25 6:2,9 | 147:7,11 | **exchanged** 57:17 |
| 96:16 99:19 127:22 | 6:12,13,20,21,24 | **entries** 166:23 | 61:16 82:1 |
| 128:17 131:12 | 7:6,10,18 8:15,23 | **entry** 166:12,15,18 | **excuse** 58:8 68:6 |
| 132:9 143:3,20 | 9:2,13 10:6 13:8 | **equal** 7:10,16 8:1,8 | 186:13 |
| 146:25 148:21 | 25:16,25 26:4,4,7,9 | 8:13 185:24 186:7 | **exhibit** 14:7,13 15:4 |
| **eddie's** 146:17 | 26:11,12,20 27:3,5 | **equally** 185:22 | 16:9 36:1,5,8,11,15 |
| **effective** 45:15 46:8 | 27:7,9,16,21 28:6 | **esq** 2:7,14 | 36:16 37:5 41:22 |
| 71:15 72:13 186:9 | 28:11,11,14,25 29:6 | **estimate** 187:22 | 54:4 60:21 61:3 |
| **effectively** 85:15 | 48:10,23 49:10,13 | **et** 14:9,12 26:1 50:2 | 69:19,23 70:1,13,14 |
| **effectiveness** 64:1 | 49:17,24 50:4,4,5,7 | 83:6 89:14 90:13 | 71:7,7,8,9,10,14,17 |
| 64:17 66:21 67:5 | 50:9,11,13,13,14,16 | 141:18 153:24 | 71:23 72:7,11,11,25 |
| **efficacy** 170:12,13 | 50:19,21,24 51:1,2 | 160:10,11 161:1 | 72:25 73:7,7,12,13 |
| 170:14 182:25 | 51:4,5,18,20,22,24 | 172:5 173:12 | 73:19,23 74:2,5,15 |
| | 52:5 55:11 61:1 | 176:13 191:9 | 83:21 84:1,4 85:2,9 |

Page 8

[exhibit – further]

92:7 93:10,14,17
105:5,8 124:6,11,14
136:10,15,18 144:6
145:10,15,18
149:16,21,24 166:5
166:6 168:17,22
169:1,2 170:5,7
182:4,9,13,16 191:9
191:11,13,15,17,19
191:21,23,25 192:2
192:4,6,8,9
**exhibits**  191:25
**exist**  82:11
**existing**  28:16,24
29:7 92:2
**expectation**  88:16
**expense**  13:6
**expenses**  13:3
**experience**  117:17
**experiences**  123:18
**experiment**  158:14
159:10
**expires**  193:22
**explain**  27:12 46:1
158:13 181:16
**explained**  28:3
64:12 130:10
**explanation**  123:17
183:4,7,11,15
**extra**  22:3,24 24:1
24:13 37:1 79:13
103:1 104:7

**f**

**f**  4:1,1 88:9,10 141:5
**face**  57:23,23 82:7,7
**fact**  75:11 101:9
108:12 118:12
119:4 154:21
**failed**  101:11,24
**fall**  97:4
**familiar**  147:4
187:12
**far**  22:2 24:5,17
176:1,22

**farmer**  113:2,6
**fashion**  132:19
178:12
**fast**  45:14 46:7
71:14
**feature**  24:1 87:8,9
87:16,19
**featured**  99:2
**february**  1:18
193:15
**feeding**  44:7 46:23
64:22 65:23
**feet**  79:4,9,11,12
91:16,17 137:7,7
158:4,7,7 159:13
174:22 176:5,15
177:13,18,19,21,25
178:9,9,10,21 179:4
179:25 180:1
**female**  165:6
**feur**  88:10
**feurstien**  88:8
**fifth**  4:16 170:21
**fight**  116:7
**figure**  120:24
**file**  59:8,9
**files**  59:21
**filing**  3:4 99:12
**filled**  179:22
**final**  61:17 77:2
**find**  114:1 153:15
**fine**  16:12 17:22
45:25 112:2 123:4
126:1 127:14
156:10
**finish**  17:20 106:12
**first**  4:2 38:8,23
53:7 81:18 86:25
90:14 99:8 110:22
111:16,20 112:2
113:15,15 114:13
122:3 128:19 140:2
144:10 154:1
159:16,16 184:9

**fisher**  2:3
**five**  24:17 31:18
32:18,19,21,24
40:12,22 41:16,19
43:6 110:11 111:12
112:9 113:1,6
115:18 117:6
120:17 159:5 169:9
169:12 177:19
**floors**  44:7 46:24
**fluctuate**  108:24
**fluctuates**  107:8
108:17
**focus**  46:15 104:14
104:16 116:8
119:16 134:20
**focused**  79:9
**focusing**  30:11,14
53:17 54:18
**follow**  44:19 103:20
**following**  191:25
**follows**  4:4
**food**  164:16,24
165:3,21,25 182:1
**foot**  101:11,25 137:5
177:10
**forget**  144:23
**forgive**  47:17
**forgotten**  47:18
**form**  3:8 33:17 34:6
35:2 39:25 41:8
42:1 56:17 63:18
66:19 67:22 83:12
95:19 99:4 100:16
101:15 102:1
113:18 114:18
115:4 117:19
118:14 121:3
123:19 139:13,20
155:20 157:10
161:8,19 162:4,10
162:21 163:3 164:1
167:13 171:25
172:13 173:20
179:1 181:8,19

185:7
**forming**  51:15
**forth**  48:16,17,18
193:7
**forward**  119:13
181:14
**fosdick**  141:2,20,22
142:11,11,15
**found**  185:22
**foundation**  113:19
114:19 118:15
157:11 161:9,20
162:11 163:4 164:2
164:19 165:2
169:24 172:1
181:19 185:8
**four**  7:9 9:16 32:3
32:11 39:21 40:8
41:22 43:7 71:19,20
79:15 87:12 89:16
110:11 111:2,12
112:4,4,9 114:14
115:18 120:17
159:2 166:10 169:9
**fraenkel**  2:10
**fraudulent**  110:23
122:7
**freight**  90:13
**front**  77:18 109:17
**fulfill**  139:9
**fulfilled**  106:4
**fulfillment**  106:25
138:24 139:4,7
140:2,9,13,18 141:3
143:14,22,23 144:1
**full**  80:25
**function**  13:1 34:4
34:11,16,16,19,20
34:20 35:9 43:15
44:15
**functions**  34:8,23
**furniture**  43:19 44:5
46:22
**further**  3:7 63:21
193:10

[fuzzy - hundred]

| | | | |
|---|---|---|---|
| **fuzzy** 101:2 | **google** 175:20 | 56:19,21,22,24 | **hit** 112:15 |
| **g** | **governing** 48:11,15 | 57:17,19 60:3,15 | **hold** 78:2 |
| **garbage** 165:18,21 | **grab** 156:22 | 61:1,7,8,9 65:20 | **holding** 41:2 |
| **gardens** 165:13 | **great** 111:3,4 | 68:2,10,13,17,18,22 | **home** 4:11 67:12 |
| **gathering** 160:23 | **ground** 16:11 | 68:23 69:2,8,12,13 | **honest** 103:20 |
| **general** 34:24 51:10 | **guess** 20:4 28:4 90:6 | 76:21 78:2 80:17,20 | **hopefully** 49:15 |
| 97:22,24 104:10 | 96:9,17 97:9 114:6 | 87:19 88:23 90:7 | **hour** 20:21,22 55:7 |
| 112:12 173:10 | 152:22 159:12 | 91:4,22 92:8,20,23 | **house** 95:25 96:4,18 |
| **gestures** 18:4 | 174:11 | 95:13,15,17 99:16 | 96:20 138:24 139:4 |
| **give** 22:22 54:11 | **guessing** 71:5 | 105:23 106:4,15,18 | 139:8 140:3,9,13,18 |
| 69:2,4,6,9 115:2,7 | 108:15 146:17 | 107:21 108:2 | 143:14,23 144:1 |
| 116:16 140:7 | **guesstimating** 98:10 | 118:11 119:3 | 181:1,4 |
| 147:21 174:5 | **h** | 125:16 126:10 | **houses** 141:3 |
| **given** 130:12 134:15 | **h** 4:1 146:23 158:22 | 127:16 129:22 | **howell** 1:8 12:10,23 |
| 143:17 160:16 | 191:6 | 130:5,9,18,22 131:2 | 20:9,10 21:12,16,21 |
| 193:9 | **half** 138:8 | 131:7,16,23 132:11 | 26:15,22 27:4,6,8 |
| **gives** 23:12 68:23 | **hand** 193:15 | 132:15,16,20 133:7 | 27:14,15,17 31:6,10 |
| 107:14 175:1 | **handy** 169:3 | 133:10 134:18 | 31:11 38:14 39:23 |
| **giving** 90:13 | **happen** 67:21 | 135:1,12,25 138:15 | 40:9 41:24 42:7 |
| **glance** 110:20 | **happened** 174:1 | 138:20,21,22 | 43:4 44:23 45:20 |
| **go** 25:13 28:20 | **happens** 162:3 | 139:12,23 140:3,12 | 47:14,21 48:3 52:8 |
| 46:10 53:5,24 | **happy** 116:2,22 | 140:21 142:1,5,23 | 52:20,22 53:22 54:2 |
| 119:12 134:22 | 117:22 | 143:2,10,17 144:2 | 54:22 55:1 68:15 |
| 135:4 136:5 140:2 | **hard** 44:5 46:21 | 148:20 150:19 | 69:6,7,10,12,12 |
| 145:4 153:15 | 153:14 | 152:15 170:21 | 75:2 78:17,22 79:7 |
| 164:23 165:4 | **hart** 1:5 13:14 94:7 | 171:6 184:3,6 | 84:10 94:14 99:1 |
| 168:12 174:20 | **hauser** 1:8 4:21 5:4 | 188:23 | 101:1,10 102:18,19 |
| 187:14 | 5:12,20,22 6:1,5,12 | **hauser's** 26:6 | 102:25 103:25 |
| **goes** 36:15 47:2 | 6:21,23,25 7:18,20 | **head** 18:4 109:4 | 104:1,6,10,25 105:4 |
| 63:21 140:4 165:20 | 7:23 8:15 10:17,21 | 188:2 | 105:13 122:12 |
| **going** 13:17 16:22 | 10:25 11:2,6,12,18 | **headache** 102:4 | 124:24 125:3 |
| 42:16 55:6 57:10 | 11:21,22,24,25 | **hear** 28:4 | 130:13 138:1,9 |
| 62:8 81:1 98:18 | 13:16 25:12,14,14 | **heard** 111:23 | 147:14 170:14 |
| 112:22 119:15 | 25:17,23,24,25 26:4 | 126:23 127:1 | 172:10 182:24 |
| 124:5 132:18 | 26:7,10,13,20 27:4 | 155:23 | 191:20 |
| 158:17 164:10,12 | 27:10,14,18,22 28:8 | **heart** 16:7 | **howell's** 68:16 85:8 |
| 165:4,17 184:20,23 | 28:15,25 29:6 31:9 | **held** 1:16 8:21 136:8 | **huge** 175:16 |
| 190:8,10 | 31:13 33:6 48:11,23 | 145:7 168:14 | **huh** 14:22 18:5 68:3 |
| **good** 4:7 45:24 | 49:3,7,9,12,14,16,18 | 187:17 | 71:13,25 77:20 85:6 |
| 47:24 61:8 111:1 | 49:20,22,23,24 50:4 | **help** 17:13,14 45:15 | 109:11 110:7 |
| 118:5 151:15 | 50:7,9,15,16,20,21 | 46:8 71:15 | 137:24 170:19 |
| 152:12 177:16 | 50:24 51:1,2,6,8,22 | **hereto** 3:4 | **humans** 162:19 |
| **goods** 89:11,25 | 51:24 52:5 55:13,17 | **hereunto** 193:14 | **hundred** 14:19,20 |
| 90:12 91:3,6 | 55:20,22 56:11,14 | **higher** 108:25 | 15:3 60:10 |

[hypothesis - jury]

hypothesis   123:16

**i**

idea   159:15
identification   14:14
  36:6 69:24 74:3
  84:1 93:14 105:6
  124:12 136:16
  145:15 149:22
  168:23 182:14
identify   158:19
identifying   74:23
il   2:13
illuminates   176:11
  176:15
illustrated   60:21
illustration   40:13
  46:6 68:1 82:20,25
  158:5
illustrations   39:1,12
  39:20 40:7 41:21
  42:10 43:7,9,10
  45:4 71:19 83:5,9
  86:10
images   94:13
important   16:21
improve   117:5
incentive   164:23
include   125:2 137:6
included   81:8
includes   31:12
including   137:10
incorrect   16:5 52:18
incorrectly   138:6
increase   98:1
increased   97:12,14
  97:18,23
indemnifying
  152:14
independent   30:16
  39:18 59:12 60:6,8
  60:19 66:7 81:11
  100:2,7 101:17
  102:6,12 113:22
  114:21,23 117:1

119:11 155:1,11
  187:5
independently
  33:16,19,24
indicated   187:6
indicating   66:10
indication   107:14
  156:16 157:1
  159:25 160:13
  161:14 163:16
  165:25 166:21
  169:5 171:23
  173:14 174:6 175:1
  181:25 185:2,17
individual   30:23
  40:19 132:22 133:9
  134:15,16,17,25
  135:3,7,11 140:20
  141:12 142:2,7,12
  143:11,15 184:9,13
individuals   135:24
indoors   88:12,14
  180:10,21,25 181:6
information   44:10
  63:17 65:15 81:16
  82:2 91:20 103:15
  107:11 125:9 127:6
  129:15 143:16
initial   57:4 58:2
  60:5 61:11 63:1
  65:17 80:22 81:10
initially   60:3,17
  80:16
initials   127:11
initiate   58:4
input   61:1,4 76:21
insect   65:5
inside   43:18 74:21
  74:25 75:4,5,18,20
  76:1,10,12 180:15
  180:16,18 181:1
instance   31:7
instruct   128:15
instructed   178:6

instruction   23:13
  40:14,23 43:17,25
  44:10,15 74:10,11
  74:12,16,18 75:8,16
  75:17,23 76:2,4,8
  76:12,13,19,22 77:6
  77:12,14
instructions   43:14
  43:23 44:10,20
intel   47:11
intellitec   47:8,10,15
  47:22 48:5,10 49:1
  49:4,6,8,9,11,13,17
  49:20 51:8,17,19,23
  52:5,6 55:13,16,19
  55:23 56:4,11,21,22
  56:24 57:5,17,18,20
  57:24 58:4 59:25
  60:13,20 61:6,12,14
  62:11 63:3,14,16
  65:14 67:2 76:14,24
  78:4,9 80:17,19
  81:6,14 82:5 84:12
  84:16 87:17,18 88:4
  88:24 90:8 91:4
  92:24,25 95:4
  150:14,16,17 151:3
  152:14 153:9
  154:25 170:16,24
  171:4 179:14
  183:23 184:2,2
intensity   44:2 46:19
  63:13 64:10 72:3
interest   184:24
interested   193:13
interpret   120:6,9,9
  162:17
interrupt   17:18
  186:22
intertek   60:9 183:10
  183:11,13,14 184:2
intertek's   183:16
introduce   13:12
investigate   100:17
  100:18

investigated   56:14
  56:19 100:14
  102:10
investigation   102:13
involved   6:8 9:25
  56:4 58:2 60:5
  61:11 63:1,6 66:18
  77:4 78:12 80:21
  82:3 84:15 94:8,19
  95:3,4,7,10,13,16,22
  96:10,16,17 98:13
  131:13 132:6 143:4
involvement   56:7
  57:3,8 72:9,17 82:4
involves   21:3,8
  78:16
iri   126:19 127:3,4
  127:11,18
irritates   66:1,2
ish   22:1,1 24:23
  90:10
issue   22:8 54:16
issued   78:8
item   22:15,17,17,19
  22:20 33:11 149:14

**j**

j   4:1
jason   152:18,21
jeanne   14:8,11
  191:8
jeffrey   1:14 4:10
  191:3
jessica   1:19 193:3
  193:20
joanna   94:7
joanne   1:5 13:14
judge   16:19
judgment   152:16
june   125:21 128:19
  129:12 144:6
jury   16:19

[k - license]

| k | | | |
|---|---|---|---|
| **k**  141:5 | 96:11,15,21 97:11 | 176:1,22 177:6,8,18 | 163:15 164:5,15,21 |
| **kate**  154:2,6,11 | 97:14 98:2,11,12,14 | 178:13,15 179:25 | 165:9 166:8,9 |
|   155:6 | 99:11,15,18 100:4 | 180:1,11 181:9,18 | 167:15 168:15,24 |
| **kate's**  154:19 | 100:13 102:13 | 181:21,22 184:11 | 170:4 172:8,17 |
| **keep**  10:2 39:24 | 105:17 106:9,14,17 | 184:12,13,16 | 173:24 176:17 |
|   112:22 130:8 | 106:17 107:6,23,24 | 188:13,16,17,19,21 | 179:7 181:11,24 |
|   161:16 165:12 | 108:15,23,25 109:1 | 189:5,8 | 182:7,15 186:10 |
| **keeps**  85:20 86:14 | 109:7,8,17 113:9 | **knowing**  30:5 | 187:14 191:5 |
| **kept**  125:9 | 115:7,22,24 116:1,3 | **knowledge**  12:4,6,7 | **kraft**  183:17 |
| **kind**  36:20,22 74:11 | 116:4 117:2,2,5,7,9 | 13:2,7 15:25 16:6 | l |
| **knew**  63:16 65:14 | 117:23 118:1,3,3,18 | 18:15 25:2,4 32:6 | **l**  184:9 |
| **know**  4:24 6:6,14,22 | 119:10,12 120:4,10 | 38:11,19 39:21 | **lab**  39:18 60:9 64:18 |
|   7:3,13 8:16,19,24 | 120:20 121:21,21 | 41:15,18,21 56:13 |   155:2,11 183:8 |
|   9:9,11 10:1 12:16 | 123:5,6,11,20,22,23 | 62:7 63:15 73:18 | **labs**  60:7 183:1 |
|   12:18 13:5,25 14:18 | 123:24 124:2 | 76:23 77:17 78:11 | **lack**  55:4 95:16,21 |
|   16:7,25 20:2 21:22 | 125:12 126:20,21 | 78:14 82:12 84:20 |   185:14 |
|   22:13 23:25 24:14 | 127:4,5,8,20 128:2 | 100:9,12 102:8 | **language**  46:16 47:2 |
|   24:18 27:19 28:21 | 128:5,8,10,25 | 107:2 123:9 125:15 |   47:4 74:24 114:8,9 |
|   30:7,10,14 31:3 | 130:10 131:13,14 | 125:20 126:17 |   114:11,17 |
|   32:4 33:4,8,25 35:3 | 131:15,20,22,22 | 127:15 133:8 | **larger**  46:25 |
|   35:5,10,17,19 37:2 | 132:8 133:2,12,15 | 188:23 | **larry**  111:18 |
|   37:3,4,6,11,12,17 | 134:12,23 135:2,3,6 | **knows**  143:19 | **lasted**  169:6,21 |
|   38:1,3,3,3 39:8 | 135:7,9,14 136:2 | **kopel**  2:7 4:6 12:11 | **launch**  56:7,8,9 |
|   41:17 45:11,13 | 139:24 140:4,5,6,8 | 12:22 13:13 14:5,15 | **lawsuit**  13:15,19,23 |
|   50:23 51:13 52:10 | 142:18,22 143:1,3,5 | 23:10 24:4 26:2 |   102:17 103:24 |
|   52:13,24 53:9,13,16 | 143:14,18 147:19 | 33:20 34:9,17 35:6 |   104:5 |
|   56:3 57:16,20,21,22 | 147:20,20,25 148:1 | 35:25 36:7 40:6 | **lawyer**  13:14 17:4 |
|   57:23,24 58:5 59:6 | 148:3,10,21,22 | 41:14 42:5 55:10 |   37:7,21 |
|   59:25 60:6,13,16,17 | 151:20,21,25 152:9 | 57:2 63:4 64:3 | **leahy**  2:10 |
|   60:18,19,20,23,24 | 153:2,13,14,21 | 66:25 67:24 69:17 | **learned**  99:9 |
|   61:20,22,24 62:4,23 | 154:9,10,11,13,15 | 69:25 73:21 74:4 | **leave**  9:9,22 11:11 |
|   63:7,16 64:4,8 | 154:18,22 155:14 | 83:19 84:3 93:8,16 |   161:25 |
|   65:14,16,17,19 67:1 | 155:21,25 156:3,4 | 96:1 99:7 100:20 | **led**  74:13 75:3 |
|   67:9,19,23 70:9,25 | 156:11,12,13 157:9 | 101:18 102:7 103:4 |   176:10,14 |
|   71:3,4 72:20,23 | 157:12,15,17,21 | 103:16 104:22 | **lee**  152:18,21 |
|   73:1,2,9,10,17 | 158:9,9,11,15 159:8 | 105:7 114:4,12,25 | **lee's**  153:2 |
|   75:11 76:17,20,25 | 159:18 160:18 | 115:8,20 118:9 | **left**  160:1,2 163:14 |
|   77:3,13,22 78:1 | 161:12 162:5 163:5 | 119:1,14,19 120:11 |   173:6 |
|   81:2,3,6,13 84:13 | 163:7 164:6,9,11,13 | 121:13 124:3,5,13 | **length**  160:16 |
|   85:7,19 88:14,20,21 | 165:24 166:24 | 126:2,9 134:11 |   161:17 |
|   89:6,14,18 90:3,4,7 | 167:7,9,25 168:3 | 136:5,9,17 139:18 | **license**  25:17 26:6 |
|   90:22 91:19 93:20 | 169:22 170:3,3 | 139:25 145:4,8,17 | 26:13,16,21,22 27:5 |
|   93:22,24 96:2,6,8,9 | 171:14 172:2,3 | 149:15,23 156:6 | 27:6,8,11,13 68:1,5 |
|   | 173:8,19,21 174:4 | 157:16,25 161:2,13 | 68:12,14,18,22 |
|   | 174:21 175:9,17 | 162:1,7,18,25 | |

[licenses - mean]

| | | | |
|---|---|---|---|
| **licenses** 12:23 27:10 | **llc.000331** 136:12,14 | **looking** 109:13 | **majority** 111:7,7,10 |
| **licensing** 12:9 | 145:13 191:24 | 112:7,20 113:5 | 111:11 115:2,10,10 |
| 130:11 | 192:1 | 158:9 165:21 | 116:19 132:23 |
| **light** 21:14 22:3,24 | **llc.000362.** 137:23 | **looks** 36:23 61:8 | **making** 94:19 95:4,7 |
| 23:25 24:2,9,22 | **llc.000363.** 145:11 | 62:13 70:7,10 72:8 | 95:10,13,18 96:13 |
| 25:5,7,8 31:20 32:1 | **llc.000364** 149:18,20 | 77:11 94:6 101:3,3 | **male** 165:6 |
| 34:14,15,18,25 35:1 | 168:21 192:3,5 | 101:4,5,8 105:11,12 | **manager** 155:5,10 |
| 35:9,12 36:25 74:14 | **llc.294** 73:24 74:1 | 109:18 111:13 | **managing** 5:6 6:4 |
| 75:3 79:13 103:1 | 191:15 | 124:20 125:19 | **manufactured** 92:7 |
| 104:8 124:25 137:7 | **loan** 10:23 11:9,15 | 129:13 145:24 | 92:14,22,23,25 93:4 |
| 188:17 | **loaned** 11:13 | 147:2 152:22 153:4 | 108:9 |
| **lights** 35:24 | **loans** 11:1 132:5 | 155:7,8,10,16 158:3 | **manufacturer** |
| **liked** 111:15 | **locally** 59:4 | 158:10 159:7 162:9 | 107:22 |
| **likelihood** 164:14 | **located** 4:20 152:24 | 166:16 167:3 | **manufacturer's** |
| 171:19 | 189:18 | 169:18 170:1 | 108:4,13 109:2 |
| **likes** 35:13 | **location** 141:19 | 172:24 173:5,8 | **margin** 89:19 |
| **limited** 146:6,8 | 174:10 | 175:5 176:4,16,21 | **mark** 14:6 36:1 |
| **limits** 102:24 | **locations** 141:15 | 179:9,11,13 180:7,9 | 69:18 73:22 83:20 |
| **line** 45:12 | 152:25 | 180:17,17,19 | 93:9 104:23 124:6 |
| **lines** 112:4 | **logic** 63:20 64:14 | 184:14,19 | 136:10 145:9 |
| **list** 43:3 45:8 107:13 | 65:25 66:17 | **loose** 41:1 | 149:16 168:17 |
| 107:17,20 143:10 | **logical** 63:23 65:18 | **loosely** 8:11 11:16 | 182:8 |
| **listed** 22:2 24:17 | 66:4,15 67:8 | **lose** 44:2 46:19 64:9 | **marked** 14:12 36:5 |
| 35:20 125:17 129:9 | **long** 12:3 14:16 15:1 | **losing** 63:13 72:3 | 69:23 74:2 83:25 |
| 172:25 | 20:19 67:15 103:20 | **lot** 76:7 111:13 | 93:13 105:5 124:11 |
| **litigation** 125:10 | 134:19 160:1 | 118:21 145:3 | 136:15 145:14 |
| 128:3 134:13 | 166:22 | **lumped** 92:19 | 149:21 168:22 |
| 135:21 151:22 | **longer** 64:13 94:8 | **m** | 182:13 191:9,11,13 |
| 152:1,15 | 185:6 187:1,11 | **m** 4:1 146:23 184:9 | 191:15,17,18,20,22 |
| **little** 7:14 39:4 53:6 | 190:1 | **mail** 32:20 40:12,15 | 191:24 192:1,3,5,7 |
| 55:7 61:21 67:21 | **look** 14:17,20 15:1 | 40:23,24 41:6,16,19 | **market** 38:5 |
| 91:16,17,18 103:19 | 37:7 58:23 71:22 | 42:8 44:25 45:22 | **marriage** 193:12 |
| **llc** 1:8,9 13:16,16,23 | 93:19 112:20 150:3 | 52:11 57:22 58:17 | **matter** 97:22,24 |
| 14:9,12 36:2,4 68:2 | 154:17 163:6 | 59:12,13,18 73:14 | 193:13 |
| 68:6 71:23 191:9,11 | 164:18 165:23 | 73:16 74:19,22 82:7 | **mean** 8:25 10:7 12:2 |
| **llc.000001** 182:10,12 | 166:10 167:16 | 82:19 85:10 89:13 | 22:14 32:16 33:10 |
| 192:7 | 170:17 172:18 | 91:15 92:11 147:20 | 33:24 40:15 43:13 |
| **llc.000293.** 46:13 | 174:15 176:9 | 147:23 151:8 | 47:9 48:13,15,22 |
| **llc.000296** 69:20,22 | 182:19 184:22 | 184:15 | 56:9 61:4,4 79:20 |
| 191:13 | **looked** 110:17 119:9 | **mails** 55:25 58:19 | 81:20 82:16,17 |
| **llc.000298** 168:19 | 121:9 134:12 135:9 | 58:23 72:23 | 85:20 86:7,9 87:23 |
| **llc.000308** 124:8,10 | 135:13,14,14,15,20 | **main** 34:4 | 88:3,5 94:24 101:3 |
| 191:22 | 160:5,9 162:13,13 | **maintain** 132:1 | 107:24,25 108:1 |
| **llc.000330.** 127:25 | 162:15 166:13 | | 115:22,23 119:25 |
| | 167:12 | | 122:21 126:13 |

[mean - number]

129:1 133:1 135:14
135:19 136:3
137:12 146:16
147:9 159:11,12
165:7 170:1 185:10
187:25 189:2
**meaning**  33:10
38:17 126:14
138:17
**means**  115:25 163:8
163:12 181:17
**meant**  39:2 43:24
44:14 86:11 88:12
**measure**  159:12
**measures**  186:17,24
**medications**  18:20
**meet**  19:12
**meeting**  19:19 20:19
**meetings**  8:21
**meilvsgs.com.**
184:15
**membered**  69:5
**memory**  189:10
**mention**  92:18
177:13,14
**mentioned**  9:21,24
13:4 20:14 22:20
23:24 24:18 29:16
29:20 30:10 32:17
40:11,22 42:2 44:20
46:6 49:13 50:1
52:3 55:2 58:3
61:12 62:10,22
63:24 66:5,20 67:7
69:11,14 70:21 73:2
73:14 75:5,7 77:3
78:3 79:10,10,15
82:6 87:25 88:1,1
89:12 91:8,14 93:2
96:16 99:25 108:16
109:9,13 121:16
122:14 130:20
135:4,16 142:8
143:22 144:21
146:18,18 166:2

172:4 174:12 176:3
177:20 188:20
**mentioning**  55:5
**mentions**  175:5
**merchandise**  41:11
139:16 140:15,16
**met**  57:23
**method**  158:18,22
**mice**  38:25 39:9
40:1 64:17 173:12
180:6,14 181:3
183:3,4,11,12
**mimicked**  174:3
**mind**  16:3 30:6
53:16 145:2
**mini**  25:3
**minus**  89:24
**minute**  90:24 145:5
153:16
**mishan**  1:15 4:7,10
4:21,25 5:10,25 7:5
7:5,7,7,8,21,22 8:5
14:16 15:4 25:15
36:8 55:24 56:5
57:1 58:5,14,14,14
59:10 62:12 63:3
68:6 74:5 80:24
82:5 84:4 93:17
95:21 96:17 105:8
116:6 119:15
124:14 136:18
149:24 168:25
187:18,19 190:7
191:3
**misstates**  121:4
**misunderstanding**
27:1
**model**  22:2,6,11,24
38:12,14 104:15,20
137:8 146:6,8 178:2
178:25 188:16,18
**models**  24:18 25:3
31:25 32:7 38:10
137:8 146:5

**moment**  44:13 47:3
**monday**  19:9 20:17
**money**  9:2,10,22,23
10:2,3,25 11:6,9,10
11:11,13,17,21,24
26:12 50:19 51:6
88:23 91:4 122:17
131:3,8 139:19
140:1,9
**monroe**  2:12
**morning**  4:7 121:24
122:2
**motion**  104:25
105:13 113:3,7
158:5,25
**mouse**  172:5
**mouth**  42:22
**move**  180:6
**moved**  181:14
**moving**  181:13
**multibillion**  183:18
**multiple**  46:25

**n**

**n**  4:1 88:10 113:9
191:1
**name**  4:8 13:13
47:14 52:8,20,22
68:16 75:10,12
78:22 79:7 88:6
146:21,22 148:23
154:13 167:19
170:23 184:9,9
**named**  111:17
**names**  155:4
**near**  165:19
**necessary**  46:25
**need**  93:6
**needed**  151:14
153:22
**negative**  114:1
121:15,19 122:23
123:3
**negotiate**  89:12

**neither**  29:4 111:24
**nesting**  44:6 46:23
64:22 65:23
**network**  59:5
**never**  143:16 147:20
155:23 162:2
163:24
**new**  1:2,17,17,20
2:6,6 4:3 28:9 193:4
**news**  98:23 99:3,9
99:11,17,21,22
100:6,11,15 101:9
102:11 122:13
**nielsen**  126:19,23,24
126:25 127:1,1,11
127:18
**night**  36:25 74:13
75:3
**nine**  98:20 110:13
**nodding**  18:4
**nondirect**  141:17
**nonsolar**  79:19,20
137:8
**normally**  59:3
**notary**  1:20 4:2
193:3
**note**  36:10,13 46:18
72:2 176:14 190:10
**noted**  190:24
**notwithstanding**
117:17
**november**  122:4
125:22 128:24
129:1,7,12 147:3
**number**  4:17 22:15
22:17,17 28:7,9
29:5,8 31:25 32:12
32:22,24 33:9,11,11
33:25 36:2,4,15
46:13 69:20,22 70:2
71:23 73:24 74:1
75:1 92:4,7 124:7
124:15 127:25
136:19 137:22
139:24 140:7,8

[number - packaging]

142:9 144:6 145:10
145:11,19 149:17
149:20,25 168:17
168:18,21 169:1,3
172:19 178:18
181:13 182:9,10,12
182:16 191:10,12
191:14 192:3,5,7
193:21
**numbered** 109:23
**numbers** 22:13,14
22:19,20 27:21 31:1
33:14,23 50:2 124:8
124:10 128:13
136:11,14 145:13
191:22,24 192:1

**o**

**o** 113:9,9 141:5
**oath** 15:21 16:14
**object** 33:17 34:6
35:2 39:25 41:8
42:1 56:17 63:18
66:19 67:22 83:12
95:19 99:4 100:16
101:15 102:1
113:18 114:18
115:4 117:19
118:14 121:3
123:19 139:13,20
155:20 157:10
161:8,19 162:4,10
162:21 163:3,25
164:1,19 165:1
167:13 169:23
171:25 172:13
173:20 179:1 181:8
181:19 185:7
**objecting** 121:7
**objection** 114:10
115:14 119:6
157:20
**objections** 3:8 34:12
**objects** 44:4 46:20

**obligation** 16:17
**observed** 173:18
**obtain** 176:8
**obviously** 113:12
**occasion** 161:7
**occasions** 19:4,10
**occurred** 29:25
159:23 174:9
**october** 13:22 15:10
**offer** 149:2
**offered** 32:1,7 149:5
**office** 19:20 60:24
**offices** 67:12
**oh** 24:12 33:10 44:1
64:15 91:2 109:19
134:2 137:20
158:17 160:7
170:13 173:11
176:9,11 185:19
**okay** 8:20 11:5,19
16:8,11 17:1,21,25
18:1,6,7 26:24 27:2
28:6 30:13 36:12,14
37:24 39:19 42:17
46:14,17 47:24
54:13 56:6 59:19
67:15 69:15 73:16
79:5 81:13,19 85:4
89:18 93:5 94:25
98:21 102:8 103:17
103:21 104:3,4
106:3 107:1 109:15
109:19,21,24 110:2
111:5,21 112:5
113:14 114:7
116:12 117:15
120:12,18 121:25
127:7 129:9,21
130:23 135:19
137:3 144:25 145:2
149:11 154:18
165:23 166:11,14
166:17,20 168:10
170:5,6,24 172:20
174:14 175:3

**177:11 178:15**
180:19 182:6,20
183:21 184:16,20
184:25 185:1
186:23 187:13,21
188:12
**old** 60:8
**omits** 72:2
**once** 160:15 162:2
184:23
**one's** 167:2 183:19
**ones** 112:7,8 157:23
176:6
**open** 75:23,23
**opened** 76:6
**operate** 27:9
**operated** 6:2
**operators** 142:14
**opinion** 99:19
101:13,24 102:3
**oral** 6:15,17,19
**order** 1:21 32:20
40:12,15,23,24 41:6
41:16,20 42:8 44:25
45:22 48:19 52:12
52:15,16 74:19,22
85:10 89:13 91:15
92:12
**ordered** 140:13
**orders** 106:3 133:11
140:19 142:10,11
**ordinary** 125:9
**original** 56:1,8 57:9
57:11,18
**originally** 23:18
55:16,22 56:11
144:17 181:21
**outcome** 193:13
**outdoor** 88:13,22,22
**outdoors** 88:12,15
88:18,20 180:21,25
**outer** 177:4
**outlet** 21:14 22:3,24
23:24 24:1,3,13,21
25:5,7,8 31:20 32:1

**32:5 37:1 74:14**
75:3 103:1 104:8
124:25 188:17
**outside** 74:19,24
75:13 95:24 188:3
189:1,5
**overhead** 13:3,6
**oversaw** 95:17
**overseas** 90:11
140:17
**owe** 50:13
**owned** 78:8
**owners** 6:6
**ownership** 9:8
**owns** 140:24 141:11

**p**

**p.a.** 2:3
**p.m.** 190:24
**pace** 17:13
**pack** 31:14,18 32:3
32:3,10,11,21,22,25
36:24 40:12 41:16
41:19 43:6 61:20
80:5,6,8,9,15
**package** 32:17,18,19
36:19,20,21,22
37:13,22 38:4,8,17
42:9,10 43:8,22,23
44:21 45:11,13 46:5
62:14 68:19 76:1,2
76:10,11 85:21
91:15
**packaged** 41:1
**packages** 31:15
32:15 40:19 68:5
139:1
**packaging** 32:13,16
38:13,21 39:22 40:9
41:23 45:4,5 60:21
61:3,7,10,14,23,24
62:5,6,11,23 68:11
70:8,12,13,19,22,23
71:1,6 72:2,10,16
72:24 73:3,11 75:21

[packaging - piece]

75:24,25 76:6,9
77:5 82:14,21,25
83:5,9,17,21,24
84:9,11,17 85:7,11
85:24 86:3 89:12
92:6 166:6 191:16
**packs** 30:20,23 31:7
31:12 75:18 80:3
**page** 36:11 38:23,24
46:12 94:10 98:17
98:20 105:16
109:15,20 110:1,3
111:22 112:3,15,25
114:14,14 122:15
127:24,24 128:2,6,9
129:10,16,17,17
137:21 138:8
152:19 153:18
154:1,4 158:1
166:10 167:16
169:9,12,16 170:18
172:18,25 174:15
174:18 175:6,22
180:7 184:8 191:2,7
191:25
**pages** 1:25 14:19,20
15:3 36:11 93:23,23
94:12 109:23
165:23
**paid** 11:5,13,22,24
50:11 51:5 91:3,4
134:25 140:1
150:15 170:24
**panel** 103:13
**paper** 129:2
**papers** 37:7 54:17
**paragraph** 63:12,15
64:5,19 65:10 66:10
67:3 72:6 100:22
102:15,16 103:21
103:23 104:4 112:2
**paragraphs** 72:5
98:19,22
**parentheses** 167:18

**parke** 94:7
**part** 64:15 87:21
**parties** 3:3 108:3
125:16 193:11
**partner** 5:6
**partners** 6:4
**party** 20:5,6 39:15
39:16,17,18 60:7
63:25 64:4,8,11
66:6 67:4 106:19
107:3 113:23
117:18 140:11,25
141:1 142:17
148:18 150:11
151:1 155:1,11
183:1,8
**patent** 77:21,24,25
78:2,5,7,12
**patents** 77:19
**pay** 13:8 26:12
49:17 50:4,7,9,15
50:16,19,21 88:24
90:13 130:25 131:2
131:7 139:19
**paychecks** 130:24
130:25
**paying** 51:1,2
**payment** 131:8
140:5,10,10
**pays** 49:20 50:24
51:5 90:8 130:24
**pending** 77:19,21
**people** 6:7 35:4,15
97:15 110:25 111:2
111:3 113:24,24
115:18 116:2
117:22 118:6,7,7,21
118:22,23,24 120:3
123:17 143:8
146:19 147:19
148:12 155:2,25
166:4 181:5
**perceive** 34:22
**percent** 110:8,10,11
110:12,13,25,25

111:1,11,12 115:16
115:17 116:2,21,22
117:22 120:14,16
120:19,22,23 124:1
189:3,3
**percentages** 10:8,12
110:16
**performed** 172:21
**period** 65:7 125:13
125:13 129:4 147:3
173:9,10 185:5
**permission** 27:3,5,7
68:23 69:1,2,4,6,9
130:12
**permit** 27:14
**permits** 25:25 26:20
27:16
**permitting** 26:10
**person** 19:13,14
20:17 35:12,12,13
41:17 43:18 44:17
56:25 60:23 72:16
89:21 128:11 154:8
162:13 180:25
184:19
**person's** 72:14
**personally** 56:7
**pertaining** 104:20
**pest** 20:9 21:12,13
21:17,20 22:11,21
25:11,13,16,24
27:15,17,18,25
29:12,16,19,25 30:9
30:20 31:2,7,12
32:14 33:1 34:3,16
34:19,20,25 35:8,14
35:23 36:24 38:14
39:23 40:10,19,20
41:25 42:8 43:5
44:24 45:21 47:12
47:13,21 48:12 49:1
49:8,12,14 51:9,16
51:25 52:2,21,24,25
53:2,4,8,22 54:2,22
55:1,4,17 56:2,8,12

57:4,19 60:2,4 69:8
69:14 74:13 75:2
90:8,16,17 91:20,25
102:18,25 103:25
104:7,11 108:20
109:3 110:19
124:24 125:4
126:12 135:3 138:1
138:9 141:15
147:14 149:3,6,12
151:17 152:12
182:25 185:13,14
185:21 186:4,8,12
186:25 187:10
188:12,24
**pests** 34:5,11 39:14
40:8 41:22 43:7,11
43:16 45:2,16 46:7
46:9 71:10,16,20
**phase** 57:18
**phone** 19:12 20:17
20:18,23,25 57:21
61:19 73:3 82:6
108:9 140:8 143:8
143:21 147:17,18
147:22,24 148:7
151:5
**photo** 100:21,24
**photocopy** 37:2,3,22
37:25
**physical** 83:21,23
191:16
**physically** 75:23
**picture** 86:1,7,9,14
101:2,6,7 122:24
**pictured** 21:13,14
22:4 23:23 30:2,6
30:11,16 31:3,14,17
32:4,9 33:3 40:21
42:4 54:3,23 79:2
103:10 104:17,18
**pictures** 38:24 89:14
155:16 158:10
**piece** 36:24

[pitching - proportions]

pitching  60:14
place  41:3 48:19
  159:17
placed  158:6,16,21
  158:22 159:13
places  44:7 46:23
plaintiff  1:6 2:4
  13:15 83:10 190:15
  190:17
plants  165:16,25
  182:2
play  139:8 152:1
  153:10
plays  180:22
please  4:8,15 12:10
  12:12 16:25 17:12
  17:24 18:5 23:1,14
  23:17 25:19 40:4
  46:12,15 61:5 62:2
  62:17 71:22 81:23
  94:10 98:17 102:15
  103:3,17,21 104:23
  109:19 116:8
  119:16,19 126:3
  127:24 134:19
  136:6 137:19,21
  141:4 145:9 149:16
  158:1,19 160:17
  162:8 165:23
  166:10 167:16
  168:17 170:5,17
  172:18 174:15,20
  182:8 187:15
pleasure  29:11
plug  43:11,15,19
  44:17,17 45:2 46:7
  71:10
point  44:16 56:14
  80:5 81:9 85:14
  86:18 123:12
  139:21 189:8
points  76:8 134:20
poly  41:4 75:6
portion  86:10

portions  8:1,9
position  153:3
positioned  159:21
positive  112:7
  113:25 114:24
  122:10,20,24 124:2
possessions  82:19
possibility  35:20
possible  35:18 61:15
possibly  19:11
posted  148:20
powered  79:4,21
  105:1,14
pre  28:16,24 29:7
  92:2
predominantly
  186:2,3
preparation  19:24
  20:13
prepare  18:24 19:5
  146:24
prepared  104:13
  125:6,10 128:3,6,9
  128:23 129:2
  137:16 147:1
preparing  53:19
prescription  18:19
presence  64:23
  65:24
present  19:15 38:15
  164:16 167:22
presented  83:13,14
presently  189:24
president  8:18,18
  33:5
pretty  62:13 70:11
  86:4 156:2 177:23
  177:23 184:18
previous  53:1 70:11
previously  92:5
price  48:17 89:13
  107:1,7,13,16,17,20
  108:4,13 109:2
prices  51:3 89:6,7
  108:24

pricing  107:22
  108:19
primarily  80:5
  88:13,22 92:1 189:3
  189:12,13
primary  34:10
  188:11
prime  188:10
print  112:6,10,16,17
  112:19,19 122:15
printed  121:19,20
  121:21,23 122:2,15
  129:1,6
printing  122:22
printout  112:25
prior  30:4,9 51:14
  52:20 53:12,15
  60:14 61:16 77:7
privilege  26:13
probably  25:1 43:9
  88:14 96:20 98:1
  122:9 142:21
  179:14
problem  54:14
  122:20,21
procedure  172:6,25
proceed  14:18
process  63:6 143:21
processes  140:10
processor  140:11
produce  58:21
  59:15,22 82:24 83:5
  83:9 96:21 112:8
produced  37:9,21
  94:25 95:23,24
  104:19 125:8,14
  149:9 188:3 190:13
  190:19
producing  98:15
product  20:7,8 21:4
  26:1 27:19 31:17,19
  34:23 35:5,11 44:11
  49:4,14,21,22,23
  51:18 52:3 53:17
  56:8,15,16,19 60:14

64:1,23 65:24 66:22
  67:5 68:9,24 69:1,3
  69:4 70:16,18 72:10
  73:11 74:16 75:6,11
  75:12,19 76:11,17
  76:18 78:2,19,21
  79:2 81:15,17 83:4
  83:6,11 84:9,10
  86:12 88:11,11,13
  88:17 91:13 92:11
  92:23 97:8,8,15,16
  101:17,22 103:14
  104:25 105:4
  106:16 110:9 111:6
  115:3,11 116:3,20
  116:23 117:17
  118:13,21,22 119:5
  119:11 120:14
  123:18,21 125:12
  132:19 133:6,14,17
  133:21 134:6
  135:12,24 148:25
  152:6 167:17,19
  168:2 181:6 191:20
product's  112:25
production  95:24
  96:4,13,18,19
  190:16
products  21:3,8,11
  26:5 34:4,11 51:20
  51:24 58:1 60:1
  69:10 86:22,24,25
  87:2 89:19 97:14
  114:2,17 117:4
  133:9
profit  12:2,19 89:19
  89:21
profits  9:1,1,4,5,6,7
  9:12,22 10:1,5,13
  10:20,23 12:5,8,17
  89:20,24
proportion  9:7
proportional  7:12
proportions  7:10

[protects - recollection]

protects  85:3
protocol  153:6,11
  153:19 159:7 168:6
  171:2,7,11 183:24
  184:4
proved  20:7
proves  161:15
provided  100:6
  103:15 136:2
proving  186:8
public  1:20 4:2
  193:3
publicize  108:3
purchase  28:23 48:4
  48:11,18,19 49:3,10
  49:21 83:7,11
  111:17 139:16
  143:15
purchased  35:8 76:5
  140:16 143:11
  165:11
purchasers  102:18
  102:24 103:24
  104:6 117:16
purported  102:11
purposes  54:10
  125:10 128:3
  134:13 135:21
pursuant  1:21
put  42:22 77:22
  78:4 93:5 129:15
  164:7,13 168:10
  170:22
putative  102:24

q

qualification  154:17
qualifications
  154:15,19,23
  184:17
quantify  97:19,20
  97:21 117:3
quantities  30:21
  31:20 32:6 48:16
  120:22 140:14

quantity  31:1,16,25
  80:14 188:1 189:8
question  3:9 6:17
  12:10,12,21 14:25
  16:25 21:9 22:9
  23:1,15,18 26:16,23
  34:1 37:19,20 40:5
  42:12,24 45:19 48:5
  58:12 59:16,17,19
  62:3,16 63:7 64:15
  76:3 81:23 83:5
  84:23 86:17 89:23
  90:21 91:12 93:21
  101:19 102:5 103:3
  103:5,18,19 106:12
  114:7 117:10,20
  119:2,17,17,20
  120:1,4,7,13,25
  121:6 122:25
  123:15 125:25
  126:22 127:9,10,12
  127:13,21 133:25
  134:19 137:19
  148:2 150:7 152:10
  156:24,25 160:18
  162:23 165:8 169:2
  182:4,20 185:4,19
  186:21
questioning  190:9
questions  13:18
  14:23 15:18 16:23
  17:19,21,25 23:11
  23:14 57:10 81:1
  103:12 112:13
  116:8,16 122:23
  184:21 185:1
  187:20
quick  55:7 93:6
  133:25 167:3,4
quickly  71:9

r

r  1:19 4:1 88:10
  146:23 193:3,20

rabbit  153:24
  155:24
raccoon  85:13,14,19
  86:6,8,9 100:25
  101:4,7,11,25
  102:14 156:2 162:9
  166:13,15,18,22
  172:5
ran  160:5,6,9,10
  161:1,23 162:6
  163:13,21 164:10
  164:12 166:16
  167:4 171:24
range  144:5,20
  173:3,17 174:13,24
  175:4 176:24 177:1
  177:2,4,6,15 179:17
  179:19,21,23,24
  180:3,3
rat  39:9 40:1 156:1
  162:20 163:2,2
  165:6 167:12 172:4
  181:12,17 183:3,4
  183:11,12
rate  165:7 176:19
  178:1
rating  111:3
ratings  111:4 127:2
rats  38:25 64:17
  166:4 173:12 180:6
  180:14 181:2
reach  44:6 46:23
reaches  140:3
react  164:23
reaction  113:16
  114:16 159:2,5
  173:3 174:4 176:25
reactions  174:14
read  12:13 15:2 23:1
  23:2,6,17,19 25:20
  46:16 62:18 63:11
  76:4 93:25 103:6
  104:5 116:5 119:19
  119:21 121:1,11,12
  126:4 138:10

142:19 150:5 155:4
  155:7 158:15,18
  160:19
reading  113:11
  129:6 158:20
  178:20
reads  64:19 68:12
  71:10,14 102:16
  103:23 111:23
ready  14:18,24
  93:20,21
really  9:16 12:20
  42:3 49:8 53:9 79:9
  106:8 117:3 130:21
  134:20 139:3
  156:13 158:12
  162:19
reason  18:8,10,15
  27:20 35:23 112:23
  165:15
reasonable  17:13
recall  12:3 15:16,17
  19:11 20:20 29:23
  30:12,17,25 32:19
  47:5 52:4 55:14,19
  55:21,25 57:6,8
  58:5 60:17 72:12,12
  72:22 79:8 80:6
  82:1,8 83:15,17,18
  84:18 87:10,11 93:3
  107:19 144:24
  151:9 188:2 189:21
recalling  42:3
receive  138:25
received  50:17,20
  77:25 135:16
  138:22 140:17
rechargeable  105:2
  105:14
recognize  15:6
  105:10,11
recollection  7:24
  16:1 30:2,15 31:24
  38:22 46:3 48:8
  76:14 79:1 83:15

[recollection - reporter]

85:11 86:2 87:6
185:12 188:10
189:22
**record**   12:13 17:10
23:2,6,19 25:20
36:13 46:1 54:10
62:18 103:6 109:22
119:21 126:4 136:6
136:8 145:5,7 159:5
160:19 162:2
167:11 168:12,14
174:13 187:15,17
190:10 193:8
**recorded**   12:14 23:3
23:7,20 25:21 62:19
103:7 119:22 126:5
158:25 160:20
167:8 173:3,17
**records**   33:15
**refer**   124:23 127:23
129:5 137:4
**reference**   98:19
**referencing**   100:7
**referring**   9:1 21:18
66:9 67:4,6 109:25
131:18 136:4,25
138:4 140:19 178:2
**reflect**   146:4
**reflected**   44:4 46:21
144:5 146:10 188:6
**reflecting**   189:15
**refunds**   134:15,25
**regard**   135:8 144:17
**regarding**   6:13,16
6:18,20 45:3 50:1
52:2 55:17 56:2,12
57:4,11,19,25 59:17
60:1,2 61:2,23
63:12 65:20 72:24
73:6 80:17 81:15
84:16 86:16 87:19
91:20,21 99:16
106:16 125:3
126:11 134:15
135:11,24 137:7

145:25 151:8
**regards**   9:20 20:3
34:2 50:3 51:16
63:25 64:16 66:21
67:9 136:2 144:14
158:14 182:4 185:9
**registered**   68:15
**regular**   140:14
**reinvest**   12:20
**reinvested**   12:8
**related**   193:10
**relationship**   28:17
28:24 49:5 51:7,15
52:4 55:12 57:11
92:2
**relative**   94:23 99:25
113:13 116:25
117:7 119:25 120:2
123:25 185:11
**released**   159:9,11
**relevant**   58:20,24
59:22 93:24
**remain**   10:12
**remained**   89:7
**remember**   18:18,21
19:8 24:16 31:4
32:23 53:10 59:24
68:8 72:19 79:14,17
80:11,24 85:16 86:5
86:5 89:1,2,3,17
91:11 92:21 96:7
98:4,5,8 99:10,13
147:7 148:12
150:25 151:24
189:20
**remembering**   31:23
32:9
**reopen**   190:18
**repeat**   12:10,11
25:19 40:4 62:2,16
81:23 85:18 103:2,4
126:2 127:12 131:6
134:20 186:21
**repel**   34:5,11 39:13
39:14 45:16 46:9

64:17 66:24 71:15
90:17 101:11,25
102:14 180:5,24,24
180:24
**repellant**   21:12,14
21:17 101:1 170:14
**repellants**   27:15
**repelled**   86:11
157:14,24
**repellents**   22:21
**repeller**   22:23 34:19
34:25 35:14,23
36:25 40:21 52:2,24
53:3,3,4 74:13 75:2
78:17 79:6 82:15
83:22,25 84:10
90:16,19,22 91:5
99:2 101:6,10
105:20 122:13
138:1,4,5,7,9,11
146:3,6,12,14
147:15 150:12
151:12,17,19
152:12 158:3,23
160:2 163:20,24
171:17 172:11
173:1,5 185:13,14
186:4 191:17
**repellers**   20:9,10
21:21 22:11 25:11
25:13,16,24 26:14
26:21 27:17,18 28:1
28:14,23 29:1,12,16
29:20,25 30:9,20,21
31:2,7,12 32:14
33:1 34:3 35:8
38:15 39:23 40:10
40:19,25 41:1,25
42:8 43:5 44:24
45:21 47:12,13,21
48:3,12 49:2,8,11
49:12,14,17,18 51:9
51:16 52:1,7,19,21
52:25 53:2,8,22
54:3,22 55:1,4,18

56:2,8,12 57:5,19
60:2,4 69:8,14 80:2
80:18 81:12 82:22
83:1 85:9 88:25
90:8 91:20,21,25
94:14 102:19,20,20
102:25 103:25
104:1,2,7,11 108:7
108:20 109:3
110:19,19 124:24
125:4 126:12 135:3
137:1,4 138:14
141:14,15 142:5
143:12 144:15,18
149:3,5,6,9,10,12
165:12 171:19
185:21 186:8,12,19
186:20,25,25
187:10,10,24 188:8
188:13,24,25
189:25
**repelling**   34:16,20
65:8
**repels**   39:5,6 66:6
66:22 156:21,21
**report**   64:16 67:9,11
124:20 136:24
150:11 156:17
157:1 158:8 170:12
170:13,14,15,25
171:3,8,11,14,16,18
174:1,23 176:10,13
178:8 182:25,25
183:3,5,10,13
**reporter**   12:14 14:6
17:8,9,13,17,24
18:3 23:3,7,20
25:21 36:1 62:19
69:18 73:22 83:20
93:9 103:7 104:23
119:22 124:6 126:5
136:10 145:9
149:16 160:20
168:16 182:8
190:21

Veritext Legal Solutions
866 299-5127

[reports - says]

| | | | |
|---|---|---|---|
| **reports** 64:18 66:23 129:15 183:22,25 184:4,22 | 135:5,5 141:18 188:25 | 117:8 118:19 129:10 130:15 144:15 153:17 | **sales** 27:25 29:24 30:1,3,8 52:9,11,19 52:21 53:8 97:11,17 |
| **represent** 13:14 112:14 121:24 | **retained** 192:9 **return** 64:22 65:23 132:12,13,14 133:4 | 155:19 157:19 162:3 165:16,21 167:23 169:14,17 | 97:22 98:1 124:20 124:21,23 125:2,12 125:21 126:11,14 |
| **representation** 112:24 | 133:12,14 134:8,9 **returned** 133:9 | 169:21 173:6 174:1 174:9 175:4,10,15 | 126:14 127:17 129:11 133:13 |
| **representations** 153:23 | 135:17 **returns** 90:2 132:10 | 175:18 176:2,18,19 176:23 177:3,19 | 136:24 137:6,11,12 138:10,14,17,23,23 |
| **representative** 15:14 57:13 | 132:18,21 134:10 135:18 136:3 138:1 | 179:20,21 180:10 180:12,13 181:12 | 139:2,5,8,9,11 140:2,20 141:7,9,17 |
| **represented** 17:4 **requested** 83:14 | 138:4,22,25,25 143:24 | 188:5 **roach** 39:10 | 141:20,23,25 142:4 143:4,12,25 145:25 |
| **requesting** 190:16 **require** 27:3,5 | **revealed** 190:11 **revenue** 89:24 | **roaches** 38:25 40:3 64:18 183:6,7,14,15 | 146:1,5 147:16 148:3,24 187:23 |
| **required** 190:18 **research** 65:20 | **review** 19:23 20:1 20:12 54:24 110:22 | **rodent** 65:5 **rodents** 64:20 65:21 | 188:14 189:5 **sample** 158:16,22,24 |
| 127:6 135:8 **reserved** 3:9 | 111:16,20,23 113:6 113:15 114:13 | 67:16 **role** 139:7 143:6 | 159:6,17,18 160:1 **sat** 13:21 14:2 |
| **respective** 3:3 **respects** 86:3 | 122:3,11,16 **reviewed** 54:6,8,15 | 152:1 153:10 168:5 171:7 180:22 184:4 | **satisfied** 115:19 118:21,23,24 |
| **response** 67:13 **responsive** 42:15 | 54:17,21 55:2,3 67:2 110:17 154:6 | **room** 45:12 46:4 **rooms** 47:1 | **save** 58:12 59:3,8 122:17 |
| **result** 97:18,23 183:4,6,11,14 | **reviewers** 110:9 111:8 115:10,11 | **roughly** 89:15,16 **rounds** 56:1 | **saw** 83:3 123:6,6,12 161:6 178:8 |
| **results** 164:6 **retail** 36:21,22 38:5 | 116:19 120:14 **reviewing** 55:3 | **rules** 16:11 **run** 64:5 148:19 | **saying** 9:14 11:20 18:4 33:18 39:24 |
| 43:8 45:5 51:3 52:9 52:10 72:15 75:20 | **reviews** 105:22 109:10 110:4,18 | 153:20 171:19 173:15 185:3,5 | 65:4 118:20 119:24 121:18 126:14 |
| 75:24,25 76:2,9,10 76:11 89:12 91:14 | 113:21,25 114:3,24 115:6,6 117:6,24 | 189:25 190:2 **runs** 90:5 | 131:19 135:15 138:16 176:10,25 |
| 107:1,7,13 108:4,10 108:13,17,19 109:2 | 121:2,11,12,15,19 122:1,9,21 123:3,25 | | 189:11 |
| 126:11,14 127:17 **retailed** 108:21 | **revisions** 61:10 **rid** 102:4 | **s** | **says** 15:12 45:14 46:18 67:18 68:1,21 |
| **retailer** 28:7,8,10,17 28:22 29:9 50:12,14 | **right** 15:24 23:9 30:17 31:8 32:9 | **s** 4:1 88:10 113:9 141:5 146:23 191:6 | 85:2 92:13,15,20 99:5 104:10,12 |
| 50:22 51:4,5 92:2 126:15 133:4,5,5,16 | 33:4 35:21 37:18 39:7 66:10 70:14 | **safari** 174:11 175:21 **safety** 37:1 74:14 | 106:21 107:13,16 110:4,6,24 113:16 |
| 133:18,19,19 134:9 134:10 141:23 | 78:13 79:14 80:10 80:12,14 83:2 84:25 | 75:3 **salary** 5:9,12,14,16 | 114:15 121:18 122:6 129:1,6,11 |
| 189:18 **retailers** 26:1 27:22 | 85:1 91:12 97:3 100:11,25 106:13 | 5:19 9:3 **sale** 27:23 29:12,17 | 130:3 137:25 138:9 146:12 152:20,20 |
| 28:14 41:17 49:19 50:6,18,20 132:24 | 108:14 109:7,16 110:13 114:20 | 29:18,21 41:7 45:21 47:22 48:3,16 49:1 79:6 85:8 149:3,6 | 153:12 154:2,16,20 155:6,7,8 158:16 |

[says - significant]

166:13,15,18 167:1
167:19 169:10,15
170:12,20 174:10
174:13,21 175:9,19
175:22,25 176:12
176:20 178:21
180:12,14 182:24
184:8,10,14
**scan** 159:3
**scared** 162:20 163:2
163:9 166:16 167:4
**scientific** 167:11
**scott** 2:14 19:16
20:24 38:1 166:8
**scratch** 29:3
**script** 96:20 155:8
**scripts** 142:18,24
143:6,9
**scurry** 163:10
**sealing** 3:4
**search** 58:19 59:14
59:20 73:5 82:13,17
82:18 84:25
**searched** 61:25 62:4
62:24 63:8 77:14
82:10 84:21 96:12
100:10 105:18,19
134:24 135:20
**second** 90:9 122:11
166:12 168:12
170:17 184:9 185:4
**secondary** 34:19
**seconds** 167:5,6
**secretaries** 128:13
**see** 38:23 39:1 43:10
45:14 64:24 67:25
72:5,16 75:22 77:18
85:2 92:6 94:9,12
98:22,25 99:1
100:21,24 101:4
102:16,21,22,23
103:22 108:11
109:14,17 110:3,8
110:10,12,15,16,22
110:24,25 111:3,16

111:22 112:5,21
113:14,15 114:8,17
116:1 118:17
120:12,13,15,16,16
122:3,5,11,13,14,16
122:18,19,20
125:19 135:22
137:25 154:1,17
156:8,16 159:23,25
160:3,13 161:14
162:12 163:12,16
163:18,21 164:3
165:24 166:2,12,15
166:25 167:20
169:5,9 170:20
171:23 172:3,9,15
173:11,13 175:21
175:22 177:11,17
178:16 180:11,12
180:18 181:12,25
182:6 184:8 185:2
**seeing** 113:1 133:1
160:7,11
**seen** 36:16 37:14
64:2 70:4 74:7 84:6
94:2,16 118:18
124:17 136:21
145:21 150:2,8
170:9 182:18,21
**segment** 98:23,24
99:3,9,12,17,23
100:11,15 101:9
102:11
**sell** 25:14,15 26:1,5
26:13,20 28:10,10
28:13 29:8 31:8,13
41:10,12 50:8 56:16
68:24 69:1,3,4,10
69:14 86:22,25
105:23 106:2,7
133:16
**selling** 38:7,9 49:18
51:23,25 52:8 97:8
188:18,20,22

**sells** 25:16 29:1 50:5
51:4,17,19
**send** 61:6 107:22
108:1 133:6,18,20
135:6 140:14
147:23
**sending** 107:23,24
107:25
**sensor** 158:5,25
**sensors** 159:3
**sent** 57:22,24 59:25
61:12 72:24 76:25
81:3,6,14,24 142:23
143:2
**sentence** 65:17
102:22
**separate** 32:12
130:1,9 142:16
187:3
**series** 57:10
**services** 131:19
**set** 16:8 28:9 69:15
73:19 78:15 124:4
144:25 193:7,14
**sets** 48:16,17,18
107:17
**settlement** 10:4,8
152:16
**seven** 22:18 185:6
185:23,25 186:13
186:15 187:1,4
188:20
**seventh** 1:17 2:5
**sgs** 60:7 170:13,14
171:5,24 174:23
179:14 183:2,3,5,6
184:2,15
**shareholder** 7:22
8:5,21
**shareholders** 6:7
7:6,17,18,20 8:3,11
**sharing** 5:24
**sheer** 178:23
**sheet** 40:14,23 43:18
44:11 74:10,11,12

74:16,18 75:8,16,17
75:23 76:2,4,8,12
76:13,19,22 77:6,12
77:15 128:18,23
**shelves** 41:17
**shermattie** 146:22
**ship** 41:11 76:17
140:12,15,19,20
142:12
**shipped** 74:23
106:23 139:6,17
189:7,12,15
**shipping** 141:18,22
141:23 189:10
**ships** 106:22
**shock** 162:14
**shocked** 160:5,9
162:9,17,20 163:2,6
163:8 166:13 167:2
167:12
**short** 166:25
**shorter** 63:22
**shorthand** 48:21
**shortly** 60:12
133:23
**show** 66:23 94:13
122:23,24 157:7
158:2 164:22
**showed** 178:9
**showing** 37:5 85:15
85:19 97:7,7 118:19
119:8 158:3
**shown** 19:21,22
**shows** 67:2 158:4
**side** 69:16 71:22
77:18 165:7
**sided** 36:11
**signals** 44:2,6 46:19
46:22 63:12 64:9,21
65:22 67:17 72:3
**signature** 193:19
**signatures** 154:5
**significant** 180:22
190:12

Veritext Legal Solutions
866 299-5127

[signify - stopped]

**signify**  39:2,4,12
**similar**  91:25
  178:11
**similarly**  82:9
**simple**  122:25
**simply**  35:1 37:20
  43:15 156:25 164:7
**single**  80:3
**sit**  41:1
**site**  119:10 121:1
  147:14
**sitting**  16:2 17:5
  30:7,14 42:6 43:2
  44:22 45:9
**situation**  50:23
**six**  94:10,12 167:16
  169:16
**size**  89:14
**sku**  32:12,22,25
  33:4,8,10,23
**skunk**  153:15
  155:24 172:4,22
  173:10 174:8
  175:23 176:1,7,13
  176:23 177:17
  179:22
**skunks**  156:1 166:4
  174:12
**slash**  39:4
**slightly**  70:13
**small**  24:21 80:14
  175:17 189:8,22
**smaller**  24:20,20
  25:6 40:19 89:13
**soft**  44:3 46:20
**solar**  20:10 48:3
  52:7 78:17 79:4,22
  79:23,24 83:22,24
  84:10 85:8 88:24
  94:14 99:2 101:1,10
  102:19 103:13
  104:1 105:1,14
  136:25 137:3 146:2
  146:5,14 149:10
  150:12 151:12,19

158:22 163:20,24
  172:10 191:16
**sold**  31:2 33:1 39:23
  40:10 47:13 49:24
  50:4 52:7,10 68:25
  75:18 78:22 80:2,9
  89:25 90:5 91:22,22
  106:7,18,19,19,22
  108:10 125:17
  128:20 138:23
  144:10,12 188:24
**solely**  6:2 35:8 54:7
  54:8 57:13 66:9,17
  86:7,22,25 87:3
  102:24 104:13,19
  124:23 131:18
  171:20
**somebody**  59:9
  154:7
**somewhat**  158:10
**sonic**  86:20 87:5,7,9
  171:21
**sons**  4:21,25 5:10,25
  25:15 68:7
**sorry**  22:16 24:7
  25:19 26:10,17
  28:11 29:8 39:17
  62:3,7 81:5 82:17
  85:17 111:19 112:1
  117:10,13 121:6
  125:24,25 127:12
  129:5 131:5,5 142:3
  153:5 156:24
  158:17 160:7,8,12
  160:17 170:13
  176:9,11 179:10
  186:21,22
**sort**  59:5
**sorts**  57:25 59:7
**sound**  43:20 45:15
  46:8 63:20,21 64:13
  65:4,7 66:2,13,13
  71:15 86:18,20,23
  87:1,3 171:20,21
  180:4

**sounds**  15:17 42:25
  63:19,23 65:12,18
  66:15 86:24 106:23
  106:24,25 163:8
  167:3,4
**southern**  1:2
**span**  64:14
**speak**  17:12
**speaker**  86:19 159:3
  167:19 168:1
**speaking**  142:19
**specific**  37:14 44:14
  61:5 70:18 78:24
  105:17
**specifically**  55:21
  60:2 128:5
**specifications**  57:25
  81:4,7,14 178:1,3
  178:24
**speculation**  189:9
**spell**  141:4
**spelling**  88:9
**spider**  39:9
**spiders**  38:25 40:2
  64:17 183:6,7,14,15
**spoke**  19:1,5,9,9
  20:16 42:9 57:20
  152:18
**squirrel**  88:20
  153:23 155:22,24
  181:1
**stage**  60:17
**stages**  60:18
**stake**  158:23 159:18
**stand**  127:5 129:19
  129:21 178:7
**standing**  100:25
  179:18
**stands**  129:24
**star**  61:21 110:9,11
  110:12 111:8,9,12
  111:12,13 112:9,9
  112:10 113:2,6,16
  115:3,12,16 116:20
  117:6 120:15 122:6

122:12,17
**stars**  105:21 109:14
  109:18 110:11,14
  111:2 115:3,12,16
  116:20 120:15
**start**  4:11 49:5
  51:10 55:3 116:14
  123:7
**started**  37:12 38:7
  38:16 52:11 163:10
**starting**  29:2 144:20
**state**  1:20 4:3,8,15
  6:17 169:8 173:23
  177:21 182:5 193:4
**stated**  39:15 123:11
  172:7 176:5,6 179:4
  179:15
**statement**  43:24
  44:14 45:1,6,22
  65:21 66:4,14,15,16
  67:8
**states**  1:1 65:9 66:6
  68:19 78:6 153:1
  189:1,4,6,13,23
**stating**  65:8
**stayed**  166:22
**steigerwald**  13:23
  14:8,11 191:8
**step**  13:11 26:25
  85:5
**steve**  7:15 58:14
**steven**  7:5,7,21 8:4
  9:16,18,25 55:24,24
  56:5 57:1,21 58:5
  62:12 63:2 80:24
  82:5 84:19 127:22
  131:12 132:9
**stien**  88:10
**stipulated**  3:2,7
**stipulations**  1:21 3:1
**stop**  50:18
**stopped**  160:4,5,8
  160:10 162:15
  163:9 166:19 167:1
  167:5 175:23

Veritext Legal Solutions
866 299-5127

[stopped - thing]

181:13
store   68:25,25 72:15
  132:14 135:17,17
  141:17
stored   59:21 141:14
stores   132:14
straight   54:9,12
stray   156:5
street   2:12
strobe   79:13 137:7
strong   63:22 118:6
studied   160:14
studies   66:7 100:3,7
  100:18,19 101:17
  102:6,12 114:23
  117:1 185:3,5 187:2
  187:3,5,8
study   158:8 178:11
  178:12 185:10,16
  187:2,7
style   22:13,14 33:10
  33:14,25 75:1
styled   14:8,11 191:8
submitted   20:5,15
subsequent   147:3
substantial   184:18
suggest   152:2
suggested   107:22
  108:4,10,13 109:2
suggestions   61:9
suite   2:12 4:17,18
summary   129:16
super   167:19 168:1
supervisor   155:5,9
supports   177:12
sure   7:2 10:7,20,22
  10:23 11:3,4,8 13:9
  15:12 22:22 25:8,9
  26:8,11,18 29:22
  30:24 31:22 32:2
  40:7 42:11,14,21
  43:2 44:18,19 45:6
  45:10 46:4 47:20
  50:12 51:11 52:16
  52:16,23 53:1 61:6

61:18 63:9 64:2,7
  75:14 77:9 87:12
  88:9 89:5 90:18,20
  92:13 95:2 96:5
  99:14,20,24 100:8
  105:25 106:5,8,11
  114:1 127:19
  128:16,21,22
  131:11,24 134:21
  136:3 144:12,13
  148:25 149:1 155:7
  158:12 161:10,11
  169:25 186:23
  188:22
surfaces   44:5 46:21
surrounding   54:22
  54:25 104:15
suspending   190:8
sustained   161:17
switch   24:10 36:25
switched   186:6
sworn   193:7

**t**

t   88:10 146:23,23
  191:6
taft   1:20 193:3,20
taiwan   174:11
take   5:9,12,14,16,19
  8:23 9:2,3,6,7,10,13
  9:14,23 10:3,16,20
  10:25 11:10,16 12:1
  12:5 13:11 14:16
  17:13 26:25 48:22
  53:20 54:1 55:7
  67:15 85:5 87:21
  90:2,4 93:19 102:3
  113:2,5,6 133:23
  143:21 150:4
  170:17
taken   1:19 11:1,6,17
  11:21,23 147:16,18
takes   50:22 140:9
talk   17:17

talking   20:8 41:20
  66:8 91:2 175:3
  179:17
team   99:21 100:6
  154:9
technology   65:2
telemarketers   143:7
  143:13
telephone   139:24
  140:6 142:9,14
television   94:13
  98:23,24
tell   16:17 22:6,10
  156:20 157:1,5
  158:11,12 162:20
telling   179:24
tells   43:18 44:16
  167:6 178:18
temperature   180:15
  180:16,18
ten   90:6
tend   157:18
term   55:4 93:24
  94:23 95:16,22
  116:25 129:25
  185:11
terminologies   20:2
terminology   8:11,25
  10:18,19,24 11:4,4
  11:15,16 25:18
  77:23 78:4 86:14
  92:15 93:2,4 144:23
terms   48:18
test   22:23 150:13,15
  150:18,21 151:18
  152:3 153:7,20
  158:18,21 160:2
  161:15 164:17,22
  169:10 170:12,13
  170:14 171:16
  172:6,21,24 173:15
  174:8,10 177:15
  178:4,5 179:6,15
  180:10,12,14,21
  182:25 183:2,3,5,6

183:10,13 186:20
tested   64:9 154:2,6
  163:23,24 176:21
  180:7
testified   4:4 15:13
  16:4 26:18 56:10
  63:14
testify   18:9,16,17,21
testifying   16:14,18
  57:12 80:8
testimony   15:20
  26:25 104:14 121:4
  190:11 193:6,9
testing   20:5 39:16
  60:1,7,7 63:25 64:5
  64:11,16 66:6,18,21
  66:22 67:2,4,6,9,11
  81:4,7 87:5 117:18
  119:12 150:11
  151:11,14,15 152:5
  152:7,9,11,11,13
  163:17,18 166:1
  171:24 173:9,10
  175:23 176:2,24
  177:1,2,4,6,7,8,18
  179:3,3,12,25 180:1
  182:2 183:19
  186:16,24
testings   20:6 39:16
  39:18 81:11 151:16
tests   60:14,19 152:5
  152:6 167:7,23
  168:6 169:6,13,16
  169:20,20 172:9
  186:11
thank   29:10 30:19
  47:25 54:13 63:10
  73:19 78:15 93:5
  116:13 134:6 166:8
  190:7,20
thanks   69:15 80:1
  144:25 168:10
thing   93:25 108:16
  150:3,6

Veritext Legal Solutions
866 299-5127

[things - ultrasonic]

things   90:1 167:11
think   7:13,14 18:21
  21:24,25 22:7,12,18
  24:19,22,25 26:18
  35:15,18 40:3 42:6
  42:12,18,19,19 43:3
  44:22 45:19 53:11
  53:15 55:6 60:10
  62:21 66:4,16,18
  75:10 78:5 79:4,16
  79:17,18,19 80:5
  85:23 86:4 87:17
  88:1,8,9 89:15,15
  90:9,17 93:6 94:7,8
  98:7 103:19 106:22
  107:8,12 117:14
  128:7 129:20
  132:12 141:5
  143:20 146:22
  147:15,23 148:5,9
  148:11,17 151:13
  156:2,15 162:19
  164:9 165:22 166:4
  167:10 168:3
  177:23 178:6
  179:22 181:5 183:8
  183:16,16,19 184:1
  185:19 189:2,12,21
  190:1,5,5
thinking   24:6 134:5
third   20:5,6 39:15
  39:16,17,18 60:7
  63:25 64:4,8,11
  66:6 67:4 106:19
  107:3 108:3 109:25
  113:23 117:18
  122:16 140:11,25
  141:1 142:17
  148:18 150:11
  155:1,11 174:18
  183:1,8
thought   90:24,25
three   7:25 8:8,20
  15:14 31:6,12,14,16
  32:3,10,16,17,22

36:24 48:20,21,25
49:6 60:25 61:20
70:2 75:18 77:1
87:14 99:22 100:5
102:9 105:21
109:14,15,18,20
110:12 111:13,25
113:21 115:18
120:17 130:15
132:1 154:5 158:1
158:25
tim   155:9
time   3:9 6:9,9 10:24
  10:25 12:3 48:22
  50:10 52:12 53:20
  54:1 58:1,12 64:20
  65:7 67:18,23 76:16
  81:4,7,17 89:7,8
  93:19 99:8 105:18
  105:18 110:20,20
  118:18,18 119:9,9
  121:10,10,11,11
  125:13,14 129:4
  141:21,21 147:3
  150:4 160:16 161:6
  161:11,17 166:24
  173:17,22 174:1,4
  184:24 190:8,9,19
  190:24
times   6:8 28:18 29:6
  98:11 130:22 139:1
  161:12 170:2 181:3
title   154:21
titled   13:23 110:23
  129:19 146:13
today   13:18 16:2,11
  16:14,18,22 17:4,8
  18:9,16,22 19:8
  22:18 23:12 30:7,15
  42:6 43:3 44:22
  45:9 53:19 57:12
today's   18:25 19:24
  20:13 190:10
told   93:22 103:12
  108:8,9 113:22

120:2 153:21 179:5
top   137:25 169:10
  170:20 176:13
topic   6:16 53:5
  151:8
total   185:19 187:23
  188:14
totally   185:21
tracks   162:15 163:9
trademark   68:15
train   142:13
transactions   142:1,6
transcribe   18:3
transcribing   17:9
transcript   14:7,10
  15:9 191:8 193:8
translate   181:22
transmit   142:10
trash   85:15,18,20
  86:8,15
travel   43:21 64:10
travels   44:3 46:19
  63:13
trial   1:14 3:10
true   15:24 48:2
  63:17 65:1,11,13
  67:3 193:8
truth   16:17
truthfully   18:9,16
  18:22
try   16:25 17:12,18
  17:20,24 18:5 29:5
  116:9 119:16
  153:22
trying   19:8 25:18
  42:23 54:9,11 72:19
  89:1 116:14 151:24
  189:20
turn   29:8 41:12
  46:12 69:13 94:10
  98:17 102:15
  103:21 106:2,6,24
  109:19 133:4,20
  134:10 135:5,18
  137:21 140:18

158:1,24 159:18
  180:4
turned   159:14,15,22
  159:22 160:24
  161:4,22 163:20
  173:1 185:21 186:1
turning   24:11 170:5
tv   97:8,15 98:1
  133:11 134:4
  139:15 143:4 149:8
  149:11,13
two   21:3,8,23,24
  25:4 28:1,16 36:11
  39:16 51:15 60:6,19
  64:18 66:6 70:19
  71:4 72:5 80:5,8,9
  80:15 81:11 85:23
  85:23 110:13 111:8
  115:3,12,16 116:20
  120:15 151:16
  152:5,6 158:21,24
  167:17 173:6 180:7
  183:1 184:20 185:1
  185:20 186:6,14,15
  187:2,2,3,4,4
tylenol   102:3
type   21:18 22:23
  24:9 32:8,13,15
  45:3 80:24 81:18
  82:7 113:25 168:2
  174:3
typed   138:5
types   21:17,20 22:21
  24:18
typo   167:24

**u**

u   88:9,10
uh   14:22 18:5 68:3
  71:13,25 77:20 85:6
  109:11 110:7
  137:24 170:19
ultrasonic   20:9
  21:12,17 25:11
  29:12 30:20 32:14

[ultrasonic - want]

34:3 38:14 39:23
40:10 41:24 42:7
43:4,20 44:2,6,24
45:15,20 46:8,18,22
47:21 63:12 64:21
64:23 65:4,22,24
67:17 71:15 72:2
74:13 75:2 86:18,20
86:23 87:1,3,5,7
102:18,25 103:25
104:7,11 105:1,14
124:24 125:4
126:12 134:1 138:1
138:9 171:20 180:4
182:24
**understand** 13:19
16:13,16,24 17:3,7
21:2,7 30:13 37:8
37:19 43:13 48:22
54:21 57:7,12 63:5
102:5 103:2 165:8
179:16
**understanding**
56:23 62:15 65:3
112:18,22 117:16
125:25 146:7,9
148:6 156:23
159:20,24 161:3
**understood** 6:1
11:12 16:8 17:2
29:10 44:12 80:1
**uniformly** 40:8
41:23 80:2 92:10
**unilever** 183:18
**unit** 23:22 40:12
43:20 50:5 76:5
80:3 83:21,24 88:24
176:19 191:16
**unit's** 111:24
**united** 1:1 153:1
189:1,4,6,13,23
**units** 46:25 50:3,5
50:10 51:2,3 92:11
92:17 125:17,21
128:20 138:23

140:12 144:9
**unopened** 139:1
**unsure** 61:17
**untrue** 16:5
**unwanted** 45:16
46:9 71:16 85:3
**upgrade** 87:1
**upstairs** 88:21
**usage** 131:14
**use** 6:8,13,20,24
13:4,8 18:5 27:4,6,8
27:14,16 38:4 44:11
67:12 69:9,12 73:17
88:12,14,17,19
118:1 123:21
129:25 130:12,22
141:3 168:4 172:10
181:6 182:1
**users** 88:16
**uses** 165:11
**usually** 33:13 92:15
93:1,2,2 133:2,2,18
141:19 165:21
**utilize** 126:18
127:16
**utilized** 38:9 56:1
96:13

| v |
| --- |

**v** 13:23 184:9
**va** 129:21
**vague** 120:10,10
**vaguely** 99:13
**van** 1:8 4:21 5:3,12
5:20,22 6:1,5,12,21
6:23,25 7:17,20,22
8:15 10:16,21,25
11:1,6,12,18,21,22
11:24,24 13:16
25:12,14,14,17,23
25:24,25 26:4,5,7
26:10,12,20 27:4,10
27:14,18,22 28:7,15
28:25 29:5 31:9,13
33:6 48:10,23 49:3

49:7,8,12,14,16,18
49:20,21,23,24 50:4
50:7,9,15,16,20,21
50:24 51:1,2,6,8,22
51:24 52:5 55:13,17
55:20,22 56:11,14
56:18,21,22,24
57:17,18 60:3,15
61:1,7,7,9 65:19
68:2,10,13,17,18,22
68:23 69:2,7,12,13
76:21 78:2 80:17,20
87:18 88:23 90:7
91:4,22 92:8,20,23
95:13,15,17 99:16
105:23 106:4,15,18
107:21 108:2
118:11 119:3
125:16 126:10
127:16 129:21
130:5,7,9,18,22
131:2,7,15,16,22
132:11,15,16,20
133:6,10 134:17
135:1,12,25 138:15
138:20,21,22
139:12,23 140:3,12
140:21 142:1,5,23
143:2,10,17 144:1
148:19 150:19
152:15 170:21
171:6 184:3,6
188:23
**varieties** 25:1,4,6,10
29:15,19 30:4,19
31:2 33:1,9 34:2
39:22 40:9 41:24
43:4 44:23 53:21
54:2,25 78:21 79:5
79:15 125:3 188:14
**variety** 30:8 33:16
42:7 45:20 51:17,20
78:20,24,25 90:15
90:23 91:13 137:3
188:6

**vendor** 27:21 28:7,9
29:4,7,7 50:2 92:4
**verbal** 63:2
**verbally** 17:25
**verified** 111:17
**version** 77:2 151:18
**versions** 85:24
187:23 188:21
**versus** 14:9,12 191:8
**vice** 8:18 33:5
**vicinity** 166:22
**video** 167:8
**visited** 105:16 121:1
**voice** 111:24
**voltage** 44:19
**vp** 4:25 5:3,10

| w |
| --- |

**w** 2:12
**wait** 90:24
**waived** 3:6
**walk** 164:12 173:2
173:16 177:17
**walked** 160:4,9
161:1,23 162:16
163:11,14,21
164:11 166:13,19
167:3,12 175:23,24
**walls** 44:7 46:24
**wanpi** 174:11
175:20
**want** 11:19 14:20
15:2,2,17 26:24
28:9 30:14 34:15
46:10 51:20 52:17
54:20,24 62:23
80:25 81:2 93:25
112:8,20,21 116:6,7
117:4 133:22,25
134:20 145:2
147:21,22,23 150:5
156:9 160:18
164:11 165:5,16,17
165:18 166:3 181:2
181:3 184:22

Veritext Legal Solutions
866 299-5127

[want - zoos]

185:15 190:21
**wanted**   15:1 47:3
56:16 169:2
**wants**   120:4
**warehouse**   140:17
141:19
**warehouses**   140:22
140:24 141:10,11
141:13,16
**watched**   159:2
**watchful**   181:13,17
**waves**   45:15 46:8
71:15 171:20,21
**way**   21:9,10 27:20
36:10 42:21 46:6
55:18 76:10 77:9
79:22 106:9,14
108:22 116:15
123:14,21 130:2
151:16 156:15
162:23 167:11
178:10 193:12
**weather**   118:2
**web**   105:16
**website**   104:24
105:4 147:4,25
148:4,7,8,24 149:2
191:20
**websites**   148:16,18
**wednesday**   1:18
19:9
**week**   187:11
**weeks**   67:21
**wellquest**   4:22
**went**   49:15 160:25
176:2,23 186:7
**whatnot**   11:9 27:17
50:22 65:6 116:5
123:7,8 139:1
**whatsoever**   113:17
114:16
**whereof**   193:14
**whispered**   178:13
**white**   40:24 70:8

**wholesale**   51:3
**wild**   156:4,18,23
157:2,3,8,18
**wing**   2:14 33:17
34:6,12 35:2 39:25
41:8 42:1 56:17
63:18 66:19 67:22
83:12 95:19 99:4
100:16 101:15
102:1 113:18
114:10,18 115:4,14
117:19 118:14
119:6 120:6 121:3,7
123:19 133:24
139:13,20 155:20
157:10,20 161:8,19
162:4,10,21 163:3
164:1,19 165:1
166:7 167:13
169:23 171:25
172:13 173:20
179:1 181:8,19
185:7 190:23
**wishes**   28:23
**withheld**   190:14
**witness**   12:16 23:5,9
23:22 25:23 33:18
34:7,13 35:3 40:1
41:9 42:2 56:18
62:21 63:19 66:20
67:23 83:13 95:20
99:5 100:17 101:16
102:2 103:9 113:20
114:11,20 115:5,15
117:21 118:16
119:7,24 120:8
121:5,8 123:20
126:7 134:2 139:14
139:22 155:21
157:12,21 160:22
161:10,21 162:5,12
162:22 163:5 164:3
164:20 165:3
167:14 169:25
172:2,14 173:21

179:2 181:9,20
185:9 191:2 193:6,9
193:14
**woman**   38:2
**word**   70:23 97:5
115:24 162:17
**words**   9:15 17:14
18:5 42:22 43:11
48:4 77:19 92:7
147:13
**work**   47:6,10,10
49:1 58:7,9,15,17
59:2 102:10,11
113:2,3,7,7 117:25
131:15 142:14
154:24 155:2,10
159:4 181:2 184:14
**worked**   100:15
**working**   9:25 10:19
101:21
**works**   20:7 65:3
79:23 116:15
152:23 153:4,5
184:19
**world**   174:11
175:21
**write**   76:15 96:20
143:9
**writes**   114:22
**writing**   96:13 143:6
171:7 184:4
**written**   6:11 26:3,11
48:9,13 64:6 66:17
111:17
**wrong**   26:19 89:17
**wrote**   47:4 65:17
76:13 96:2 113:24
138:6 171:2 183:24

| x |
|---|

**x**   1:4,11 10:13 191:1
191:6
**xyz**   133:4,5,5

| y |
|---|

**y**   4:1
**yard**   85:3
**yeah**   107:4 114:21
134:2,2,3,3 144:16
148:14 153:22,25
188:9
**year**   9:6,13 10:9,9
10:11,14,15 29:13
29:21 52:9 98:6
113:4,8
**years**   60:8,11,11
71:4 87:12,14 183:9
183:17
**yesterday**   19:3,9,12
**yitzchak**   2:7 13:13
**york**   1:2,17,17,21
2:6,6 4:3 193:4
**young**   155:9

| z |
|---|

**zoo**   174:9,11 175:8
175:10,11,12,14,19
175:21
**zoos**   156:14

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2) Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1,
2014.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.