D. Feuerstein

1    Q.   In any test, was the repeller
2 ever placed in chamber B? So in other
3 words --
4         MR. WING: Asked and
5    answered.
6    Q.   Yes, and forgive me if this was.
7 I think you might have testified about
8 this, but I don't have access to the
9 complete record right now, and I can't
10 completely remember.
11   A.   Okay.
12   Q.   I think that you previously
13 testified that the repeller was never
14 switched from chamber A to chamber B when
15 conducting the test?
16   A.   Never, mm-hm.
17   Q.   Now, you testified earlier that
18 Intertek, you supplied some SGS reports to
19 Intertek for purposes of formatting; is
20 that correct?
21   A.   Also I helped them to understand
22 how to do the testing because this is not
23 easy testing without understanding. A lot
24 of lab probably won't be able to do it.
25   Q.   So if we are comparing

Page 158

1 Exhibits 18 and 19, so on Exhibit 18, I am
2 looking at page 88 and on page 19, I am
3 looking at page 1533.
4    A.   Okay.
5    Q.   So you see the heading "Test
6 Object" on Exhibit 18 and the heading of
7 "Object" on Exhibit 19, do you see that?
8    A.   Yes.
9    Q.   So see Exhibit 18, it says:
10 Test: Ultrasonic pest repellers against
11 rats and mice in a laboratory environment,
12 conducted observations. Control: Eleven
13 days period, including two days
14 preliminary testings seven days during
15 test and two days post test.
16       And do you see that on
17 Exhibit 18?
18   A.   Yes.
19   Q.   And do you see on Exhibit 19, it
20 says tests Bell + Howell Ultrasonic Pest
21 Repeller against rats and mice in total
22 eleven days period including two days
23 preliminary tests, two days during test
24 and two days post tests, did you see that?
25   A.   Yes.

Page 159

1    Q.   Do you agree that it appears
2 that this language was copied?
3         MR. WING: Object to form.
4    A.   But this is part of the
5 protocol.
6    Q.   Okay.
7    A.   They are just repeating the
8 protocol.
9    Q.   So do you believe that this
10 language was copied from SGS?
11        MR. WING: Object to form.
12   A.   I don't think it's a copy. I
13 think it's in our protocol.
14   Q.   So this was in a protocol that
15 you submitted to the labs?
16   A.   Yes.
17   Q.   Do you have documents reflecting
18 the protocol that you submitted to the
19 lab?
20   A.   I don't have myself, because my
21 people, my -- my factory in China are the
22 one who submit the information for the lab
23 to quote.
24   Q.   So do Intellitec employees have
25 documents reflecting this protocol?

Page 160

1    A.   Yes. Without clear protocol,
2 they won't be able to quote how much it
3 will cost for them to conduct this
4 testing.
5    Q.   Understood.
6         MR. KOPEL: Scott, I am just
7    going to make a quick formal request
8    on the record for production of those
9    records.
10   Q.   So just very briefly, there are
11 sections in both of these reports titled
12 "Preliminary Testing," and it's actually
13 on page 1534 Exhibit 19, and on page 88,
14 Exhibit 18?
15   A.   Sorry, 18 which page?
16   Q.   Eighteen is page 88?
17   A.   Eighty-eight, okay.
18   Q.   And 19 is page 1534.
19   A.   Okay.
20   Q.   And I just wanted to confirm,
21 that's the same thing, right? You agree
22 that this language does mirror each other
23 from report to report, correct?
24   A.   This is actually -- let me see,
25 I think this is part of the protocol we

Page 161

41 (Pages 158 - 161)

D. Feuerstein

1 provided for -- for them. The pictures on
2 the top, it's actually designed -- draw by
3 my designer. So they actually took the
4 section of the protocol into the report.
5     Q.   I just wanted to confirm that.
6 They drew this language from the protocol
7 that you provided to them, right?
8     A.   Correct, yes.
9     Q.   And if you look at the graphs
10 that are depicted on each of the exhibits,
11 for instance, page 91 on Exhibit 18 and on
12 Exhibit 19, page 1537, these graphs appear
13 to be formulated the same, correct?
14     A.   Yeah, they are similar format,
15 but the test results are different between
16 two different labs.
17     Q.   Thank you.
18          Turning specifically to
19 Exhibit 19, this was a test of rats and
20 mice, correct?
21     A.   Correct.
22     Q.   Can you tell me what species
23 rats or what species mice were used?
24     A.   I don't know. Depends on the
25 season. So I don't know the species of

Page 162

1 the rats and -- and mice.
2     Q.   Can you please turn to
3 page 1537?
4     A.   (Complying.) Yes.
5     Q.   Do you see at the top of the
6 page, there is a graph depicting rat
7 movement? So it says "rats" in the
8 left-hand corner of the graph on
9 page 1537?
10     A.   Rats? Yes.
11     Q.   Do you see on April 9, 2016, it
12 appears that there was three rats in
13 chamber A and 17 rats in chamber B?
14     A.   April 9th?
15     Q.   Yes.
16     A.   Yes.
17     Q.   Was that also a coincidence that
18 these rats showed a strong preference for
19 chamber B?
20          MR. WING: Object to form.
21     Q.   You can answer.
22     A.   Yes, that's also coincidence.
23     Q.   And if it had been twenty in
24 chamber B and zero in chamber A, would
25 that be a coincidence, as well?

Page 163

1     A.   Correct.
2     Q.   Okay, thank you.
3     For the first two days, correct.
4     Q.   You can please put Exhibits 18
5 and 19 to the side.
6     A.   Okay. (Complying.)
7          MR. KOPEL: I will ask the
8 court reporter to please mark as
9 Exhibit 20, a document bearing Bates
10 numbers BHH, LLC 002509 to 2580.
11          (Plaintiffs' Exhibit 20 was
12 marked for identification, as of this
13 date.)
14     Q.   Ms. Feuerstein, just let me know
15 when you are ready.
16     A.   (Reviewing exhibit.) Yes.
17     Q.   Do you have Exhibit 20?
18     A.   Yes.
19     Q.   Have you seen it before?
20     A.   Yes.
21     Q.   What is it?
22     A.   It's several test reports we
23 have for the petitions repeller.
24     Q.   Who ran these reports?
25     A.   Let me see. SGS and Intertek.

Page 164

1     Q.   Do you know the species of pests
2 tested in any of these tests?
3     A.   No, I don't know.
4     Q.   Perhaps to save us time, do you
5 not know the species of any of the tests
6 that you produced, do you know the species
7 of that animal tested, any of them?
8     A.   No.
9     Q.   Can you please turn to
10 page 2531?
11     A.   (Complying.)
12     Q.   Can you identify what type of
13 test this is?
14     A.   This is the pest test conducted
15 by SGS in 2012 for spiders, roaches and
16 ants.
17     Q.   And who is Mai LV?
18     A.   I don't know them, but I assume
19 it's the personnel who issued a report in
20 SGS.
21     Q.   So you don't specifically know
22 this individual?
23     A.   I don't know this individual.
24     Q.   Or what her qualifications or
25 background is, correct?

Page 165

42 (Pages 162 - 165)

D. Feuerstein

1   A.   No.
2   Q.   Do you see on page 2531, at the
3 bottom, there is a section entitled
4 Comments/Remarks?
5   A.   Yes.
6   Q.   Do you see the first one says:
7 Cancelled bread and white granulated sugar
8 as food for spiders on 12 March 2012 as
9 spiders were not eating and drinking?
10   A.   Yes, I read that.
11   Q.   So your understanding that
12 spiders don't eat bread and white
13 granulated sugar as food?
14        MR. WING:   Object to form.
15   A.   Well, I guess from this test,
16 that it found out Spider doesn't eat sugar
17 and bread.
18   Q.   Did the initial protocol that
19 you submitted to SGS call for feeding the
20 spiders bread and white sugar?
21   A.   No. No protocol we did not
22 specify any food in the protocol.
23   Q.   Did you specify that food should
24 be put out?
25   A.   Yes, we specify food and water
                                        Page 166

1 should be put out.
2   Q.   But you did not select what
3 food?
4   A.   No, we did not select what food.
5 So --
6   Q.   Who -- oh, go ahead.
7   A.   When my -- when my factory
8 prepared the pests for testing, I guess
9 they -- I'm sure they asked the advice of
10 the pest supplier what would be the
11 appropriate food to feed them.
12   Q.   So who -- I'm sorry, who asked
13 the pet supplier this question?
14   A.   2012, at that time it's our
15 factory in charge contact the pet supply
16 so that when they purchase the pests,
17 nobody would ask what would be the
18 appropriate food to feed the pests to keep
19 them alive.
20   Q.   So the pest supplier said you
21 should feed them bread and granulated
22 sugar?
23        MR. WING:   Object to form.
24   A.   That I don't know, because I
25 wasn't in that conversation, I don't know.
                                        Page 167

1   Q.   Now, if the spiders don't eat
2 and drink, then they'll die, correct?
3   A.   Probably. I don't know. And I
4 don't know how fast will they die without
5 food. But cancel bread. According my
6 understanding, I'm sure they switched
7 food. So you see the spiders stay alive
8 during the testing.
9   Q.   Right. Now, why did you decide
10 to include food in the protocol for this
11 test and the other tests?
12   A.   Otherwise they die during the
13 testing.
14   Q.   So you decided to include equal
15 amounts of food in chamber A and
16 chamber B, correct?
17   A.   Yes.
18   Q.   And if you put out the wrong
19 food for spiders, they are going to die if
20 they are not going to eat the food?
21   A.   They cancel right away two days
22 after, and I'm sure they switched to other
23 food.
24   Q.   Of course, but that's the reason
25 for the switch, otherwise they would die?
                                        Page 168

1   A.   Yes, we worry about the pests
2 die during the testing, that will affect
3 our result.
4   Q.   Was anyone at Intellitec aware
5 that spiders did not eat bread and white
6 granulated sugar before this?
7        MR. WING:   Object to form.
8   A.   I'm sure they informed us during
9 the testing, SGS.
10   Q.   SGS informed you during the
11 testing?
12   A.   Yes. When -- every time when
13 they're there, we had people onsite, so
14 I'm sure the people, Intellitec
15 representative was informed by SGS, the
16 spiders not eating the food, yeah.
17   Q.   But SGS didn't inform anybody at
18 the beginning of the experiment; they
19 informed that --
20   A.   Two days after.
21   Q.   -- once that was observed?
22   A.   Correct, yes.
23   Q.   So no one knew that prior to 23
24 of March 2012, that this was the incorrect
25 food for spiders, right?
                                        Page 169

43 (Pages 166 - 169)

D. Feuerstein

1    MR. WING: Object to form.
2    A.   I guess so.
3    Q.   Can you please turn to
4 page 2533?
5    A.   (Complying.) Yes.
6    Q.   Sorry, I think I am going to
7 reconsider the question I was about to ask
8 you on that page.
9        In regards to the May 2016 tests
10 that we looked at earlier in Exhibits 18
11 and 19, if you recall?
12   A.   Okay.
13   Q.   Who requested that those tests
14 be performed?
15   A.   Eighteen and 19? I request them
16 to do the testing. I request my factory
17 to come to the laboratories to conduct new
18 testing.
19   Q.   Why did you feel it was
20 important to conduct new testing at that
21 point?
22   A.   Because we are in pest repeller
23 business. It's always important to keep
24 continue doing the testing.
25   Q.   Was there anything different

Page 170

1 about these tests than in past tests you
2 had already run?
3    A.   For the 2016 one, the
4 difference, the major difference that we
5 do the video recording for both Intertek
6 and SGS. The previous one did not have
7 the recording.
8        MR. KOPEL: Scott, do you
9    still anticipate producing those
10   videos?
11       MR. WING: I'm still working
12   on getting the format correctly so I
13   can view them or produce them to you
14   in a viewable format.
15       MR. KOPEL: Will Defendants
16   stipulate to the authenticity of those
17   videos?
18       MR. WING: Once I've got them
19   correct, yes, we will stipulate to
20   them, the authenticity.
21   Q.   Did Mr. Mishan or anyone else at
22 Bell + Howell request that you run those
23 tests in 2016?
24   A.   They did not request, but I have
25 discussed we are going to run the test,

Page 171

1 they are going to run the new testing.
2    Q.   Do you know if the decision to
3 run the tests was related in any way to
4 ongoing litigation concerning products?
5    A.   No. No. We run the test in
6 almost every other year or every year
7 since two thousand and -- 2008.
8    Q.   Thank you. You can put that
9 exhibit aside, as well, please.
10   A.   (Complying.)
11       MR. KOPEL: I would like to
12   ask the court reporter to please mark
13   as Exhibit 21, a document bearing
14   Bates number BHH, LLC 001545 to 1554.
15       (Plaintiffs' Exhibit 21 was
16   marked for identification, as of this
17   date.)
18   Q.   Do you have Exhibit 21?
19   A.   Yes.
20   Q.   Have you seen it before?
21   A.   Yes.
22   Q.   What is it?
23   A.   It's a test report from SGS.
24   Q.   What kind of pests are being
25 tested in this report?

Page 172

1    A.   These are test report -- this is
2 test report to ants, spiders and roaches
3 in 2016.
4    Q.   Were mice tested in this report?
5    A.   That's a separate report. Mice
6 and rat are tested in a separate report.
7    Q.   So this test did not look at
8 mice and rats, correct?
9    A.   No.
10   Q.   Can you please turn to
11 page 1548?
12   A.   (Complying.) Yes.
13   Q.   This is a paragraph entitled:
14 Observation of Repellency During Testing.
15       Do you see that?
16   A.   Yes.
17   Q.   Do you see: Release 50 percent
18 of ants, spiders, roaches in chamber A and
19 another 50 percent of mice in chamber B,
20 turn on ultrasonic pest repeller. Rats
21 and mice will be recorded at
22 twenty-four-hour interval for seven days?
23   A.   There is a mistake, sorry. I
24 mean that should only be for ants, spiders
25 and roaches.

Page 173

44 (Pages 170 - 173)

D. Feuerstein

1    Q.   So you are saying this was
2 incorrect?
3    A.   This is -- the protocol is
4 incorrect here. I mean, not protocol.
5 They wrote -- I guess they just took the
6 copy. They didn't update the mice with
7 the ants spiders, roaches, but in the
8 back, the result is correct. This is just
9 I think they took the protocol, but they
10 didn't update it.
11   Q.   Can you look at page 1554,
12 please.
13   A.   (Complying.)
14   Q.   An individual signed their name
15 in what I believe is Chinese; is that
16 correct? SGS inspector?
17   A.   Yes, Mr. Li.
18   Q.   So who is that? What is his
19 name?
20   A.   He is the technician or
21 inspector who conduct this testing.
22   Q.   What is his first name?
23   A.   Jihuan, it's Chinese name. Li
24 Jihuau.
25   Q.   Li is his last name?
Page 174

1    A.   Yes, Li is the last name.
2    Q.   Do you know what his background
3 is?
4    A.   I think I asked before. His
5 background, he is an engineer. Engineer
6 and technician.
7    Q.   Do you know where he got a
8 degree from?
9    A.   No, I don't know.
10       MR. KOPEL: Let's please just
11 go off the record.
12       THE VIDEOGRAPHER: We are off
13 the record at 3:18 p.m.
14       (Whereupon, a recess was
15 taken at this time.)
16       THE VIDEOGRAPHER: We are now
17 going back on the record,
18 approximately, 3:38 p.m., file number
19 five.
20 BY MR. KOPEL:
21   Q.   Ms. Fuerstein, I think that you
22 testified earlier that with regards to one
23 of the tests we looked at, that when pests
24 died, they might have been replaced mid
25 experiment, but that you were not sure
Page 175

1 which chamber they were added to. To
2 avoid having to go through all the tests,
3 does that testimony remain constant for
4 all the tests that you produced and that
5 were run on the Bell + Howell repellers?
6    A.   Yes, but the amount of the pest
7 dies was very minimum.
8    Q.   To the extent that those pests
9 were added in the various tests in this
10 case, you are unaware which chamber they
11 were added, to, correct?
12   A.   I was not involved in the
13 testing so I was not aware.
14   Q.   I want to go over some of the
15 Qmann tests that we received, because I
16 know you mentioned those earlier.
17       MR. KOPEL: I would like to
18 ask the court reporter to please mark
19 as Exhibit 22, a document bearing
20 Bates number BHH, LLC 001810 to 1815.
21       (Plaintiffs' Exhibit 22 was
22 marked for identification, as of this
23 date.)
24   Q.   Do you have Exhibit 22?
25   A.   Yes.
Page 176

1    Q.   Have you seen it before?
2    A.   Yes.
3    Q.   What is it?
4    A.   It's a pest test conducted by
5 Qmann in 2013 -- oh, no, sorry. The
6 report. I said 2013. The report was --
7 the test was done 2010.
8    Q.   Where was this test performed?
9    A.   It's in one of the buildings in
10 Dunhuang, independent building. It's
11 actual space, so I was not aware of the --
12 its precise location.
13   Q.   Do you know if it's an
14 industrial type of space?
15   A.   I have no idea. I don't know.
16   Q.   So was the purpose of this test
17 to see if the pest repeller would drive
18 the pests out from the 372-square foot
19 area into the exit area?
20   A.   Yes.
21   Q.   How many repellers were used?
22   A.   One. Shows on the graph.
23   Q.   That repeller remained
24 throughout the test in the 372 area and
25 never went into the exit area, correct?
Page 177

45 (Pages 174 - 177)

D. Feuerstein

1   A.   Correct.
2   Q.   Do you see about halfway down
3 page 1812, it says, Testing Condition?
4 First there's a big heading that says,
5 Testing Condition and Requirement, and
6 then there is a subheading --
7   A.   Yes.
8   Q.   -- labeled Testing Condition.
9        Do you see that?
10  A.   Yes, yes.
11  Q.   Scratch that.
12       Do you see underneath that, it
13 says Testing Procedures, actually?
14  A.   Yes.
15  Q.   Do you see one, it says:
16 Pretest for three days with repeller was
17 off.
18       Do you see that?
19  A.   Yes.
20  Q.   A, it says:  Put mice, spiders,
21 roaches into room seven at same time.
22       Do you see that?
23  A.   Yes.
24  Q.   Were the mice, spiders and
25 roaches in room seven at the same time?

Page 178

1   A.   At the beginning of the test,
2 pretest, yes.
3   Q.   Would you agree that spiders eat
4 roaches?
5   A.   Sometimes, yes.
6   Q.   Would you agree that mice could
7 eat spiders or roaches?
8   A.   Yes.
9   Q.   Do you think it was appropriate
10 that they put them in the same room at the
11 same time?
12       MR. WING:  Object to form.
13  A.   It could be, yes, but we did
14 record all the quantity of the spider and
15 roaches and we did mark if they're dead.
16 We did mark precisely how many were dead
17 during the testing and they did find the
18 body so it was not eaten.
19  Q.   So do you think it was
20 appropriate to put them all in the same
21 room at the same time?
22       MR. WING:  Same objection.
23  A.   For this particular test, they
24 do it the same time.
25  Q.   Are you done with your answer?

Page 179

1   A.   I don't -- this one, I don't
2 recall, but they did mix the test for this
3 particular test.
4   Q.   Do you think it was appropriate
5 to use mice --
6   A.   Because this is a much bigger
7 area. This is not a chamber. That's why
8 they did it. This facility is much, much
9 bigger than the chambers.
10  Q.   So you think that the 372 square
11 feet was sufficiently big enough to
12 prevent these pests from praying on one
13 another?
14  A.   Yes.
15  Q.   Do you have any basis for that?
16  A.   Our understanding is the spider
17 and roaches probably crawl on the wall,
18 maybe on the floor, but mices remain on
19 the floor only and this is a bigger space.
20 That's why we mix the pest.
21  Q.   So you think the spiders would
22 not eat the roaches because it's a bigger
23 space?
24  A.   Less chance they would do that,
25 because of the space.

Page 180

1   Q.   How big does the space need to
2 be to prevent spiders from eating roaches?
3   A.   On average room for American
4 standards is 200-square foot and this is
5 much bigger. And we did not do the
6 smaller insect here. We did not do ants
7 and -- we did not do ants here, because
8 it's just -- simply, it's just too big an
9 area to supervise the ant's activity. But
10 I think for this particular test, it's
11 okay to mix the -- the pests together.
12  Q.   Do you agree that one animal
13 praying on the other could affect the
14 movement of the two animals?
15  A.   I did not think about this at
16 the time.
17  Q.   But do you think that in general
18 that could affect movement of the animals?
19  A.   It could be, if the area is very
20 tight and small.
21  Q.   And it can't if it's a bigger
22 area?
23  A.   It cannot, because spider
24 normally don't remain on the floor, on the
25 ground. They normally are on the wall.

Page 181

46 (Pages 178 - 181)

D. Feuerstein

1 And mice doesn't have the ability to crawl
2 on the wall. So this is okay.
3    Q.   Spider don't crawl on the floor;
4 they only crawl on the walls?
5    A.   They do, but mostly they are on
6 the wall.
7    Q.   And where do roaches crawl?
8    A.   Roaches everywhere. They are
9 everywhere.
10   Q.   And spiders can eat roaches,
11 right?
12   A.   Yes.
13   Q.   Do you think it's possible that
14 some of the spiders might have seen some
15 of the roaches and wanted to eat them?
16   A.   Could be, yes.
17   Q.   Do you see number two here, it
18 says: Under nothing test for seven days
19 or wait all pests move to exit area?
20   A.   Number two of which page?
21   Q.   I'm sorry, this is page 1812.
22   A.   Okay.
23   Q.   So it's just under where we were
24 reading?
25   A.   Number two, okay.

Page 182

1    Q.   So did the protocol initially
2 call for a seven-day long test?
3    A.   When they say seven days, it's
4 only referred to the seven days when the
5 pest repeller was turned on. So they say
6 undergoing test. When we mean undergoing
7 means the machine is on.
8    Q.   Understood. So was the
9 hypothesis that it would take seven days
10 to work, but the protocol was for the test
11 to keep going until all the animals were
12 in the exit area?
13      MR. WING: Object to form.
14   A.   I believe. And this is back to
15 a few years ago, so I believe we fixed the
16 date for seven days.
17   Q.   So you think it was only on for
18 seven days?
19   A.   I'm sorry?
20   Q.   So were the devices only turned
21 on for seven days?
22   A.   Yes.
23   Q.   Can you please turn to
24 page 1813?
25   A.   (Complying.)

Page 183

1    Q.   Do you see there is a graph here
2 with the heading, testing record?
3    A.   Yes.
4    Q.   Do you see there is pretest date
5 one, pretest date two, pretest date three?
6    A.   Correct, correct.
7    Q.   And you see that there's nine
8 days of which it was undergoing tests?
9    A.   Yes.
10   Q.   And then there's date 13, 14 and
11 15, correct?
12   A.   Yes.
13   Q.   So does that refresh your
14 recollection about how many days the
15 devices were turned on?
16   A.   When we means – when his remark
17 here on testing days, when the report
18 undergoing test, that means the machine
19 was on. In the first three days and last
20 three days, the machine were off.
21   Q.   Right, so there were nine days
22 when the machines were on, correct?
23   A.   Correct.
24   Q.   So the protocol of this test
25 called for the repellers to be turned on

Page 184

1 until such time as the pests were in the
2 exit room and then they would be turned
3 off, correct?
4    A.   I think when we submit them the
5 protocol, we did request nine days plus
6 six and six, so it means it's fifteen days
7 in total.
8    Q.   So the original plan was to keep
9 them on for nine days?
10   A.   Yes.
11   Q.   Can you turn back to page 1812,
12 here. Do you see here under the heading
13 Testing Procedures, number two says:
14 Undergoing test for seven days or wait all
15 pests move to exit area?
16   A.   Yes, I read that.
17   Q.   So does this mean that the plan
18 was to either wait seven days or wait
19 until pests were in the exit area,
20 whichever was later?
21   A.   I -- I don't recall, but
22 remember -- I remember when we asked him
23 for quotation, he did say six days plus
24 seven days plus -- sorry, three plus seven
25 plus three. So they did quote based on

Page 185

47 (Pages 182 - 185)

D. Feuerstein

1 this. So I don't think even they say wait
2 until all pests move to exit area, but
3 when he provide a quotation, it's based on
4 fifteen days.
5    Q.   Hold on. I think -- I think
6 something you just said there might
7 have -- might have been confused.
8        The original quotation was for
9 three plus seven plus three?
10   A.   Three plus nine plus three.
11 This is nine days.
12   Q.   That was the quotation?
13   A.   Yes.
14   Q.   But the protocol called for the
15 testing to go on for either seven days or
16 for all pests to move to the exit area,
17 right?
18   A.   I think this is a mistake. It's
19 nine days, not seven days. And I don't
20 recall where add is all pests move to exit
21 area.
22   Q.   So you think the protocol
23 written on this report was incorrect?
24   A.   They made a mistake on the
25 ongoing days. Actually, the test was

Page 186

1 longer than the marked here before.
2    Q.   So there were additional days
3 that were not recorded in this report?
4    A.   No, not I remember.
5    Q.   Did you review this test report
6 after they sent it to you?
7    A.   Yes.
8    Q.   Did you ever tell them the
9 protocol you wrote here was incorrect?
10   A.   No, I did not, because I did not
11 notice myself. Because normally, when
12 they send, for us most important is
13 testing result. It doesn't matter what
14 they say in the protocol, the test result
15 also shows the testing period and testing
16 time.
17   Q.   Let's suppose that the protocol
18 you gave them called for nine days. Do
19 you suppose that considering that they
20 wrote here for seven days and wait all
21 pests move to exit area, do you suppose
22 that there's a good possibility that that
23 was the protocol that they used?
24        MR. WING: Object to form.
25   A.   I don't know, because I wasn't

Page 187

1 involved with testing with Qmann.
2    Q.   But you can't say for certain
3 that that wasn't the protocol that they
4 implemented, which is what was written on
5 here, correct?
6    A.   I don't know.
7    Q.   Looks like a lot of spiders and
8 roaches died over the course of this
9 experiment.
10        Would you agree with that?
11   A.   Yes, because it was testing in
12 November and in China, November is very
13 cold and also in all the buildings in
14 China -- most the building in China don't
15 have heat systems, so it was cold during
16 the testing.
17   Q.   So the roaches and spiders could
18 not withstand the cold?
19        MR. WING: Object to form.
20   A.   That, I don't know. Depends.
21 It varies.
22   Q.   So you don't know whether the
23 cold played a role in the mortality rate
24 of roaches and spiders?
25   A.   The death? I don't know.

Page 188

1    Q.   After seven days, it looks like
2 there were eleven roaches in room seven
3 and ten roaches in room eight.
4        Do you see that?
5    A.   I'm sorry, which day?
6    Q.   On day seven?
7    A.   Undergoing test seven?
8    Q.   Yes.
9    A.   Roaches and spiders?
10   Q.   Yes.
11   A.   Yes.
12   Q.   So do you agree that had this
13 test actually ended on day seven, there
14 would have been more roaches in the room
15 with the repeller than in the room
16 without?
17   A.   I don't think it's a fact
18 because look at the previous two day, the
19 result was good.
20   Q.   So what do you think caused the
21 roaches to move between the rooms, between
22 day six and day seven?
23        MR. WING: Object to form.
24   A.   Under the influence of pest
25 repeller, I guess. I'm sorry, say your

Page 189

48 (Pages 186 - 189)

D. Feuerstein

1 question again?
2    Q.   You said -- you said -- you
3 pointed out that on days five and six,
4 there were more roaches in room eight,
5 right, that's what you just pointed out to
6 me, than in room seven?
7    A.   Yes.
8    Q.   And then on day seven, I suppose
9 many of the roaches must have moved from
10 room eight into room seven between days
11 six and seven, correct?
12   A.   Yes.
13   Q.   Why do you suppose that
14 happened?
15   A.   I don't know. They are pests.
16 I don't know.
17   Q.   And the same thing for mice on
18 pretest date one. So I believe at the
19 beginning of this experiment, all of the
20 pests were put into room seven, correct?
21   A.   Yes.
22   Q.   But it looks like the majority
23 of them immediately moved into room eight,
24 right?
25   A.   Yes.

Page 190

1    Q.   And it's hard to understand.  I
2 mean, there is no reason that you know of
3 for that immediately migration, correct?
4    A.   No, I don't know, but you see on
5 day three, they came back.
6    Q.   And you don't know the reason
7 for that either, right?
8    A.   No. I think without influence
9 of ultrasonic, it just -- it's just
10 roaming freely without any reason.
11   Q.   How many spiders were used in
12 this experiment?
13   A.   Spider, ten. So it was ten
14 spiders. But I don't -- first day's six,
15 second day's four, but one dead. On the
16 third day, they add five. So total ten.
17   Q.   Why did the test start out with
18 six spiders?
19   A.   I guess -- I'm sure. I'm
20 sure -- because from my experience the
21 reason is when we buy the spiders a few
22 days ahead, some won't stay alive, they
23 might die ahead even when we begin the testing.
24   Q.   So it looks like the majority of
25 the spiders died before this test even

Page 191

1 began, right?
2    A.   A few pieces. We add five more
3 on day three, make it ten.
4    Q.   So I guess those were probably
5 purchased from the pest supplier --
6    A.   Yes.
7    Q.   -- during the interim?
8         Now, was this test you were
9 referring to earlier when you talked about
10 a test that was conducted in a home?
11   A.   Yes.
12   Q.   This was someone's home, or this
13 was in a building?
14   A.   It's in a building. I don't
15 know it's a home or it's apartment.
16   Q.   It might have been an apartment
17 in an apartment building?
18   A.   Could be.
19   Q.   But you don't know if it was or
20 not, right?
21   A.   It could be apartment. It could
22 be dormitory, it could be an industrial
23 building, but it's vacant, so...
24   Q.   Where was the bathroom in this
25 apartment?

Page 192

1    A.   The bathroom? It doesn't show
2 here. I don't know.
3    Q.   Wouldn't you agree that most
4 apartments have bathrooms?
5    A.   In China -- yes, most
6 apartments, but it's only showing two
7 rooms, not a whole -- whole place.
8    Q.   So you think this might have
9 been a section in an apartment?
10   A.   Section of apartment. We want
11 to test in a room --
12   Q.   Sorry, go ahead.
13   A.   We want to test the pest in a
14 room only.
15   Q.   Was there any furniture in this
16 test?
17   A.   No.
18   Q.   There was no bed or carpeting,
19 right?
20   A.   No.
21   Q.   Nobody lived in this apartment,
22 right?
23   A.   No. It's vacant. That's why we
24 won't be able to count that pest test.
25   Q.   Because no one would let you

Page 193

49 (Pages 190 - 193)

D. Feuerstein

1 bring these pests into their apartment,
2 right?
3   A.   No. Because for fifteen days,
4 the smell, it's unlivable, the condition.
5   Q.   Understood, thank you. You can
6 put that to the side, please.
7   A.   (Complying.)
8       MR. KOPEL: I am going to ask
9 the court reporter to please mark as
10 Exhibit 23 a document bearing Bates
11 number BHH, LLC 712 to 717.
12      (Plaintiffs' Exhibit 23 was
13 marked for identification, as of this
14 date.)
15  Q.   Now, you have Exhibit 23.
16  A.   Yes.
17  Q.   Have you seen it before?
18  A.   Yes.
19  Q.   What is it?
20  A.   It's a test report, pest test
21 report done by Qmann in 2010.
22  Q.   This test was done at the same
23 time as Exhibit 22, correct?
24  A.   Yes.
25  Q.   Was this conducted in the same

Page 194

1 space as Exhibit 22?
2   A.   Yes.
3   Q.   I guess it was different areas
4 of the same space?
5   A.   Different, because they marked
6 down the room number. This is one to six.
7 And the other one is six to -- seven to
8 eight.
9   Q.   There were walls between each
10 room with holes in them, correct?
11  A.   Correct.
12  Q.   Now, is it fair to say that this
13 is not the layout of some -- of a typical
14 person's dwelling?
15  A.   You mean the main idea of this?
16 Yeah, it looks more like to me it's more
17 of a dormitory of factory workers, but
18 it's empty. But you see there are
19 connecting rooms.
20  Q.   Right. Although most
21 dormitories wouldn't have a hole for pests
22 to move freely?
23  A.   No. But we drawed (sic) a hole.
24 We do -- we do the layout.
25  Q.   So it might have been initially

Page 195

1 designed as a dormitory, but it was not
2 being used as a dormitory, right?
3   A.   Correct.
4   Q.   And it was altered for
5 purposes --
6   A.   It was altered with holes in
7 between.
8   Q.   Right. And dormitories would
9 typically have beds and furniture in them,
10 you would expect, right?
11  A.   Right.
12  Q.   And here, as well, they put the
13 mice, spiders and roaches into room three
14 at the same time, right?
15  A.   Yes.
16  Q.   Can you please turn to page 715?
17  A.   (Complying.)
18  Q.   Do you see that for the spiders,
19 the repellers were on for eight days?
20  A.   Yes.
21  Q.   Do you see for the roaches, the
22 repellers were on for nine days?
23  A.   Yes.
24  Q.   Can you explain why that was
25 done?

Page 196

1   A.   I don't know.
2   Q.   Do you know who made the
3 decision to test the different pests for
4 different amount of times?
5   A.   Qmann.
6   Q.   You know what other types of
7 testing Qmann had conducted in this space
8 before it ran these tests?
9   A.   Any type of testing it did in
10 this place before?
11  Q.   Yes, in the same space.
12  A.   No.
13  Q.   Okay, thanks. You can put that
14 aside, please.
15  A.   (Complying.)
16      MR. KOPEL: I ask the court
17 reporter to please mark a document
18 which lacks Bates numbers, which is a
19 four-page document entitled, Test
20 Report From the Qmann Quality Service
21 Company.
22      (Plaintiffs' Exhibit 24 was
23 marked for identification, as of this
24 date.)
25  Q.   Do you have Exhibit 24?

Page 197

50 (Pages 194 - 197)

D. Feuerstein

1   A.   Yes.
2   Q.   Have you seen it before? And as
3 a spoiler, I am just going to confirm if
4 you believe this is the same test that we
5 just looked at.
6   A.   Let me look. This is the same
7 report as Exhibit 22.
8   Q.   Thank you. You can put that to
9 the side.
10   A.   (Complying.) Okay.
11   Q.   Did you look into getting the
12 pest repellers registered in Canada?
13   A.   Yes.
14   Q.   When was that?
15   A.   I did -- I tried a few times,
16 then I discontinue because the
17 documentation was just too much. And also
18 they -- they don't responded to our
19 application, that is the way of Healthy
20 Canada, the government agency. They're
21 very nonresponsive.
22   Q.   So they took too long to
23 respond?
24   A.   They don't answer the call.
25 Everything has to be e-mail, and it took

Page 198

1 very long to respond.
2   Q.   But did you formally withdraw an
3 application that you made?
4   A.   I did not withdraw. I let the
5 letter of application dissolve, you know.
6   Q.   So it was never complete, in
7 other words?
8   A.   It was never complete in the
9 past. But this year we got Health Canada.
10   Q.   So the product was registered in
11 Canada?
12   A.   Yes. That's just recent. I
13 don't remember when. Sometime this year.
14 I don't remember the precise date.
15      MR. KOPEL: Scott, do you
16 know if those materials were produced
17 to me?
18      MR. WING: To the extent that
19 anything that we have would have been
20 produced to you. I don't know if
21 there is anything other than what was
22 in the production, in Jeffrey's
23 production. As far as any document,
24 anything confirming?
25      MR. KOPEL: Well, a copy of

Page 199

1 the application, a copy of the
2 documents received.
3      MR. WING: I believe that
4 was -- I believe that was in what was
5 produced to you, to my knowledge.
6   Q.   Are the repellers now being sold
7 in Canada?
8   A.   We recently just shipped one
9 shipment. I don't think it's reached
10 Canada yet.
11      MR. KOPEL: I ask the court
12 reporter to please mark as Exhibit 25
13 a document bearing Bates number BHH,
14 LLC 001356 to 13563.
15      (Exhibit 25 was marked for
16 identification, as of this date.)
17   Q.   Do you have Exhibit 26?
18   A.   Yes, but it's 25.
19   Q.   Oh, excuse me. It's 25.
20      Do you have Exhibit 25?
21   A.   Yes.
22   Q.   Have you seen it before?
23   A.   Yes.
24   Q.   What is it?
25   A.   It's regarding our discussion of

Page 200

1 presubmission request of pest repeller for
2 Canada.
3   Q.   It's an e-mail from you to
4 Jeffrey Mishan regarding the registration
5 request, right?
6   A.   Yes.
7   Q.   And what is the attachment to
8 this e-mail?
9   A.   It's the required -- it's the
10 procedure of some document required for
11 applying our registration in Canada.
12   Q.   And did you submit all the
13 documents set forth -- in this document,
14 did you submit all those documents to
15 Canadian authorities?
16   A.   I guess we were -- at this time,
17 2014, we did submit the presubmission
18 document. And because they require ten
19 months just to review the documentation,
20 so at that time I did not -- I think it
21 took too long and they were very
22 nonresponsive and I did not proceed
23 further. And we do it again in the -- we
24 do it -- we do it again last year.
25   Q.   So last year, you submitted all

Page 201

51 (Pages 198 - 201)

D. Feuerstein

1 of these documents?
2   A.   Yes.
3   Q.   Can you please turn to
4 page 1360.
5   A.   (Complying.) Yes.
6   Q.   Do you see at the bottom of the
7 page, there is a heading, DACO, and there
8 are some numbers, efficacy, small scale
9 trials? It's the last bolded underlined
10 heading on the page.
11       Do you see that?
12   A.   Yes.
13   Q.   Do you see it says here:
14 Information, e.g., use history, precedent
15 product, rationale's efficacy data must be
16 provided to demonstrate that the proposed
17 product when used according to label
18 directions adequately repels the proposed
19 pests.
20       Do you see that?
21   A.   Yes.
22   Q.   What documents were submitted in
23 response to this?
24   A.   We this one -- we haven't
25 because we waited for ten months, they did

Page 202

1 not proceed, so we did not proceed for
2 this. According to this e-mail, at the
3 time we did not proceed because it was
4 just very confusing, all the documentation
5 they need.
6   Q.   Were these documents submitted
7 to the authorities last year?
8   A.   Yes, some of the new -- some of
9 the testing. Not testing. We should --
10 last year, we submit with the consultant
11 in Canada, because just like EPA, a lot of
12 times it's very hard to deal with a
13 government agency. So last year, a
14 consultant was helping us to do the
15 application.
16   Q.   So in your application last
17 year, I understand you used a consultant,
18 did you produce to the Canadian
19 authorities documents of the sort that are
20 listed here that we just discussed?
21   A.   I don't know what documentation
22 the consultant provided to the -- to
23 PNA -- Health Canada, that's the agency
24 who in charge of the application. I don't
25 know what document he provided.

Page 203

1   Q.   Do you know what you provided to
2 him?
3   A.   We do -- we did provide several
4 document, but I don't know what he
5 supplied to the agency.
6   Q.   What documents did you give to
7 him?
8   A.   We did, at the time, I think the
9 UL, register, approval, UL for the United
10 States, CUL is for Canada. So they first
11 asking for the CUL document, so we send it
12 and we also sent some testing and we also
13 sent some comparison testing with the
14 product already exist, only one pest
15 repeller got Canadian approval, so we also
16 do some comparison.
17   Q.   Which pest repeller is that?
18   A.   I don't remember the name. I
19 have the sample, but I don't recall the
20 name.
21   Q.   Now, when you say comparison
22 testing, is that you did testing comparing the
23 sound frequencies that are emitted?
24   A.   We sent it to the lab for
25 comparison.

Page 204

1   Q.   What did they compare about the
2 two products?
3   A.   It compare with the speaker, the
4 decibel, the frequency and the voltage and
5 wattage, et cetera.
6   Q.   Did you send those documents to
7 Mr. Mishan?
8   A.   I think I sent it direct to
9 the -- the -- the -- what do you call --
10 the agent who was doing, who was helping.
11 He know the procedure of Health Canada,
12 and I cc'd to Mr. Mishan.
13   Q.   Can you turn to the next page,
14 1361?
15   A.   (Complying.) Okay.
16   Q.   Now, the second paragraph on the
17 page begins:  Information available in the
18 public domain suggests that ultrasonic
19 devices have limited efficacy.
20       Do you see that?
21   A.   Yes.
22   Q.   Then it says:  These types of
23 products would at best repel a small
24 number of rats or mice for a short time.
25 This publicly available information comes

Page 205

52 (Pages 202 - 205)

D. Feuerstein

1  from a wide range of sources including the
2  United States Federal Trade Commission,
3  May 2001 investigation, handbook of pest
4  control by Malice, 1997, the BC Ministry
5  of Environment and Alberta Agriculture and
6  Rural Development.  The applicant will be
7  required to address these concerns.
8       Do you see that?
9   A.   I see that now.  At the time I
10  did not see that.
11  Q.   Have you reviewed the sources
12  cited in this paragraph as they relate to
13  ultrasonic devices?
14  A.   No, I did not review.
15  Q.   None of them?
16  A.   None of them.
17  Q.   Did you -- so to your knowledge,
18  you never supplied to your consultant any
19  documents addressing these concerns,
20  correct?
21  A.   No.
22  Q.   Were you aware that the Federal
23  Trade Commission had a May 2001
24  investigation regarding ultrasonic pest
25  control devices?

Page 206

1  you might have seen the handbook of pest
2  control by Malice.
3   A.   I might.
4   Q.   You might have seen that online?
5   A.   I might, but I don't remember
6  anything of this handbook.
7   Q.   When you heard about the Federal
8  Trade Commission investigation, did you
9  feel concerned that maybe you should look
10  at it in order to address their concerns?
11  A.   No.
12  Q.   Why not?
13  A.   Because I think if any issue, I
14  would be contacted.
15  Q.   Do you see down the page there
16  is a paragraph that starts with the words,
17  efficacy data?
18  A.   Yes.
19  Q.   It says:  Efficacy data
20  generated under small cage conditions are
21  not acceptable to support use claims due
22  to limitations of confined to small cages,
23  e.g. size, and the nature of the product,
24  e.g. loss of intensity/sound pressure
25  level, with increasing distance.

Page 208

1   A.   I heard about it from Team
2  Products, but I never look at that.
3   Q.   When did they tell you about it?
4   A.   About the time?  I don't know
5  which year.  It was the beginning of 2000
6  or 2001 or 2003.  I don't -- 1 -- 1 -- at
7  the time I heard them mention it, but I
8  did not take any look and I do not
9  remember when did they tell me that.
10  Q.   Did the FTC contact Team
11  Products directly?
12  A.   No, not that I know.
13  Q.   Do you not know or you know that
14  they didn't?
15  A.   I don't know.  I don't know if
16  they've been contacted.
17  Q.   What did you hear about it from
18  the source at Team Products?
19  A.   They mentioned -- they mentioned
20  that the FTC's doing the investigation,
21  but they are still selling the pest
22  repeller for several years.  So -- so I
23  assume -- I did not ask, but I assume that
24  it was okay that they keep selling it.
25  Q.   Now, you suggested earlier that

Page 207

1       Do you see that?
2   A.   Yes.
3   Q.   Now, do you understand that to
4  mean that for the PRMA's purposes,
5  efficacy data using small cages is
6  insufficient?
7   A.   I did not read this before, so I
8  don't know.
9   Q.   Sitting here today reading it,
10  what is your understanding of that
11  sentence?
12       MR. WING:  Object to form.
13       You can answer.
14  Q.   You can answer.
15  A.   Just Canada has different
16  standards, so I did not think of anything
17  when they mentioned this.
18  Q.   Okay.
19  A.   Mm-hm.
20  Q.   Sitting here today reading this
21  sentence, what is your understanding of
22  the meaning of this sentence?
23       MR. WING:  Same objection.
24  A.   Again, I just think they're very
25  difficult because we are okay, we have no

Page 209

53 (Pages 206 - 209)

D. Feuerstein

1 problem with the US EPA. Because this
2 Health Canada, it's like US EPA. So then
3 we don't have any problem here. So I just
4 think -- because Health Canada, they're
5 extremely -- not just for the pest device,
6 they are also very strict about any of the
7 pesticides. So I did nothing about
8 anything at the time. And especially
9 Canada is not a big market, so I really
10 did not spend any time on this.
11      Q.   Thank you for that response. I
12 think that I'm asking something very
13 specific.
14      A.   Mm-hm.
15      Q.   So I will ask that you please
16 listen carefully to the question.
17      A.   Okay.
18      Q.   And try to answer directly.
19      My question is: There is a
20 sentence here. Do you see the sentence
21 that I referenced starting with the words
22 "efficacy data"?
23      A.   Yes.
24      Q.   And I read it on the record?
25      What is your understanding of
Page 210

1 what that sentence means?
2      MR. WING: Same objection.
3      A.   I just think this is Health
4 Canada's requirement. It doesn't
5 represent the -- we did do -- we did do
6 testing in an actual dormitory apartment.
7      Q.   I appreciate what you are
8 saying. And I don't want to keep you here
9 all night, but -- and I hate to ask the
10 same question again, but I don't think you
11 are answering it.
12      Can you please tell me what you
13 think that sentence means?
14      A.   It means that Canada government,
15 they require field test for pest
16 repellers.
17      Q.   And that's the second sentence
18 here, right?
19      A.   Right.
20      Q.   The first sentence, what does
21 that sentence mean?
22      A.   Small cage, condition. They
23 don't accept it.
24      Q.   Do you have any understanding of
25 why they might not accept small cage
Page 211

1 trials?
2      A.   I don't know.
3      Q.   So you can't think of any reason
4 that the PMRA -- it's the PMRA --
5      A.   I think this is just their
6 personal opinion. We did have -- for
7 example, our current cage design, it's
8 actually recommended by Michigan State --
9 the university. And in the lab
10 environment, normally you can only do
11 small cage.
12      Q.   Recommendations for Michigan
13 University were made directly to
14 Intellitec, right?
15      A.   Yes.
16      Q.   They were never published,
17 correct?
18      A.   No.
19      Q.   Field trial or laboratory trials
20 which simulate realistic conditions must
21 be conducted.
22      Do you see that sentence, there,
23 as well?
24      A.   Yes.
25      Q.   Do you have any understanding of
Page 212

1 why the Canadian authorities might like to
2 see field trials of device efficacy?
3      MR. WING: Object to form.
4      Q.   You can answer.
5      A.   I guess they just -- I don't
6 know, I'm not in that their position, I
7 can't tell, I guess they just wanted to
8 see field trial before they determined.
9      Q.   Would you agree that a field
10 trial would be more reliable than a
11 laboratory trial?
12      MR. WING: Object to form.
13      A.   I can't tell. I can't say.
14 Because we -- our professional surveys is
15 not for entire house. We targeting
16 specific every size room. So I think the
17 testing we have done -- we have been done
18 is sufficient.
19      Q.   You said -- oh, I understand
20 what you are saying. But you never
21 conducted any field trials, right?
22      A.   I think the Qmann's one is very
23 close to the field trial.
24      Q.   What is your understanding of
25 what a field trial is?
Page 213

54 (Pages 210 - 213)

D. Feuerstein

1    A.   Field trial is conduct in a real
2  environment outside of the laboratory,
3  small cage.
4    Q.   And we agreed before that the
5  Qmann test was conducted in a space that
6  was altered for purposes of the
7  experiment, right?
8        MR. WING: Object to form.
9    A.   We do very small alteration, we
10 only drill holes, so for the pests to be
11 able to pass around. We didn't alter
12 anything else.
13   Q.   Are dormitory rooms usually
14 devoid of furniture?
15   A.   You know what? I don't know if
16 there were any furniture inside. I don't
17 know. They didn't mention yes or no in
18 the report.
19   Q.   You don't know of any
20 evidence -- sorry to interrupt you.
21   A.   Sorry. I don't know whether the
22 furniture was inside during the test. I
23 know it was vacant. Means no workers
24 lived there, but wasn't hundred percent it
25 was vacant without any furniture. But

Page 214

1  normally, they have bunkbed and some
2  cabinets for the workers clothes. But for
3  this particular case, I wasn't sure.
4    Q.   The pests were placed into the
5  setting for purposes of the experiment in
6  the Qmann trials, right?
7    A.   Yes.
8    Q.   So would you agree that's not
9  how a field trial works?
10       MR. WING: Object to form.
11   A.   I think that's a field trial for
12 me.
13   Q.   So you think it simulates real
14 life conditions to place pests in a room,
15 to place spiders, ants, mice, roaches, in
16 a room?
17       MR. WING: Objection. Asked
18 and answered.
19   Q.   You can answer.
20       THE WITNESS: I can answer?
21   A.   I think that's real environment.
22 In a normal household, you also mix pests.
23   Q.   Were any of the tests you ran
24 designed to test the efficacy of the
25 repellers at different angles?

Page 215

1    A.   Different angle, you mean how we
2  position the pest repeller?
3    Q.   Correct.
4    A.   You can place with different
5  angles because they are block in, so it
6  has to be straight blocking into the wall,
7  so you can't have different angles.
8    Q.   But you could have a position of
9  the pest repeller, perhaps, at one side of
10 the room, at another side of the room?
11   A.   Oh, right. So I'm not sure.
12 I'm not sure if every one is different
13 with different angles.
14   Q.   But you can't -- you can't list
15 for me right now any test that --
16   A.   Right.
17   Q.   -- that tested at different
18 angles, right?
19   A.   Yes. It's testing the different
20 chambers. So they could put in a
21 different corner, different wall.
22   Q.   Did any of the tests measure the
23 strength and frequency of the sound at
24 different distances from the repeller?
25   A.   For efficacy test?

Page 216

1    Q.   Well, let's start with any
2  tests, period.
3    A.   For the test that we run, we
4  did -- that's a separate test. For this,
5  this is just for the efficiency. So we
6  don't measure the decibel. We measure the
7  result.
8    Q.   Okay.
9    A.   Right. So we do have other test
10 report shows the -- the decibel -- and I'm
11 not sure whether they mention the
12 efficiency in the report. So we do have
13 report that shows how much is a decibel of
14 test repellers.
15   Q.   But you haven't measured how
16 that diminishes with space?
17   A.   They did not mention the
18 diminish, when it gets further, no. We
19 just test the decibel in a -- in a lab
20 environment. This test was done by
21 professional labs.
22   Q.   Have any of the tests you've
23 produced or Mr. Mishan has produced, have
24 any of them tested the proposed devices
25 for at least one month?

Page 217

55 (Pages 214 - 217)

D. Feuerstein

1    A.   Over the period of one month?
2    Q.   Yes.
3    A.   No.
4    Q.   Have you ever conducted
5    statistical analyses of the data collected
6    from the tests?
7    A.   Sometimes when I send a report,
8    I will attach an explanation page just
9    based on the results, I explain how to
10   look at the figures, how to look at the
11   result. So I did provide that, but that's
12   a separate page from the test report.
13   Q.   So you draft a page based on
14   your understanding of the test, correct?
15   A.   Yes. I think that would help,
16   Mr. Mishan, easier to understand. He
17   understand because he has read a lot of
18   test reports, but I always draft --
19   Q.   So it's easier for him to
20   understand?
21   A.   Yes, yes.
22   Q.   Do you include any analyses of
23   whether pest populations or differences in
24   pest populations are statistically
25   significant or not?

Page 218

1    consulted with someone with expertise in
2    the field of pest management?
3         MR. WING:  Object to form.
4    A.   I did work with somebody in
5    Canada at the time, but she was very
6    inexperienced about pests to get the
7    approval from PMI. So to work with
8    someone who is not very efficient and plus
9    the complication of the documentation, so
10   I dropped the case.
11   Q.   Okay.
12   A.   Mm-hm.
13   Q.   You think it might have been
14   helpful to --
15   A.   Might have been helpful.
16   Q.   -- to consult with someone in
17   the field of pest management?
18   A.   Correct, correct. Every time,
19   we did not have someone who is good
20   enough.
21        MR. KOPEL:  Let's please go
22   off the record.
23        THE VIDEOGRAPHER:  We are off
24   the record now at 4:29 p.m.
25        (Whereupon, a recess was

Page 220

1    A.   No, I did not do that.
2    Q.   Do you see on page 1362, in the
3    paragraph following the third bullet
4    point, the second sentence reads:  Studies
5    must be conducted under sufficient pest
6    pressure to generate meaningful results.
7         Do you see that?
8    A.   I see that now, yes.
9    Q.   Do you have any understanding of
10   what that means?
11        MR. WING:  Object to form.
12   A.   Pest pressure, I don't
13   understand what that means, pest pressure.
14   Q.   Did you read through this
15   document at the time when you sent it to
16   Mr. Mishan?
17   A.   No, I did not read through it,
18   because I was just thinking -- PMR were
19   kind of difficult to deal with and we were
20   very busy. So I kind of just dropped the
21   case into 2012.
22   Q.   If you wanted to gain a better
23   understanding of the term pest pressure or
24   other terms used herein, would it be fair
25   to say that you could do that if you

Page 219

1    taken at this time.)
2         THE VIDEOGRAPHER:  This is
3    the beginning of file six. We are now
4    going back on the record at,
5    approximately, 4:36 p.m.
6    BY MR. KOPEL:
7    Q.   Ms. Feuerstein, I want to -- I
8    think we covered this earlier, but just
9    for the sake of completion, I just want to
10   make sure we are clear about your
11   educational background.
12   A.   Yes.
13   Q.   You said you have a degree in
14   international trade, correct?
15   A.   Correct.
16   Q.   Do you have any sort of training
17   in pest management?
18   A.   I don't have training in pest
19   management.
20   Q.   Do you have any training in --
21   regarding ultrasonic sound?
22   A.   I don't have educational
23   training on ultrasonic sound, but in this
24   business for eighteen-plus years, I have
25   done extensive research on ultrasonic

Page 221

56 (Pages 218 - 221)

D. Feuerstein

1  sound.
2    Q.   But you don't have any training
3  in the field of ultrasonic sound?
4    A.   I don't have training in the
5  school, no.
6    Q.   And you don't have any sort of
7  scientific or engineering degree?
8    A.   No.
9    Q.   Ms. Feuerstein, that's all I've
10 got.  Thank you very much for coming in.
11   A.   Thank you for your time.
12   Q.   And have a nice evening.
13   A.   You, too, thanks so much.
14       THE VIDEOGRAPHER:  We are now
15 going off the record at,
16 approximately, 4:37 p.m.
17   [TIME NOTED:  4:37 p.m.]
18
19
20
21
22    _____
23    DEBBIE FEUERSTEIN
24
25
                                    Page 222

1    CERTIFICATION
2
3    I, JAMIE ANN STANTON, a Notary Public,
4  do here hereby certify that the foregoing
5  witness, DEBBIE FEUERSTEIN, was duly sworn
6  on the date indicated, and that the
7  foregoing is a true and accurate
8  transcription of my stenographic notes.
9    I further certify that I am not
10 employed by nor related to any parties to
11 this action.
12
13
14   _f~~~~_
15   JAMIE ANN STANTON
16
17
18
19
20
21
22
23
24
25
                                    Page 223

57 (Pages 222 - 223)

[& - 3:38]

| & | | | |
| --- | --- | --- | --- |
| **&**  2:5,13 | **10019**  2:8 | **18**  4:10 125:25 | **2011**  74:14 102:16 |
| **0** | **10804**  6:19 | 126:3,9 129:23 | 104:10 105:11 |
| **0000086-00000...** | **10:30**  146:7,12 | 136:3 143:5 159:1 | **2012**  15:5 165:15 |
| 4:10 | **10:38**  1:18 | 159:1,6,9,17 | 166:8 167:14 |
| **000086**  126:2 | **10:57**  5:3 | 161:14,15 162:11 | 169:24 219:21 |
| **000094**  144:13 | **1100**  2:15 | 164:4 170:10 | **2013**  137:22 177:5 |
| **000100**  126:2 | **11355**  7:4 | **1812**  178:3 182:21 | 177:6 |
| **000712-000717** | **1162**  6:18 | 185:11 | **2014**  201:17 |
| 4:15 | **12**  166:8 | **1813**  183:24 | **2016**  1:19 5:7 |
| **001268**  121:2 | **121**  4:10 | **1815**  176:20 | 121:17 129:20 |
| **001268-001272** | **126**  4:11 | **18th**  145:6 | 163:11 170:9 |
| 4:9 | **1272**  121:2 | **19**  4:11 129:3,6,14 | 171:3,23 173:3 |
| **001356**  200:14 | **129**  4:12 | 130:1,7 159:1,2,7 | **21**  4:13 172:13,15 |
| **001356-001363** | **12:30**  85:19 | 159:19 161:13,18 | 172:18 |
| 4:17 | **13**  184:10 | 162:12,19 164:5 | **22**  4:14 176:19,21 |
| **001531-001544** | **13563**  200:14 | 170:11,15 | 176:24 194:23 |
| 4:11 | **1360**  202:4 | **194**  4:15 | 195:1 198:7 |
| **001544**  130:2,4 | **1361**  205:14 | **197**  4:16 | **223**  1:25 |
| **001545**  172:14 | **1362**  219:2 | **1989**  40:13 | **23**  4:15 169:23 |
| **001545-001544** | **14**  4:5 42:15,17,21 | **1995**  40:9,18 | 194:10,12,15 |
| 4:13 | 137:22 184:10 | **1997**  206:4 | **24**  4:16 197:22,25 |
| **001810**  176:20 | **15**  4:7 5:15 52:7 | **1999**  17:8 | **2490905**  1:24 |
| **001810-001815** | 52:10,17 73:1 | **1:10**  86:11 | **25**  4:17 200:12,15 |
| 4:14 | 184:11 | **1:19**  93:16,21 | 200:18,19,20 |
| **002509**  164:10 | **1531**  129:5 | **2** | **2531**  165:10 166:2 |
| **002509-002580** | **1533**  159:3 | **20**  4:12 164:9,11 | **2533**  170:4 |
| 4:12 | **1534**  161:13,18 | 164:17 | **2580**  164:10 |
| **006640**  52:9 | **1537**  162:12 163:3 | **200**  4:17 181:4 | **26**  200:17 |
| **006640-006666** | 163:9 | **2000**  17:7,7 207:5 | **29**  1:19 5:6 |
| 4:7 | **1544**  129:5 132:17 | **2001**  206:3,23 | **2:34**  157:4 |
| **006641**  81:8 | **1548**  173:11 | 207:6 | **2:49**  157:10 |
| **006666**  55:18 | **1554**  172:14 | **2002**  88:22 | **3** |
| **0094**  144:15 | 174:11 | **2003**  88:22 207:6 | **3/18**  121:24 |
| **04804**  5:15 | **16**  4:8 86:14,16,21 | **2004**  7:25 17:11,24 | **3/24**  121:24 |
| **1** | **161**  3:14 | 34:15 | **312-368-4554**  2:17 |
| **1**  1:25 121:17 | **164**  4:13 | **2006**  8:9 47:7 | **33**  2:15 |
| **10,000**  99:25 | **17**  4:9 120:25 | **2007**  48:22 | **372**  177:18,24 |
| **100**  97:22 110:2 | 121:3,9 126:21 | **2008**  90:7 172:7 | 180:10 |
| | 163:13 | **2009**  90:7 | **3:18**  175:13 |
| | **172**  4:14 | **2010**  15:5 177:7 | **3:38**  175:18 |
| | | 194:21 | |

[4 - ahead]

**4**
4  93:25 94:3,6,11
40  45:12 54:14,18
  54:19,19
41  54:15,18,19
42  4:6
43-35  7:3
4:29  220:24
4:36  221:5
4:37  222:16,17

**5**
5,000  13:15 49:1
  99:25
50  173:17,19
50/50  146:1
52  4:7
5g  7:3

**6**
6  3:4,9,14
60603-5317  2:16
646-837-7127  2:9
6642  73:2
6643  73:2
6650  73:6
6651  73:6
6652  73:6
6658  73:6
6659  73:7
666  77:7
6666  52:9

**7**
712  194:11
715  196:16
717  194:11
7th  145:5

**8**
80  124:10
86  4:8 127:1,2

**88**  159:2 161:13,16
**888**  1:17 2:7 5:9
**8th**  146:7,12,15,16
  147:19 148:2

**9**
9  163:11
90  124:10
9000  140:9,24,25
91  145:12 162:11
92  3:9 156:5
94  4:9
9th  147:21 148:2
  148:17 156:9
  163:14

**a**
a.m.  1:18 5:3
  146:7,12
ability  10:21 182:1
able  58:25 67:25
  68:6 75:21,22
  76:1,1,5 124:13
  134:12 149:10
  151:4 158:24
  161:2 193:24
  214:11
absence  109:16,20
absorb  65:24 66:2
absorbed  62:5
  64:8,11 65:4,13
ac  19:17 49:4
  57:19
academics  29:11
accept  211:23,25
acceptable  208:21
access  124:18,22
  141:22 143:2
  155:2 158:8
accountant  11:17
accounting  11:16

accurate  223:7
accurately  10:16
accustomed  77:2
acrylic  155:17,18
  155:23,24 156:2
  157:14
action  7:8 223:11
actions  130:25
active  14:3 42:23
activity  109:2
  124:15 149:5
  155:22 181:9
actual  55:12 64:1
  132:21 177:11
  211:6
add  19:17 113:15
  142:3 152:17
  186:20 191:16
  192:2
added  95:10
  141:13 142:10,11
  142:12,13,14
  152:7,11 153:3,6,8
  176:1,9,11
additional  37:5
  90:5,13 141:13
  187:2
address  6:16,18,20
  6:22 7:1 12:2,4
  206:7 208:10
addressing  206:19
adequately  202:18
administration
  41:5,8
advantage  44:18
  44:21
advice  91:19,21
  112:3,10 113:14
  167:9
aep  48:6

aerolizer  15:21
affect  10:20 124:2
  169:2 181:13,18
affiliated  29:14
  34:10,14,17 39:12
  103:8
affirm  6:6
agency  48:8
  198:20 203:13,23
  204:5
agent  23:4,8
  205:10
ago  13:24 14:5
  16:22,23 30:12
  31:6 33:3 34:2,3
  43:5 46:9 87:19
  138:24 183:15
agree  61:25 62:17
  67:12 69:9,18,22
  70:2 71:3 72:7
  73:15 75:5,14
  77:19 78:13 96:6
  96:9 99:8,9
  109:13 110:6
  118:15,23 133:13
  136:19 148:15
  151:13 154:7
  160:1 161:21
  179:3,6 181:12
  188:10 189:12
  193:3 213:9 215:8
agreed  214:4
agreeing  67:16
agreement  35:6
  49:10,16 78:10
  99:11
agriculture  31:19
  35:14 102:4 206:5
ahead  18:6 50:1
  96:18 120:2 167:6
  191:22 193:12

[air - attorneys]

air 15:21
al 5:11,12
alarm 16:12
alberta 206:5
alegart 40:22 41:7
  41:18
alert 16:1,9,15,20
  17:1,2,12,19 18:2
  18:13,18 20:4
  21:5,16 23:12,21
  45:8 51:24 57:11
  61:15 62:14 67:9
  77:14 87:18 95:7
  96:4 114:15
alive 105:2,5
  167:19 168:7
  191:22
allowed 142:13
alter 214:11
alteration 214:9
altered 196:4,6
  214:6
amanda 1:5
american 21:18
  24:18 29:7 48:7
  99:24 100:24
  181:3
amount 106:9
  114:13 118:1
  146:18,19 148:8,9
  149:15 176:6
  197:4
amounts 153:24
  168:15
analyses 218:5,22
angle 216:1
angles 63:22
  215:25 216:5,7,13
  216:18
animal 154:19
  165:7 181:12

animals 30:7,10
  30:15 181:14,18
  183:11
ann 1:19 223:3,15
annoying 46:24
answer 3:7 10:9
  17:22 46:16 75:10
  75:18,19 76:16
  85:6 92:7 93:7
  96:19 118:4
  128:12 133:21
  149:21 151:17,19
  163:21 179:25
  198:24 209:13,14
  210:18 213:4
  215:19,20
answered 158:5
  215:18
answering 211:11
answers 10:6
ant's 181:9
anticipate 171:9
ants 43:23 56:10
  70:9 83:15 97:9
  165:16 173:2,18
  173:24 174:7
  181:6,7 215:15
anybody 169:17
anymore 16:17,18
  32:21 41:23 98:16
apartment 74:7
  192:15,16,17,21
  192:25 193:9,10
  193:21 194:1
  211:6
apartments 193:4
  193:6
apologize 52:23
  81:2
appealing 22:4

appear 162:12
appeared 57:11
  95:11 99:4
appears 147:15
  152:6 160:1
  163:12
applicant 206:6
application 4:8
  86:15 87:5,6
  198:19 199:3,5
  200:1 203:15,16
  203:24
applied 130:24
apply 12:25
applying 201:11
appreciate 211:7
appropriate 93:6
  118:13 167:11,18
  179:9,20 180:4
approval 13:1
  50:24 51:2 53:6
  204:9,15 220:7
approve 22:8
approved 95:13
  95:15
approximately 5:2
  31:6 83:21 85:19
  86:11 157:4,10
  175:18 221:5
  222:16
april 121:17 145:3
  145:5,6 146:7,12
  146:15,16 147:19
  147:21 148:2,2,17
  156:9 163:11,14
area 28:4 57:24,25
  58:1 72:15 115:16
  177:19,19,24,25
  180:7 181:9,19,22
  182:19 183:12
  185:15,19 186:2

186:16,21 187:21
areas 77:3 80:15
  195:3
arose 116:21
arrive 51:5 147:5
artwork 52:21,22
  53:7,16 54:24
  56:13 57:3,5,7,8,9
  59:11,18 78:1,1
aside 15:22 16:7
  30:1 43:11 59:22
  66:7 73:10 89:7
  90:12 101:22
  106:6 125:22
  172:9 197:14
asked 23:6,16
  77:24 82:2 112:3
  138:23 158:4
  167:9,12 175:4
  185:22 215:17
asking 7:9 23:11
  136:18 204:11
  210:12
assist 41:6
assistant 40:20
  41:2
association 24:20
assume 42:11
  71:18 147:1
  151:23 165:18
  207:23,23
assuming 71:16
  72:6 73:13 75:3,7
  75:11
ate 154:16
attach 218:8
attachment 201:7
attorney 91:25
  92:12 93:2
attorneys 2:3,11
  5:18

[attract - blocked]

attract 96:11
attracted 97:15
attracts 95:23
audion 12:22
audit 15:11
authenticity
171:16,20
authorities 201:15
203:7,19 213:1
authorization
49:14
available 115:5
205:17,25
avenue 1:17 2:7
5:9 6:18 7:3
average 58:15
99:24 181:3
avoid 176:2
aware 18:11 26:5
89:1 90:12 138:5
169:4 176:13
177:11 206:22
awhile 76:22

**b**

b 1:10 4:1 110:9
110:16,19 143:14
143:16,22 144:3,4
145:16 147:20,22
148:5,10,17,24
149:24 151:4
152:5 153:9
154:22 156:10,20
156:23 158:2,14
163:13,19,24
168:16 173:19
ba 37:19
bachelors 37:21
37:22,23 38:5
back 12:20 22:13
30:11 51:12,14
73:8 75:2 79:10

86:10 87:19 93:21
95:14 98:9 128:25
134:21 154:24
157:9 174:8
175:17 183:14
185:11 191:5
221:4
background 29:9
37:14,16 38:15,22
115:19 140:7
165:25 175:2,5
221:11
bad 103:23 108:6
banks 11:25
based 30:16 33:24
67:17 78:1 104:14
111:8 112:25
153:16 185:25
186:3 218:9,13
basically 25:5
basis 26:23 28:9
67:15 78:9 99:10
111:17,21 180:15
bates 52:8 55:18
81:8 121:1 126:1
127:1 129:4 164:9
172:14 176:20
194:10 197:18
200:13
bathroom 15:19
192:24 193:1
bathrooms 193:4
be 206:4
bearing 52:8
121:1 126:1 129:4
164:9 172:13
176:19 194:10
200:13
bed 65:23 193:18
beds 65:20,20
66:21 196:9

began 23:24 83:19
83:22 146:14
192:1
beginning 5:3 50:7
63:15 80:20,21
86:9 93:20 150:23
157:8 169:18
179:1 190:19
207:5 221:3
begins 81:14
205:17
behalf 1:5 5:22,24
23:11,16
beijing 31:18,23
33:7,13 35:12,15
36:20 37:1 102:3
104:7 112:20,21
113:2,4
beijing's 113:1
belabor 156:7
belgian 41:24
believe 61:18
64:14 68:3 87:23
89:2 90:8,15
95:18 102:16
111:8 132:22
133:18,22 134:3,8
135:11,22 137:4
149:22 151:7
160:9 174:15
183:14,15 190:18
198:4 200:3,4
bell 1:10 5:12
15:22 16:8 19:10
20:6,7 21:6 37:9
43:14 44:1,8
45:10,16 47:6,15
48:20 49:7,11,13
49:19,25 50:5,9,18
53:16 55:20 56:4
57:7 67:24 72:8

72:17 73:15 74:1
75:5,14 77:22
87:11,16 88:2,11
103:2 159:20
171:22 176:5
benefit 10:8
best 136:8 205:23
better 26:3 28:2,2
28:3 47:1 81:3,16
120:14 219:22
beyond 38:5
bhh 1:10 4:7,9,11
4:12,13,14,15,17
7:8 52:9 54:6
55:18 81:8 121:2
129:4 130:1,4
164:10 172:14
176:20 194:11
200:13
big 13:14 16:12
48:23 50:13,14
63:8 64:15 71:13
79:1 99:19 109:5
138:20 178:4
180:11 181:1,8
210:9
big's 60:1
bigger 26:1 28:3
41:6 44:25 72:14
144:8 151:20
180:6,9,19,22
181:5,21
bit 26:15,17,18,20
26:21 76:20
bite 105:23 123:15
black 53:1 106:22
106:24,25 144:16
block 63:10 65:25
67:22 216:5
blocked 63:22
67:20

[blocking - chambers]

| | | | |
|---|---|---|---|
| blocking 216:6 | bunkbed 215:1 | cancel 168:5,21 | certifications |
| bodily 10:11 | burrs 5:8 | cancelled 166:7 | 38:11 140:21,23 |
| body 131:20 | bursor 2:5 | capability 133:11 | certified 15:11 |
| 179:18 | business 6:22 12:2 | capitals 60:20 | 103:1,3,4 140:9 |
| bolded 202:9 | 13:7 16:13 35:10 | caption 5:10 | certify 140:25 |
| book 46:2,7,10 | 38:2,3 49:24 | car 15:17 | 223:4,9 |
| bottom 54:4 95:21 | 78:25 170:23 | card 15:16 | cetera 70:4 205:5 |
| 166:3 202:6 | 221:24 | carefully 210:16 | chamber 35:22 |
| bought 24:14 | busy 219:20 | carpet 65:18 | 104:8,8,11,14 |
| 34:24 79:13 | buy 79:15 105:20 | carpeting 39:23 | 105:21,23 109:9 |
| branch 14:11,13 | 191:21 | 62:6 64:9,11 65:5 | 109:16,20 110:9,9 |
| 33:20 | | 65:7,7,10,12,13 | 110:10,16,19 |
| brand 16:2,7 | **c** | 66:15 157:22 | 111:12 113:12 |
| brands 15:14,23 | c 2:1 112:5 | 193:18 | 123:13,14,17,25 |
| 24:18 | cabinets 64:15 | carry 104:21 | 124:1,14 127:24 |
| breach 34:20 | 215:2 | 105:4 | 128:16 140:2 |
| breached 35:4 | cable 49:6 | case 5:11,12,15 | 141:21 142:1 |
| bread 166:7,12,17 | cage 208:20 | 7:10,15,16,25 8:3 | 143:13,14,15,16 |
| 166:20 167:21 | 211:22,25 212:7 | 8:8,23 18:21 19:6 | 143:16,21,22 |
| 168:5 169:5 | 212:11 214:3 | 19:13 25:12 36:9 | 144:3,4,5 145:16 |
| break 76:21 85:17 | cages 208:22 | 76:4 90:14 92:17 | 145:16 146:18,20 |
| 89:10 93:1 157:1 | 209:5 | 152:16 176:10 | 146:24 147:20,20 |
| briefly 8:2 89:11 | call 166:19 183:2 | 215:3 219:21 | 147:22,23 148:5,5 |
| 108:20 156:4 | 198:24 205:9 | 220:10 | 148:8,10,10,16,17 |
| 161:10 | called 40:2 46:2 | cases 76:25 81:15 | 148:24,25 149:17 |
| bring 194:1 | 106:22 109:24 | 81:19 85:2,3,9 | 149:24,24 150:4,4 |
| broke 92:23 | 184:25 186:14 | casing 19:5,15 | 151:3,4 152:5,21 |
| broken 123:13,15 | 187:18 | 38:20 | 153:8,9,25 154:8 |
| 123:16,25 | camera 125:10 | cause 96:13 117:2 | 154:13,15,22 |
| brothers 29:3 | cameras 132:18 | caused 189:20 | 155:1,16,22 156:1 |
| brush 15:19 | 132:21 | caution 95:14,17 | 156:10,11,20,23 |
| building 122:23 | canada 198:12,20 | 95:18 | 158:2,14,14 |
| 122:25 123:3 | 199:9,11 200:7,10 | cc'd 205:12 | 163:13,13,19,24 |
| 153:5 177:10 | 201:2,11 203:11 | cease 14:2 17:20 | 163:24 168:15,16 |
| 188:14 192:13,14 | 203:23 204:10 | 18:4 | 173:18,19 176:1 |
| 192:17,23 | 205:11 209:15 | ceo 40:22 41:14,18 | 176:10 180:7 |
| buildings 177:9 | 210:2,4,9 211:14 | certain 77:1 | chambers 35:22 |
| 188:13 | 220:5 | 141:15 149:13,14 | 105:17 107:19 |
| built 75:25 | canada's 211:4 | 188:2 | 109:5 127:23,25 |
| bullet 121:25 | canadian 201:15 | certification 223:1 | 131:19,21 132:4 |
| 123:4 219:3 | 203:18 204:15 | | 133:24 134:12,16 |
| | 213:1 | | |

[chambers - concurrent]

139:6,8,9,20 140:1
140:3,6 141:5,6,9
141:13 142:18
143:11,18 144:14
144:19,20 146:3
150:16,21 151:10
152:19 157:13,20
180:9 216:20
chance 180:24
change 25:17
36:12 82:10 85:14
114:14 136:9
changed 20:17
36:17 55:3
changing 64:25
charge 94:21
114:19 167:15
203:24
check 21:24 112:6
checked 89:24
90:1
chicago 2:16
china 11:18,22
13:9,12 14:10
20:25 21:2 31:18
32:13 33:18,20,25
74:7,16 80:3
82:18,19 87:24
95:1 96:23 98:6
98:19 102:21,22
103:19 115:14,14
122:24 138:20
139:19 160:21
188:12,14,14
193:5
chinese 21:19 29:5
32:14 34:9 88:1
138:20 174:15,23
choose 26:3
chuan 37:25 38:1

circuitry 19:4,15
19:21
cited 88:15 206:12
citizen 14:25 15:3
city 13:13 122:24
claims 7:16 208:21
clarify 8:25 11:20
128:7 136:11
class 7:8
clause 134:2 135:3
clean 15:19
clear 145:14
154:25 155:17
156:2 161:1
221:10
clearer 81:5
clearly 8:22
client 23:17,18
91:25 92:12,25
93:2 130:12
client's 126:24
127:10 130:11
close 134:16
213:23
clothes 215:2
clothing 66:2,4
coincidence 149:8
149:12,16 150:1
150:12 151:14
156:13 163:17,22
163:25
cold 188:13,15,18
188:23
coleman 16:1
collaborate 36:4
collaborating
122:12
colleague 12:7,10
collected 218:5
colon 60:20

color 52:25
column 60:19
combination
113:13
combined 105:9
come 12:23 39:17
53:20 73:8 75:2
77:13 99:14,18
127:25 128:15,25
139:12 142:1
154:5,8,20,23
170:17
comes 51:18
205:25
coming 222:10
commencing 1:18
comment 73:25
comments 36:8
51:4,5 166:4
commercial 60:6,7
commission 18:13
206:2,23 208:8
common 138:21
communicate 8:22
communication
50:4
companies 23:5
24:14,15 103:10
company 12:22
14:4 23:9,14,21
24:16,21 39:13
40:2,10 41:6
47:23 61:20 74:12
79:4 82:8 88:25
102:13,14 106:8
106:20 130:15,23
132:1,2 134:21
140:10,13 197:21
company's 12:15
130:19 131:23
133:14

compare 65:9
108:18 111:2
205:1,3
comparing 158:25
204:22
comparison
204:13,16,21,25
compensating 9:6
9:9
complete 158:9
199:6,8
completely 72:10
158:10
completion 221:9
complicated 110:4
complication
220:9
complying 43:12
55:19 89:8 101:23
125:23 145:13
156:6 163:4 164:6
165:11 170:5
172:10 173:12
174:13 183:25
194:7 196:17
197:15 198:10
202:5 205:15
computer 27:10
63:21 65:1
conception 22:9
109:3
concern 134:25
135:5,20
concerned 136:2
208:9
concerning 172:4
concerns 206:7,19
208:10
concrete 110:7
concurrent 129:22

[condition - course]

condition 150:17
151:11 178:3,5,8
194:4 211:22
conditioning
152:24
conditions 208:20
212:20 215:14
conduct 114:10
120:12 128:9,15
161:3 170:17,20
174:21 214:1
conducted 31:11
31:16,18 37:4
64:21 74:9 114:8
117:5 119:19
122:19 128:4,19
135:17 137:12,16
145:1,2 159:12
165:14 177:4
192:10 194:25
197:7 212:21
213:21 214:5
218:4 219:5
conducting 31:5,9
123:21 128:21,22
131:14,17 136:24
158:15
confer 45:15
confined 208:22
confirm 130:21
161:20 162:5
198:3
confirmed 81:24
confirming 199:24
confused 186:7
confusing 203:4
connected 143:17
143:24
connecting 195:19
connection 7:10
48:2

consider 88:10
117:20
considered 43:25
considering
187:19
constant 25:17
47:1 118:9 176:3
constantly 47:2
62:23
construction
105:25
consult 25:24
45:20 220:16
consultant 203:10
203:14,17,22
206:18
consulted 220:1
consume 111:5
consumed 146:19
153:25 154:1
consumer 58:24
63:25 79:12
consumption
113:16 128:18
142:5
contact 33:16,21
33:23 41:23 47:5
97:6 116:3 125:12
135:18 167:15
207:10
contacted 33:20
207:16 208:14
contacting 35:5
contained 53:17
content 127:5
contents 55:8
continue 8:11
16:14 17:12,17
27:21 124:4
170:24

continued 86:2
contract 34:20
35:4
contracting 120:8
control 46:3 74:12
102:14 112:2
115:20 133:23
159:12 206:4,25
208:2
conversation
90:19,21 167:25
copied 160:2,10
copies 31:20,24
55:12 117:14
119:21
copy 4:5 31:22
32:13,18,20,22
42:16 77:18 81:3
86:14 98:17
160:12 174:6
199:25 200:1
corner 95:22
163:8 216:21
corporate 11:15
correct 19:24,25
30:22,23 31:13
37:10 38:8 39:9
39:18 44:4 45:24
51:6 55:15,16
57:17 59:1 62:11
62:12,15 68:20
69:2,7,8 71:1,2
72:4 77:8,17
79:18 80:6,8,12
82:15 83:6 84:24
88:8,9,12 93:5
94:19 96:3,4,5,14
97:16 99:6,7
100:22 101:4,19
102:7 107:16
109:9,18,24

110:20 111:15,16
111:19 118:1
119:16 120:19
121:22 127:15
141:3 143:6
145:17,18,21,22
146:4 148:18
150:7 152:8,25
153:1 154:3
156:20 157:14
158:20 161:23
162:8,13,20,21
164:1,3 165:25
168:2,16 169:22
171:19 173:8
174:8,16 176:11
177:25 178:1
184:6,6,11,22,23
185:3 188:5
190:11,20 191:3
194:23 195:10,11
196:3 206:20
212:17 216:3
218:14 220:18,18
221:14,15
correctly 171:12
correspondence
18:12
cosmetic 22:3
38:20
cost 50:15 161:3
couches 66:18
count 141:25
142:3 193:24
couple 13:23 46:9
91:13 117:17
125:9 137:19
147:2
course 116:16
121:20 141:14
152:15 155:6

Page 7

[course - design]

168:24 188:8

court 1:1 5:13,25
9:17,17,22 10:2,9
10:10 42:14 44:11
51:8,14 52:6
79:20 85:8 86:13
94:2 120:24
125:24 129:2
164:8 172:12
176:18 194:9
197:16 200:11

courtroom 8:18

cover 100:24
129:19

coverage 44:24

covered 67:20
113:21 221:8

crack 68:4 75:20
99:13

cracks 67:5 68:2
68:25 69:12 70:3
70:12,16,16 75:12

crawl 180:17
182:1,3,4,7

critter 30:5

critters 30:1,3

cto 102:23 103:5,7

cul 204:10,11

current 6:18 20:20
24:14 117:23
212:7

currently 10:24

curve 104:12,13
143:17

customer 8:4
12:23 13:1 17:24
18:1,8 25:25 35:5
45:4 78:16,18,20
78:21 79:1,1,12,14

cv 5:15

## d

d 1:10 3:4 20:14
139:24

daco 202:7

daily 12:16

daniel 20:14 95:1

danny 12:11 39:19

data 65:2 202:15
208:17,19 209:5
210:22 218:5

date 5:6 25:12
42:19 52:12 80:15
86:18 94:8 121:5
122:1 126:5 129:8
164:13 172:17
176:23 183:16
184:4,5,5,10
190:18 194:14
197:24 199:14
200:16 223:6

dated 121:17

dates 154:9

david 112:1,10
113:18 115:18

david's 113:14

dawn 55:21

day 84:11 118:10
147:1,5 151:2
154:3 183:2 189:5
189:6,13,18,22,22
190:8 191:5,16
192:3

day's 191:14,15

days 103:24 108:9
108:10,12,15,15
117:18 118:7,11
118:12 119:8,10
119:13,15,16,16
145:19,20,21,22
145:23 154:2
159:13,13,14,15

159:22,22,23,24
164:3 168:21
169:20 173:22
178:16 182:18
183:3,4,9,16,18,21
184:8,14,17,19,20
184:21 185:5,6,9
185:14,18,23,24
186:4,11,15,19,19
186:25 187:2,18
187:20 189:1
190:3,10 191:22
194:3 196:19,22

db 26:15

dead 179:15,16
191:15

deal 203:12
219:19

dealt 116:22

death 188:25

debbie 1:16 4:5
5:16 6:17 88:6
222:22 223:5

decibel 27:11 28:1
63:20 64:3,4 65:9
67:23 205:4 217:6
217:10,13,19

decide 17:19 168:9

decided 24:4
25:20 26:7 45:1
78:4 168:14

deciding 114:25

decision 77:21
124:6 172:2 197:3

decrease 95:24

defendant 92:17

defendants 1:12
2:11 5:24 171:15

degree 38:5,7,25
39:5 140:18 175:8
221:13 222:7

degrees 37:17

demonstrate
202:16

deng 20:14,23
21:4 39:3,4 50:20
51:20 94:22,24
95:2,10,17

department 31:19
35:14 82:6 98:5
102:4 116:6,7,14

depending 75:24

depends 44:16
60:1 68:4 71:9,13
99:19 100:1
106:12,14,15
107:6,7,14 114:18
115:8 144:24
162:24 188:20

depicted 56:19
162:10

depicting 144:12
163:6

depicts 145:15

deposition 1:16
5:7 7:19 9:12 86:2
89:21 90:18,20
91:19,22 92:20

describe 8:2 54:9
63:17 65:3 78:12
80:10,23 82:3
96:24 122:22

description 4:3
123:2

design 4:8 12:23
12:24 19:5,7,15
20:2 22:4 25:11
38:20 39:7 44:16
48:10 55:13 77:25
86:15 87:2,8,17
88:22 104:8 106:1
107:18 111:12

[design - doubled]

| | | | |
|---|---|---|---|
| 113:12 134:16 140:2 212:7 | **die** 117:1 152:14 152:16 168:2,4,12 168:19,25 169:2 191:23 | **direction** 3:7 44:2 44:3 | **district** 1:1,2 5:13 5:14 |
| **design's** 18:21,22 19:13 127:24 | | **directional** 44:6 67:18 68:6 | **divide** 40:5 |
| **designed** 20:8 46:25 50:17 111:14 112:24 118:15,17 119:12 119:14 162:2 196:1 215:24 | **died** 116:23 141:15 175:24 188:8 191:25 | **directions** 202:18 | **divided** 146:1 |
| | | **directly** 104:17 107:16 207:11 210:18 212:13 | **document** 52:8 53:18 54:5,13 55:15 87:2 93:8 93:24 120:6 121:1 126:1 129:4 155:10,11 164:9 172:13 176:19 194:10 197:17,19 199:23 200:13 201:10,13,18 203:25 204:4,11 219:15 |
| | **dies** 176:7 | | |
| | **difference** 97:24 108:18 171:4,4 | **director** 11:4 | |
| | **differences** 18:17 19:11 218:23 | **disagree** 136:5,11 | |
| **designer** 20:8,11 21:8,16 38:16,17 39:4 50:19 53:5 57:2 59:10 61:9 77:24,25 78:4 162:3 | **different** 18:22,22 19:5,14,22 30:15 44:22 45:2 54:21 55:9,13 63:8,22 71:19 72:12 73:3 74:10 80:14 81:10 83:11 84:20 85:15 98:2,22 103:15 106:12,13 107:3,6 107:8 114:18,24 115:6,7 122:10,11 122:14 125:3 137:24 143:11,18 144:2,20 162:15 162:16 170:25 195:3,5 197:3,4 209:15 215:25 216:1,4,7,12,13,17 216:19,21,21,24 | **discontinue** 198:16 | |
| | | **discuss** 8:12 67:19 73:10 89:13,15 90:17 92:3 139:21 | |
| **designs** 54:20 55:14 56:3 | | **discussed** 36:1 45:3 78:15 91:15 106:4 138:11 171:25 203:20 | **documentation** 64:19 74:18,22 102:6,9 198:17 201:19 203:4,21 220:9 |
| **desks** 39:21 | | | |
| **despite** 83:23 97:13 | | **discussing** 20:3 126:18 | |
| **determination** 30:18 59:17 | | **discussion** 90:25 92:14 93:17 200:25 | **documents** 3:12 88:15,16 98:11 160:17,25 200:2 201:13,14 202:1 202:22 203:6,19 204:6 205:6 206:19 |
| **determine** 27:12 27:17,23 118:11 | | **discussions** 92:10 | |
| **determined** 59:12 213:8 | | **disgusting** 105:24 | |
| | | **disney** 15:12,13,23 16:2 | **doing** 16:18 83:10 94:22 135:13 140:10 170:24 205:10 207:20 |
| **determining** 26:24 | | **disparate** 156:15 | |
| **developing** 45:16 | | **disparity** 98:21 109:5 | |
| **development** 12:18 27:9 206:6 | **difficult** 10:1 53:12 209:25 219:19 | **dispute** 92:24 | **domain** 205:18 |
| **device** 153:7 155:6 210:5 213:2 | | **dissolve** 199:5 | **dormitories** 195:21 196:8 |
| | **difficulty** 104:23 105:1 | **dissolved** 13:25 14:1 | |
| **devices** 37:9 59:13 67:25 118:18,25 144:12 149:25 183:20 184:15 205:19 206:13,25 217:24 | | **distance** 208:25 | **dormitory** 192:22 195:17 196:1,2 211:6 214:13 |
| | **dimension** 156:2 | **distances** 216:24 | |
| | **diminish** 217:18 | **distribute** 17:13 17:17 | **double** 90:1 |
| | **diminishes** 217:16 | | |
| **devoid** 214:14 | **direct** 33:21,23 48:13 205:8 | **distributing** 17:20 18:4 | **doubled** 148:8 |

[dr - equal]

dr 28:25
draft 95:2 218:13
218:18
drafted 41:11
draw 162:2
drawed 195:23
drew 162:6
drill 214:10
drink 168:2
drinking 166:9
drive 56:23 57:16
57:21,22 58:4,7,17
59:1 177:17
drives 58:9
dropped 219:20
220:10
drugs 10:20
due 149:12 150:11
208:21
duly 223:5
dunhuang 13:13
122:17,23,24
177:10
durable 155:20
dusk 55:22
duties 12:14 41:1
dwell 70:10
dwelling 195:14

e

e 2:1,1 4:1 16:11
20:14,21 28:19,19
32:10,12 40:25
50:8 86:5,5
121:16,19 126:18
198:25 201:3,8
203:2
e.g. 202:14 208:23
208:24
ear 46:20
earlier 37:12
38:14 87:5 104:7

137:19 158:17
170:10 175:22
176:16 192:9
207:25 221:8
earliest 102:3
early 98:9
ease 54:3
easier 110:8
218:16,19
easy 158:23
eat 89:12 105:23
140:4,4,5 143:12
154:6,9,13,21,23
166:12,16 168:1
168:20 169:5
179:3,7 180:22
182:10,15
eaten 144:5,6
179:18
eating 166:9
169:16 181:2
eats 144:2,3
educational 37:14
221:11,22
effect 28:6 118:18
119:13,15 137:2
effective 43:21
effectiveness 28:3
83:2 131:2
effects 64:2 118:20
efficacy 118:24
202:8,15 205:19
208:17,19 209:5
210:22 213:2
215:24 216:25
efficiency 95:24
97:2 101:15
107:25 217:5,12
efficient 108:2
220:8

eight 35:20 161:17
189:3 190:4,10,23
195:8 196:19
eighteen 21:23
30:12 31:6 33:3
34:2,3 161:16
170:15 221:24
eighty 161:17
eisenberg 2:13
either 18:13 57:11
62:14 67:9 77:14
89:17 96:3 147:1
185:18 186:15
191:7
elaborate 22:6
25:9 63:4 99:21
electrical 15:18
electromagnetic
72:20,22
electronic 13:7
20:15 38:23
element 151:14
eleven 108:9,12
118:12,12 119:10
119:13 145:22,23
159:12,22 189:2
eliminate 151:14
ellipses 56:23
emission 67:23
emit 45:11
emits 19:2 47:3
emitted 19:21
204:23
emitting 84:5,10
employ 39:8
employed 10:24
223:10
employees 11:12
11:21 20:24 33:19
39:16 42:1 108:5
160:24

employer 11:1
employment 43:8
empty 195:18
emson 16:2
emulate 25:5
ended 189:13
endure 118:9
engineer 12:25
13:5,6 19:5 20:15
38:24 62:23 85:14
140:8,9,14,15
141:1 175:5,5
engineering 12:25
39:1 82:6 98:5
222:7
engineers 20:9,11
english 32:15,16
123:23 136:7
ensure 84:4
enter 154:25
entire 71:5 132:20
213:15
entirely 110:19
entitled 166:3
173:13 197:19
entity 13:25 14:2,3
14:20,22
entomologist 39:9
entomologists
39:9
environment
43:20 107:23
122:20 159:11
206:5 212:10
214:2 215:21
217:20
environmental
48:7
epa 203:11 210:1,2
equal 150:16,17
150:17 151:10

Page 10

[equal - figures]

168:14
equipment 27:3,6
  27:12,14 63:6,19
  63:21 144:2
escape 124:1
especially 99:13
  135:9 210:8
esq 2:6,14
establish 149:11
  150:10
established 40:10
  150:3
estimation 16:24
et 5:11,12 70:4
  205:5
ethical 103:25
  125:18 153:20
evaluation 24:10
evening 222:12
evenly 139:13
eventually 47:4
everything's 41:8
evidence 214:20
exact 81:10
exactly 77:16
examination 3:3
  6:11
example 22:9 54:1
  54:11 110:8 212:7
examples 15:7
excuse 33:4 87:4
  112:20 145:4
  200:19
executive 40:20
  41:2
exhibit 4:3,5,7,8,9
  4:10,11,12,13,14
  4:15,16,17 42:15
  42:17,21 52:7,10
  52:16,17 73:1
  81:4 86:14,16,21

93:25 94:3,5,6,11
  120:25 121:3,9
  125:25 126:3,8,9
  126:19 129:3,6,11
  129:14,23 130:1,7
  136:3 143:5 159:1
  159:6,7,9,17,19
  161:13,14 162:11
  162:12,19 164:9
  164:11,16,17
  172:9,13,15,18
  176:19,21,24
  194:10,12,15,23
  195:1 197:22,25
  198:7 200:12,15
  200:17,20
exhibits 159:1
  162:10 164:4
  170:10
exist 204:14
exit 177:19,25
  182:19 183:12
  185:2,15,19 186:2
  186:16,20 187:21
expect 196:10
experience 59:15
  59:19 78:13 99:12
  118:6 191:20
experiences 78:11
  115:22
experiment 139:1
  139:2,3,4 141:3,14
  144:22 146:1,6,11
  150:9 152:7,20
  153:7 156:19,22
  169:18 175:25
  188:9 190:19
  191:12 214:7
  215:5
experiments
  142:15

expert 39:10
expertise 220:1
explain 18:16
  19:11 26:19 28:13
  41:9 43:13,18
  46:12 85:10 97:19
  108:20 196:24
  218:9
explained 33:15
explanation 148:7
  218:8
extend 65:17
extensive 221:25
extent 176:8
  199:18
extra 108:10 151:2
  152:16
extremely 210:5

f

f 16:11 28:19,19
  86:5
face 44:2,3
facebook 4:6
  42:16,22,23 43:3
facility 98:20
  122:18 130:18
  131:12 132:4,8,14
  132:19,24 133:2,9
  133:17 180:8
facility's 131:13
  131:16
fact 83:23 97:13
  127:12 148:15
  149:23 189:17
factories 15:10
factory 13:10,11
  15:11 21:1 27:7
  32:12 48:7 62:22
  63:3 82:20,24
  94:22 98:19
  103:18,21 104:1

108:6 122:20
  140:25 160:21
  167:7,15 170:16
  195:17
facts 67:17
fair 195:12 219:24
falling 34:21
false 131:5 133:19
  134:9,22 135:6
familiar 53:3
family 29:3 88:24
  89:3
far 100:1 199:23
fast 154:24 168:4
faxed 50:7
features 19:17
federal 18:12
  206:2,22 208:7
feed 167:11,18,21
feeding 67:4 68:1
  68:23 69:10 77:3
  166:19
feel 170:19 208:9
feet 180:11
feuerstein 1:16 3:4
  4:5 6:13,17 42:20
  86:20 88:6 126:2
  164:14 221:7
  222:9,22 223:5
field 29:18,20
  116:24 117:5,10
  211:15 212:19
  213:2,8,9,21,23,25
  214:1 215:9,11
  220:2,17 222:3
fifteen 87:19 185:6
  186:4 194:3
fifth 123:4
fifty 119:16
figures 146:17
  218:10

[file - geneva]

file   5:4 86:9 93:20
157:8 175:18
221:3
filed   5:13
fill   117:2
film   132:19
filmed   125:10
financial   11:25
18:9
find   15:17 28:21
90:6 179:17
fine   93:10
finish   10:5 33:9
35:21 58:20 76:22
finished   51:6
first   7:20 16:1,9
16:15,19,20 17:1,2
17:4,12,19 18:2,13
18:18 20:1,4 21:5
21:15,16 22:18,22
23:2,12,21,24 24:5
45:7 47:5,11,14,19
48:18,19,23 51:24
54:21 57:11 61:3
61:15 62:14 67:9
77:14 84:11 87:18
95:6 96:3,4
127:13 146:24
164:3 166:6
174:22 178:4
184:19 191:14
204:10 211:20
fisher   2:5 5:8
five   13:8 45:13
72:24 108:15
154:4 156:11
175:19 190:3
191:16 192:2
fixed   183:15
flip   52:14

floor   65:11 69:23
69:24 70:4,13
71:17,20,24 72:2,3
72:4,7 75:13
76:14 155:15,23
180:18,19 181:24
182:3
floors   67:5 68:2,24
69:11 71:19,21
72:1,18 73:14
fluctuated   49:22
flushing   6:24 7:4
following   48:21
219:3
follows   86:3
font   55:9
food   95:23,23
96:10,12 97:3,4,15
97:21 98:2 111:5
113:16 128:17
142:4,6,10 146:19
148:10 150:17
153:25 154:1,9,14
154:17 155:1
166:8,13,22,23,25
167:3,4,11,18
168:5,7,10,15,19
168:20,23 169:16
169:25
food's   97:23
foot   13:17 100:1
177:18 181:4
foregoing   223:4,7
forgive   115:13
158:6
form   17:21 18:5
24:1 27:20 36:15
46:15 48:4 53:11
58:6 59:2 60:8,11
60:16 69:13,20,25
70:6,14,19 71:8

73:18,22 75:9,17
76:6,11 96:16
100:8,14 101:8
110:1,22 111:20
118:3 119:1 120:6
120:20 128:11
133:20 134:6
135:8 136:6,13
149:3,19 150:13
151:6,16 160:3,11
163:20 166:14
167:23 169:7
170:1 179:12
183:13 187:24
188:19 189:23
209:12 213:3,12
214:8 215:10
219:11 220:3
formal   161:7
formally   199:2
format   119:24
120:3,11 162:14
171:12,14
formatting   81:9
158:19
formed   14:4
formulated   162:13
forth   201:13
forty   119:16
found   28:23 65:12
90:5 166:16
four   13:15 43:5
72:24 87:14
124:12 144:16
147:16 154:3
157:8 173:22
191:15 197:19
fourteen   16:23
fraenkel   2:13
free   155:3

freely   148:4 149:6
149:12 191:10
195:22
frequencies   44:23
45:2,10 84:6,11
204:23
frequency   19:3,23
22:11,12 25:1,15
25:21 26:4,6
27:11,14 155:5,12
205:4 216:23
friend   47:13
friendly   43:20
fruition   150:6
ftc   207:10
ftc's   207:20
fuerstein   4:10
5:17 52:13 92:9
157:12 175:21
full   103:6 114:11
123:2 133:22
function   43:16,18
107:25
functioning   99:16
furniture   62:7
63:7,9,23 64:12
65:8 157:16,19
193:15 196:9
214:14,16,22,25
further   201:23
217:18 223:9

g

g   20:14 40:25
gain   219:22
gallagher   2:20 5:5
general   131:6,8
135:3 181:17
generate   219:6
generated   208:20
geneva   41:17

[gestures - howell]

gestures  10:12
getting  171:12
  198:11
give  6:8 15:6 16:24
  34:16 50:10 54:1
  54:11 91:18,21
  104:24 105:6,7
  117:17 119:20
  120:13 204:6
given  114:5
go  13:2 18:6 26:7
  70:11 76:19 93:13
  96:18 98:9 110:15
  115:3 120:2
  134:21 154:24
  156:4 167:6
  175:11 176:2,14
  186:15 193:12
  220:21
goes  138:10
going  5:2 8:22
  22:13 76:21 86:10
  91:24 92:6 93:21
  93:23 157:3,9
  161:7 168:19,20
  170:6 171:25
  172:1 175:17
  183:11 194:8
  198:3 221:4
  222:15
good  6:13 28:19
  47:11 54:8 63:19
  85:7 89:23 133:6
  187:22 189:19
  220:19
government
  198:20 203:13
  211:14
grabbing  93:8
gradually  119:7

graduate  140:20
granted  87:7
granulated  166:7
  166:13 167:21
  169:6
graph  163:6,8
  177:22 184:1
graphs  162:9,12
greater  28:5
grew  41:6
ground  8:12
  181:25
guess  25:25 30:17
  31:6 66:3 104:22
  131:11 132:11
  147:15 166:15
  167:8 170:2 174:5
  189:25 191:19
  192:4 195:3
  201:16 213:5,7
guys  91:12 92:3

h

h  4:1 28:19
half  117:17 118:1
halfway  126:22
  130:9 178:2
hand  6:6 60:18,24
  81:11 93:23 163:8
handbook  46:1,2
  206:3 208:1,6
handy  128:24
happen  156:16
happened  8:1,1
  148:1 190:14
happening  121:21
hard  62:6 66:11
  106:23 191:1
  203:12
hart  1:5 5:11,22
  7:7

hate  211:9
hauser  1:11 7:9
  51:2,4
head  35:13 41:17
  53:15 116:5,7
  141:25
heading  123:5
  127:4 159:5,6
  178:4 184:2
  185:12 202:7,10
health  199:9
  203:23 205:11
  210:2,4 211:3
healthy  198:19
hear  26:19,22 27:1
  46:23 207:17
heard  46:1 207:1,7
  208:7
hearing  46:18
heat  188:15
heffner  28:17,25
  29:24,25 30:17
heffners  29:2
held  5:7 93:18
help  9:22,24 15:16
  101:11,14 218:15
helped  158:21
helpful  144:25
  220:14,15
helping  12:15
  203:14 205:10
highly  125:18
history  202:14
hit  31:12 33:5 53:9
hm  32:17 43:1
  44:10 51:7 79:19
  82:25 83:8 84:21
  85:4,7 88:18
  100:17 110:17
  111:13 112:9
  117:19 119:11

138:16 148:14
  158:16 209:19
  210:14 220:12
hold  186:5
holders  15:16
hole  195:21,23
holes  195:10 196:6
  214:10
home  6:20 39:13
  39:15 57:22 58:5
  58:8,10 59:1,6,13
  59:22 71:5,13,16
  71:18,23 72:6,9
  75:7 99:2,13,17,20
  99:25 100:7,13,20
  101:10,18 192:10
  192:12,15
hong  8:1 11:11,14
  11:21,24 12:1
  14:9,19,20,21,21
  21:17,19 23:4
  33:24 40:9 115:15
hoped  81:2
horrible  103:22
hot  124:13
hour  173:22
hours  91:13,13
  124:12 125:9
  147:2
house  20:8,11 64:6
  66:16,19,21 73:13
  73:17,21,24 74:3,5
  74:6,8,15,17 75:3
  82:14 100:5 101:6
  102:17,19 213:15
household  215:22
houses  66:24
howell  1:10 5:12
  15:22 16:8 19:10
  20:6,7 21:6 37:9
  43:14 44:1,8

Page 13

[howell - intellitec]

45:11,16 47:6,15
48:20 49:7,11,13
49:19,25 50:5,9,18
53:16 55:21 56:4
57:7 67:24 72:8
72:17 73:15 74:1
75:5,14 77:22
87:11,16 88:2,11
159:20 171:22
176:5
**huh** 10:13
**human** 46:20
**humidifiers** 15:10
15:12,14
**humidity** 124:10
124:13,16
**hundred** 11:19
42:4,11,13 83:7
97:17 114:10
148:21,22,23
214:24
**hygiene** 104:1
105:6 108:4 132:7
**hypothesis** 183:9

**i**

**idea** 12:24 22:18
23:1 45:5,6
113:17 177:15
195:15
**identical** 18:25
19:4
**identification**
42:18 52:11 86:17
94:7 121:4 126:4
129:7 164:12
172:16 176:22
194:13 197:23
200:16
**identify** 5:19
20:10 72:25
165:12

**ignorance** 115:14
**illinois** 2:16
**illustration** 56:15
56:18
**image** 56:20
**immediately**
190:23 191:3
**implemented**
188:4
**important** 8:21
33:6 46:23 108:21
136:16 137:1
153:21 170:20,23
187:12
**importer** 79:15
**improve** 25:16
27:24
**improved** 25:14
**improvement**
25:19 39:13,15
**improvements**
25:8,10 30:19
**improving** 26:11
**inactivating** 13:21
**inaudible** 46:20
**inches** 156:3
**include** 77:21 78:4
140:23 168:10,14
218:22
**included** 56:14
**including** 37:6
109:2,3 140:24
159:13,22 206:1
**incorporated**
11:10,11,24 13:19
13:22
**incorrect** 169:24
174:2,4 186:23
187:9
**increase** 101:14

**increasing** 208:25
**independency**
153:20
**independent** 103:9
120:4 122:18,21
125:17 132:3
177:10
**independently**
61:22 62:20
**index** 3:1
**indicated** 223:6
**indications** 30:16
**indicator** 60:25
**individual** 38:13
78:25 98:8 103:12
165:22,23 174:14
**individual's** 34:6
**individuals** 21:13
**industrial** 177:14
192:22
**inexperienced**
220:6
**influence** 108:19
111:3 113:10,11
125:19 150:23
189:24 191:8
**inform** 169:17
**information** 24:7
61:23 138:9
160:22 202:14
205:17,25
**informed** 116:22
169:8,10,15,19
**initial** 22:13 27:9
31:17 108:13
166:18
**initially** 36:7
183:1 195:25
**initials** 103:7
**input** 22:9 50:22

**insect** 106:21
181:6
**insects** 39:10
43:21 106:17,19
139:10
**insert** 55:5
**inside** 18:23 51:18
74:3 103:20 104:1
124:14 132:7
147:4 214:16,22
**inspection** 115:21
**inspector** 174:16
174:21
**installed** 132:19
**instance** 107:10
109:4 114:16
115:1 120:7 154:3
162:11
**instances** 120:15
**instruct** 92:6
**instructed** 78:6
**instruction** 51:17
52:1 93:7 94:16
100:5 101:7,16
**instructions** 51:24
130:11
**insufficient** 27:18
71:5 75:6,15
209:6
**intellitec** 11:2,5,8
11:10,13,23 12:4,5
12:21 13:9,19
15:7 16:3,6,14,19
16:25 17:4 19:9
20:24,25 22:21
23:1,23 24:4 25:2
25:20 26:23 30:20
32:25 33:20 34:11
34:14,18 39:8
40:6 45:15,19
48:19 49:11,12,18

[intellitec - kopel]

50:1 51:23 82:15
98:18 101:17
103:18 104:17
107:16 111:15
114:1,2 130:13
160:24 169:4,14
212:14
intellitec's 25:4
82:17 113:6
intended 52:24
58:3,23
intensity 61:4 62:2
63:12 208:24
interfere 153:22
interim 192:7
international
37:16 38:8 221:14
interpret 57:14
interrupt 10:3
214:20
intertek 102:22,24
120:8,16 122:3,6
123:6 124:17
126:15 128:3
129:22 132:2
135:15,18 137:18
138:6 139:2,3
141:2 158:18,19
164:25 171:5
interval 173:22
intervals 22:10
25:18,18
interventions
130:17,18,21,23
131:2,14,17,25
133:16,17
introduced 47:9
47:12
invent 22:19
invented 20:1,2
22:17

invention 21:5,13
22:2,14,15
inventor 88:5,11
investigation
206:3,24 207:20
208:8
involved 94:24
133:4 176:12
188:1
involvement
130:15 133:14
iso 140:9,24,25
issue 18:9 145:8
208:13
issued 165:19
issues 27:24
116:19
items 15:15 19:16

j

jamie 1:19 6:1
223:3,15
jason 139:17,19,21
139:23
jeffrey 121:17
201:4
jeffrey's 199:22
jersey 89:5
jihuau 174:23,24
joanne 1:5 5:11,22
7:7
job 1:24 11:3
12:14
jong 34:7,8
judge 8:19
jump 102:5
jumped 77:9
jury 8:19

k

keep 64:18 65:2
105:2,4 128:24

167:18 170:23
183:11 185:8
207:24 211:8
keeping 152:12
kenneth 21:17
38:14
kevin 2:20 5:4
key 142:24
kick 118:8,18
kilohertz 45:12,13
kind 41:9 64:12
66:6 172:24
219:19,20
knew 152:14
169:23
know 8:25 9:9,11
13:16 18:3 21:25
22:20 24:18,21
26:9,10 28:16,24
29:8,9,9,13,20
30:8 33:14 38:14
39:5 41:22,24
52:15 53:12,19
60:13,17 69:21
70:9 73:19,23
74:16 75:21,23
76:7,12,21 77:9,16
78:3,24 85:14
97:5,24 98:21
99:14 103:6,6,11
109:10 110:23
115:18,24 119:23
120:10,12,21,22
121:6 123:2
124:21 125:15,19
126:6 128:14,18
129:9 133:1 137:6
137:11,14,15
138:8 140:17,22
140:24 142:9
144:23,25 145:9

147:5 149:20
150:19,22,25
151:18,25 152:13
153:11,15,16,18
153:19 155:5,9
162:24,25 164:14
165:1,3,5,6,18,21
165:23 167:24,25
168:3,4 172:2
175:2,7,9 176:16
177:13,15 187:25
188:6,20,22,25
190:15,16 191:2,4
191:6 192:15,19
193:2 197:1,2,6
199:5,16,20
203:21,25 204:1,4
205:11 207:4,12
207:13,13,15,15
209:8 212:2 213:6
214:15,15,17,19
214:21,23
knowledge 90:4
133:8,11 155:25
200:5 206:17
kong 8:1 11:11,14
11:21,24 12:1
14:9,19,20,21,21
21:17,19 23:4
33:24 40:9 115:15
kopel 2:6 3:4 5:21
5:21 6:12 7:6
42:14 51:11 52:6
56:1 77:8 85:16
86:12,19 92:16,21
93:3,13,22 94:1
120:24 125:24
129:2 156:25
157:11 161:6
164:7 171:8,15
172:11 175:10,20

Veritext Legal Solutions
866 299-5127

[kopel - lynn]

176:17 194:8
197:16 199:15,25
200:11 220:21
221:6

**I**

I  16:11 40:25
139:25
**lab**  82:14 102:23
106:12,13 122:9
122:20 131:7
132:7 135:12
136:9 141:20
142:12 153:13
158:24 160:19,22
204:24 212:9
217:19
**label**  202:17
**labeled**  178:8
**laboratories**  37:3
102:25 103:15,17
117:4 119:20
141:7,9 170:17
**laboratory**  95:16
106:14 114:11
115:22 117:6
125:17 134:1
135:3 142:16,23
153:20 159:11
212:19 213:11
214:2
**labs**  106:4 113:24
116:16 120:4
122:11 138:10
139:14 160:15
162:16 217:21
**lacks**  197:18
**language**  32:15
120:16,17 160:2
160:10 161:22
162:6

**larger**  151:15
**largest**  102:25
**larry**  23:10
**lasted**  117:16
**lasts**  103:23 108:7
119:9
**lawsuit**  7:8,22
17:24 18:8 34:19
34:25 35:8,8
**lawyer**  7:6
**layout**  195:13,24
**leahy**  2:13
**leave**  35:3 47:4
154:6
**led**  35:15 60:25,25
78:13
**left**  36:25 40:8
41:23 95:21 163:8
**leo**  137:3,24
138:14,15,17
**letter**  129:19
199:5
**level**  208:25
**levels**  64:3,4
**levine**  88:21,23,23
88:24 89:3
**li**  12:11 139:19,23
139:25 141:2,8,17
142:11,15,24
143:2,2 174:17,23
174:25 175:1
**li's**  140:7,8
**license**  18:2 23:15
61:21
**life**  215:14
**lifespan**  97:1
**lights**  19:18 60:25
**limitations**  208:22
**limited**  130:16
133:15 205:19

**lin**  138:13,19
**line**  3:8,8,13,13
68:9,13,14,19
76:22
**list**  76:8 88:16
135:15 216:14
**listed**  12:3 97:8
135:21 203:20
**listen**  210:16
**litigation**  3:1
172:4
**little**  76:20
**live**  41:25 71:7
80:13
**lived**  40:8 193:21
214:24
**llc**  1:10,11 4:7,9,11
4:12,13,14,15,17
7:8,9 52:9 54:6
55:18 81:8 121:2
129:4 130:1,4
164:10 172:14
176:20 194:11
200:14
**located**  5:9 89:4
**location**  82:10
84:2 122:22 124:7
124:16,19 125:1
177:12
**locked**  142:22
**long**  16:25 24:17
24:19,25 25:5,11
25:19 26:7,13
27:24 30:21 83:18
91:12 108:7
118:19 125:7
183:2 198:22
199:1 201:21
**longer**  34:10 37:1
76:20 87:20 100:6
102:6,8 113:8

117:21,22,23
118:25 187:1
**look**  54:20 134:18
153:24 162:9
173:7 174:11
189:18 198:6,11
207:2,8 208:9
218:10,10
**looked**  94:19
170:10 175:23
198:5
**looking**  77:6 150:9
159:2,3
**looks**  75:25 117:15
156:9 188:7 189:1
190:22 191:24
195:16
**lose**  61:4 62:2
63:12
**loss**  208:24
**lost**  8:8
**lot**  8:23 15:9,15
27:2,2,6 28:19
41:3,5 51:22
53:23 66:1 140:20
158:23 188:7
203:11 218:17
**loud**  26:25 46:21
46:24 47:3 118:9
**louder**  26:16 28:1
28:1,5
**low**  26:15,17,18,20
26:21
**lunch**  89:12
**luncheon**  85:20
86:1
**lv**  165:17
**lynn**  137:3,24

Veritext Legal Solutions
866 299-5127

[m - mind]

| m | | | |
|---|---|---|---|
| m 112:5 | manufactures | 55:1 56:18 57:15 | mentioned 38:13 |
| machine 183:7 | 15:8 19:10 | 58:4,23 63:5 | 176:16 207:19,19 |
| 184:18,20 | manufacturing | 74:23,24 79:2,12 | 209:17 |
| machines 184:22 | 23:2,25 24:5 | 79:14 83:9 97:19 | met 115:25 124:24 |
| mai 165:17 | 30:21 33:1 49:24 | 104:25 112:16 | metal 66:8,10 |
| mail 121:16,19 | 51:21 59:16,19 | 114:6 115:14 | 67:22 |
| 126:18 198:25 | 80:21 | 117:8,9,10 124:12 | meters 13:16 |
| 201:3,8 203:2 | march 166:8 | 124:22 139:4,6 | method 31:4 |
| mailed 32:10,12 | 169:24 | 142:21 146:13 | 126:23 127:9 |
| mails 50:8 | mark 42:15 52:7 | 151:20 154:22 | methods 31:8 |
| main 195:15 | 80:15 86:13 | 173:24 174:4 | 130:24 |
| major 171:4 | 120:25 125:25 | 183:6 185:17 | mice 30:8 35:18 |
| majority 190:22 | 129:3 164:8 | 191:2 195:15 | 43:23 56:10 70:17 |
| 191:24 | 172:12 176:18 | 209:4 211:21 | 83:16 97:10 108:3 |
| making 7:15 45:8 | 179:15,16 194:9 | 216:1 | 124:1 127:18 |
| 45:9 63:16 | 197:17 200:12 | meaning 46:19 | 140:5,5 143:6,9,12 |
| male 34:9 | marked 42:18 | 57:19 209:22 | 143:21 144:3,6,9 |
| malice 206:4 | 52:11 86:17 93:25 | meaningful 219:6 | 144:19 147:3 |
| 208:2 | 94:4 121:4 126:4 | means 58:9,18 | 150:20 156:10 |
| man 34:8 | 129:7 164:12 | 85:10,11 114:7 | 159:11,21 162:20 |
| management | 172:16 176:22 | 124:24 127:22 | 162:23 163:1 |
| 45:20,23 137:16 | 187:1 194:13 | 183:7 184:16,18 | 173:4,5,8,19,21 |
| 138:7 220:2,17 | 195:5 197:23 | 185:6 211:1,13,14 | 174:6 178:20,24 |
| 221:17,19 | 200:15 | 214:23 219:10,13 | 179:6 180:5 182:1 |
| manager 12:13 | market 31:12 33:5 | measure 27:14 | 190:17 196:13 |
| 41:4,15 140:16 | 53:9 210:9 | 118:19 216:22 | 205:24 215:15 |
| managing 11:4 | marking 94:3 | 217:6,6 | mices 180:18 |
| manual 94:16,21 | markup 13:1 | measured 118:24 | michelle 47:16 |
| 95:11,15 96:3 | master 37:19,20 | 217:15 | michigan 104:10 |
| 99:5 | material 75:22 | mechanical 38:23 | 104:14,17,20 |
| manuals 95:5 | 76:3,8 | 38:25 141:1 | 107:20 111:10 |
| manufacture | materials 47:25 | medications 10:20 | 112:8 113:13 |
| 15:12,13 22:19 | 48:1 66:6 199:16 | meet 19:15 47:10 | 212:8,12 |
| 37:9 45:1 47:22 | matter 67:21 | meeting 41:4,12 | mid 175:24 |
| 49:15 | 149:7,25 187:13 | 41:15,16 47:19,21 | middle 152:23 |
| manufactured | mcvoy 112:5,11 | 48:18 79:25 | 153:10 |
| 18:18,19 | mcvoy's 115:18 | memory 89:24 | midway 59:5 |
| manufacturers | mean 18:25 20:4 | mention 116:25 | 152:7 |
| 26:1 | 22:7 26:18,19 | 132:5 155:11,13 | migration 191:3 |
| | 30:4 33:19 47:9 | 155:14 207:7 | mind 53:20 94:2 |
| | 50:3 54:21,23 | 214:17 217:11,17 | |

[ming - number]

ming  37:25 38:1
minimum  176:7
ministry  206:4
minus  45:12
mirror  161:22
mirrors  120:16
mishan  89:9,14
  90:24 91:18 92:13
  92:22 121:17,20
  129:20 134:19
  171:21 201:4
  205:7,12 217:23
  218:16 219:16
mishan's  91:7
mistake  173:23
  186:18,24
mix  180:2,20
  181:11 215:22
mm  32:17 43:1
  44:10 51:7 79:19
  82:25 83:8 84:21
  85:4,7 88:18
  100:17 110:17
  111:13 112:9
  117:19 119:11
  148:14 158:16
  209:19 210:14
  220:12
mode  50:4
model  13:2 25:13
  49:2 73:3
models  19:9,9 20:2
  44:19,20 45:2
  50:12 72:12,14,16
  73:10 115:7
moment  52:14
  73:9
money  8:5 114:15
monroe  2:15
month  41:15
  217:25 218:1

monthly  41:3,12
months  33:9 35:21
  82:9 83:20,22
  84:8 85:12 201:19
  202:25
morning  5:16 6:1
  6:13
mortality  188:23
move  55:10 109:2
  111:5 118:10,10
  124:6,15 150:4
  151:11,12,24
  155:3 182:19
  185:15 186:2,16
  186:20 187:21
  189:21 195:22
moved  40:9 55:3
  119:7 147:20,21
  149:17,24 150:25
  190:9,23
movement  149:11
  150:10,11 163:7
  181:14,18
moving  67:2
multi  58:19
multipack  58:17
  58:22
multiple  58:14
  60:3 72:1 144:14
mutual  47:13

n

n  2:1 20:14,21
  28:19 86:5,5,5
name  5:4,15 6:15
  7:5 12:9 21:15,20
  23:8,10 28:18
  33:16 34:6 40:24
  49:8 78:21 79:23
  98:7 103:6 112:4
  116:5 138:20
  139:22 174:14,19

174:22,23,25
  175:1 204:18,20
names  20:12,19
  21:12
nationality  29:10
natural  117:2
nature  149:5
  151:8 208:23
near  65:11
nearby  83:12
nearly  70:2
necessary  100:6
  100:10,11 101:7
  101:12
need  100:15
  103:12 105:21
  108:10 117:7
  123:16 149:14,16
  155:21 181:1
  203:5
nesting  67:4 68:1
  68:23 69:10 77:3
never  10:3 89:16
  115:25 158:13,16
  177:25 199:6,8
  206:18 207:2
  212:16 213:20
new  1:2,17,17,21
  2:8,8 5:5,9,10,14
  6:18,19 7:4 12:17
  84:15,23 89:5
  105:21,22 112:1
  112:23 113:3,7
  114:21 116:25
  121:15 152:10
  170:17,20 172:1
  203:8
nice  22:4 105:10
  156:5 222:12
night  19:17 211:9

nine  41:14 184:7
  184:21 185:5,9
  186:10,11,19
  187:18 196:22
nods  10:11
noise  46:21 47:2,3
  118:9
non  10:12
noncompete  35:6
nonelectronic
  15:15
nonresponsive
  198:21 201:22
normal  215:22
normally  79:24
  105:21 108:3
  147:3 181:24,25
  187:11 212:10
  215:1
north  6:18
notary  1:20 223:3
note  60:20 61:2
  64:23 130:10
noted  222:17
notes  64:19,20
  223:8
notice  187:11
november  1:19
  5:6 188:12,12
number  5:4,15
  50:10 54:6 55:18
  67:17,18 81:8
  86:9 102:11 113:8
  113:9,11 117:3
  126:1 127:2 129:4
  130:3 149:13
  150:19 151:21
  152:3 155:20,21
  157:8 172:14
  175:18 176:20
  182:17,20,25

[number - owner's]

| | | | |
|---|---|---|---|
| 185:13 194:11 | 215:17 | 113:2 115:23 | 140:16 |
| 195:6 200:13 | **objects** 62:5 64:5,9 | 119:4 127:3 128:8 | **operational** 41:7 |
| 205:24 | 65:5 | 129:1 130:5 | **opinion** 136:14 |
| **numbers** 52:8 | **obligation** 8:17 | 132:10,15 134:13 | 212:6 |
| 121:1 156:15 | **observation** | 136:18,20 137:1 | **opposed** 117:6 |
| 164:10 197:18 | 113:15 173:14 | 138:1 141:8,23 | **order** 46:20 49:16 |
| 202:8 | **observations** | 145:7 147:6 | 50:7,14 51:5 |
| | 145:15 159:12 | 148:13 153:14 | 123:9,12 155:1 |
| **o** | **observe** 80:16 | 158:11 159:4 | 208:10 |
| **o** 86:5,5,5 112:5 | 113:10 | 160:6 161:17,19 | **ordered** 123:6,11 |
| **oath** 8:14 | **observed** 146:17 | 164:2,6 170:12 | 123:20,22 |
| **object** 17:21 18:5 | 154:2,10 169:21 | 181:11 182:2,22 | **orders** 50:1,5 |
| 24:1 27:20 36:15 | **observing** 128:20 | 182:25 197:13 | **original** 36:12 |
| 46:15 48:4 53:11 | 130:16 133:15 | 198:10 205:15 | 37:6 95:11 96:3 |
| 58:6 59:2 60:8,11 | **occurrence** 130:22 | 207:24 209:18,25 | 185:8 186:8 |
| 60:16 65:21 69:13 | **office** 6:24 7:2 | 210:17 217:8 | **originally** 57:1 |
| 69:20,25 70:6,14 | 11:14,16,16 14:11 | 220:11 | 61:13,16 62:13 |
| 70:19 71:8 73:18 | 14:13,18,19 39:17 | **omission** 130:25 | 94:4 |
| 73:22 75:9,17 | 39:20 41:17 42:2 | **once** 19:19 36:22 | **outdoor** 117:8 |
| 76:6,11 91:25 | 42:5,9,10 57:23 | 50:23 169:21 | **outdoors** 60:14,15 |
| 96:16 100:8,14 | 58:5 59:6,13,23 | 171:18 | **outlet** 19:17 49:5 |
| 101:8 109:25,25 | 75:4,7 79:24 91:7 | **one's** 11:15 134:11 | 57:19 |
| 110:22 111:20 | 107:23 108:4 | 134:12 | **output** 22:10 |
| 118:3 119:1 | 139:19 | **ongoing** 172:4 | 25:16 26:12,13,15 |
| 120:20 128:11 | **offices** 42:6 | 186:25 | 26:24 27:12 28:2 |
| 133:20 134:6 | **oh** 30:6 46:6 50:6 | **online** 28:23 31:10 | 46:22 65:9 |
| 135:8 136:6,13 | 51:11 54:14 58:9 | 46:5,7 208:4 | **outset** 145:25 |
| 149:3,19 150:13 | 79:9 103:5 114:9 | **onsite** 122:3 | **outside** 18:22 |
| 151:6,16 159:6,7 | 167:6 177:5 | 124:11 142:19 | 45:15 70:16 101:2 |
| 160:3,11 163:20 | 200:19 213:19 | 169:13 | 115:13,16 152:19 |
| 166:14 167:23 | 216:11 | **open** 70:10 131:20 | 152:19,21 154:20 |
| 169:7 170:1 | **okay** 9:1,2,25 10:6 | 133:25 134:17 | 214:2 |
| 179:12 183:13 | 10:7,13 20:14 | 141:21 142:1 | **overseas** 12:13 |
| 187:24 188:19 | 24:9 43:10 52:16 | **opening** 101:1 | **owe** 114:15 |
| 189:23 209:12 | 53:2 54:7,10,14,25 | **openings** 99:1,17 | **owed** 8:6 |
| 213:3,12 214:8 | 55:6,11 58:12 | 100:7,12,19 101:9 | **owen** 116:4 |
| 215:10 219:11 | 59:4 73:12 79:9 | **operated** 35:18 | **owned** 14:14 |
| 220:3 | 81:18,22 84:1 | **operating** 5:8 | **owner** 11:5 111:25 |
| **objection** 70:24 | 85:16 87:21 89:6 | **operation** 11:18 | 132:24 133:1,8 |
| 76:17 92:5 101:13 | 89:18 101:21 | 11:25 12:16 14:9 | **owner's** 94:21 |
| 134:10 179:22 | 102:10 109:13 | 33:17,25 140:11 | |
| 209:23 211:2 | | | |

[owners - pest]

owners 11:7
owns 88:24 132:13

**P**

p 2:1,1
p.a. 2:5
p.m. 85:19 86:11
93:16,21 157:4,10
175:13,18 220:24
221:5 222:16,17
pace 9:22
pack 51:18 55:2
58:25
package 55:12
packaging 13:3
50:17 51:18 56:3
56:13 61:11,14
62:11 67:10 73:4
77:23 78:5,7
packing 52:22
59:20 77:13
packs 58:14
page 3:3,8,8,13,13
4:3,6 42:22 43:3
54:2,2,21,22 55:17
59:5 60:19 81:4,7
126:23,25 127:1
130:1,1,6,9 132:16
132:21 144:15,17
145:12,14 156:5
159:2,2,3 161:13
161:13,15,16,18
162:11,12 163:3,6
163:9 165:10
166:2 170:4,8
173:11 174:11
178:3 182:20,21
183:24 185:11
196:16 197:19
202:4,7,10 205:13
205:17 208:15
218:8,12,13 219:2

pages 1:25 53:14
53:24 54:9,12,12
54:14
paid 113:24 114:3
114:10,13
paragraph 132:23
173:13 205:16
206:12 208:16
219:3
parke 1:5
parsippany 89:5
part 34:19 90:24
107:10 160:4
161:25
particular 14:8,12
80:19 82:21
114:20 136:14
152:1 154:12,16
179:23 180:3
181:10 215:3
parties 101:24
223:10
partner 33:22
34:1,4 36:2
party 7:7,14,21
125:20 128:21
130:21 131:9
132:12,13,22
party's 130:17
131:1,24 133:16
pass 75:23 76:10
214:11
passage 77:22
78:10,14 79:18
80:6,12
passed 15:11
146:5,10,22 147:9
147:13
patent 4:8 86:15
87:2,17,24 88:15
88:16,22 89:1

patents 87:9,11,22
88:1
pause 46:25
pay 8:5 17:25
payment 114:12
pays 14:17
pending 8:7
people 12:7 15:17
66:24 78:19,22
79:25 85:14
139:11,15 160:21
169:13,14
percent 83:7 97:18
114:10 124:10
173:17,19 214:24
perfect 58:15
performance
127:18,21 136:4
performed 103:14
103:18 137:5,18
170:14 177:8
period 83:18
108:21 110:7
113:8 117:21,22
117:23 118:12,13
118:25 152:24
159:13,22 187:15
217:2 218:1
periods 110:13
person 47:17,20
79:7 91:2,3 94:25
114:19
person's 195:14
personal 212:6
personally 115:24
personnel 131:1
131:13,17 133:9
135:12 165:19
pest 15:20 16:6,15
16:20,25 17:5,13
17:15,17,20 18:4

18:14,17,19 20:3
21:6,14 22:2,14,16
22:19,23 23:2,25
24:5,8 25:1 30:19
33:1,4 36:20
43:14 44:6,8
45:16,20,23 46:2
47:22 48:15,20,24
49:2,4,12,18 51:21
52:22 55:21,25
56:4,5 57:16,21
58:1 59:16,21
63:16 68:5,8,10,12
68:17 71:4 72:9
72:17,20 73:15
74:2 75:5,15
80:14,21 82:7,10
82:22 83:1 84:1,2
85:13 87:3,12,15
88:2,2,11 94:17
95:25 99:20,23
100:2,4 106:6,20
107:5,24 108:3,16
109:17,21,23
110:20,21 112:22
113:11 115:3
116:23 117:11
124:15 126:14
137:12,16,23
138:6 140:6 148:3
149:5 151:8,21
152:16,16 155:22
159:10,20 165:14
167:10,20 170:22
173:20 176:6
177:4,17 180:20
183:5 189:24
192:5 193:13,24
194:20 198:12
201:1 204:14,17
206:3,24 207:21

[pest - preference]

| | | | |
|---|---|---|---|
| 208:1 210:5 | petitions 164:23 | please 6:5 8:2,24 | pmra 212:4,4 |
| 211:15 216:2,9 | phase 27:9 | 9:21 10:4,9 12:19 | pna 203:23 |
| 218:23,24 219:5 | phone 15:16 91:1 | 15:6 16:10 18:16 | point 39:13 121:25 |
| 219:12,13,23 | 91:10 116:1 | 19:11 20:10 22:6 | 123:5 124:5 |
| 220:2,17 221:17 | phrase 57:10,15 | 22:25 25:9 27:4 | 148:23 156:8 |
| 221:18 | 58:3 | 37:13 40:24 41:9 | 170:21 219:4 |
| pesticides 210:7 | picture 134:14 | 42:15 43:13,17 | pointed 190:3,5 |
| pests 26:18,21,25 | 144:10 | 52:7,13 54:2,13,16 | policy 125:16 |
| 27:18 29:25 30:6 | pictures 55:4,5 | 55:17 58:21 63:4 | political 115:13 |
| 36:18 43:21,22 | 56:9 107:5 132:17 | 65:3 68:11 71:12 | poor 46:17 |
| 46:14,17 56:19,23 | 144:11,16 162:1 | 78:12 80:10,23 | populations |
| 57:22 58:5,8,9,17 | piece 50:13 63:9 | 82:2 85:6,17 | 218:23,24 |
| 59:1 67:25 68:25 | 64:15 | 86:13 87:10 89:7 | position 12:12 |
| 69:5 70:4 71:6,7 | pieces 49:1 53:7 | 96:24 99:21 | 40:19 140:13 |
| 72:10 73:17,21 | 53:15 192:2 | 100:17 101:22 | 213:6 216:2,8 |
| 75:7 83:5,12,12,14 | pitch 48:3 | 121:6 122:22 | possibility 187:22 |
| 83:19,22 84:22 | place 47:4 130:19 | 125:25 126:6 | possible 68:21 |
| 85:11 95:24 96:11 | 133:18 193:7 | 128:24 129:9,25 | 76:2 96:15,20 |
| 96:14 97:9,15,21 | 197:10 215:14,15 | 145:12 157:1 | 110:23,24 154:19 |
| 98:23 99:2,14,17 | 216:4 | 163:2 164:4,8 | 182:13 |
| 100:19 101:3 | placed 65:10,11 | 165:9 170:3 172:9 | post 108:17,17 |
| 105:2,20 107:15 | 146:23 153:2 | 172:12 173:10 | 113:9 145:21 |
| 109:1,8,15 110:15 | 156:19 158:2 | 174:12 175:10 | 159:15,24 |
| 117:3 118:8 119:7 | 215:4 | 176:18 183:23 | power 22:9 |
| 141:6,8,13,15,22 | places 67:4 68:1 | 194:6,9 196:16 | praying 180:12 |
| 141:25 142:3,16 | 68:23 69:5,10 | 197:14,17 200:12 | 181:13 |
| 143:8 150:20 | 71:6 84:20,23 | 202:3 210:15 | pre 37:20 108:17 |
| 151:12 152:14 | placing 117:10 | 211:12 220:21 | 111:2 113:9 |
| 165:1 167:8,16,18 | plaintiff 5:22 7:7 | plug 49:5 56:22 | 152:24 |
| 169:1 172:24 | plaintiff's 4:2 | 57:16,18,19 80:14 | precedent 202:14 |
| 175:23 176:8 | plaintiffs 1:8 2:3 | 82:6 85:15 | precise 25:15,16 |
| 177:18 180:12 | 42:17 52:10 86:16 | plugged 82:23 | 25:21 26:3 177:12 |
| 181:11 182:19 | 94:6 121:3 126:3 | 83:2,24 84:12,19 | 199:14 |
| 185:1,15,19 186:2 | 129:6 164:11 | 84:23 97:14 | precisely 13:24 |
| 186:16,20 187:21 | 172:15 176:21 | plus 45:12 185:5 | 17:6 28:16 87:13 |
| 190:15,20 194:1 | 194:12 197:22 | 185:23,24,24,25 | 102:15 179:16 |
| 195:21 197:3 | plan 185:8,17 | 186:9,9,10,10 | predecessor 23:21 |
| 202:19 214:10 | plastic 66:11 | 220:8 221:24 | prefer 109:8 |
| 215:4,14,22 220:6 | play 22:1,15 | pmi 220:7 | 110:19 |
| pct 150:24 167:13 | played 188:23 | pmr 219:18 | preference 109:15 |
| 167:15 | | | 109:19 163:18 |

Page 21

[preliminary - purchase]

preliminary
145:20 159:14,23
161:12
premises 142:25
143:3
preparation 90:18
103:24 108:9
prepare 89:20,22
prepared 139:1,3
167:8
prepayment 114:7
prescription 10:19
presence 77:4
97:14,16 99:15
109:23
present 2:19 5:19
91:8 92:13 96:12
130:20 131:24
152:24
presented 48:5,6,9
48:9,11
presidents 41:14
pressure 208:24
219:6,12,13,23
presubmission
201:1,17
pretest 108:21
110:6,13 111:1
178:16 179:2
184:4,5,5 190:18
pretesting 109:6
109:14
pretty 89:23
112:25 138:20
prevent 180:12
181:2
previous 57:6,7,9
61:11 62:11 78:7
78:16 95:4 99:5
104:6 108:13
111:23 112:15,17

132:5 171:6
189:18
previously 93:24
158:12
prices 49:17,21
prior 37:8 112:22
119:21 152:11
169:23
private 32:5
privilege 92:1,12
92:23 93:2
prma's 209:4
probably 46:4
50:15 65:24 66:9
89:24 158:24
168:3 180:17
192:4
problem 13:18
82:22 83:13
116:18 117:12
210:1,3
problems 116:21
procedure 201:10
205:11
procedures 178:13
185:13
proceed 6:4
201:22 203:1,1,3
process 132:20
produce 74:21,24
171:13 203:18
produced 90:14
98:11 117:15
142:17 165:6
176:4 199:16,20
200:5 217:23,23
producing 171:9
product 15:25
24:13 39:15 44:17
48:5,12,13 49:15
51:6 54:23 55:2,7

55:14 77:5 79:3
79:13,15,16 95:12
99:5 199:10
202:15,17 204:14
208:23
product's 61:19
production 3:12
13:2 161:8 199:22
199:23
products 15:7,24
16:13 19:24 23:19
23:20,24 26:14
56:18 78:19 88:23
88:25 89:4 106:3
106:5,6,9 137:17
138:7 172:4 205:2
205:23 207:2,11
207:18
professional 36:18
37:3 38:11,12,16
82:14 102:24
213:14 217:21
professionals
137:10
professor 33:12,17
35:14 36:7,13,25
profile 4:6 42:16
progress 121:14
progressed 116:17
projects 12:17
properly 96:13
99:16
proposal 104:10
104:16 105:7,8
111:10,14 112:7
proposed 104:11
202:16,18 217:24
protect 134:2,4,7
protection 48:8
protocol 33:10
35:22,24 36:5,12

104:4,5 105:10,13
107:11,12 111:7
112:23 113:1,3,3,7
114:21 116:19
117:24 118:2
127:13 140:2
160:5,8,13,14,18
160:25 161:1,25
162:4,6 166:18,21
166:22 168:10
174:3,4,9 183:1,10
184:24 185:5
186:14,22 187:9
187:14,17,23
188:3
protocols 104:3
111:18 113:21
prototypes 23:24
provide 24:9 32:7
48:1 74:24 77:25
119:24 120:3
127:23,24 139:8
140:1,3 186:3
204:3 218:11
provided 36:8,13
52:24 77:18 120:9
162:1,7 202:16
203:22,25 204:1
provides 12:16
49:18
public 1:20 32:6
205:18 223:3
publicly 205:25
publish 32:5
published 32:2
212:16
pull 24:7
pulled 67:9 120:18
purchase 49:16
167:16

[purchased - recollection]

purchased 192:5
purifier 15:21
purpose 43:14,16
  109:14 118:16
  177:16
purposes 92:19
  158:19 196:5
  209:4 214:6 215:5
pursue 123:14
put 43:10 58:19
  63:10,24 73:9
  85:15 89:7 97:3,4
  97:20 101:21
  125:22 131:7
  134:1,3,22 135:3
  141:6,8 144:4
  147:3 148:9 153:8
  153:9,9 164:4
  166:24 167:1
  168:18 172:8
  178:20 179:10,20
  190:20 194:6
  196:12 197:13
  198:8 216:20

        q

qmann 4:16 74:11
  102:13 111:25,25
  176:15 177:5
  188:1 194:21
  197:5,7,20 214:5
  215:6
qmann's 213:22
qualification
  138:24
qualifications
  130:25 137:7
  165:24
qualified 140:9
quality 74:12
  102:13,13 112:2
  115:20 197:20

quantity 50:14
  145:15 154:14
  179:14
queens 6:25 7:3
  12:3 39:17
question 8:24
  22:24 24:3 26:11
  47:11 53:13 56:2
  56:12 58:20 64:7
  69:14 70:22 75:11
  76:13 81:22
  100:16 103:13
  109:11,24 110:3,5
  118:22 131:15
  146:9 149:21
  167:13 170:7
  190:1 210:16,19
  211:10
questioning 76:23
questions 7:10
  8:23 10:5,10
quick 157:1 161:7
quit 35:3
quite 110:2
quotation 185:23
  186:3,8,12
quote 50:11,12
  104:24 105:8
  114:22 160:23
  161:2 185:25

        r

r 2:1 16:11,11
  28:19 40:25 86:5
rainy 124:9
raise 6:5
ran 63:18 65:4
  98:4 145:19
  164:24 197:8
  215:23
range 26:1 45:13
  46:18,18 206:1

rat 29:22 35:18
  106:24,25 108:2
  123:15 140:4,4
  144:2,7,9,17 147:3
  149:11 154:13,16
  154:17 163:6
  173:6
rate 188:23
rationale's 202:15
rats 29:22 30:1,8
  43:23 56:10 70:22
  83:16 97:10
  106:21 127:18
  143:6,9,11,20
  144:5,6,7,21 145:9
  145:16 146:1,18
  146:23 147:16,19
  147:21,22 148:16
  148:21,23 149:13
  149:17,23 150:3
  150:10,20 151:3
  152:6,10 154:2
  159:11,21 162:19
  162:23 163:1,7,10
  163:12,13,18
  173:8,20 205:24
reach 67:3 68:7,23
  69:1,6 71:6,9,14
  71:24 72:3,10,14
  72:18 100:20
  101:2 135:14
reached 200:9
react 108:16 109:1
read 29:21,24
  30:17 46:4,7
  51:11,14 81:1,16
  82:7 134:20
  148:18 151:5
  166:10 185:16
  209:7 210:24
  218:17 219:14,17

reading 146:24
  182:24 209:9,20
readings 84:4
reads 61:3 62:4
  67:3 219:4
ready 52:15 94:9
  121:7 126:7
  129:10,12 164:15
real 74:4,7 214:1
  215:13,21
realistic 212:20
realized 104:23
really 89:22 100:1
  103:22 107:6,13
  108:6 111:5 115:7
  118:8 136:8,9
  210:9
reason 10:15 14:8
  14:12 18:7 109:7
  110:25 132:8
  148:6,11 150:25
  151:12 152:1
  168:24 191:2,6,10
  191:21 212:3
reasonable 9:22
reasons 110:19
recall 56:14
  103:20 170:11
  180:2 185:21
  186:20 204:19
received 24:23
  25:6 37:18,23
  176:15 200:2
recess 85:20 86:1
  157:5 175:14
  220:25
rechargeable
  15:19
recollection 29:23
  81:23 88:19
  184:14

[recommendation - repellers]

| | | | |
|---|---|---|---|
| **recommendation** 104:15 | **referring** 41:10 57:6 102:18 | **remember** 10:21 13:23,24 15:4 | **repeller** 17:15 22:23 49:2,4 |
| **recommendations** 212:12 | 112:16 130:12 131:11 132:2,12 | 16:21 17:6 20:16 20:18 21:12,15,24 | 52:22 58:2,7 65:11 68:5,9 |
| **recommended** 107:20 212:8 | 132:13,24 143:5 192:9 | 23:9 25:22 28:16 28:18 29:15,16,18 | 72:20 80:22 82:7 82:11 84:1,3,17,18 |
| **reconsider** 170:7 | **reflect** 66:7,9,12 | 30:10 31:1 33:15 | 95:25 99:16,20,23 |
| **record** 5:2,20 6:16 | **reflected** 62:6 | 35:11,19 36:16 | 100:2,21,23 101:2 |
| 9:19 85:19 86:10 | 155:9 | 42:12,12 43:4 | 101:5 108:22 |
| 93:5,11,14,16,18 | **reflecting** 160:17 | 64:14 72:23 78:22 | 109:17,21,23 |
| 93:21 112:6 | 160:25 | 79:6,23 80:1 | 110:10,14,20,21 |
| 113:15 127:23 | **refresh** 81:23 | 87:13,20 89:2 | 137:23 138:2 |
| 128:1,16 136:16 | 184:13 | 91:14 98:3,10,24 | 148:3 156:19,23 |
| 142:5 148:12 | **refused** 123:14 | 102:15 104:5 | 158:1,13 159:21 |
| 157:3,9 158:9 | **regarding** 18:14 | 108:15 116:5,9,10 | 164:23 170:22 |
| 161:8 175:11,13 | 29:22,25 121:15 | 123:17 137:21 | 173:20 177:17,23 |
| 175:17 179:14 | 200:25 201:4 | 140:19 158:10 | 178:16 183:5 |
| 184:2 210:24 | 206:24 221:21 | 185:22,22 187:4 | 189:15,25 201:1 |
| 220:22,24 221:4 | **regards** 19:1,19 | 199:13,14 204:18 | 204:15,17 207:22 |
| 222:15 | 170:9 175:22 | 207:9 208:5 | 216:2,9,24 |
| **recorded** 173:21 | **register** 204:9 | **remind** 63:25 | **repellers** 15:20 |
| 187:3 | **registered** 48:7,8 | **rent** 14:17 | 16:4,7,15,20 17:1 |
| **recording** 135:11 | 198:12 199:10 | **rented** 14:15,16 | 17:5,13,17,20 18:4 |
| 136:1 171:5,7 | **registration** 201:4 | 132:8 | 18:14,17,19 20:3 |
| **records** 21:21 | 201:11 | **renting** 133:4 | 21:6,14 22:2,14,16 |
| 161:9 | **relate** 206:12 | **repair** 99:1 100:6 | 22:19 23:3,25 |
| **redesign** 25:12 | **related** 17:23 18:7 | 100:12 101:9,18 | 24:6,8 25:1 27:25 |
| **redo** 25:13 | 138:15,17,19,22 | 123:19 124:3 | 30:20,22 31:12 |
| **reduce** 63:9 | 172:3 223:10 | **repeat** 27:5 53:23 | 33:2,5 36:20 |
| **reduction** 84:22 | **relationship** 17:9 | 54:2,12,14 63:1 | 43:15 44:1,7,9 |
| **refer** 78:7 120:5 | **release** 173:17 | 71:11 | 45:11,17 47:23 |
| **reference** 126:17 | **reliable** 213:10 | **repeated** 54:15 | 48:20,24 49:12,19 |
| **referenced** 132:23 | **remain** 154:13 | **repeating** 160:7 | 50:18 51:25 53:16 |
| 210:21 | 176:3 180:18 | **repel** 27:18 43:21 | 55:21,25 56:4,6 |
| **references** 42:24 | 181:24 | 46:13,21 48:15 | 58:4,25 59:16,21 |
| 88:14 | **remained** 177:23 | 56:19 67:25 68:10 | 60:3,15 63:16 |
| **referencing** | **remake** 123:18 | 69:4 96:14 205:23 | 69:4 71:4 72:9,17 |
| 127:12 129:21 | **remark** 184:16 | **repelled** 68:18,18 | 72:21 73:16 74:2 |
| 131:10 | **remarked** 94:7 | 68:25 | 75:6,15 80:14 |
| **referred** 111:23 | **remarks** 166:4 | **repellency** 118:17 | 83:1 84:5,14,16 |
| 112:14 183:4 | | 173:14 | 87:3,12,15 88:2,3 |

Veritext Legal Solutions
866 299-5127

[repellers - right]

88:12 94:17 96:13
97:14,16 100:4
101:25 106:7
107:23 109:8
115:10 117:6,21
137:13 138:5
159:10 176:5
177:21 184:25
196:19,22 198:12
200:6 211:16
215:25 217:14
**repelling** 28:6
64:2
**repels** 202:18
**repetitions** 149:15
**rephrase** 12:6
22:24 27:22 56:2
100:15 146:8
**replace** 84:15,16
**replaced** 175:24
**report** 4:16 29:21
41:16 89:25,25
91:17 116:10,11
116:13 117:1
119:7 120:11,13
120:17,18,19
121:14 126:14,16
129:20 130:22
132:5 136:17,24
136:25 145:8
161:23,23 162:4
165:19 172:23,25
173:1,2,4,5,6
177:6,6 184:17
186:23 187:3,5
194:20,21 197:20
198:7 214:18
217:10,12,13
218:7,12
**reporter** 1:20 6:1
6:5 9:17,18,23

10:2,9,11 42:15
44:11 51:8,15
52:7 79:20 85:8
86:13 94:2 120:25
125:25 129:3
164:8 172:12
176:18 194:9
197:17 200:12
**reporting** 6:3
**reports** 28:20,22
29:24 41:3,4,4,10
41:11 90:7 107:4
119:21 120:10
143:7 155:12
158:18 161:11
164:22,24 218:18
**represent** 7:6
211:5
**representation** 9:7
9:10 93:1
**representative**
169:15
**represented** 23:5
**representing** 5:5
9:3 23:14 92:19
92:22
**represents** 6:2
28:2 88:23
**request** 3:12 50:9
161:7 170:15,16
171:22,24 185:5
201:1,5
**requested** 51:13
127:17 170:13
**require** 105:3
114:11 116:24
201:18 211:15
**required** 123:24
201:9,10 206:7
**requirement**
178:5 211:4

**requirements**
126:24 127:10
**resale** 48:14
**research** 28:11,13
28:15,17 30:14,25
31:2,5,9 35:17
46:10 221:25
**resolution** 35:2
**respond** 198:23
199:1
**responded** 198:18
**response** 202:23
210:11
**responsibility**
130:19 131:23
**responsible**
130:24 140:12
**restaurant** 60:7,9
60:12
**result** 32:3 34:25
64:23 65:9 80:17
98:12 116:20
125:21 128:1,16
136:16 137:2
150:22 151:23
156:12 169:3
174:8 187:13,14
189:19 217:7
218:11
**results** 32:8,10,19
32:23 48:17 80:24
82:3 96:25 97:12
98:12,22 109:22
124:2 131:1
162:15 218:9
219:6
**retain** 74:18
**retainer** 114:6
**retainers** 114:5
**retired** 41:20,24

**return** 77:3 83:6
85:13
**returning** 83:19
83:23
**reuse** 105:25
**reused** 105:18
**reveal** 138:9
**review** 35:24
91:16 187:5
201:19 206:14
**reviewed** 92:8
206:11
**reviewing** 52:16
126:8 129:11
164:16
**revise** 19:6,14
95:16
**revisit** 93:4
**rid** 71:5 72:9
73:16,21 75:6,15
**right** 6:6 11:23
31:24 34:8 41:25
44:2 53:20 58:11
58:11,13 60:18,24
61:16 64:10,17
65:21,22 68:10,13
68:16 70:18 71:17
71:20,22,25 79:5
81:11,19 83:25
84:12,13 85:17
87:7 92:14,17,21
98:25 99:19 103:5
109:6 110:11
111:11 112:8
113:7 115:5
117:16,18 119:9
119:10 120:16
123:8,23 127:14
132:8 136:12
137:9 138:11,25
141:10,15 142:25

[right - see]

145:23 146:3,18
146:20 147:14,18
147:23,24 150:1,6
154:11 155:1
156:16,23 157:24
158:9 161:21
162:7 168:9,21
169:25 182:11
184:21 186:17
190:5,24 191:7
192:1,20 193:19
193:22 194:2
195:20 196:2,8,10
196:11,14 201:5
211:18,19 212:14
213:21 214:7
215:6 216:11,15
216:16,18 217:9
**ring** 103:2
**roaches** 35:18
43:24 56:10 70:23
83:16 97:10
165:15 173:2,18
173:25 174:7
178:21,25 179:4,7
179:15 180:17,22
181:2 182:7,8,10
182:15 188:8,17
188:24 189:2,3,9
189:14,21 190:4,9
196:13,21 215:15
**roam** 149:6
**roaming** 148:4
149:12 191:10
**rochelle** 6:19
**rodents** 77:1
**role** 21:4,10 22:1
25:4,23 53:6
188:23
**roles** 21:13 22:15

**room** 5:8,19 58:1
58:16 99:24 100:4
100:24 101:6
142:22 153:4
178:21,25 179:10
179:21 181:3
185:2 189:2,3,14
189:15 190:4,6,10
190:10,20,23
193:11,14 195:6
195:10 196:13
213:16 215:14,16
216:10,10
**rooms** 58:19
189:21 193:7
195:19 214:13
**rug** 65:18
**rugs** 65:17
**rules** 8:12
**run** 27:8 33:1
35:12,25 36:19
41:3 63:13,21
98:10 111:1
129:22 133:6,11
150:14 151:25
154:23 156:23
157:13,17,20
171:2,22,25 172:1
172:3,5 176:5
217:3
**running** 115:2
125:1
**rural** 206:6

**s**

**s** 2:14 4:1 16:11
86:5,5,5
**safe** 43:20
**safety** 16:13
**sake** 221:9
**sales** 48:2,13

**sam** 138:13
**sample** 151:15
204:19
**samples** 24:9,11
24:22 25:6,19
**sat** 7:18
**save** 165:4
**saw** 46:6 83:2,5
84:22
**saying** 28:7 55:11
100:3 128:4 174:1
211:8 213:20
**says** 55:20 56:8,9
56:22 59:6 60:20
60:24 61:2 64:8
76:25 80:25 88:5
88:15 98:25 116:9
116:11 121:24,25
122:2 123:5
126:23 127:5,8,9
127:17 130:10
131:22 133:13
136:3,24 159:9,20
163:7 166:6 178:3
178:4,13,15,20
182:18 185:13
202:13 205:22
208:19
**scale** 202:8
**schedule** 12:17
**school** 222:5
**schooling** 38:4
**scientific** 133:10
133:10 222:7
**scientist** 38:18
**scientists** 45:15,18
**scott** 2:14 5:23
90:10,23 161:6
171:8 199:15
**scratch** 22:17
178:11

**script** 80:25
**scrubber** 15:18
**scal** 133:23,24
134:15 142:2
**sealed** 131:20
132:4
**search** 31:20,22
32:22
**season** 107:7
124:9 144:24
162:25
**seasons** 115:7
**second** 54:22 81:7
191:15 205:16
211:17 219:4
**seconds** 93:11
**section** 162:4
166:3 193:9,10
**sections** 161:11
**see** 10:11 42:8,24
51:23 52:25 54:4
55:2,12,13,23 56:8
56:24 57:10 59:5
59:6 60:18,21,23
61:6,22 62:8 67:6
73:23 75:20 77:11
78:3 81:3,7 82:7
82:12 83:11,13,18
85:1,13 88:5,14,21
95:19,21 98:25
103:12 107:4
108:16,23,25
109:5,14 111:3
113:19 114:23
116:16 118:14,15
118:17 119:6,12
119:14 121:24
122:2 123:4
124:14,14 125:3,5
125:6 126:22
127:6,16 128:16

Veritext Legal Solutions
866 299-5127

[see - slobin]

| | | | |
|---|---|---|---|
| 130:9 131:3,22 | 187:12 204:11 | 187:20 189:1,2,6,7 | siblings 30:17 |
| 132:16,17,20 | 205:6 218:7 | 189:13,22 190:6,8 | sic 195:23 |
| 134:15 142:9 | senior 35:16 | 190:10,11,20 | side 49:5,6 54:5 |
| 144:8,9,11,13,15 | sensors 55:22 | 195:7 | 60:24 81:12 142:8 |
| 144:16,17 147:18 | sent 111:10 121:19 | seventeen 21:23 | 164:5 194:6 198:9 |
| 147:19 150:18,21 | 129:19 134:19 | 30:11 | 216:9,10 |
| 150:24 152:1,9 | 187:6 204:12,13 | seventh 1:17 2:7 | signal 62:1 65:25 |
| 154:12,14 155:21 | 204:24 205:8 | 5:9 | 66:2,7 71:24 |
| 155:22 159:5,7,9 | 219:15 | sg 104:6 | signals 61:4 65:15 |
| 159:16,19,24 | sentence 61:3 62:4 | sgs 40:3,6,7,8,12 | 65:24 67:3 68:22 |
| 161:24 163:5,11 | 67:2,8 77:17 | 40:14,17,19,23 | 69:1,6 72:3 77:2 |
| 164:25 166:2,6 | 81:11,14 85:2 | 41:2,13,19,23 42:2 | signature 223:14 |
| 168:7 173:15,17 | 131:25 209:11,21 | 42:24 43:7 102:11 | signed 116:13 |
| 177:17 178:2,9,12 | 209:22 210:20,20 | 102:12,20,21,24 | 174:14 |
| 178:15,18,22 | 211:1,13,17,20,21 | 106:11 112:23 | significant 218:25 |
| 182:17 184:1,4,7 | 212:22 219:4 | 116:2 120:10,18 | similar 18:23,24 |
| 185:12 189:4 | separate 125:1 | 120:19 122:3,6 | 162:14 |
| 191:4 195:18 | 140:6 143:7 | 123:5 124:17 | similarly 1:6 |
| 196:18,21 202:6 | 144:12,18 153:4 | 129:20,21 158:18 | simpler 69:17 |
| 202:11,13,20 | 156:22 173:5,6 | 160:10 164:25 | simply 181:8 |
| 205:20 206:8,9,10 | 217:4 218:12 | 165:15,20 166:19 | simulate 212:20 |
| 208:15 209:1 | separately 152:12 | 169:9,10,15,17 | simulates 215:13 |
| 210:20 212:22 | service 13:3 103:2 | 171:6 172:23 | single 76:8 |
| 213:2,8 219:2,7,8 | 103:4 197:20 | 174:16 | site 117:11 |
| seen 52:18 80:5,11 | set 49:17 139:5,9 | sheet 51:17,24 | sitting 209:9,20 |
| 83:15 86:23,24 | 139:11,12,15 | 52:1 95:10 | situated 1:7 |
| 94:13 121:11 | 141:2,4,5 142:15 | shipment 12:16 | situation 78:17 |
| 126:11 129:16 | 146:6,11,13 | 48:23,25 49:3 | six 20:21 42:3,13 |
| 164:19 172:20 | 147:13 201:13 | 200:9 | 53:14 55:2 185:6 |
| 177:1 182:14 | setting 59:22 60:6 | shipped 200:8 | 185:6,23 189:22 |
| 194:17 198:2 | 60:10 215:5 | shipping 12:17 | 190:3,11 191:14 |
| 200:22 208:1,4 | settled 8:9 | short 205:24 | 191:18 195:6,7 |
| seldom 49:23 | seven 20:21 42:4 | shorthand 1:20 | 221:3 |
| select 108:11 | 42:13 108:15 | show 149:16 193:1 | sixteen 30:12 |
| 167:2,4 | 124:11 145:19 | showed 163:18 | size 58:15 99:24 |
| selected 106:17 | 148:16 159:14 | showing 65:4 | 100:24 104:11,14 |
| 107:1,9 155:19 | 173:22 178:21,25 | 193:6 | 107:19 144:8 |
| selling 39:14 | 182:18 183:2,3,4,9 | shows 80:11 109:1 | 150:17 151:15,20 |
| 207:21,24 | 183:16,18,21 | 154:8 177:22 | 208:23 213:16 |
| send 50:24 51:1 | 185:14,18,24,24 | 187:15 217:10,13 | slobin 23:10 |
| 64:23 122:9 | 186:9,15,19 | | |

Veritext Legal Solutions
866 299-5127

[small - stenographic]

small 30:10,15
  79:1 81:1,6
  181:20 202:8
  205:23 208:20,22
  209:5 211:22,25
  212:11 214:3,9
smaller 181:6
smell 95:23 96:10
  103:22,23 105:5
  194:4
smell's 108:6
smoke 16:12
soft 62:5 64:5,9
  65:5,21 67:21
sold 200:6
sole 111:17,21
  130:19 131:23
solely 73:11 113:3
somebody 79:17
  220:4
someone's 74:3
  192:12
someplace 152:18
sorry 12:6 24:2
  27:4 29:8 30:4
  38:1 51:9 54:16
  55:1 57:4 62:25
  68:11 71:11 85:9
  93:7 102:5 103:5
  110:2 118:21
  119:2,3 120:2,3
  128:7 131:15
  138:16 139:21
  143:1,15 146:8
  149:20 154:18
  157:18 161:15
  167:12 170:6
  173:23 177:5
  182:21 183:19
  185:24 189:5,25
  193:12 214:20,21

sort 64:18 157:23
  203:19 221:16
  222:6
sorts 38:10
sound 19:20,22
  68:9,13,13,15,19
  71:10,15 117:18
  204:23 208:24
  216:23 221:21,23
  222:1,3
sounds 19:1
  120:17
source 207:18
sources 24:6 30:24
  113:20 206:1,11
southern 1:2 5:14
space 13:14 39:20
  69:23 71:17,23
  72:7,11 73:14
  75:4,8,12,16 133:4
  133:5 177:11,14
  180:19,23,25
  181:1 195:1,4
  197:7,11 214:5
  217:16
spaces 69:19,21
  70:11 72:18
speak 9:21 47:14
  89:9 91:12
speaker 25:16
  26:4,6,12,13,24
  44:15,19,19,22
  45:8,9 46:22
  205:3
speakers 44:3,7,9
  44:21,24
special 105:4
  107:13
specialists 137:10
specialize 29:3

specialized 133:10
specializes 115:20
specialty 106:15
  112:2
species 107:1,3,8,9
  107:13 144:21,23
  145:9 162:22,23
  162:25 165:1,5,6
specific 210:13
  213:16
specifically 53:21
  111:15 162:18
  165:21
specifications 22:5
  22:7
specify 107:13
  166:22,23,25
spectrum 83:15
spell 16:10 40:24
spend 210:10
spider 166:16
  179:14 180:16
  181:23 182:3
  191:13
spiders 35:19
  43:23 56:10 83:16
  97:9 115:1,2,4
  140:5 165:15
  166:8,9,12,20
  168:1,7,19 169:5
  169:16,25 173:2
  173:18,24 174:7
  178:20,24 179:3,7
  180:21 181:2
  182:10,14 188:7
  188:17,24 189:9
  191:11,14,18,21
  191:25 196:13,18
  215:15
spoiler 198:3

spoke 79:11
spoken 79:7
spread 139:13
square 13:15,17
  99:25 177:18
  180:10 181:4
stable 49:23 50:16
stage 63:15 98:9
stand 152:16
standard 100:24
  126:23 127:9
standards 181:4
  209:16
stanton 1:19 6:2
  223:3,15
start 63:15 80:21
  114:12 191:17
  217:1
started 83:6
  148:21,22
starting 210:21
starts 85:1,3
  208:16
state 1:21 6:15
  212:8
stated 56:5
statement 28:10
  58:23 62:1,18
  63:3,11 67:13,16
  96:2,7 136:12
states 1:1 13:20
  14:14 86:15 95:22
  115:10 204:10
  206:2
statistical 218:5
statistically
  218:24
stay 168:7 191:22
stenographic
  223:8

[step - team]

| | | | |
|---|---|---|---|
| step  12:19 79:9 | substantial  106:9 | 158:18 204:5 | switch  37:2 168:25 |
| stephen  47:16,16 | sue  34:7,22,24 | 206:18 | switched  83:25 |
| 47:25 | 36:3 | supplier  26:6,8,9 | 84:2 158:14 168:6 |
| steven's  47:23 | sued  7:14 | 115:3 167:10,13 | 168:22 |
| stipulate  171:16 | sufficient  73:21 | 167:20 192:5 | sworn  223:5 |
| 171:19 | 213:18 219:5 | supplies  24:19 | system  27:10 |
| stop  34:13,17 | sufficiently  26:25 | supply  15:23,25 | 140:25 |
| 40:16 54:16 123:7 | 180:11 | 16:3,6,15 26:3 | systems  188:15 |
| 123:9,12,21,22,24 | sugar  166:7,13,16 | 48:16 49:12 | t |
| stopped  16:18 | 166:20 167:22 | 106:20,21 167:15 | t  4:1 16:11,11 |
| 17:14,15,25 18:10 | 169:6 | supplying  16:20 | 40:25 86:5 |
| 35:6 | suggest  47:22 | 17:5 18:10 48:20 | tables  39:25 |
| stored  152:18 | 109:6,21 110:18 | support  3:1 | taiwan  14:24 |
| stores  39:15 48:11 | suggested  149:1 | 208:21 | 24:17 37:15 40:8 |
| straight  216:6 | 207:25 | supported  136:1 | 40:8,23 41:25 |
| street  2:15 | suggests  205:18 | suppose  65:16 | 42:5,7,10,25 43:7 |
| strength  216:23 | suing  8:5 | 66:23 94:18 | 102:11,12 104:6 |
| strict  210:6 | suitable  59:13 | 187:17,19,21 | 112:18,23 115:15 |
| strike  56:1 | suite  2:15 | 190:8,13 | 116:2 |
| strong  163:18 | sulfur  64:15 66:8 | sure  22:4 24:4 | take  9:23 12:19 |
| structure  69:23 | 67:22 | 30:6 51:11 54:19 | 47:3 52:13 64:19 |
| 73:24 | sunbeam  16:1,4,8 | 68:12 69:16 76:24 | 64:20,22 76:20 |
| structures  69:10 | 16:16 17:5,16 | 93:4 94:23 95:13 | 79:9 84:4 85:16 |
| 69:19 70:3 | 18:3,14,20 20:4 | 95:17,22 96:21 | 95:3,4 117:17 |
| sts  103:8 | 21:5,16 45:7 | 110:4 112:5 127:1 | 118:7 142:1 |
| student  35:17 | 48:10 51:25 57:12 | 130:4 131:16 | 156:25 183:9 |
| students  35:16 | 61:15 62:14 67:9 | 136:18 138:18,19 | 207:8 |
| studied  37:15 | 77:14 87:18 95:6 | 138:21 146:10 | taken  1:17 61:10 |
| studies  219:4 | 96:4 | 147:8,10,12 | 62:10 85:21 86:2 |
| stuff  41:5,7 53:25 | supervise  22:3,5 | 149:22 150:16 | 146:25 157:6 |
| subheading  178:6 | 122:3 181:9 | 151:10 153:21 | 175:15 221:1 |
| submit  41:17 | supervised  103:17 | 154:16 167:9 | talk  10:2 89:11,19 |
| 114:21 160:22 | supervising  22:7 | 168:6,22 169:8,14 | talked  111:24 |
| 185:4 201:12,14 | 122:7 | 175:25 191:19,20 | 115:25 126:18 |
| 201:17 203:10 | supervision | 215:3 216:11,12 | 192:9 |
| submitted  160:15 | 139:14 141:7,20 | 217:11 221:10 | talking  10:4 79:3 |
| 160:18 166:19 | 147:11 153:13 | surfaces  62:7 | targeted  26:2 |
| 201:25 202:22 | supervisor  116:14 | surveys  213:14 | targeting  213:15 |
| 203:6 | 138:14 | survive  105:23 | team  23:19,20 |
| substance  91:14 | supplied  16:25 | swear  6:3,6 | 48:12,13 61:19 |
| 92:10 | 106:18 107:15 | | 78:19 79:3 88:23 |

Page 29

[team - tests]

| | | | |
|---|---|---|---|
| 88:24 89:4 207:1 | 101:25 102:7,19 | 211:15 214:5,22 | 124:18 125:10,13 |
| 207:10,18 | 102:23 105:5,10 | 215:24 216:15,25 | 127:18,21 132:6,9 |
| teamwork 79:17 | 105:13,22 107:2,3 | 217:3,4,9,14,19,20 | 132:20 133:7 |
| technician 105:4 | 107:4,8 108:7 | 218:12,14,18 | 135:9,10,13,25 |
| 122:8,10 128:3 | 109:22 111:7 | tested 63:7 64:3 | 136:4 142:20 |
| 135:12 137:4,25 | 113:6,9 114:8,11 | 66:4 74:2 80:2 | 144:18,20 145:5 |
| 147:11 153:13 | 114:14,18,20,21 | 96:22 97:1 101:17 | 145:20,21 146:15 |
| 174:20 175:6 | 115:2,6 116:25 | 106:3 107:2,10,22 | 152:15 155:4 |
| technicians 122:11 | 119:7,9,12,14,17 | 115:9,12,15 143:9 | 158:22,23 161:4 |
| 123:6 142:23 | 119:18,19,24 | 155:6 165:2,7 | 161:12 167:8 |
| technology 43:19 | 120:13 122:13,18 | 172:25 173:4,6 | 168:8,13 169:2,9 |
| 46:13 48:14 72:22 | 124:2 125:20 | 216:17 217:24 | 169:11 170:16,18 |
| 73:11 | 126:14,16,17,23 | testified 100:19 | 170:20,24 172:1 |
| telephone 47:18 | 127:5,8,17 128:5 | 111:9 149:23 | 173:14 174:21 |
| tell 8:17 37:13 | 128:10,21 129:20 | 158:7,13,17 | 176:13 178:3,5,8 |
| 70:21 87:10 | 129:22 131:14,18 | 175:22 | 178:13 179:17 |
| 103:11,13 133:5 | 134:18,23 135:17 | testify 10:16,21 | 184:2,17 185:13 |
| 162:22 187:8 | 137:2,5,18,22 | testifying 8:14 | 186:15 187:13,15 |
| 207:3,9 211:12 | 138:1,4 139:5,5,13 | testimony 6:7 | 187:15 188:1,11 |
| 213:7,13 | 143:6 144:2 | 51:14 89:13 176:3 | 188:16 191:23 |
| template 51:22,25 | 145:17,19 150:19 | testing 27:6,12 | 197:7,9 203:9,9 |
| ten 189:3 191:13 | 151:25 152:23 | 31:2,11,15,17 | 204:12,13,22,22 |
| 191:13,16 192:3 | 153:23 154:12,20 | 35:21,23 37:2 | 211:6 213:17 |
| 201:18 202:25 | 154:20 155:7,12 | 62:24 63:20 64:13 | 216:19 |
| term 78:16 79:8 | 158:1,15 159:5,10 | 64:21 74:11 80:11 | testings 159:14 |
| 108:11 118:19 | 159:15,15,23 | 80:13,16,19,24 | tests 27:8 31:21 |
| 131:7,8 135:4 | 162:15,19 164:22 | 81:24 82:3,4,13 | 32:3,5,25 36:19 |
| 136:15,19 219:23 | 165:13,14 166:15 | 90:5,13 96:25 | 37:5 63:17,21 |
| terms 107:18 | 168:11 171:25 | 102:21 103:1,3,4 | 64:2 65:4 74:9 |
| 219:24 | 172:5,23 173:1,2,7 | 103:21,23 104:6 | 83:11 92:4 97:12 |
| test 4:16 27:3,7,10 | 177:4,7,8,16,24 | 104:23 105:1,25 | 98:4,12 102:12,14 |
| 31:25 32:8,19,23 | 179:1,23 180:2,3 | 106:9,16 108:7,8 | 102:17,22 103:12 |
| 33:7,11 35:12,25 | 181:10 182:18 | 108:13,14 109:1 | 103:14,16 104:3 |
| 36:23 48:16,25 | 183:2,6,10 184:18 | 110:15 111:24 | 104:21 105:9,18 |
| 62:22,23 63:2,2,6 | 184:24 185:14 | 112:15,17 113:8 | 105:19 106:2,18 |
| 63:11,13,23 64:1,6 | 186:25 187:5,14 | 116:16,17,24 | 112:22 113:22,25 |
| 64:10 65:6 66:14 | 189:7,13 191:17 | 117:20 118:13 | 114:2,4 117:5,6,10 |
| 74:4,19 80:3 | 191:25 192:8,10 | 119:21 121:15,20 | 117:14 118:14,16 |
| 82:21 89:25,25 | 193:11,13,16,24 | 121:21 122:4 | 118:24 120:9 |
| 90:2,6 91:17 97:2 | 194:20,20,22 | 123:7,10,13,21,22 | 125:1 128:9 |
| 97:6 98:10,23 | 197:3,19 198:4 | 123:24 124:6,11 | 129:23 133:11 |

Veritext Legal Solutions
866 299-5127

[tests – travel]

| | | | |
|---|---|---|---|
| 137:12,16 138:6 | 66:12 73:20 74:23 | thirty 93:11 | 201:16,20 203:3 |
| 142:16 150:15 | 76:3,9 77:18 | thorough 105:10 | 204:8 205:24 |
| 155:24 157:13,17 | 80:20 81:9,10 | 105:13 135:10 | 206:9 207:4,7 |
| 157:20,23 159:20 | 87:4 93:6 95:9 | thought 93:8 | 210:8,10 219:15 |
| 159:23,24 165:2,5 | 101:14 108:14 | 135:6,25 | 220:5,18 221:1 |
| 168:11 170:9,13 | 116:4,12 117:25 | thousand 172:7 | 222:11,17 |
| 171:1,1,23 172:3 | 123:17 131:6 | three 14:5 19:24 | times 97:25 98:1 |
| 175:23 176:2,4,9 | 134:1 135:2,24 | 20:2 35:21 42:11 | 116:1 125:3 197:4 |
| 176:15 184:8 | 136:15,20,21,25 | 43:4 72:23,24 | 198:15 203:12 |
| 197:8 215:23 | 137:9 138:23 | 83:20,22 84:8 | title 11:3 |
| 216:22 217:2,22 | 139:11 149:4 | 85:12 91:13 93:20 | titled 161:11 |
| 218:6 | 153:4,12 154:18 | 113:11 119:8 | today 5:6 8:12,14 |
| textbook 45:22 | 156:12 157:12 | 163:12 178:16 | 8:18,22 9:4,7,17 |
| thank 7:5 8:10 | 158:7,12 160:12 | 184:5,19,20 | 10:17,22 32:23 |
| 43:17 52:23 58:12 | 160:13 161:25 | 185:24,25 186:9,9 | 89:14 209:9,20 |
| 59:4 73:8 76:19 | 170:6 174:9 175:4 | 186:10,10 191:5 | today's 9:12 89:21 |
| 87:25 89:6 101:21 | 175:21 179:9,19 | 192:3 196:13 | 91:19,22 |
| 145:24 162:17 | 180:4,10,21 | tight 181:20 | told 79:17 123:12 |
| 164:2 172:8 194:5 | 181:10,15,17 | time 5:18 7:20 | tolerance 22:11 |
| 198:8 210:11 | 182:13 183:17 | 23:13,14 24:23 | top 53:14 55:20 |
| 222:10,11 | 185:4 186:1,5,5,18 | 25:22 30:25 32:13 | 127:16 132:17 |
| thanks 43:10 | 186:22 189:17,20 | 33:12,23,24 36:21 | 162:2 163:5 |
| 125:22 197:13 | 191:8 193:8 200:9 | 40:5 41:13 42:3 | topic 31:9 |
| 222:13 | 201:20 204:8 | 42:13 43:7 46:10 | total 37:7 42:12 |
| thick 155:17 156:3 | 205:8 208:13 | 46:11 48:17 50:11 | 145:22,23 147:15 |
| thing 58:13 65:19 | 209:16,24 210:4 | 64:22 77:1 80:4 | 159:21 185:7 |
| 70:18 89:19 | 210:12 211:3,10 | 83:3 85:21 98:14 | 191:16 |
| 133:25 146:14 | 211:13 212:3,5 | 114:17,20,24 | touch 43:6 116:15 |
| 161:21 190:17 | 213:16,22 215:11 | 118:2,25 122:15 | 134:12 141:22 |
| things 66:24 | 215:13,21 218:15 | 125:11 130:20 | 142:13 |
| think 10:21 14:4 | 220:13 221:8 | 131:24 146:5,10 | tracks 150:9 |
| 14:10 15:4 16:11 | thinking 219:18 | 146:22 147:5,9,12 | trade 18:12 37:16 |
| 17:7,14 24:16,17 | third 101:24 | 147:13 151:9 | 38:8 206:2,23 |
| 29:1,15,16 32:16 | 125:20 128:21 | 152:11 154:10 | 208:8 221:14 |
| 32:17 33:8 35:8 | 130:17,21 131:1,9 | 156:18,21 157:6 | training 221:16,18 |
| 36:17,22,25,25,25 | 131:24 132:12,13 | 165:4 167:14 | 221:20,23 222:2,4 |
| 40:13 46:6 47:19 | 132:22 133:16 | 169:12 175:15 | transcribing 9:18 |
| 48:21,25 53:15,22 | 191:16 219:3 | 178:21,25 179:11 | transcription |
| 54:12 56:16 57:2 | thirteen 16:23 | 179:21,24 181:16 | 223:8 |
| 57:11 61:14,18 | 156:10 | 185:1 187:16 | travel 63:8 104:13 |
| 63:14 65:23 66:8 | | 194:23 196:14 | |

|travels - use|

travels 61:5 62:2
treatise 45:22
treatises 45:20,21
trial 212:19 213:8
213:10,11,23,25
214:1 215:9,11
trials 202:9 212:1
212:19 213:2,21
215:6
tried 198:15
true 81:25 127:20
131:5 133:18
134:5 223:7
truth 6:8,9,9 8:17
truthfully 10:16
10:22
try 8:25 9:21 10:3
10:5,9 97:2
117:10 210:18
trying 143:19
tuesday 1:18
tunnel 104:12,13
143:17,25
turn 55:17 108:24
108:25 129:25
145:12 163:2
165:9 170:3
173:10,20 183:23
185:11 196:16
202:3 205:13
turned 108:24
110:14 148:4
152:2 183:5,20
184:15,25 185:2
turning 162:18
twelve 16:22,22
74:14
twenty 13:8 53:14
119:15 124:12
147:16 151:3
163:23 173:22

twice 36:22 147:22
148:24
two 12:7 17:2 19:9
35:9,20 36:23
37:5,7 39:16
42:11 43:4 44:7,9
44:15,18,21,22,22
44:24 45:2,8
67:19 73:3 86:9
87:14 90:6 102:11
102:12,14,22,25
112:22 113:9
119:8 122:11
131:25 144:1,1
145:20,20 146:3
148:22,23 155:21
156:3 159:13,15
159:22,23,24
162:16 164:3
168:21 169:20
172:7 181:14
182:17,20,25
184:5 185:13
189:18 193:6
205:2
type 24:11 106:15
165:12 177:14
197:9
types 98:2,22
197:6 205:22
typical 195:13
typically 70:10,11
104:2 196:9

**u**

uh 10:13
ul 95:13,14,18
204:9,9
ultrasonic 19:1,20
19:22 25:1 29:4
29:22 43:19 46:13
46:19 48:14 55:21

56:5 57:20 61:4
62:1 63:10,20
67:3,18 68:22
69:1,6 71:10,14,24
72:2,8,13 73:11
77:2,4 82:9 84:6
95:25 104:12
108:17,19 111:4
113:10 118:7
137:12,23 138:2,5
148:3,12 150:24
152:3 159:10,20
173:20 191:9
205:18 206:13,24
221:21,23,25
222:3
unaware 176:10
unbreakable
133:24
undergoing 183:6
183:6 184:8,18
185:14 189:7
underlined 202:9
underneath 70:12
72:3,18 73:14
99:1 178:12
understand 7:11
7:13 8:13,16,24
9:14,16 24:2
46:11 54:25 56:17
63:24 64:7 69:14
100:18 109:11
110:3,8 118:21
119:2 143:19
158:21 191:1
203:17 209:3
213:19 218:16,17
218:20 219:13
understanding
66:6 120:14
147:25 158:23

166:11 168:6
180:16 209:10,21
210:25 211:24
212:25 213:24
218:14 219:9,23
understood 10:14
19:8,21 27:13
30:13 52:5 55:6
66:5 68:8 73:5
78:8 108:1 161:5
183:8 194:5
underwriter 95:16
unhealthy 122:19
unit 57:18
united 1:1 13:20
14:14 86:14
115:10 204:9
206:2
university 29:13
29:17,19,21 31:18
31:23 33:7,13,21
35:12,15 36:4,20
37:1,25 38:1,2,3
102:4 104:7,10,18
104:20 107:20
111:9 112:8,17,19
113:12 140:20
212:9,13
university's
104:15
unlivable 194:4
unrelated 110:20
update 55:3
121:20 174:6,10
updated 25:13
54:24 55:4 94:18
94:23
usa 12:5
use 23:23 24:6
31:4,8 43:19 54:3
55:9 57:20 58:18

[use - word]

| | | | |
|---|---|---|---|
| 58:22 59:6,14,23 64:13 82:9 98:1 110:7 111:22 112:13 115:1 118:2 151:15 180:5 202:14 208:21 | videos 171:10,17 videotaped 1:16 9:13 view 171:13 viewable 171:14 virtually 18:25 visit 125:8 voltage 205:4 | 142:3,4,6,10 150:18 153:25 154:1 166:25 wattage 22:10 205:5 wave 71:10,15 waves 19:20,23 | 76:6,11,17 77:6,9 85:5 91:21,24 92:5,9,18,24 93:10 96:16,18 100:8,14 101:8,13 109:25 110:22 111:20 |

uses 58:24
usually 214:13
utilize 111:8
utilized 101:25
105:17

volume 27:15

**w**

w 2:15 20:21
wait 60:22 116:19
182:19 185:14,18
185:18 186:1
187:20
waited 151:2
202:25

68:14,15,19
way 51:3 54:8
147:2 151:13
172:3 198:19
we've 20:3 27:6
39:14 51:20 112:7
112:10

118:3,5 119:1
120:20 128:11,13
133:20 134:6,10
135:8 136:6,13
149:3,19 150:13
151:6,16 158:4
160:3,11 163:20

**v**

v 1:9 112:5
vacant 192:23
193:23 214:23,25
van 1:10 7:9 51:1
51:4
varied 152:4
varies 188:21
various 176:9
vary 150:22
varying 150:18,19
verbal 10:12
verbally 10:10
verified 62:20
verify 61:23
veritext 5:5 6:2
version 94:23
versus 5:11
vice 41:14
vicious 144:7
video 124:11
135:10 136:1
171:5
videographer 2:20
5:1,25 85:18 86:8
93:15,19 157:2,7
175:12,16 220:23
221:2 222:14

wall 70:4 75:13,22
75:24 76:4,9
180:17 181:25
182:2,6 216:6,21
walls 67:4 68:1,24
69:11,19 70:12
75:4 182:4 195:9
want 30:18 108:16
108:18,23,25
111:2,3 124:3
153:22 156:7
176:14 193:10,13
211:8 221:7,9
wanted 27:23
161:20 162:5
182:15 213:7
219:22
warehouse 13:10
59:25 60:1,5
watched 141:2
watching 141:10
142:11
water 109:3 111:6
113:16 128:17

wear 51:21
week 117:17 118:1
weeks 33:8 35:20
82:8 103:25 105:3
108:8 138:24
weigh 128:17
142:4,4
wen 20:20,23 21:9
38:21
went 25:2 35:9
79:24 177:25
whale 24:17,19,25
25:5,19 26:7,13
27:25 30:21
whale's 25:11
whichever 185:20
white 53:1 144:18
166:7,12,20 169:5
wide 206:1
wing 2:14 5:23,23
9:3 17:21 18:5
24:1 27:20 36:15
46:15 48:4 53:11
58:6 59:2 60:8,11
60:16 69:13,20,25
70:6,14,19,24 71:8
73:18,22 75:9,17

166:14 167:23
169:7 170:1
171:11,18 179:12
179:22 183:13
187:24 188:19
189:23 199:18
200:3 209:12,23
211:2 213:3,12
214:8 215:10,17
219:11 220:3
wintertime 99:14
wires 72:19
withdraw 199:2,4
withstand 188:18
witness 3:3,7 5:16
6:4,10 44:13 51:9
79:21 93:24
127:17,21,22,25
128:10,12,15,19
135:16,21,23
136:4,22,23
215:20 223:5
witnessing 128:2
130:16 133:15
wood 64:16 66:7
67:21 72:4
word 60:19

Page 33

|words - zero|

| words 9:23 10:12 | x | z |
|---|---|---|
| 55:4,8 56:9 60:25 | x 1:4,13 4:1 | zero 151:3 154:2 |
| 97:9 120:7 124:25 | | 163:24 |
| 158:3 199:7 | y | |
| 208:16 210:21 | y 112:5 | |
| work 21:1 29:20 | yeah 12:8 14:21 | |
| 39:17 40:2,14 | 32:1 36:24,24 | |
| 48:11 50:15 57:5 | 39:19 50:13 57:18 | |
| 57:20,20 59:21,25 | 62:23 70:1,20 | |
| 60:4,9,15 61:20 | 71:2 76:18 87:8 | |
| 68:10 78:23 87:18 | 98:20 102:19 | |
| 140:10 183:10 | 106:25,25 109:10 | |
| 220:4,7 | 112:21 114:17 | |
| worked 29:19 40:7 | 120:23 147:17 | |
| 83:21 88:25 | 148:19 162:14 | |
| workers 11:19,22 | 169:16 195:16 | |
| 195:17 214:23 | year 17:7 48:21 | |
| 215:2 | 65:1 90:2 106:10 | |
| working 17:25 | 137:21 172:6,6 | |
| 35:7 40:11,16 | 199:9,13 201:24 | |
| 97:23 171:11 | 201:25 203:7,10 | |
| works 46:13 99:24 | 203:13,17 207:5 | |
| 215:9 | years 13:8,24 14:5 | |
| world 102:25 | 16:22,23 17:3 | |
| worry 169:1 | 20:16,22 21:23 | |
| write 43:2 | 28:12 30:12 31:6 | |
| writes 104:2 | 33:3 34:2,3 35:9 | |
| writing 113:21 | 36:23 43:5 46:9 | |
| written 62:14 | 50:2 51:22 87:19 | |
| 98:13 186:23 | 90:1 102:1 137:19 | |
| 188:4 | 150:15 183:15 | |
| wrong 26:12 | 207:22 221:24 | |
| 168:18 | yesterday 90:2,3 | |
| wrote 33:10 36:8 | 90:10 91:5 92:11 | |
| 41:16 51:19 57:1 | yitzchak 2:6 5:21 | |
| 59:9 61:8,13,16,19 | 7:5 | |
| 77:17 105:9,12,15 | york 1:2,17,18,21 | |
| 105:16 111:18 | 2:8,8 5:6,10,10,14 | |
| 174:5 187:9,20 | 6:19 7:4 112:1 | |

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.


DISCLAIMER:   THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1, 2014.   PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.