

# BELL+HOWELL®

## Ultrasonic Pest Repeller
## With LED Night Light,
## AC Outlet & Safety Cover

FOR RATS, MICE, SPIDERS, ANTS AND ROACHES

Owner's Manual

NOTE: People with pacemakers or who use electronic devices that can be effected by an ultrasonic sound wave should consult their physician(s) before using this product. Failure to follow these instructions or heed these warnings can result in serious personal injury or death. This unit should not be used on common wall areas or near property lines.



**CAUTION**

RISK OF ELECTRIC SHOCK
DO NOT OPEN



WARNING: TO PREVENT THE RISK OF FIRE OR ELECTRIC SHOCK, DO NOT EXPOSE THIS APPLIANCE TO RAIN OR MOISTURE. TO PREVENT ELECTRIC SHOCK, DO NOT REMOVE COVER. NO USER SERVICEABLE PARTS INSIDE. REFER SERVICING TO QUALIFIED SERVICE PERSONNEL. MADE IN CHINA.

PATENTS PENDING

Ultrasonic Pest Repeller Item No. 50105
Distributed by Van Hauser, LLC NY, NY 10001 © Copyright 2010
Van Hauser, LLC. All Rights Reserved. Made in China.
BELL+HOWELL® is a registered trademark of BHH LLC.

# BELL+HOWELL® ULTRASONIC PEST REPELLER
### FOR RATS, MICE, SPIDERS, ANTS AND ROACHES

## Thank You

Thank you for choosing the Bell Howell® Ultrasonic Pest Repeller. This manual will provide you with the instructions for using the Pest Repeller effectively and efficiently. Please read the manual carefully before using the Pest Repeller and keep it on file for future reference.

## Usage

**NOTE:** The Ultrasonic Pest Repeller is simple to use. It operates on any standard 120 volt wall outlet. Simply plug it in. The red indicator light on the front of the unit will blink on and off to let you know that the unit is working. Please note that a slight "clicking" noise may be heard as the indicator light blinks on and off. This is normal.

**NOTE:** The Ultrasonic Pest Repeller is safe to use around plants and pets such as dogs, cats and fish. Since this product was developed to repel rodents, it is not advisable to use this product around rodent pets such as gerbils, hamsters or ferrets.



LED Indicator
Ultrasonic Speaker
Extra Outlet Safety Cover
Extra AC Outlet
LED Light

## Tips for Increasing Product Efficiency:

1. Use the Ultrasonic Pest Repeller continuously.
2. Make sure that all food is put away. The smell of food attracts pests and will decrease the efficiency of the Ultrasonic Pest Repeller.
3. Repair any openings in your home where pests can get in.
4. Avoid placing the Ultrasonic Pest Repeller behind large items in your home such as a couch or hutch.

# Ultrasonic Pest Repeller
## owner's manual

This unit incorporates a handy LED night light, auxiliary AC outlet and safety cover.

Set LED night light to On/Off.
- ON – to turn the night light on.
- OFF - to turn the night light off.

### Auxiliary AC outlet
- The convenient positioning of the built-in AC outlet allows for operation of AC appliances without having to unplug the unit.

### Extra Outlet Safety Cover
- The safety cover covers the extra outlet.

## WARNINGS:
## ALL WARNINGS AND SAFETY INSTRUCTIONS SHOULD BE ADHERED TO

- Do not use the Ultrasonic Pest Repeller near or around water. This unit should not be used near sinks, bathtubs, washing machines or in a damp basement. If cleaning is required, simply unplug the unit from it's power source and use a damp cloth to wipe the unit housing. Dry off completely before plugging the unit back in.
- Do not block the ventilation openings on this unit. Place the unit where it can get proper ventilation.
- Do not place this unit near heat sources such as stoves or radiators.
- This unit should be connected directly to the power source. Do not use extension cords to operate this unit.
- Do not expose the Ultrasonic Pest Repeller to rain or moisture. Do not submerge the unit in water or any other liquids.
- The Ultrasonic Pest Repeller should be repaired by a qualified service technician if any of the following has occurred:
  - Power plug has been damaged.
  - Objects or liquid have fallen into the ventilation openings of the unit.
  - The Pest Repeller does not appear to operate normally.
  - The unit has been dropped or the outer housing has been damaged.
- To avoid risk of electric shock or fire, do not open the Ultrasonic Pest Repeller or attempt to alter the unit in any way. No user serviceable parts are inside this unit.
- Keep these instructions for future reference.