EXHIBIT E

**APPENDIX 4**

Study Code 17/359



# Laboratory bioassay to assess the efficacy of an ultrasonic device at repelling cockroaches, ants, and spiders

i2LResearch USA, Inc.
1430 Joh Avenue
Suite M
Baltimore, MD 21227
USA

**Jennifer Hostetler**
**October 2017**

## Certification

*This report represents a true and accurate record of all data obtained.*

Signed: _[signature]_  Date: 30 Oct 2017
Timothy Foard
Study Director

Approved by: _[signature]_  Date: 30 October, 2017
Kristine Styer
Executive Director

---

*All raw data and a copy of the final report will be archived at i2LResearch for a period of ten years. At the end of this period all data relating to this report will either be retained by i2LResearch for a further disclosed period of time at an extra cost, destroyed at the Sponsor's request or passed on to the Sponsor at the Sponsor's expense.*

---

Report circulated to:   Bursor & Fisher PA
                        University of Kentucky
                        i2LResearch USA, Inc. (1 copy)

Page **2** of **16**

Study Code 17/359

# Contents

|  | Page No. |
|---|---|
| Study Information.................................................................................................... | 4 |
| Summary.................................................................................................................. | 5 |
| Aim........................................................................................................................... | 6 |
| Methodology............................................................................................................ | 6 |
| Results……………................................................................................................. | 11 |
| Appendix I –Raw Data Tables................................................................................. | 14 |
| Appendix II – Statistical Calculations……………………………………………... | 16 |

Study Code 17/359

# Study Information

**Laboratory bioassay to assess the efficacy of an ultrasonic device at repelling cockroaches, ants, and spiders**

| | |
|---|---|
| **i. Testing facility:** | i2LResearch USA, Inc.<br>1430 Joh Avenue<br>Suite M<br>Baltimore, MD 21227<br>USA |
| **ii. Sponsor:** | Bursor & Fisher PA<br>888 Seventh Avenue<br>New York, NY 10019<br>USA |
| **Sponsor Representative:** | Michael F. Potter<br>University of Kentucky<br>Lexington, KY 40546<br>USA |
| **iii. i2LResearch Study code:** | 17/359 |
| **iv. Study start date:** | August 16, 2017 |
| **Experimental start date:** | October 2, 2017 |
| **Experimental end date:** | October 30, 2017 |
| **Study end date:** | October 30, 2017 |
| **v. Study Director:** | Timothy Foard |

**vi. Test Substances:**

| Test Substance | EPA Reg. No. | Batch/Lot No. | Number | Expiry date* | i2LResearch code numbers |
|---|---|---|---|---|---|
| Bell + Howell Repeller #50167 | 081956-CHN-001 | HY-04-17 | 3 units | 21 Sept 2019 | 17092131-3 |

*i2L default expiry date

Study Code 17/359

## Summary

A laboratory trial was conducted to assess the efficacy of the Bell + Howell Repeller #50167 ultrasonic device at repelling German cockroaches (*Blattella germanica*), cellar spiders (*Physocyclus globosus*), and odorous house ants (*Tapinoma sessile*). Arthropods were placed in one chamber of a two-chambered arena, the device was turned on, and arthropods were allowed to distribute freely for 6 (spiders), 7 (ants), or 10 (cockroaches) days. Observations as to arthropod location within the arena were made at intervals throughout the study duration.

The percentage of movement in relation to an untreated (no device) control was calculated, and a summary of results can be seen in Table 1 below. Overall, directional movement away from the enclosures containing the devices was not observed in any of the species, with the exception of one replicate out of three of the treated cockroaches, which exhibited statistically significant movement on day 10 of treatment (however, this replicate still demonstrated <40% percent movement).

**Table 1.** Final average movement (relative to control) of arthropods exposed to the Bell + Howell Repeller #50167 ultrasonic device.

| Species | Percent movement | p-value* |
|---|---|---|
| German cockroach | 13.0 ± 13.3 | <0.0001 |
| Cellar spider | 0.0 ± 6.5 | 1.0000 |
| Odorous house ant | -0.3 ± 0.0 | 0.277 |

*compared to untreated (no device) control using a k-proportions (Chi-square) test; $\alpha = 0.05$.

It can be concluded that the Bell +Howell Repeller #50167 ultrasonic device was not effective at repelling cockroaches, spiders, or ants during the trial duration.

Study Code 17/359

## Aim

A laboratory trial was required to assess the efficacy of the Bell + Howell Repeller #50167 ultrasonic device at repelling German cockroaches, cellar spiders, and odorous house ants.

## Methodology

### Test system

The following species were obtained from the listed sources for testing:

| Test system | Species | Strain | Source |
|---|---|---|---|
| German cockroach | *Blattella germanica* | Laboratory cultured | i2L USA colony |
| Odorous house ants | *Tapinoma sessile* | Field-collected | College Park, Maryland |
| Cellar spiders | *Physocyclus globosus* | Field-collected | Bugs of America, Oracle, AZ |

### Test substance and application

The Sponsor provided samples of the following:

1. Bell + Howell Repeller #50167 ultrasonic device

Devices were mounted on the top of one enclosure in each test arena, with the speakers facing downward.

An untreated control group, with no electronic units on either side of the test arena, was also assessed for comparative purposes, for a total of two treatments.

### Test arenas

Testing took place inside test arenas inside three windowless rooms kept at ambient indoor temperature and humidity. Test arenas consisted of paired enclosures, with a gated conduit running between each enclosure to allow arthropods to access each enclosure when the gate was open.

Study Code 17/359

*Methods*

Prior to arthropod introduction, each test enclosure was stocked with food (dog food for cockroaches, cotton ball saturated with 10% sucrose solution for ants, and live cockroaches for spiders).

Testing for Cockroaches – One hundred mixed stage nymphs and adults were placed inside cardboard tubes 2.5 inches in diameter and 12 inches long capped at both ends with plastic caps. These served as 'condos' (harborages) and the cockroaches were allowed to acclimate, undisturbed, inside the closed tubes for 2 hours. At the end of the 2-hour acclimation period, the tubes containing the cockroaches were placed inside the enclosure with the device turned off, while a similar cardboard harborage with no cockroaches was placed into the other. The caps were gently removed and the tube was oriented so that the openings faced the front to allow viewing when the enclosure was sealed shut. After a 24 h initial acclimation period, the gates on each end of the conduit connecting the paired enclosures were opened for another 24 h, allowing the roaches to move freely between the two sides. Following the 48-h acclimation, the device was turned on continuously for 10 days and the cockroaches allowed to distribute undisturbed.  Lights remained off except during visual counts.

 

**Figure 1. Enclosure used for cockroaches and spiders. Device located in left enclosure**        **Figure 2. Closeup of left chamber, showing repellent device.**

Testing for Spiders – Setup was identical to cockroaches, except no cardboard harborage was used with spiders. Spiders (15 per replicate) were released into the center of the enclosure with the (turned off) device and allowed to acclimate for 24 hours because of time restraints. The gates remain closed during the acclimation period.  After this period, the gates were opened and the device turned on continuously for 6 days and the spiders allowed

Page **7** of **16**

Study Code 17/359

to distribute undisturbed. Some live cockroaches were added in the enclosure for food. As with cockroaches, the room lights remained off except during visual counts.

Testing for Ants – To minimize the likelihood for ants to escape from the enclosures, some adjustments to the experiment design were necessary. Field-collected colonies were initially placed in a glass aquarium containing artificial nest chambers. These chambers (Figures 3 and 4) consist of plastic 55mm Petri dishes with the bottom dish covered with hardened plaster of Paris and the sides with slits or holes made for entry into the chamber. One milliliter of water was added to the plaster to create a moist environment for the ants.




**Figure 3. Ant harborage with dark cover in place.**          **Figure 4. Ant harborage with dark cover removed, exposing ants**

The clear lid was placed over the bottom and another inverted bottom half of a Petri dish painted black with India ink was placed over the lid to provide a dark environment. The harborages were checked several times daily for ants to occupy, and when 100-150 ants were present, each of the harborages with the ants were removed and placed inside a 1-quart wide mouth jar containing food and a water source. They were allowed to acclimate in the chambers until it was time to test the device.

A smaller arena (Figure 5) was placed inside each enclosure. It consisted of a plastic lid of a large storage box, 16" x 22" x 1" with the corners and sides painted with a Teflon material to prevent escapes. A 5-foot section of ¾ inch CPVC pipe was used as the connection between the two rooms. A 12-inch section of each end of the pipe was also painted with the Teflon material, so that the ants are only allowed access inside the pipe. A strip of card stock paper served as a ramp (Figure 6) from the floor of the smaller arena to the inside of the pipe. Because of time restraints the ants were allowed to acclimate inside the smaller arena in the enclosure for 24 hours. During this period, the ramp was removed so that ants

were not able to cross over into the next enclosure. Because the smaller arena confined ant movement within the enclosure, the front of the enclosure remained open at all times in order to make visual counts.

At the start of the test the distribution of ants recorded, the ramps put in place, and the devices were turned on. Observations were made inside the pipe using an endoscope (Depstech® WiFi Endoscope). The ultrasonic device was left on continuously for 7 days and the ants allowed to distribute undisturbed. Room lights remained on during the day and were turned off at the end of the work day.



**Figure 5. Ant test setup in small arena within enclosure.**     **Figure 6. Closeup of ramp connecting pipe to floor of arena**

*Assessments*

Visual counts of the location of the arthropods were made at days 0, 1, 3, 5, 6 (spiders), 0, 1, 3, 5, and 7 (ants), and 0, 1, 3, 5, and 10 (cockroaches). At each assessment period, the gates in each test arena were closed before counts were made, and reopened once counts were completed. Observations were made visually using a head light and a black trash bag held to create a shadow, which reduces reflections off the acrylic panes. Only in the interior of the cardboard connecting tube were assessments not made in the case for cockroaches and spiders. For ants, visual observations were also made, and an endoscope was used to locate any ants within the pipe.

*Data reporting and analyses*

The number of arthropods in each location were totaled and averaged across all three replicates, and the standard errors calculated. The percent movement, defined as movement away from the point of introduction (enclosure containing the device) in test arenas

compared to the point of introduction in control arenas was calculated with the following formula:

$$\% \text{ Movement} = (100 - ((t/T)/(c/C))) * 100$$

Where $t$ = number of arthropods in the treated (release) enclosure of the test arena
$T$ = total number of arthropods in the test arena
$c/C$ = average of the (number of arthropods in the release enclosures of the control arenas, divided by the total number of arthropods in the control arenas)

The percent movement was averaged across all three replicates and the standard error calculated. A k-proportions (Chi-square) test ($\alpha = 0.05$) was conducted for the final day of observations for each species, to determine if any detected movement was statistically different from that observed in the untreated controls.

Study Code 17/359

## Results

Assessment results are summarized in Table 2 and Figures 7-9 below. See Appendix I for full raw data.

Some of the cockroaches upon initial release (that is, when the caps were removed from the harborages) slowly dispersed from the harborage. Most, however, remained in the harborage. Following the initial introduction, little movement overall was observed when assessments were made in two of the three test rooms. Cockroaches in one of the rooms containing a repellent device exhibited considerable movement (statistically significant) between chambers, but this movement was not consistent across any of the other test rooms containing the devices. Numbers of cockroaches observed in this room was much less than one hundred; the remaining cockroaches were present in the cardboard tube, where it was not possible to make assessments without the risk of disturbance or escapes. Their presence inside the connecting tube was confirmed when it was time to remove them and introduce the spiders for the next testing phase.

The cellar spiders were observed on the ceiling of the enclosure containing the device as well as in the corners. They were observed capturing and feeding on cockroaches provided as food, and a small degree of cannibalism was also observed. Overall directional movement away from the enclosures containing the devices over time was not observed.

The ants remained in their introduction containers for the duration of the test, with directional movement away from the enclosure containing the devices not observed. A single ant was observed moving away from the release enclosure in one of the untreated control arenas.

It can be concluded that the Bell+Howell Repeller #50167 ultrasonic device was not effective at repelling cockroaches, spiders, or ants during the trial duration.

Study Code 17/359

**Table 2.** Movement (relative to control) of arthropods exposed to the Bell + Howell Repeller #50167 ultrasonic device.

| | German cockroach | |
|---|---|---|
| | Percent movement | |
| Day | Average | SE |
| 0 | 0.0 | 0.0 |
| 1 | 1.5 | 1.8 |
| 3 | 4.6 | 5.0 |
| 5 | 4.6 | 5.0 |
| 10 | 13.3 | 13.0 |
| | **Cellar spider** | |
| | Percent movement | |
| Day | Average | SE |
| 0 | 0.0 | 0.0 |
| 1 | 2.2 | 2.2 |
| 3 | 6.8 | 6.0 |
| 5 | 2.3 | 4.0 |
| 6 | 0.0 | 6.5 |
| | **Odorous house ant** | |
| | Percent movement | |
| Day | Average | SE |
| 0 | 0.0 | 0.0 |
| 1 | 0.0 | 0.0 |
| 3 | 0.0 | 0.0 |
| 5 | -0.3 | 0.0 |
| 7 | -0.3 | 0.0 |







**Figure 7**. Movement (relative to control) in German cockroaches exposed to the Bell + Howell Repeller #50167 ultrasonic device.

**Figure 8**. Movement (relative to control) in cellar spiders exposed to the Bell + Howell Repeller #50167 ultrasonic device

**Figure 9**. Movement (relative to control) in odorous house ants exposed to the Bell + Howell Repeller #50167 ultrasonic device

Study Code 17/359

**Appendix I – Raw Data Tables**

| Species: | German cockroach (*Blattella germanica*) | | | | | |
|---|---|---|---|---|---|---|
| Treatment: | Control | | | | | |
| | Replicate 1 | | Replicate 2 | | Replicate 3 | |
| Day | Release side | Non-release side | Release side | Non-release side | Release side | Non-release side |
| 0 | 100 | 0 | 100 | 0 | 100 | 0 |
| 1 | 59 | 0 | 87 | 0 | 95 | 1 |
| 3 | 95 | 0 | 91 | 0 | 97 | 1 |
| 5 | 92 | 0 | 94 | 0 | 91 | 1 |
| 10 | 89 | 0 | 93 | 0 | 87 | 2 |
| Treatment: | Bell-Howell Repeller #50167 | | | | | |
| | Replicate 1 | | Replicate 2 | | Replicate 3 | |
| Day | Release side (with device) | Non-release side | Release side (with device) | Non-release side | Release side (with device) | Non-release side |
| 0 | 99 | 0 | 99 | 0 | 100 | 0 |
| 1 | 92 | 0 | 69 | 4 | 96 | 0 |
| 3 | 90 | 0 | 80 | 14 | 91 | 0 |
| 5 | 95 | 0 | 57 | 10 | 90 | 0 |
| 10 | 88 | 0 | 47 | 31 | 90 | 2 |
| Species: | Cellar spider (*Achaearanea tepidariorum*) | | | | | |
| Treatment: | Control | | | | | |
| | Replicate 1 | | Replicate 2 | | Replicate 3 | |
| Day | Release side | Non-release side | Release side | Non-release side | Release side | Non-release side |
| 0 | 15 | 0 | 15 | 0 | 15 | 0 |
| 1 | 14 | 0 | 15 | 0 | 15 | 0 |
| 3 | 15 | 0 | 15 | 0 | 14 | 1 |
| 5 | 13 | 2 | 15 | 0 | 15 | 0 |
| 6 | 15 | 0 | 13 | 2 | 13 | 2 |
| Treatment: | Bell-Howell Repeller #50167 | | | | | |
| | Replicate 1 | | Replicate 2 | | Replicate 3 | |
| Day | Release side (with device) | Non-release side | Release side (with device) | Non-release side | Release side (with device) | Non-release side |
| 0 | 15 | 0 | 15 | 0 | 15 | 0 |
| 1 | 15 | 0 | 15 | 0 | 14 | 1 |
| 3 | 14 | 1 | 12 | 3 | 15 | 0 |
| 5 | 13 | 2 | 14 | 1 | 15 | 0 |
| 6 | 12 | 3 | 14 | 1 | 15 | 0 |
| Species: | Odorous house ants (*Tapinoma sessile*) | | | | | |
| Treatment: | Control | | | | | |
| | Replicate 1 | | Replicate 2 | | Replicate 3 | |
| Day | Release side | Non-release side | Release side | Non-release side | Release side | Non-release side |
| 0 | 150 | 0 | 110 | 0 | 150 | 0 |
| 1 | 150 | 0 | 110 | 0 | 150 | 0 |
| 3 | 150 | 0 | 110 | 0 | 150 | 0 |
| 5 | 150 | 0 | 109 | 1 | 150 | 0 |
| 7 | 15 | 0 | 109 | 1 | 150 | 0 |
| Treatment: | Bell-Howell Repeller #50167 | | | | | |
| | Replicate 1 | | Replicate 2 | | Replicate 3 | |
| Day | Release side (with device) | Non-release side | Release side (with device) | Non-release side | Release side (with device) | Non-release side |
| 0 | 100 | 0 | 100 | 0 | 125 | 0 |
| 1 | 100 | 0 | 100 | 0 | 125 | 0 |
| 3 | 100 | 0 | 100 | 0 | 125 | 0 |
| 5 | 100 | 0 | 100 | 0 | 125 | 0 |
| 7 | 100 | 0 | 100 | 0 | 125 | 0 |

# Appendix II— Statistical Calculations

**Chi-square test: German cockroaches**

| Position of cockroaches at 10 days | | | |
|---|---|---|---|
| Formulation | Untreated | Treated | Sum |
| Control | 2 | 269 | 271 |
| Device | 33 | 225 | 258 |

XLSTAT 2017.5.47467  - k proportions test
Significance level (%): 5
Seed (random numbers): 4397536

Chi-square test:

| Chi-square (Observed value) | 31.075 |
|---|---|
| Chi-square (Critical value) | 3.841 |
| DF | 1 |
| p-value | < 0.0001 |
| alpha | 0.05 |

Test interpretation:
H0: The proportions are equal.
Ha: At least one proportion is different from another.
As the computed p-value is lower than the significance level alpha=0.05, one should reject the null hypothesis H0, and accept the alternative hypothesis Ha.
The risk to reject the null hypothesis H0 while it is true is lower than 0.01%.

**Chi-square test: Cellar spiders**

| Position of spiders at 6 days | | | |
|---|---|---|---|
| Formulation | Untreated | Treated | Sum |
| Control | 0 | 0 | 0 |
| Device | 0 | 0 | 0 |

XLSTAT 2017.5.47467  - k proportions test
Significance level (%): 5
Seed (random numbers): 4505839

Chi-square test:

| Chi-square (Observed value) | 0.000 |
|---|---|
| Chi-square (Critical value) | 3.841 |
| DF | 1 |
| p-value | 1.000 |
| alpha | 0.05 |

Test interpretation:
H0: The proportions are equal.
Ha: At least one proportion is different from another.
As the computed p-value is greater than the significance level alpha=0.05, one cannot reject the null hypothesis H0.
The risk to reject the null hypothesis H0 while it is true is 100.00%.

**Chi-square test: Odorous house ants**

| Position of ants at 7 days | | | |
|---|---|---|---|
| Formulation | Untreated | Treated | Sum |
| Control | 0 | 0 | 0 |
| Device | 0 | 0 | 0 |

XLSTAT 2017.5.47467  - k proportions test
Significance level (%): 5
Seed (random numbers): 4445359

Chi-square test:

| Chi-square (Observed value) | 1.184 |
|---|---|
| Chi-square (Critical value) | 3.841 |
| DF | 1 |
| p-value | 0.277 |
| alpha | 0.05 |

Test interpretation:
H0: The proportions are equal.
Ha: At least one proportion is different from another.
As the computed p-value is greater than the significance level alpha=0.05, one cannot reject the null hypothesis H0.
The risk to reject the null hypothesis H0 while it is true is 27.66%.