**EXHIBIT 2**

Page 1

1     IN THE UNITED STATES DISTRICT COURT
2        SOUTHERN DISTRICT OF NEW YORK
3
4  JOANNE HART and AMANDA        )
5  PARKE, on behalf of           )
6  themselves and all others     )
7  similarly situated,           )
8              Plaintiffs,       )
9        -vs-                    ) No. 1:15-cv-04804
10 BHH, LLC d/b/a BELL &          ) (WHP)
11 HOWELL and VAN HAUSER,         )
12 LLC,                           )
13              Defendants.       )
14
15      The deposition of PHILIP C. WHITFORD, Ph.D.,
16 called for examination, taken before GAIL LIVIGNI,
17 CSR No. 84-1965, a Notary Public within and for the
18 County of Will, State of Illinois, and a Certified
19 Shorthand Reporter of said state, at Suite 1100, 33
20 West Monroe Street, Chicago, Illinois, on the 12th
21 day of January, A.D. 2018, commencing at 9:30 a.m.
22
23
24 Pages 1 - 280

Page 11

1  A. No.  09:57:06
2  Q. Okay. Now, please take a look at  09:57:08
3  Exhibit 1. Was this report signed by you?  09:57:16
4  A. I don't recall having put a signature on  09:57:24
5  it.  09:57:28
6  Q. So the answer is no?  09:57:30
7  A. It was transmitted by computer, so the  09:57:32
8  answer is no, I didn't have a means to sign it.  09:57:36
9  Q. Okay, thank you. And the same question  09:57:40
10 for Exhibit 2?  09:57:42
11 A. Same answer.  09:57:42
12 Q. What is -- what was your assignment in  09:57:44
13 this case?  09:57:50
14 A. To read and evaluate the depositions,  09:57:52
15 the comments, rebuttal comments, and the actual  09:58:00
16 data of tests and give my best appraisal of the  09:58:04
17 validity or lack of validity of those tests.  09:58:14
18 Q. Are you an expert witness in this case?  09:58:16
19 A. Yes.  09:58:20
20 Q. Are you rendering opinions as to the  09:58:22
21 efficacy of the Bell & Howell test repellers in  09:58:28
22 repelling and driving out rodents?  09:58:32
23 A. I am.  09:58:34
24 Q. Are you rendering any opinions as to the  09:58:34

Page 65

| | | |
|---|---|---|
| 1 | through at the quiet setting, right? | 11:10:30 |
| 2 | A.   Well, by definition, if I couldn't hear | 11:10:32 |
| 3 | anything on it, there is no sonic. | 11:10:34 |
| 4 | Q.   Okay.  Would you agree with me that the | 11:10:38 |
| 5 | word primarily would mean for the most part or | 11:10:42 |
| 6 | mainly? | 11:10:46 |
| 7 | MR. OSTOJIC:  Object to form, foundation. | 11:10:48 |
| 8 | BY THE WITNESS: | 11:10:52 |
| 9 | A.   That's its meaning. | 11:10:52 |
| 10 | BY MR. KOPEL: | 11:10:54 |
| 11 | Q.   Okay.  And by definition, right, if the | 11:10:54 |
| 12 | word primarily is there, that's implying that there | 11:10:56 |
| 13 | is something else there as well, right? | 11:10:58 |
| 14 | MR. OSTOJIC:  Object to form, foundation. | 11:10:58 |
| 15 | BY THE WITNESS: | 11:11:00 |
| 16 | A.   We often use words in our sentences to | 11:11:00 |
| 17 | add just a little more meaning or variation to them | 11:11:06 |
| 18 | which don't really have a substantive place in what | 11:11:10 |
| 19 | we're trying to say.  Think of our president. | 11:11:14 |
| 20 | BY MR. KOPEL: | 11:11:20 |
| 21 | Q.   So is it -- it's your belief that they | 11:11:20 |
| 22 | added the word primarily here for no reason? | 11:11:28 |
| 23 | MR. OSTOJIC:  Object to form, foundation, may | 11:11:32 |
| 24 | call for speculation as to what the manufacturers | 11:11:34 |

Page 67

| | | |
|---|---|---|
| 1 | Q. And you've not seen test results | 11:12:46 |
| 2 | indicating whether or not sonic sound is present at | 11:12:50 |
| 3 | the quiet setting, have you? | 11:12:54 |
| 4 | A. I'm trying to remember whether Mankin | 11:13:00 |
| 5 | tested it, T-Pro or not. | 11:13:04 |
| 6 | Q. Mankin did not test it. | 11:13:06 |
| 7 | A. Okay, then I probably have not seen | 11:13:06 |
| 8 | that. | 11:13:08 |
| 9 | Q. Okay. Almost done with this document. | 11:13:12 |
| 10 | Okay. Can you please look at the | 11:13:18 |
| 11 | section here which says about ultrasonic and sonic | 11:13:20 |
| 12 | sounds? | 11:13:24 |
| 13 | A. Uh-huh. | 11:13:24 |
| 14 | Q. Do you see the second sentence says | 11:13:26 |
| 15 | ultrasound cannot travel through walls or closed | 11:13:30 |
| 16 | doors? | 11:13:34 |
| 17 | A. Uh-huh. | 11:13:34 |
| 18 | Q. Do you agree with that? | 11:13:34 |
| 19 | A. Closed doors is a good question. It | 11:13:38 |
| 20 | depends where the unit is placed. In my case, | 11:13:40 |
| 21 | there is an inch gap under the back door in my | 11:13:46 |
| 22 | hallway. It can get under that. You'd have to | 11:13:50 |
| 23 | have a securely sealed door to stop it. | 11:13:52 |
| 24 | Q. Okay. But you never -- I mean in the | 11:13:54 |

Page 92

| | | |
|---|---|---|
| 1 | since then have kept the same pattern. | 11:58:38 |
| 2 | Q. You know, without the data from 2010 or | 11:58:42 |
| 3 | other years, let's say -- | 11:58:48 |
| 4 | A. It would be meaningless. | 11:58:50 |
| 5 | Q. Okay, so let me just finish my question. | 11:58:52 |
| 6 | You're anticipating correctly. If you had only | 11:58:54 |
| 7 | looked at 2009 with the unit on and seen zero, it | 11:58:56 |
| 8 | would be a meaningless result, is that correct? | 11:59:00 |
| 9 | A. From a scientific standpoint, | 11:59:02 |
| 10 | absolutely. | 11:59:04 |
| 11 | Q. Why? | 11:59:06 |
| 12 | A. Because you have to have a control. | 11:59:06 |
| 13 | Q. And without a control, as a matter of | 11:59:06 |
| 14 | science, the data from a study is meaningless, is | 11:59:14 |
| 15 | that correct? | 11:59:18 |
| 16 | A. Pretty much so, yes. | 11:59:18 |
| 17 | Q. Can you please look at a portion of | 11:59:32 |
| 18 | this -- of the Transonic report titled, "Study | 11:59:40 |
| 19 | Design?" | 11:59:44 |
| 20 | A. Yes. | 11:59:48 |
| 21 | Q. I'm looking at the third sentence here. | 11:59:54 |
| 22 | It reads, "This unit was set to the medium volume | 11:59:58 |
| 23 | and spider setting on the options for sound output | 12:00:04 |
| 24 | for the test. I did not use the mice sound setting | 12:00:06 |

Page 93

| | | |
|---|---|---|
| 1 | since prior spiders tests had indicated mice | 12:00:10 |
| 2 | responded more strongly to the spider setting than | 12:00:14 |
| 3 | to the predesignated mice setting of the unit's | 12:00:16 |
| 4 | controls," do you see that? | 12:00:20 |
| 5 | A.   I do. | 12:00:20 |
| 6 | Q.   Okay.  So during the course of your | 12:00:22 |
| 7 | testing with Transonic Pro when the unit was set to | 12:00:26 |
| 8 | on, was it set to the medium volume and spider | 12:00:32 |
| 9 | setting? | 12:00:34 |
| 10 | A.   No, the medium volume is incorrect. | 12:00:36 |
| 11 | It's never been used where I could hear it which | 12:00:38 |
| 12 | means it had to be on the quiet setting.  It has | 12:00:42 |
| 13 | never produced an audible sound for me. | 12:00:46 |
| 14 | Q.   Is that an error in this report? | 12:00:50 |
| 15 | A.   This is an error in that report. | 12:00:52 |
| 16 | Q.   Can you turn back to the abstract, | 12:00:54 |
| 17 | please?  You know, never mind. | 12:00:56 |
| 18 | Okay.  So your initial and rebuttal | 12:01:06 |
| 19 | export reports, Exhibit 1 and 2, say that it was | 12:01:14 |
| 20 | turned to the quiet setting, whereas the study says | 12:01:16 |
| 21 | that it was turned to the medium setting, is that | 12:01:20 |
| 22 | correct? | 12:01:24 |
| 23 | A.   That's what it looks like. | 12:01:24 |
| 24 | Q.   And here the study you conducted, the | 12:01:26 |