**EXHIBIT 21**

```
 1                UNITED STATES DISTRICT COURT
 2                SOUTHERN DISTRICT OF NEW YORK
 3     JOANNE HART and AMANDA       )
       PARKE, on behalf of          )
 4     themselves and all           )
       others similarly             )
 5     situated,                    ) Case No.
                                    ) 1:15-cv-04804 (WHP)
 6              Plaintiff,          )
                                    )
 7      vs.                         )
                                    )
 8     BHH, LLC d/b/a Bell +        )
       Howell and Van Hauser        )
 9     LLC,                         )
                                    )
10              Defendants.         )
11
12       The deposition of STEFAN BOEDEKER, called for
13     examination pursuant to the Rules of Civil Procedure
14     for the United States District Courts pertaining to
15     the taking of depositions, taken before
16     JENNIFER M. DALY, a certified shorthand reporter
17     within and for the County of Cook and State of
18     Illinois, at 33 West Monroe Street, Suite 1100,
19     Chicago, Illinois, on the 26th day of January, 2018,
20     at the hour of 9:33 a.m.
21
22
23      REPORTED BY:   JENNIFER M. DALY, CRR, RPR, CSR, CCR
24      LICENSE NO. 084-004688
25      Pages 1- 189
```

Page 1

```
 1   that Mr. Weir had in his reliance materials, and
 2   that's what I used.
 3            And it came out to be -- he has 24.80 and
 4   24.10, I believe, in his calculations.
 5       Q.   So it's your understanding that the           02:18:00PM
 6   retail sales data that you've relied on in this tab
 7   is the only data that Mr. Weir relied on --
 8            MR. WING:  Object to form.  Calls for
 9   speculation.
10   BY MR. ARISOHN:                                        02:18:12PM
11       Q.   -- for calculating his averages?
12       A.   The 24.80 and the 24.10, I mean, they
13   were hard coded in some of the spreadsheets, so I
14   don't know what he used.
15            These are the data that -- these are his     02:18:23PM
16   data, right?  So I'm using his data, and I'm
17   calculating two average data points, and they're
18   different from what he had.
19       Q.   So it's your understanding that he didn't
20   rely on any other data in calculating his averages,   02:18:35PM
21   right?
22            MR. WING:  Object to the form.
23            THE WITNESS:  I don't know.  This is the
24   data that I worked with, so I don't know what other
25   data he worked with that were not documented, but I   02:18:44PM
```

Page 131