**EXHIBIT 27**



**Test Report**  No.: GZRL2014112994    Date: Dec. 01, 2014    Page 2 of 7

**Test Information:**

**Test result:**

| Test Equipment: | PF9800 DIGITAL POWER METER<br>TDS 1012 OSCILLOSCOPE<br>CRY6125 ELECTROACOUSTIC DEVICE ANALYZER | | |
|---|---|---|---|
| Product Picture | | | |
| Test Item | Sample #1 - VICTOR(M750) | Sample #2 - 50167 | Sample #3 - 50196 |
| Frequency Range | 33.42 KHz ~ 62.34 KHz | 33.33 KHz ~ 63.61 KHz | 32.74 KHz ~ 66.67 KHz |
| Intervals (seconds) | 16.04μs ~ 29.32μs | 15.72μs ~ 30.00μs | 15.00μs ~ 29.92μs |
| dB Output | 88.57 dB | 88.48 dB | 88.02 dB |
| LED Indicator | Constant ON | Constant ON | Constant ON |
| Rating (Voltage/Hz/Watt) | 110V AC<br>50/60 HZ<br>1.9W | 110V AC<br>50/60 HZ<br>1.9W | 110V AC<br>50/60 HZ<br>1.9W |

For the test detail, please see the test photo.



This document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request or accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx and, for electronic format documents, subject to Terms and Conditions for Electronic Documents at http://www.sgs.com/en/Terms-and-Conditions/Terms-e-Document.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law. Unless otherwise stated the results shown in this test report refer only to the sample(s) tested and such sample(s) are retained for 30 days only.

198 Kezhu Road, Scientech Park Guangzhou Economic & Technology Development District,Guangzhou,China 510663   t (86-20) 82155555  f (86-20) 82075025  www.sgsgroup.com.cn
中国 · 广州 · 经济技术开发区科学城科珠路198号   邮编: 510663  t (86-20) 82155555  f (86-20) 82075025  e sgs.china@sgs.com

Member of the SGS Group (SGS SA)

BHH,LLC 002959