IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOANNE HART and AMANDA PARKE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>BHH, LLC d/b/a BELL + HOWELL, and VAN HAUSER, LLC,<br>Defendants. | No. 15-cv-4804<br><br><br><br><br>**MOTION FOR ADMISSION**<br>**PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, John A. O'Donnell, hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for BHH, LLC, d/b/a BELL + HOWELL and VAN HAUSER, LLC, in the above-captioned action.

I am in good standing of the bar of the State of Illinois and there are no pending disciplinary proceedings against me in any state or federal court.

Respectfully submitted,

By: /s/ *John A. O'Donnell*
John A. O'Donnell
Email: joa@lefltd.com
LEAHY, EISENBERG & FRAENKEL, LTD.
33 West Monroe, Suite 1100
Chicago, Illinois 60603
PH: 312-368-4554
Fax: 312-368-4562

\\LEFPL\PROLAW FILES\DOCUMENTS\E. MISHAN AND SONS, INC\16823\MOTIONS - FEDERAL\541720.DOCX

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOANNE HART and AMANDA PARKE, on behalf of themselves and all others similarly situated, | ) ) ) ) No. 15-cv-4804 |
| Plaintiffs, | ) ) ) |
| -against- | ) **AFFIDAVIT OF JOHN A. O'DONNELL** ) ) |
| BHH, LLC d/b/a BELL + HOWELL, and VAN HAUSER, LLC, Defendants. | ) ) ) ) |

John A. O'Donnell, being first duly sworn, deposes and says:

1. I am over the age of eighteen and understand the obligation of an oath.

2. I submit this affidavit in support of the motion for my admission pro hac vice in connection with the above-captioned action.

3. I am an attorney at the law firm of Leahy, Eisenberg & Fraenkel, Ltd. My address, telephone number, facsimile number, and e-mail address are as follows:

   John A. O'Donnell
   Email: joa@lefltd.com
   LEAHY, EISENBERG & FRAENKEL, LTD.
   33 West Monroe, Suite 1100
   Chicago, Illinois 60603
   PH: 312-368-4554
   Fax: 312-368-4562

4. I am a member in good standing of the bars of the following courts and Jurisdictions:

   State of Illinois     ARDC #6181205

   State of Indiana     Bar #21368-45

United States District Court:

    Supreme Court of Illinois, 1981
    Supreme Court of Indiana 1999
    Northern District of Illinois, 1981
    Court of Appeals, Seventh Circuit 1993
    Court of Appeals, Sixth Circuit 1996
    Central District of Illinois, 1989
    Eastern District of Wisconsin, 2012
    Western District of Wisconsin, 2014
    Western District of Michigan, 1994
    Eastern District of Missouri, 2004
    Southern District of Indiana, 1999
    Northern District of Indiana, 1999

5. I have not been denied admission to, or disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court. I have never had a disciplinary complaint made or filed against me.

6. There are no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

FURTHER AFFIANT SAYETH NAUGHT.

_____
JOHN A. O'DONNELL

SWORN TO BEFORE ME and subscribed in my presence this 6th day of September, 2018.

_____
NOTARY PUBLIC

ELSA GUZMAN
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
June 11, 2022

# CERTIFICATE OF GOOD STANDING



United States of America

}ss. John Andrew O'Donnell

Northern District of Illinois

I, Thomas G. Bruton , Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That John Andrew O'Donnell was duly admitted to practice in said Court on (12/17/1981) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (09/10/2018 )

Thomas G. Bruton, Clerk,
By: Laritza M. Arcos
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

JOANNE HART and AMANDA PARKE, )
on behalf of themselves and all )
others similarly situated, ) No. 15-cv-4804
)
Plaintiffs, )
)
-against- ) **ORDER FOR ADMISSION**
) **PRO HAC VICE**
BHH, LLC d/b/a BELL + HOWELL, )
and VAN HAUSER, LLC, )
Defendants. )

The motion of John A. O'Donnell, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Illinois; and that his contact information is as follows:

    John A. O'Donnell
    Email: joa@lefltd.com
    LEAHY, EISENBERG & FRAENKEL, LTD.
    33 West Monroe, Suite 1100
    Chicago, Illinois 60603
    PH: 312-368-4554
    Fax: 312-368-4562

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for BHH, LLC d/b/a BELL + HOWELL and VAN HAUSER, LLC, in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of This Court, including the Rules governing discipline of attorneys. Counsel shall immediately forward the Pro Hac Vice fee to the Clerk of Court.

Dated: _____, 2018      _____
                                                United States District/Magistrate Judge