UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------

| | |
|---|---|
| JOANNE HART and SANDRA BUENO, *on behalf of themselves and all others similarly situated*, | |
| Plaintiffs, | 15cv4804 |
| -against- | OPINION & ORDER |
| BHH, LLC d/b/a BELL + HOWELL and VAN HAUSER LLC, | |
| Defendants. | |

-------------------------------------------------

WILLIAM H. PAULEY III, Senior United States District Judge:

In view of Defendants' motion for reconsideration (ECF No. 175), the status conference scheduled for September 27, 2018 is adjourned sine die.

Dated: September 24, 2018
New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.