**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7442**

WRITER'S EMAIL ADDRESS
katecassidy@quinnemanuel.com

January 25, 2019

<u>VIA ECF</u>

The Honorable William H. Pauley
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re:   <u>Hart, et al. v. BHH, LLC d/b/a Bell + Howell, et al., No. 15-cv-04804 (S.D.N.Y.)</u>

Dear Judge Pauley:

We represent Defendants BHH, LLC, d/b/a Bell + Howell and Van Hauser, LLC (collectively, "Defendants") in the above-captioned case. The parties are scheduled to appear for a final pre-trial conference on February 1, 2019 at 9:30 a.m. (Dkt 189). However, lead trial counsel for Defendants, Robert Raskopf, is unable to appear that day because one of his immediate family members is required to have surgery that same morning. For this reason, Defendants' respectfully request a one-week continuance of the pre-trial conference until February 8, 2019 (or thereafter at the Court's convenience). This is the first request for an adjournment of this conference.

Earlier today, Defendants asked Plaintiffs' counsel whether they consent to this request and whether they were available for a pre-trial conference on February 8, 2019. Plaintiffs acknowledged receipt of this request and are conferring with their team. However, Defendants wanted to alert the Court immediately to this conflict. Either Plaintiffs or Defendants will update the Court on Plaintiffs' position as soon as possible.

Very truly yours,

*[signature]*

Kate E. Cassidy

cc:   Yitz Kopel (via ECF)
      Joseph Marchese (via ECF)

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE | BOSTON | SALT LAKE CITY
LONDON | TOKYO | MANNHEIM | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH | SHANGHAI | PERTH | STUTTGART