# BURSOR & FISHER
P.A.

**888 SEVENTH AVENUE**
**NEW YORK, NY 10019**
**www.bursor.com**

**YITZCHAK KOPEL**
Tel: **646.837.7127**
Fax: **212.989.9163**
**ykopel@bursor.com**

January 28, 2019

<u>*Via ECF and U.S. Mail*</u>

The Honorable William H. Pauley III
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Hart, et al. v. BHH, LLC d/b/a Bell + Howell*, *et al.*, Case No. 15-cv-04804

Dear Judge Pauley:

  I represent Plaintiffs and the certified classes in the above action. I write pursuant to Section I.A of Your Honor's Individual Practices in response to Defendants' January 25, 2019 letter motion requesting a continuance of the pretrial conference in this case (ECF No. 197).

  Plaintiffs do not oppose Defendants' request for the continuance. However, Plaintiffs are unavailable on February 8, 2019. Pursuant to my telephone conversation with chambers this morning, I have conferred with Defendants and can confirm that all parties are available to attend on <u>February 12, 2019 at 10 a.m</u>. Plaintiffs therefore request that the Court reschedule the conference for this date.

              Very truly yours,

              Yitzchak Kopel

CC:   All counsel of record (via ECF)