UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------
JOANNE HART and SANDRA BUENO, *on behalf of themselves and all others similarly situated*,

            Plaintiffs,

           -against-

BHH, LLC d/b/a BELL + HOWELL and VAN HAUSER LLC,

           Defendants.
------------------------------------------------

15cv4804

ORDER

WILLIAM H. PAULEY III, Senior United States District Judge:

        The parties are directed to appear for a teleconference to discuss the proposed settlement on October 7, 2019 at 2:30 p.m. Counsel for Plaintiffs are directed to circulate dial-in information via ECF before the call.

Dated: October 3, 2019
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.