UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOANNE HART and SANDRA BUENO, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>BHH, LLC d/b/a Bell + Howell and VAN HAUSER LLC<br><br>　　　　　　　　Defendants. | Civil Action No. 1:15-CV-04804-WHP |

## NOTICE OF MOTION FOR ATTORNEYS' FEES, COSTS, EXPENSES, AND INCENTIVE AWARDS

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on September 15, 2020 at 10:00 a.m. before the Honorable William H. Pauley III, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, Plaintiffs Joanne Hart and Sandra Bueno ("Plaintiffs"), by and through Class Counsel, will move and hereby do move for an order (1) approving the payment of attorneys' fees, costs, and expenses in the amount of $6,500,000, (2) granting Plaintiffs incentive awards of $5,000 each in recognition of their efforts on behalf of the Settlement Class, and (3) awarding such other and further relief as the Court deems reasonable and just.

**PLEASE TAKE FURTHER NOTICE** that, in support of the motion, Plaintiffs will rely upon the accompanying memorandum of law in support and the Declarations of Yitzchak Kopel, Scott D. Simpkins, Joanne Hart, and Sandra Bueno, together with all of the exhibits annexed thereto.

2

Dated: May 22, 2020

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:   */s/ Scott A. Bursor*
      Scott A. Bursor

Scott A. Bursor
Joshua D. Arisohn
Yitzchak Kopel
888 Seventh Avenue
New York, NY 10019
Telephone: (212) 989-9113
Facsimile: (212) 989-9163
Email:  scott@bursor.com
        jarisohn@bursor.com
        ykopel@bursor.com

*Class Counsel*