UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOANNE HART and SANDRA BUENO, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br> v.<br><br>BHH, LLC d/b/a Bell + Howell and VAN HAUSER LLC<br><br>      Defendants. | Civil Action No. 1:15-CV-04804-WHP |

**NOTICE OF MOTION FOR FINAL APPROVAL OF
<u>CLASS ACTION SETTLEMENT</u>**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

  **PLEASE TAKE NOTICE** that on September 15, 2020 at 10:00 a.m. before the Honorable William H. Pauley III, United States District Judge for the Southern District of New York, 500 Pearl Street, New York, New York 10007, Plaintiffs Joanne Hart and Sandra Bueno (collectively, "Plaintiffs"), by and through Class Counsel will move and hereby do move for an order finally approving the Class Action Settlement.

  **PLEASE TAKE FURTHER NOTICE** that, in support of the motion, Plaintiffs will rely upon: (1) the accompanying Memorandum of Law, (2) the September 3, 2019 Declaration of Yitzchak Kopel, and the exhibits attached thereto (ECF No. 287), (3) the May 22, 2020 Declaration of Yitzchak Kopel, and the exhibits attached thereto (ECF No. 305); (4) the Stipulation of Settlement (ECF No. 296-1), (5) the Declarations of Plaintiffs Joanne Hart and Sandra Bueno (ECF Nos. 302 & 303), and (6) the Declaration of Mark Schey, and the exhibits attached thereto.

  **PLEASE TAKE FURTHER NOTICE** that the undersigned hereby requests oral argument.

A Proposed Final Judgment and Order of Dismissal with Prejudice is submitted herewith.

Dated:  August 25, 2020	Respectfully submitted,

        **BURSOR & FISHER, P.A.**

        By:     */s/ Scott A. Bursor*
                Scott A. Bursor

Scott A. Bursor
Joshua D. Arisohn
Yitzchak Kopel
888 Seventh Avenue
New York, NY 10019
Telephone:  (212) 989-9113
Facsimile:  (212) 989-9163
Email:  scott@bursor.com
        jarisohn@bursor.com
        ykopel@bursor.com

*Class Counsel*