UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :

JOANNE HART and SANDRA BUENO, *on* :
*behalf of themselves and all others similarly* :
*situated*, :
  :
                       Plaintiffs, :         15cv4804
  :
             -against- :         <u>ORDER</u>
  :
BHH, LLC d/b/a BELL + HOWELL and VAN :
HAUSER LLC, :
  :
                Defendants. :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :

WILLIAM H. PAULEY III, Senior United States District Judge:

        The final approval hearing scheduled for September 15, 2020 at 10:00 a.m. shall

be held telephonically.  The dial-in number is 888-363-4749, passcode 3070580.

Dated: August 28, 2020
      New York, New York

                            SO ORDERED:

                            WILLIAM H. PAULEY III
                                U.S.D.J.