UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JOANNE HART and SANDRA BUENO, *on behalf of themselves and all others similarly situated*,

             Plaintiffs,

            -against-

BHH, LLC d/b/a BELL + HOWELL and VAN HAUSER LLC,

            Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

15cv4804

ORDER

WILLIAM H. PAULEY III, Senior United States District Judge:

        The final approval hearing scheduled for September 15, 2020 at 10:00 a.m. is advanced to September 14, 2020 at 3:00 p.m. The hearing shall be held telephonically. The dial-in number is 888-363-4749, passcode 3070580.

Dated: September 2, 2020
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.